IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMORY STEVE BROWN ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05CV0681-T |
| ) | |
| CLAIMS MANAGEMENT, INC. ) | |
| ) | |
| Defendant ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 13th day of September, 2005.

                                                        s/Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE