IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMORY STEVE BROWN, | * | CASE NUMBER: |
| | * | 3:05 CV 0681-MHT-CSC |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CLAIMS MANAGEMENT, INC., | * | |
| | * | |
| Defendant. | * | |

REPORT OF THE PARTIES' PLANNING MEETING

1.  In accordance with the court's Rule 26(f) order dated September 13, 2005, the parties' held a teleconference on to discuss the parties' planning meeting and was attended by:

John A. Tinney on behalf of the plaintiff, Emory Steve Brown.

Jeffrey A. Brown on behalf of the defendant, Claims Management, Inc.

2.  Pre-Discovery Disclosures.  The parties will exchange by October 15, 2005, the information required by Fed.R.Civ.P. 26(a)(1).

3.  Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  1.  Liability to include the factual basis of the alleged incident.  2.  Damages and injuries.

All discovery shall be commenced to be completed by May 1, 2006.

A maximum of 35 interrogatories by each party to any other party.  Responses shall be due 30 days after service.  The interrogatories filed by the plaintiff with its complaint shall be answered by the defendant by October 30, 2005.

A maximum of 25 requests for production of documents by each party to any other

party. Responses shall be due 30 days after service. The request for production of documents filed by the plaintiff with its complaint shall be answered by the defendant by October 30, 2005.

A maximum of 40 requests for admission by each party to any other party. Responses shall be due 30 days after service.

A maximum of six depositions by the plaintiff and six depositions by the defendant, not including the plaintiff.

Each non-party expert deposition is limited to a maximum of three hours unless extended by agreement of the parties and each expert deposition is limited to 5 hours.

Reports from retained experts under Rule 26(a)(2) shall be due from the plaintiff by January 30, 2005 and by the defendant by March 1, 2006.

Supplementations under Rule 26(e) shall be due not later than 21 days after obtaining information and no later than 30 days prior to trial.

4. Other items.

The parties do not request a conference with the court before entry of a scheduling order.

The parties request a pre-trial conference in August, 2006.

The parties shall be allowed until December 30, 2005 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 1, 2006, approximately 90 days before pre-trial.

Settlement will be explored following the exchange of initial discovery and the answering of initial paper discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by July 5, 2006 and from the defendant by July 15, 2006.

The parties have 15 days after the service of witness and exhibit lists to list objections under Rule 26(a)(3).

The case should be ready for trial by September, 2006. It will take approximately three days to try this case. Should the case not be set for trial in September, 2006, the specific dates set forth in this report shall be adjusted accordingly, if necessary, by supplementation of the court's scheduling order.

Done this 30th day of September, 2005.

BY: /s/ John A. Tinney
John A. Tinney
Attorney Code: TIN005
Attorney for the Plaintiff
Post Office Box 1430
Roanoke, Alabama 36274
(334) 863-8945

CARLOCK, COPELAND, SEMLER
   & STAIR, LLP

BY: /s/ Jeffrey A. Brown
Jeffrey A. Brown
Attorney Code: BRO132
Attorneys for the Defendant, Claims Management, Inc.
Post Office Box 139
Columbus, Georgia 31902-0139
(706) 653-6109

1879110v.1