**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

```
October 3, 2005
```

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Emory Steve Brown v. Claims Management, Inc.**
**Case Number: 3:05cv681-T**

**Pleading : #6 - Report of Rule 26(f) Planning Meeting**

**Notice of Correction is being filed this date to advise that the referenced pleading e-filed on 9/30/2005 incorrectly named the defendant as Wal-Mart Stores East, LP. rather than Claims Management, Inc.**

**The corrected pdf document is attached to this notice.**