IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Emory Steve Brown, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05cv0681-MHT |
| ) | |
| Claims Management, Inc., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 4) dated September 13, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE