**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                    TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Emory Steve Brown v. Claims Management, Inc.
      Civil Action No. #3:05-cv-00681-MHT

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #3:05-cv-00681-WKW.  This new case number should be used on all future correspondence and pleadings in this action.