# EXHIBIT "A"

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO:    Dr. Mitchell Sherrah  *Shirah*
        Roanoke Family Care
        4441 U.S. Highway 431, North, Suite 1
        Post Office Box 1397
        Roanoke, Alabama 36274

I, **EMORY STEVE BROWN**, hereby authorize any and all healthcare providers who have ever provided care and treatment to me to release any and all letters, medical records, doctors' notes, narrative summaries, reports, x-ray films test and x-ray results, statements for services, writing or any other documents in your possession, custody and control, including psychological or psychiatric treatment, relating to your examination and treatment of **EMORY STEVE BROWN**, _Pine Valley Dr., Roanoke AL 36274_ , **Social Security Number:** _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_ **and Date of Birth:** _8-24-55_ , to the law firm of Carlock, Copeland, Semler & Stair, LLP.

This authorization is effective as of the date indicated below and authorizes disclosure of the subject medical records during the pendency of the litigation styled as EMORY STEVE BROWN, Plaintiff V. CLAIMS MANAGEMENT, INC., Defendant; Circuit Court of Randolph County, Alabama, Civil Action File Number: CV 2005-093 , until said case is concluded.

Pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45 C.F.R. § 165.508(c), the individual, organizational unit or class of individuals or organizational units to whom the records may be disclosed are as follows:

    (1)    Carlock, Copeland, Semler & Stair, LLP
            Post Office 139
            Columbus, GA  31902-0139
            (706) 653-6109

    (2)    Clients of Carlock, Copeland, Semler & Stair, LLP who have been named as defendants in the above-captioned lawsuit;

    (3)    Upon their request, counsel for other defendants in the above-captioned action;

    (4)    All insurers of clients of Carlock, Copeland, Semler & Stair, LLP who are providing for the defense of this action and evaluating same; and

(5)     All "expert witnesses" consulted by the law firm of Carlock, Copeland, Semler & Stair, LLP. For purposes of this release, "experts" shall be defined as set forth in O.C.G.A. § 9-11-26(b)(3) and § 9-11-26(b)(4).

It is my understanding that all persons to whom these records are sent by the law firm of Carlock, Copeland, Semler & Stair, LLP shall maintain the confidentiality of said records and not release them without the express consent of the undersigned.

I understand I may revoke this authorization by notifying the above referenced provider(s) in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

This authorization expires upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me: **any settlement, trial, subsequent appeal, and/or re-trial of my lawsuit.**

I hereby authorize that copies of this authorization may serve as the original.

In so authorizing the health care providers of **EMORY STEVE BROWN** to release the medical records they maintain for her, provided it is solely in connection with this litigation and only during the duration of this litigation, said health care providers are hereby released from liability under HIPAA, and any other state or federal law pertaining to the privacy afforded to the maintenance of these records by the health care providers of **EMORY STEVE BROWN.**

I freely and voluntarily give this release this _2ɔ_ day of _August_, 2005.

_Emory Ste Brown_
(Signature)

_Emory Steve Brown_
(Printed Name)

Sworn to and subscribed before me

this _22_ day of _August_, 2005.

_Jeri M. Jennans_
Notary Public
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 18, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

# EXHIBIT "B"

LAW OFFICES

# CARLOCK, COPELAND, SEMLER & STAIR, LLP

**A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS**

JEFFREY A. BROWN

E-MAIL ADDRESS
jbrown@carlockcopeland.com

FACSIMILE
706-653-9472

P. O. BOX 139
COLUMBUS, GA 31902-0139

THE ROTHSCHILD BUILDING
1214 FIRST AVENUE, SUITE 400
COLUMBUS, GA  31901

TELEPHONE (706) 653-6109

www.carlockcopeland.com

ATLANTA OFFICE

2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, Georgia  30303-1235
(404) 522-8220

REPLY TO COLUMBUS OFFICE

September 7, 2005

Director of Medical and Billing Records
DR. MITCHELL SHIRAH
Roanoke Family Care
4441 U.S. Highway 431, North, Suite 1
P.O. Box 1397
Roanoke, Alabama 36274

Re:  Emory Steve Brown v. Claims Management, Inc.; In the United States
     District Court for the Middle District of Alabama, Eastern Division, Civil
     Action File Number: 3:05 CV 0681-C

Dear Sir or Madam:

Regarding the referenced matter, please find a HIPAA Compliant Authorization
for the release of medical records executed by Emory Steve Brown. Mr. Brown has
been gracious enough to execute the enclosed Release authorizing your facility to
produce any and all records, which you maintain, related to medical treatment and
services provided to Emory Steve Brown. In addition to providing me with a copy of
his medical records, I would also request that you provide me with a complete,
itemized billing statement reflecting not only expenses incurred, but payments made on
Mr. Brown's account.

If you should require a pre-payment for the production of these materials, please
forward same to Ms. Sherree Rodgers in my office. I appreciate your cooperation, and
if you should have any questions or concerns, please do not hesitate to contact my
office.

Yours very truly,

JEFFREY A. BROWN

JAB/acc
Enclosures
cc:  John A. Tinney, Esquire (with enclosures)

# EXHIBIT "C"

LAW OFFICES

# CARLOCK, COPELAND, SEMLER & STAIR, LLP

**A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS**

JEFFREY A. BROWN

E-MAIL ADDRESS
jbrown@carlockcopeland.com

FACSIMILE
706-653-9472

P. O. BOX 139
COLUMBUS, GA 31902-0139

THE ROTHSCHILD BUILDING
1214 FIRST AVENUE, SUITE 400
COLUMBUS, GA 31901

TELEPHONE (706) 653-6109

www.carlockcopeland.com

ATLANTA OFFICE

2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, Georgia 30303-1235
(404) 522-8220

REPLY TO COLUMBUS OFFICE

October 11, 2005

Director of Medical and Billing Records
DR. MITCHELL SHIRAH
Roanoke Family Care
4441 U.S. Highway 431, North, Suite 1
P.O. Box 1397
Roanoke, Alabama 36274

      Re: Emory Steve Brown v. Claims Management, Inc.; In the United States
           District Court for the Middle District of Alabama, Eastern Division, Civil
           Action File Number: 3:05 CV 0681-C

Dear Sir or Madam:

      Regarding the referenced matter, on September 7, 2005, I forwarded a HIPAA
Release to your facility authorizing you to release the medical and billing information
of Emory Steve Brown. As of this date, we have yet to receive a response to our
request. Please forward this documentation to my office within ten (10) days from the
date of this letter.

      If you should require a pre-payment for the production of these materials, please
forward same to Ms. Brandy Shirley in my office. I appreciate your cooperation, and
if you should have any questions or concerns, please do not hesitate to contact my
office.

                    Yours very truly,

                    JEFFREY A. BROWN

JAB/bss
cc: John A. Tinney, Esquire

1873349v.1