# EXHIBIT "A"

LAW OFFICES
# CARLOCK, COPELAND, SEMLER & STAIR, LLP
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

JEFFREY A. BROWN

E-MAIL ADDRESS
jbrown@carlockcopeland.com

FACSIMILE
706-653-9472

P. O. BOX 139
COLUMBUS, GA 31902-0139

THE ROTHSCHILD BUILDING
1214 FIRST AVENUE, SUITE 400
COLUMBUS, GA 31901

TELEPHONE (706) 653-6109

www.carlockcopeland.com

ATLANTA OFFICE
2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, Georgia 30303-1235
(404) 522-8220

REPLY TO COLUMBUS OFFICE

December 15, 2005

LETTER VIA FACSIMILE ONLY
(334) 863-7114

John A. Tinney, Esquire
Post Office Box 1430
Roanoke, Alabama 36274

Re: Emory Steve Brown v. Claims Management, Inc.

Dear John:

In this file, we propounded discovery to you on October 19, 2005. To date, I do not see that we have received responses to our discovery. Please let me know when I can expect to receive responses to same. Also, my paralegal has left several messages regarding the scheduling of Mr. Brown's deposition. Please provide some dates in late January or early February for your client's deposition.

Yours very truly,

JEFFREY A. BROWN

JAB/jlb

1904226v.1

# EXHIBIT "B"

LAW OFFICES
# CARLOCK, COPELAND, SEMLER & STAIR, LLP
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

JEFFREY A. BROWN

E-MAIL ADDRESS
jbrown@carlockcopeland.com

FACSIMILE
706-653-9472

P. O. BOX 139
COLUMBUS, GA 31902-0139

THE ROTHSCHILD BUILDING
1214 FIRST AVENUE, SUITE 400
COLUMBUS, GA 31901

TELEPHONE (706) 653-6109

www.carlockcopeland.com

ATLANTA OFFICE
2600 Marquis Two Tower
285 Peachtree Center Ave.
Atlanta, Georgia 30303-1235
(404) 522-8220

REPLY TO COLUMBUS OFFICE

December 30, 2005

LETTER VIA FACSIMILE AND
U.S. MAIL (334) 863-7114

John A. Tinney, Esquire
Post Office Box 1430
Roanoke, Alabama 36274

Re:  Emory Steve Brown v. Claims Management, Inc.

Dear John:

Regarding the above-referenced matter, we propounded discovery to you on October 19, 2005 and followed up with a letter dated December 15, 2005 asking for responses to same. Also, my paralegal has left several messages with your office regarding scheduling the deposition of your client to which she has received no reply. Please forward me the discovery responses and a date to depose your client by Friday, January 6, 2006, as to avoid my having to file any motion to compel or blindly scheduling your client's deposition. I look forward to hearing from you soon.

Yours very truly,

JEFFREY A. BROWN

JAB/jlb

1907802v.1