IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN ) | |
| PLAINTIFF ) | |
| VS. ) | CASE NO. 3:05-CV-681-T |
| CLAIMS MANAGEMENT, INC. ) | |
| DEFENDANT ) | |

RESPONSE TO PLANNING MEETING ORDER

In response to the Planning Meeting Order agreed upon between the parties Plaintiff would state as follows:

As of this time there have been no experts retained by Plaintiff. The only experts Plaintiff anticipates calling at the time of trial in this case will be medical personnel who can testify as to the Plaintiff's physical condition and medical care and treatment. At this time the doctors anticipated to be used at the time of trial in this case would be Dr. Mitchell Shirah of Roanoke, Alabama, and Dr. Holworth of Alexander City, Alabama.

/s/ John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
(334) 863-8945

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

Jeffery A. Brown
Post Office Box 139
Columbus, Georgia  31902-0139

This 31st day of January, 2006.


                                       /s/ John A. Tinney TIN005
                                       Attorney for Plaintiff
                                       Post Office Box 1430
                                       Roanoke, Alabama  36274
                                       334-863-8945