IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMORY STEVE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv681-CSC |
| | ) |
| CLAIMS MANAGEMENT, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the February 16, 2006, motion to extend deadline to identify experts and provide expert reports (doc. # 21) filed by the defendant. The plaintiff does not oppose the motion. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to extend deadline to identify experts and provide expert reports (doc. # 21) be and is hereby GRANTED and the deadline to identify experts and provide expert reports be and is hereby EXTENDED from March 1, 2006 until March 21, 2006.

Done this 16th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE