IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CLAIMS MANAGEMENT, INC., )<br>)<br>   Defendant. ) | CASE NO. 3:05-CV-00681-WKW<br>CSC |

**<u>ORDER</u>**

Upon consideration, it is ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Doc. # 12) is GRANTED.

DONE this the 21st day of March, 2006.

                                    /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE