IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-00681-WKW |
| ) | CSC |
| CLAIMS MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that Defendant shall show cause **on or before May 18, 2006**, why Plaintiff's Motion to Amend Scheduling Order (Doc. # 24) and Motion for Leave to File Amended Complaint (Doc. # 25) should not be granted.

DONE this the 12th day of May, 2006.

                    /s/  W.  Keith Watkins
                  UNITED STATES DISTRICT JUDGE