# EXHIBIT A

# Page 2 of Report Of The Parties' Planning Meeting

party. Responses shall be due 30 days after service. The request for production of documents filed by the plaintiff with its complaint shall be answered by the defendant by October 30, 2005.

A maximum of 40 requests for admission by each party to any other party. Responses shall be due 30 days after service.

A maximum of six depositions by the plaintiff and six depositions by the defendant, not including the plaintiff.

Each non-party expert deposition is limited to a maximum of three hours unless extended by agreement of the parties and each expert deposition is limited to 5 hours.

Reports from retained experts under Rule 26(a)(2) shall be due from the plaintiff by January 30, 2005 and by the defendant by March 1, 2006.

Supplementations under Rule 26(e) shall be due not later than 21 days after obtaining information and no later than 30 days prior to trial.

4. Other items.

The parties do not request a conference with the court before entry of a scheduling order.

The parties request a pre-trial conference in August, 2006.

The parties shall be allowed until December 30, 2005 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 1, 2006, approximately 90 days before pre-trial.

Settlement will be explored following the exchange of initial discovery and the answering of initial paper discovery.

# EXHIBIT B

# Page 2 of Uniform Scheduling Order

**SECTION 2.** Any dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than **NINETY (90) DAYS** prior to the pretrial hearing. A brief and all supporting evidence shall be filed with any such motion. In all briefs filed by any party relating to the motion, the discussion of the evidence in the brief must be accompanied by a specific reference, by page and line, to where the evidence can be found in a supporting deposition or document. Failure to make such specific reference will result in the evidence not being considered by the court.

**SECTION 3.** On or before **TWENTY-ONE (21) DAYS** after the deadline for the filing of dispositive motions, counsel for all parties shall conduct a face-to-face settlement conference at which counsel shall engage in good faith settlement negotiations. If settlement cannot be reached, counsel shall also discuss whether mediation will assist the parties in reaching settlement. Not more than **FIVE (5) DAYS** after this conference, counsel for the plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation". This pleading shall indicate whether settlement was reached and, if not, whether the parties believe mediation will assist them in resolving this case short of trial. Information about mediation is attached to this order.

**SECTION 4.** Any motions to amend the pleadings and to add parties shall be filed on or before **December 30, 2005.**

**SECTION 5.** Any motion for class certification shall be filed on or before **December 30, 2005**. A brief discussing the factors and requirements enumerated in Rule 23(a), (b) and (g) of the Federal Rules of Civil Procedure shall be filed with any such motion.

**SECTION 6.** The failure to file a response to any motion -- either dispositive or non-dispositive -- within the time allowed by the court shall indicate that there is no opposition to the motion.

**SECTION 7.** All discovery shall be completed on or before **October 16, 2006**, except that, as to any witnesses whose names are not revealed until the last day allowed under SECTION 9 or whose names are not revealed with sufficient time for the other parties to take a deposition prior to the pretrial conference, the opposing party shall have the time extended in this paragraph to allow for deposing such witnesses. Discovery shall be conducted according to the limitations agreed upon by the parties as set forth in the discovery plan filed as part of the parties' planning meeting report.

**SECTION 8.** The parties shall disclose to each other the identity of ANY person who