IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EMERY STEVE BROWN,                  )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )          CASE NO. 3:05-CV-00681-WKW
                                    )
CLAIMS MANAGEMENT, INC.,            )
                                    )
    Defendant.                      )

## ORDER

This case is before the Court on Plaintiff's Motion to Amend Scheduling Order (Doc. # 24) and Motion for Leave to File Amended Complaint (Doc. # 25). As Defendant has noted, the Uniform Scheduling Order (Doc. # 8), filed on October 3, 2005, sets the discovery cut-off date at October 16, 2006. Because the parties are free to conduct discovery until said date, it is unnecessary to amend the scheduling order. It is thus ORDERED that Plaintiff's Motion to Amend Scheduling Order (Doc. # 24) is DENIED.

The Uniform Scheduling Order also set December 30, 2005, as the deadline to amend pleadings. An amendment to the complaint now is untimely, and Plaintiff's proffered reason for seeking to amend the complaint does not establish good cause. Accordingly, it is ORDERED that Motion for Leave to File Amended Complaint (Doc. # 25) is DENIED for want of good cause, and the Second Amended Complaint (Doc. #26) is disallowed.

DONE this the 25th day of May, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE