IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMORY STEVE BROWN, | * | CASE NUMBER: |
| | * | 3:05-CV-00681-WKW |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CLAIMS MANAGEMENT, INC., | * | |
| | * | |
| Defendant. | * | |

PARTIES' JOINT MOTION TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS

COME NOW the parties, by and through their respective counsel, and hereby jointly request that the Court extend the time for filing dispositive motions by a period of twenty-one (21) days until and through August 21, 2006. In support of said motion, the parties show unto the Court as follows:

1.

The Uniform Scheduling Order entered by this Court on October 3, 2005, provides in Section 2 that "Any dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than NINETY (90) DAYS prior to the pretrial hearing." The pretrial hearing is set by Section 1 of the Scheduling Order for October 30, 2006. Accordingly, the deadline to file dispositive motions is July 31, 2006.

2.

The deposition of an essential witness was scheduled and noticed by the defendant, but was cancelled by the plaintiff due to an unforeseen conflict. The parties are unable to

1

reschedule the deposition for a time prior to the expiration of the deadline for filing dispositive motions.

3.

The parties agree that it is appropriate to extend the deadline for filing dispositive motions by a period of twenty-one (21) days, until and through August 21, 2006. This extension will allow the parties sufficient time to reschedule and conduct the deposition of the witness, receive and review the deposition transcript, and file any appropriate motions with the Court.

4.

The proposed extension of time for filing dispositive motions should not hinder the progress of this case.

WHEREFORE, as the parties are in agreement and good cause having been shown, the parties respectfully request that the Court grant the motion and extend the deadline for filing dispositive motions by a period of twenty-one (21) days until and through August 21, 2006.

This 25th day of July, 2006.

                    Respectfully submitted,

                    BY: /s/ Jeffrey A. Brown
                        Jeffrey A. Brown
                        Attorney Code: BRO132
                        Attorney for Defendant, Claims Management
                        Post Office Box 139
                        Columbus, Georgia 31902-0139
                        (706) 653-6109

        BY: /s/ John A. Tinney
        John A. Tinney
        Attorney Code: TIN005
        Attorney for the Plaintiff, Emory Brown
        Post Office Box 1430
        Roanoke, Alabama 36274
        (334) 863-8945

    I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

        /s/ Jeffrey A. Brown

2020505v.1