IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-00681-WKW |
| | ) |
| CLAIMS MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Extend Time for Filing Dispositive Motions (Doc. # 30), and for good cause shown, it is ORDERED that the motion is GRANTED. The deadline for filing dispositive motions is continued from July 31, 2006, to August 21, 2006.

DONE this the 28th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE