IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMORY STEVE BROWN, | * | CASE NUMBER: |
| | * | 3:05-CV-00681-WKW |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CLAIMS MANAGEMENT, INC., | * | |
| | * | |
| Defendant. | * | |

CERTIFICATE OF NEED TO FILE DISCOVERY/
NOTICE OF FILING DEPOSITION TRANSCRIPTS IN
SUPPORT OF CLAIMS MANAGEMENT, INC.'S
MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, Claims Management, Inc., and gives notice that it is filing with the Court the following documents:  (1) the original transcript of the deposition of Emory Steve Brown; (2) a copy of the transcript of the deposition of Victoria Heppes; and (3) the original transcript of the deposition of Amy C. Miller.  As required by Local Rule 5.1, undersigned counsel certifies that these deposition transcripts are being used in the proceedings as part of the defendant Claims Management, Inc.'s Motion for Summary Judgment.

This 21st day of August, 2006.

Respectfully submitted,

CARLOCK, COPELAND, SEMLER
 & STAIR, LLP

BY:____/s/ Jeffrey A. Brown_____
Jeffrey A. Brown
Attorney Code: BRO132
Attorneys for Defendant, Claims Management
Post Office Box 139
Columbus, Georgia 31902-0139
(706) 653-6109

CERTIFICATE OF SERVICE

I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Claims Management, Inc. and that I have served a copy of the above and foregoing CERTIFICATE OF NEED TO FILE DISCOVERY/ NOTICE OF FILING OF DEPOSITIONS TRANSCRIPTS IN SUPPORT OF THE DEFENDANT CLAIMS MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT upon all counsel of record via electronic filing and by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

John A. Tinney, Esquire
Post Office Box 1430
Roanoke, Alabama  36274

This 21st day of August, 2006.


\_\_\_/s/ Jeffrey A. Brown_____
Of Counsel for the Defendant

2034404v.1