FREEDOM COURT REPORTING

Page 1

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF ALABAMA
            EASTERN DIVISION


    CIVIL ACTION NO.:   3:05-CV-0681-C


EMORY STEVE BROWN,                ORIGINAL

          Plaintiff,

vs.

CLAIMS MANAGEMENT, INC.,

          Defendants.


    DEPOSITION OF: EMORY S. BROWN
               11:25 A.M.
             APRIL 10, 2006

    In accordance with Rule 5(d) of The
Alabama Rules of Civil Procedure, as
Amended, effective May 15, 1988, I, Cindy
C. Goldman, am hereby delivering to
Mr. Jeffrey A. Brown the original
transcript of the oral testimony taken on
the 10th day of April, 2006.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 2

```
 1                S T I P U L A T I O N S

 2

 3      IT IS STIPULATED AND AGREED by and
 4   between the parties through their
 5   respective counsel that the deposition of
 6   Emory S. Brown, a witness in the
 7   above-entitled cause may be taken before
 8   Cindy C. Goldman, a Court Reporter and
 9   Notary Public for the State of Alabama,
10   at 739 Main Street, Roanoke, Alabama, on
11   the 10th day of April, 2006, commencing
12   at 11:25 a.m., pursuant to the Alabama
13   Rules of Civil Procedure.
14
15
16      IT IS FURTHER STIPULATED AND AGREED
17   that the signature to and the reading of
18   the deposition by the witness is waived,
19   the deposition to have the same force and
20   effect as if full compliance had been had
21   with all laws and rules of court relating
22   to the taking of the depositions.
23
```

**FREEDOM COURT REPORTING**

Page 3

S T I P U L A T I O N S
(continued)

   IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial or at the time said deposition is offered in evidence or prior thereto.

   IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition is waived.

**FREEDOM COURT REPORTING**

Page 4

```
 1              A P P E A R A N C E S
 2
 3   Appearing On Behalf Of The Plaintiff:
 4        MR. JOHN A. TINNEY
 5        Attorney at Law
 6        739 Main Street
 7        Roanoke, Alabama 36274
 8
 9   Appearing On Behalf Of The Defendant:
10        CARLOCK, COPELAND, SEMLAR
11        & STAIR, L.L.P.
12        Mr. Jeffrey A. Brown
13        Post Office Box 139
14        1214 First Avenue
15        Suite 400
16        Columbus, Georgia 31901
17
18   Reported By:
19        Cindy C. Goldman
20        Freedom Court Reporting
21        367 Valley Avenue
22        Birmingham, Alabama 35209
23
```

**FREEDOM COURT REPORTING**

Page 5

```
 1                I N D E X
 2
 3  Witness:                              Page
 4  Emory S. Brown
 5  Examination by Mr. Brown............6
 6  Reporter's Certificate............179
 7
 8
 9
10              E X H I B I T S
11
12      (No exhibits were marked for
13       identification, offered, or
14       attached to the deposition.)
15
16
17
18
19
20
21
22
23
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 6

1    I, Cindy C. Goldman, a Court
2    Reporter and Notary Public for the State
3    of Alabama, acting as Commissioner,
4    certify that there came before me at 739
5    Main Street, Roanoke, Alabama, on April
6    10th, 2006, beginning at 11:25 a.m, Emory
7    S. Brown, witness in the above cause, for
8    oral examination, whereupon the following
9    proceedings were had:
10
11            EMORY S. BROWN
12   Having been first duly (affirmed) sworn,
13            testified as follows:
14        COURT REPORTER:   Usual
15   Stipulations?
16        MR. BROWN:   This is the
17   discovery deposition of Emory Steve
18   Brown, taken pursuant to the Federal
19   Rules of Civil Procedure, utilized for
20   all purposes allowed thereunder.
21
22   EXAMINATION BY MR. BROWN:
23        Q.   Mr. Brown, good morning.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

|   |   |
|---|---|
| 1 | A.   Good morning. |
| 2 | Q.   It's still morning here. I'm on eastern time, so if I start talking about morning and afternoon, it's just because I'm a little bit further west than I usually am. |
| 7 | A.   Yeah. |
| 8 | Q.   My name is Jeff Brown. And as far as I know, we're not related? |
| 10 | A.   No, not as far as I know. |
| 11 | Q.   Okay. If we are, I wouldn't -- I would tell you I'm sorry to have to be related to me. |
| 14 | A.   Yeah. All my people on my daddy's side just about is dead. |
| 16 | Q.   Really? |
| 17 | A.   Yeah. I ain't got that Browns I'm kin to. |
| 19 | Q.   Well, I represent Claims Management, Incorporated, the Defendant in this lawsuit. And they are the worker's compensation administrator for your employer, Wal-Mart. Do you |

```
 1   understand that?
 2        A.   Yeah.
 3        Q.   I'm going to ask you some
 4   questions this afternoon.  If I ask you a
 5   question that you don't understand, which
 6   sometimes I'll ask confusing questions,
 7   just stop me and let me restate it --
 8        A.   All right.
 9        Q.   -- because I want to make sure
10   that you know exactly what I'm looking
11   for.  Okay?
12        A.   All right.
13        Q.   And the court reporter is
14   right -- is typing everything down.  So,
15   if you would, speak up --
16        A.   All right.
17        Q.   -- so she can hear you and I can
18   hear you.
19        A.   Okay.
20        Q.   All right. And if you need to
21   take a break at any time, just let me
22   know.  I know you've got some circulatory
23   problems with your legs.
```

```
 1      A.   Yeah.  I had an artificial
 2  artery put in my leg and had a stint put
 3  in my heart too.
 4      Q.   So, if you need to take a break,
 5  just let me know.  Tell me first off,
 6  what is your home phone number?
 7      A.   I don't have a home phone
 8  number.  I haven't had one in six or
 9  seven years.  I use my mother-in-law's,
10  next door neighbor's.  That's my
11  mother-in-law.  I use her phone.
12      Q.   Okay.
13      A.   (334)863-6195.  She lives just
14  right down the road from me.
15      Q.   All right.  Do you have a cell
16  phone?
17      A.   Huh-uh.
18      Q.   That's no?
19      A.   I don't have no phone.
20      Q.   If you have to conduct any
21  business utilizing a telephone, you got
22  to -- this is your mother-in-law's?
23      A.   Mother-in-law.  Either that or
```

```
 1  my mother's house.
 2       Q.   What's your mom's phone number?
 3       A.   863-6348.
 4       Q.   Okay.
 5            MR. TINNEY:  You can continue
 6  on, Jeff.  I'll be right back.
 7       Q.   (By Mr. Brown) And if you -- do
 8  you ever make any phone calls from any
 9  businesses or anything like that?
10       A.   No.  I hardly ever even use the
11  phone unless I have to call the lawyer's
12  office or the doctors or something
13  another like that.  That's about the only
14  time I use one.
15       Q.   Well, in this particular case,
16  we're here predominantly talking about
17  conversations that you did or may have
18  had with somebody out at CMI.  Where
19  would you have made those phone calls
20  from?
21       A.   I made all my phone calls from
22  my mother-in-law's house.
23       Q.   Okay.  All right.  So, any --
```

```
 1  and you didn't have any conversations
 2  with anybody other than by telephone
 3  about your surgery and your shoulder; is
 4  that right?
 5       A.   Other than Victoria from
 6  workman's comp.
 7       Q.   Okay.  And she would -- did she
 8  ever call you?
 9       A.   Yeah, she would call.
10       Q.   Okay.  How would she call you?
11       A.   On my mother's phone.
12       Q.   Okay.
13       A.   Mother-in-law's phone number.
14       Q.   And would they leave a message?
15       A.   Uh-huh.
16       Q.   And then you'd call back?
17       A.   And she'd come tell me, and I'd
18  go call them back if needed to get in
19  touch with me.
20       Q.   Okay.
21       A.   When they set up my doctor's
22  appointments and first one thing and then
23  the other.
```

1  Q. Did you talk to her a pretty
2  good bit, Victoria?
3  A. Yeah, I talked to her just about
4  every week because I stayed in pain so
5  long, and he wanted to -- that doctor
6  they sent me to wanted to do surgery on
7  November the 1st, and she kept putting it
8  off, kept wanting two more doctors to see
9  the MRIs. And she just kept putting it
10 off and putting it off. I'd call every
11 week, and she'd say, "We're working on
12 it. We're working on it." But I was
13 still in pain, having to work every
14 night. They was wanting me to come up
15 there with one arm every night.
16  Q. Well, we'll talk about some of
17 those conversations in a little bit
18 greater detail as we get into this.
19  What is your address?
20  A. I get all my mail at Post Office
21 Box 145.
22  Q. Well, I was going to ask you the
23 street address of where you live.

FREEDOM COURT REPORTING

Page 13

```
 1        A.    I live on 460 Pine Valley Drive.
 2   But I don't get any mail there.  I get
 3   all my mail at the Post Office.
 4        Q.    And is that Roanoke?
 5        A.    Uh-huh (affirmative).  Post
 6   Office Box 145, Roanoke 36274.
 7        Q.    145?
 8        A.    Uh-huh.  That's where I get all
 9   my mail.
10        Q.    And, if you would, says yeses or
11   no's.  Uh-huh's and huh-uh's are kind of
12   hard to tell --
13        A.    Okay.
14        Q.    -- what you said later on down
15   the road.  How long have you lived on
16   Pine Valley Drive?
17        A.    I've been over there about 22
18   years.
19        Q.    Who lives there with you?
20        A.    Just my wife.  My kids are
21   grown.
22        Q.    That's Deborah?
23        A.    Deborah Brown.
```

1    Q.   What are your children's name?
2    A.   I've got Steven Daniel Brown and
3 Benjamin Adam Brown.
4    Q.   How old is Steven?
5    A.   He's 30. And the baby is 29.
6    Q.   Do they both live in Roanoke?
7    A.   Yeah.
8    Q.   Okay. What is your date of
9 birth?
10   A.   8/24/55. Well, my youngest son
11 lives up there close to Taylors
12 Crossroads. It's a little outside of
13 Roanoke.
14   Q.   That's north of here, though;
15 right?
16   A.   Yeah. Taylors Crossroads is
17 where he lives. And my oldest son lives
18 on -- I can't think of the name of the
19 road.
20   Q.   That's okay.
21   A.   Both of them is just a little
22 bit outside of Roanoke, but they're right
23 close to Roanoke.

1    Q.    Both of them live in Randolph
2  County?
3    A.    Yeah.
4    Q.    Is Taylor's Crossroads before
5  you get to Wedowee?
6    A.    Yeah.  You go up here and hit --
7  ain't that 87 up that way?
8         MR. TINNEY:  59.
9         THE WITNESS:  59.  And you go up
10 there to the first cross road and take a
11 left, and he lives out there on the left.
12   Q.    (By Mr. Brown) All right.
13 That's fine.  Where did you live before
14 Pine Valley Drive?
15   A.    I lived on Stone Avenue.
16   Q.    Is that here?
17   A.    Yeah, right here in Roanoke.
18   Q.    How long did you live there?
19   A.    My kids was really little.  They
20 was just starting school.  So, I imagine,
21 three or four years there.  And then we
22 moved over to the trailer park, and I've
23 been at the trailer park ever since.

```
 1        Q.   Okay.  So, the Pine Valley Drive
 2   is a mobile home?
 3        A.   Yeah, it's a mobile home park.
 4        Q.   And do you own the mobile home?
 5        A.   Yeah.  We're paying on it.
 6        Q.   Tell me the highest -- and this
 7   is -- I'll ask you some questions that
 8   are kind of personal, and they're not
 9   intended to be offensive or anything like
10   that.
11        A.   All right.
12        Q.   But what would be the highest
13   educational level you got?
14        A.   I went to the ninth grade and
15   quit school in the ninth grade and went
16   to work.
17        Q.   Where did you go to school?
18        A.   Woodland.  Woodland, Alabama.
19        Q.   And when you got through there,
20   have you gotten any kind of a GED or
21   anything like that?
22        A.   No.  That's the only education
23   I've got.
```

FREEDOM COURT REPORTING

Page 17

```
 1      Q.   And, again, not to be offensive,
 2   but you do read and write?
 3      A.   Oh, yes.
 4      Q.   Okay.  When you got out of
 5   school, where was the first place you
 6   went to work?
 7      A.   I went to work at Handley Mills
 8   when I was 16.  Back then you could go to
 9   work when you was 16.
10      Q.   And what was your job there?
11      A.   I laid up fillings, stripped
12   quills, doff cloth, a little bit of
13   everything.
14      Q.   Say that again.  Slow down and
15   tell me that again.
16      A.   Stripped quills.
17      Q.   What's stripping a quill mean?
18      A.   That means you've got some
19   thread left on them, and you have to put
20   it in this machine, and it strips the
21   thread off of it.
22      Q.   Okay.
23      A.   And doffing means when this big
```

```
 1   roll gets on there, you have to take the
 2   roll off and put it on a dolly and push
 3   it off.  First one thing and then
 4   another.  When I was 16, that's what I
 5   would do.
 6        Q.   And that's called dolly and
 7   claw?
 8        A.   Yeah.  You doff it.  You had to
 9   doff the whole roll off.
10             MR. TINNEY:  I think it's
11   d-o-l-p-h, I believe.
12        Q.   (By Mr. Brown) Okay.
13        A.   Yeah.  You had to doff it off
14   onto a dolly and roll it downstairs.
15        Q.   All right.  And how long did you
16   work at Handley Mills?
17        A.   Until I was 18.  I worked there
18   two years.
19        Q.   Where did you go to work after
20   that?
21        A.   I went to Candlewick Yarn when I
22   was 18.
23        Q.   And that's the place that's
```

1   right off the street down here?
2       A.    It's off of 431.  And I worked
3   there --
4       Q.    And does Candlewick Yarn -- is
5   that exactly what it sounds like, they
6   make wicks for candles?
7       A.    They make carpet for houses and
8   cars.
9       Q.    And how long did you work for
10  Candlewick?
11      A.    About 22, nearly 23 years.
12      Q.    What was your job there?
13      A.    I worked in the shipping
14  department, packing yarn, inspecting
15  yarn, driving a forklift.
16      Q.    And when you left there, where
17  did you go?
18      A.    I went to Asplundh Tree
19  Surgeons.  I worked with them a little
20  while.  Then I went to --
21      Q.    How long did you work at
22  Asplundh?
23      A.    I didn't work with them about

```
 1   three or four months.  After I lost my
 2   job at Candlewick after 20-something
 3   years, I was just from here to yonder.
 4       Q.   Why did you lose your job at
 5   Candlewick?
 6       A.   Well, they claim I was out four
 7   times in a six-month period.  And they
 8   was getting rid of a bunch of people, so
 9   they got me.
10       Q.   You didn't have to file any kind
11   of a claim or lawsuit, did you?
12       A.   No.
13       Q.   Okay.  What did you do at tree
14   surgeons folks?
15       A.   Put the wood in the chipper and
16   chipped all the wood up.  After they cut
17   it down on the ground, I chipped all the
18   wood up and run the power saw.
19       Q.   Did you ever have any on-the-job
20   injuries there?
21       A.   Huh-uh (negative).
22       Q.   Is that no?
23       A.   No, I never had any injuries on
```