**FREEDOM COURT REPORTING**

Page 41

```
 1   no need, you know.
 2        Q.   Well, before you had the surgery
 3   on your leg and your heart, you were
 4   working light duty; right?
 5        A.   Oh, yeah.  They had me up there
 6   working with a sling.  I was just working
 7   light duty, door greeting.
 8        Q.   Okay.  But you were still able
 9   to do that light-duty job?
10        A.   Yeah.  Until I had my surgery on
11   my leg, yeah.
12        Q.   So, if you had not had the
13   surgery on your leg or the stint put in
14   your heart, you could still be a greeter?
15        A.   Well, he told me, though, if I
16   didn't have it done, though, I could lose
17   a leg.
18        Q.   Well, I understand that.  I'm
19   not suggesting that you shouldn't have
20   had the surgery done on your leg.
21        A.   Yeah.
22        Q.   But if your leg had not bothered
23   you --
```

**FREEDOM COURT REPORTING**

Page 42

```
 1        A.    Yeah.
 2        Q.    Just pretend that it -- your leg
 3   never had that problem.
 4        A.    Yeah.
 5        Q.    You could still be working as a
 6   greeter?
 7        A.    If my legs would let me, yeah.
 8        Q.    Okay.  That's what I was curious
 9   about.
10        A.    Yeah.
11        Q.    All right.  So, the reason that
12   you had to quit was more your leg?
13        A.    And the shoulder.
14        Q.    Okay.  But more your leg than
15   your shoulder; right?
16        A.    Yeah.
17        Q.    That was yes?
18        A.    Yes.
19        Q.    Okay.  How are your legs now?
20        A.    Oh, they hurt me every day.  My
21   ankles and knee swells up on me every
22   night.
23        Q.    Have any of the doctors ever
```

**FREEDOM COURT REPORTING**

Page 43

```
 1   told you that the shoulder -- that the
 2   leg circulation problem and the heart
 3   stint affected your ability to heal in
 4   the shoulder?
 5       A.   No, they didn't say nothing
 6   about it affecting it.  He just told me
 7   when he went in it was so messed up that
 8   he had to put plastic -- put pins in it
 9   and said it never would be right.
10       Q.   Okay.  Now, you got hurt at
11   Wal-Mart in September of 2004?
12       A.   Uh-huh, September 2004.
13       Q.   And it was, I think, the 28th or
14   maybe early in the morning?
15       A.   27th or 28th.
16       Q.   Okay.  It was about 4:00 o'clock
17   in the morning?
18       A.   Uh-huh (affirmative).
19       Q.   You were working the overnight
20   shift?
21       A.   Yeah.
22       Q.   And you were unloading a truck?
23       A.   Yeah, unloading a produce truck.
```

FREEDOM COURT REPORTING

Page 44

1  Q.  Since the day you hurt your
2  shoulder, have you kept a written diary
3  at home?
4  A.  No.
5  Q.  And you haven't taken any kind
6  of notes?
7  A.  Nothing except all my doctor's
8  names and stuff like that.
9  Q.  Okay.  Then do you keep any kind
10 of a calendar indicating when you've been
11 to the doctors and conversations with
12 anybody?
13 A.  No, not lately.
14 Q.  Have you ever?
15 A.  Not besides what I brought
16 Mr. Tinney.
17 Q.  Okay.  Did you bring Mr. Tinney
18 a calendar or anything that writes some
19 of those dates down?
20 A.  No, I just got the medical
21 report.
22 Q.  You just brought him bills and
23 things that you've received from the

1    doctors; is that right?
2        A.   Medical reports, yeah.
3        Q.   Okay.  Now, you were working,
4    unloading a produce truck on the 28th?
5        A.   Uh-huh, yes.
6        Q.   Tell me how the accident
7    happened.
8        A.   Well, the truck backed in.  And
9    it was supposed to have been stretched
10   wrapped and tied down.  And it was
11   throwed all out in the floor.  And we was
12   trying to salvage what produce we could.
13   And I had a pallet, and another boy named
14   Josh Denton was on the other side of the
15   pallet. He was picking up.  I was
16   picking up the 40-pound sacks of
17   potatoes.  I got them stacked up a little
18   over waist high.  And they went to
19   falling.  I tried to catch them, and they
20   just pinned me up against the wall and
21   popped my shoulder.
22       Q.   Okay.  And when you say,
23   "they're supposed to be stretch wrapped,"

FREEDOM COURT REPORTING

Page 46

1  does that mean they're supposed to be
2  stacked up and wrapped like in cellophane
3  plastic or something?
4      A.    They're supposed to be wrapped
5  all the way up and tied down.  They was
6  not wrapped.  They was just throwed all
7  out in the truck.
8      Q.    Okay.  So, y'all were trying to
9  clean up a mess?
10      A.    We was trying to salvage -- we
11  was trying to clean up a mess.
12      Q.    And you immediately notified
13  somebody, didn't you?
14      A.    Yeah.  Josh was about as far as
15  from me to her.  We was right side by
16  side.  He heard it when it popped.  And
17  the supervisor was on -- he was on the
18  truck about a minute or two after it
19  happened.
20      Q.    Who was that?
21      A.    Chris Cheatwood.
22      Q.    And is he one of the assistant
23  managers?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1      A.   He was the assistant manager --
 2  night manager at night that night.  So,
 3  we went to his office and filled out a
 4  report.
 5      Q.   That was like the first report
 6  of the incident or something like that?
 7      A.   Yeah, just as soon as it
 8  happened.
 9      Q.   Okay.  And did you go home?
10      A.   No.  He got a man off the floor
11  crew to take me out to the emergency room
12  and dropped me off and left me.
13      Q.   Okay.
14      A.   My wife got off work and didn't
15  even know where I was at.
16      Q.   Who took you to the hospital?
17      A.   Boy off the floor crew, Glen --
18  I don't -- I can't remember his last
19  name.  His name was Glen.  He got him to
20  take me out there and put me out.
21      Q.   Okay.  Well, did that make you
22  mad?
23      A.   Well, I thought, you know,
```

```
 1   somebody from management should have went
 2   with me, you know.
 3       Q.   Okay.  But they did send you to
 4   the hospital.  And that was Randolph
 5   Medical Center.
 6       A.   Yeah.
 7       Q.   Is that the hospital up in
 8   Wedowee?
 9       A.   Right out here.  Right out here
10   on 22.
11       Q.   All right.
12       A.   And they x-rayed it.  And he
13   said he didn't see any broke bone.  He
14   said it could be just be a pulled muscle.
15   And they give me a shot.  And my wife got
16   off work at 8:00, and she come and picked
17   me up after they told her at Wal-Mart
18   where I was at.
19       Q.   Okay.  So, she want out --
20       A.   She didn't even know where I was
21   at.
22       Q.   Did she go out to the store?
23       A.   Yeah, she went to the store,
```

```
 1   looking for me to pick me up.
 2        Q.   Okay.
 3        A.   Because she worked at night.
 4        Q.   So, y'all both worked at night?
 5        A.   Yeah.  She worked at Candlewick.
 6   She dropped me off and then she'd come
 7   pick me up in the morning.  She didn't
 8   even know I was out there.  Nobody
 9   bothered to call her and tell her I was
10   out there or nothing.
11        Q.   So, she came and got you at
12   the -- does that make you mad that nobody
13   called your wife?
14        A.   Yeah, it really -- you know, she
15   come up there looking for me, and they
16   said, "He's in the emergency room."  And
17   she didn't -- she freaked out because she
18   didn't know what was going on.  You know,
19   nobody let her know.
20        Q.   How long did you have to wait
21   for her to come get you at the emergency
22   room?
23        A.   I got up at the emergency room
```

```
 1  at 5:00, and she got off work at 6:00.
 2  She was out there a little after 6:00.
 3      Q.   Had you already been seen by the
 4  doctor when she got there?
 5      A.   They done the x-ray and then
 6  give me a shot of Demerol.
 7      Q.   So, how long were you waiting on
 8  her before she got there?
 9      A.   Probably 45 minutes to an hour.
10      Q.   Okay.  So, it wasn't too bad?
11      A.   And then I had to bring
12  paperwork back to Wal-Mart.
13      Q.   So, y'all left the hospital and
14  went back to Wal-Mart?
15      A.   Yeah.
16      Q.   Okay.  Did you go inside and
17  give the documents to somebody?
18      A.   Yes.
19      Q.   Who did you give them to?
20      A.   Personnel manager and the
21  manager.  They told me to go ahead and
22  take the next two days off, you know, to
23  see how it was going to do.  And they
```

FREEDOM COURT REPORTING

Page 51

1  sent me to a company doctor, Dr. Shirah,
2  on the next following Monday.
3      Q.   Okay.  What day of the week did
4  you get hurt, do you remember?
5      A.   I believe it was on a Wednesday
6  night.
7      Q.   Okay.
8      A.   Because I know I worked Sunday
9  through -- Sunday through Thursdays.  I
10 think it was on a Tuesday night or a
11 Wednesday night, the middle of the week.
12          MR. BROWN:  Can we take a few
13 minutes?
14          (A short break was taken.)
15     Q.   (By Mr. Brown) All right.  Well,
16 you went back by the store and dropped
17 off the paperwork?
18     A.   Yeah.
19     Q.   And then you went home for a
20 couple of days?
21     A.   Yeah, because I didn't have but
22 two more days left in that week.
23     Q.   Okay.  And then you went to a

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  doctor?
2      A.   They sent me to Dr. Shirah on
3  Monday morning.
4      Q.   Okay. Did you have any other
5  appointments before that that you missed
6  or that you couldn't go to?
7      A.   No. They just told me to take
8  two days off and they would set me up
9  with Dr. Shirah on Monday morning.
10     Q.   Okay. Who called you and told
11 you to go see Dr. Shirah?
12     A.   Charlotte Woody. She's the
13 personnel manager. She set it up, the
14 appointment up.
15     Q.   And after you talked to Ms.
16 Woody and she told you to go see
17 Dr. Shirah, did you have any other
18 contact with her, or did you start
19 working with the people out at CMI?
20     A.   I didn't have -- I took the two
21 days off and then went out there at his
22 office on Monday. She called and made me
23 an appointment and told me at home --

FREEDOM COURT REPORTING

Page 53

```
 1   called me at home and told me what time
 2   the appointment was -- to be there.
 3        Q.   All right.  And then you went
 4   out there to see him on, I think, October
 5   the 4th or October the 1st?
 6        A.   It was on a Monday.
 7        Q.   Okay.
 8        A.   And he treated me -- he told me
 9   to take a week off and treated me for a
10   muscle pull.
11        Q.   Okay.  And gave you some
12   medication; right?
13        A.   Yeah.  He gave me something for
14   infection and some pain medicine.
15        Q.   Okay.  And that was the first
16   time you saw him was on October the 4th?
17        A.   Yeah, it was on a Monday.
18        Q.   Okay.
19        A.   He treated me for a week.
20        Q.   And my question was:  After
21   Ms. Woody called you and told you to go
22   see Dr. Shirah, who scheduled the rest of
23   your doctor's appointments and who did
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 54

```
 1  you have contact with about what doctor
 2  to go to next?
 3       A.   Well, after I went to him for a
 4  week, he told me to come back the next
 5  following week and he'd look at me again.
 6  And I went back the next following week.
 7  And he told me if they had anything I
 8  could do with one arm, not to pick up
 9  nothing over five pounds, and I could go
10  back and work with one arm.  So, I went
11  back.  They put me to zoning, stuff like
12  that.
13       Q.   What is zoning?
14       A.   When you pull all your stuff on
15  your shelf to the front and everything
16  and straighten stuff out.
17       Q.   Okay.
18       A.   But I was using this left arm so
19  much, after two days, I couldn't even use
20  it, it was hurting so bad.
21       Q.   All right.
22       A.   So, they put me to door
23  greeting.
```

FREEDOM COURT REPORTING

Page 55

```
 1      Q.   All right.  So, you went to
 2  Dr. Shirah on the 4th?
 3      A.   Uh-huh (affirmative).
 4      Q.   And he said that it was -- he
 5  would keep you out of work for four days?
 6      A.   Uh-huh (affirmative).
 7      Q.   And he said that it was a
 8  shoulder sprain; right?
 9      A.   He said it was either that or a
10  pulled muscle.
11      Q.   Pulled muscle.  He gave you some
12  Motrin and some other things for pain;
13  correct?
14      A.   Yeah.
15      Q.   All right.  And you went back on
16  the 8th, which was four days later?
17      A.   Yeah.
18      Q.   And that's when he said that you
19  could go back to work on the 10th doing
20  light duty?
21      A.   Yeah.  And come back to see him
22  on that Friday.
23      Q.   Okay.  And you went back on the
```

**FREEDOM COURT REPORTING**

Page 56

```
1    15th?
2        A.    That's right.
3        Q.    About a week later?
4        A.    Yeah.
5        Q.    You were still having pain?
6        A.    Yes.
7        Q.    And that's the first time he
8    thought that it could possibly be a tear;
9    right?
10       A.    Yeah.  He said we need to go get
11   an MRI.
12       Q.    Okay.  He kept you on the
13   medications.  And you were still working
14   light duty; right?
15       A.    Yeah, just door greeting.  And
16   I'd take a buggy and go around with my
17   good hand and pick up things that was in
18   the wrong spot and push with one hand.  I
19   wasn't using my arm.
20       Q.    And then you had an MRI done on
21   the 19th?
22       A.    At Oxford?
23       Q.    In Oxford.  You went back and
```

1    saw Dr. Shirah one more time?
2         A.    Yeah.
3         Q.    And you told him --
4         A.    That's when he said there's
5    nothing he could do.
6         Q.    What did he say?
7         A.    He said, "You've got to go to an
8    orthopedic surgeon.  There's nothing I
9    can do for you.  It's got to be -- have
10   surgery."
11        Q.    Okay.  Now, before we move on to
12   the next doctor, after you saw Dr. Shirah
13   on October the 4th -- well, strike that.
14              You got hurt on September the
15   28th, and you went to see Dr. Shirah on
16   October 4th?
17        A.    Uh-huh, on Monday.
18        Q.    So, during that time frame, did
19   you have any contact with anybody out at
20   CMI in Arkansas.
21        A.    Huh-uh (negative).
22        Q.    And you found out about going to
23   Dr. Shirah by Charlotte Woody at the

```
 1  store?
 2      A.   Charlotte Woody, she set me --
 3  the appointment up with him.
 4      Q.   And did you talk to anybody else
 5  at the store about doctors and
 6  appointments other than Charlotte Woody?
 7      A.   Now, she's usually the one that
 8  set up the appointments besides
 9  Ms. Victoria.  She'd call Victoria, and
10  Victoria would tell her who to send me to
11  or whatever.
12      Q.   Okay.
13      A.   I don't even -- I don't even
14  know what her last name is.  Just
15  Victoria is all I know.  She's with
16  workman's comp.
17      Q.   And did you talk to her very
18  many times?
19      A.   I talked to her several, several
20  times.
21      Q.   Okay.  We'll get into those.
22  How many times did you talk to Ms. Woody
23  about doctor's appointments and problems
```

**FREEDOM COURT REPORTING**

Page 59

1  with your shoulder?
2     A.   Every week.  She'd ask me, you
3  know.  And as soon as he looked at the
4  MRI, he got on the phone to
5  Ms. Charlotte -- to Ms. Victoria himself,
6  workman's comp -- Dr. Shirah did and told
7  her that I had to have surgery and needed
8  it immediately.
9          So, she was going to send me to
10 Gadsden.  And I asked him could he call
11 and see if he could get somewhere closer.
12 So, she called him back.  And they sent
13 me to Alex City, which is a little
14 closer.
15    Q.   Who were they going to send you
16 to in Gadsden?
17    A.   They never did say.  They
18 just -- he asked them could they get me
19 somebody closer, so they sent me to Alex
20 City.
21    Q.   All right.  And you were talking
22 to Dr. Shirah about what orthopedic
23 doctor you were going to go to?

FREEDOM COURT REPORTING

Page 60

```
1        A.    Uh-huh (affirmative).
2        Q.    That was yes?
3        A.    Yeah.  That was as soon as he
4    brought them in there and showed them to
5    me.  He said I'll call Ms. Victoria and
6    get her to send you to another doctor --
7        Q.    Okay.
8        A.    -- surgery.
9        Q.    All right.  So, who called you
10   and told you that you had an appointment
11   with Dr. Howorth?
12       A.    Ms. Victoria when I got home
13   from Dr. Shirah's office, she called me
14   at home -- at my mother-in-law's.
15       Q.    Okay.  So, was that the first
16   time you ever talked to Ms. Victoria?
17       A.    Yeah.  She told me where to go
18   and who to go to.
19       Q.    And that was on about October
20   the 22nd?
21       A.    Uh-huh, I believe it was.  It
22   was on a Wednesday because he said he was
23   full up on surgery the next day.  He
```