## FREEDOM COURT REPORTING

1    your own opinions on what she meant or

2    what she intended?

3        A.    I didn't know what she intended

4    to do.

5        Q.    Okay.

6            MR. BROWN:    Let's certify that

7    first question, please.

8            THE WITNESS:    I was just begging

9    and pleading.

10            MR. TINNEY:    You answered the

11    question, Steve.

12        Q.    (By Mr. Brown) That's fine.

13            Are you critical of the

14    treatment that Dr. Shirah did for you?

15        A.    No.  He was just treating me for

16    what he thought it was.

17        Q.    Okay.  And you thought that it

18    was okay to go to Dr. Shirah before --

19        A.    That's who they told me to go

20    to, so I didn't, you know, have no

21    choice.

22        Q.    Okay.  Okay.  All right.  Now,

23    the next week was November the 1st

# FREEDOM COURT REPORTING

1  through November the 5th.  Those were the

2  business days.  I was looking at a

3  calendar, so if you would trust me on

4  that.  Did you talk to her between

5  November 1st and November 5th,

6  Ms. Victoria?

7       A.   I can't remember whether I did

8  or not.

9       Q.   Okay.

10      A.   I talked to her lots.

11      Q.   Okay.  How about during the week

12  of November the 8th through November

13  12th, do you recall any conversations

14  with her?

15      A.   I might have.  I'm not sure.  I

16  couldn't guarantee it.

17      Q.   Okay.  But you don't recall.

18  When you're describing to me your

19  conversations, you don't recall the

20  specific days?

21      A.   No, I can't remember the

22  specific days.

23      Q.   And you don't recall the

# FREEDOM COURT REPORTING

specific number of times that y'all talked?

A.    No, but it was several.

Q.    Okay.  Do you think it was more or less than five?

A.    Oh, it was more.

Q.    Okay.  Do you think it was more or less than ten?

A.    I imagine it was more.

Q.    More than ten?

A.    Yeah.

Q.    Okay.

A.    Because every week, I'd call her and ask her when could they do it, when can I get my surgery.

Q.    And she was telling you as soon as Dr. Howorth send us the stuff, and then you were calling the doctor, and the doctor said I sent it.  And it seems like there was just a lot of confusion?

A.    A lot of confusion, and I was the one suffering in pain.

Q.    Okay.  Something going on

# FREEDOM COURT REPORTING

1  between the doctor's office and CMI?

2     A.   Yeah.

3     Q.   And that was the reason you

4  weren't getting your surgery?

5     A.   That's right.

6     Q.   Okay.  And CMI was saying, "he

7  hasn't done what we asked him to do," and

8  he was saying, "I have done what they

9  asked me to do," and all that kind of

10  stuff; right?

11     A.   Yeah.

12     Q.   Do you know if Ms. Heppes had

13  any communication with Dr. Shirah or how

14  many times -- not Shirah -- Dr. Howorth's

15  office?

16     A.   I'm pretty sure she called them

17  because she said she called them to make

18  sure she got what she needed sent to her.

19     Q.   And do you have any kind of

20  evidence or know the specific number of

21  times or the days that those phone calls

22  occurred?

23     A.   I couldn't tell you that.

# FREEDOM COURT REPORTING

1    Q.   All right.  And during all this

2    time, I think you said you were at home

3    during the day and couldn't sleep?

4    A.   I couldn't sleep because I was

5    hurting.

6    Q.   And you were still going to work

7    at night?

8    A.   They was making me come up there

9    every night.  I couldn't take my pain

10    medicine because it would make me so

11    sleepy and drowsy, so I was just stuck.

12    Q.   Okay.  Did you have

13    conversations with anybody other than

14    Ms. Heppes out at CMI about that surgery?

15    A.   She was the only one.

16    Ms. Victoria took care of all that.

17    Q.   And after Dr. Howorth told you

18    that he wanted to do surgery, and she was

19    telling you that they were waiting for,

20    you know, information and all that, did

21    you have any conversations with anybody

22    at the store about what was going on?

23    A.   Yeah.  I talked to Rhonda and

# FREEDOM COURT REPORTING

1    some of the management and everything and

2    told them how I was displeased with it

3    because they wouldn't, you know, give me

4    my surgery.

5         Q.    Okay.  And what did they tell

6    you?

7         A.    They said that it was out of

8    their hands, that workman's comp had to

9    take care of it.

10        Q.    Okay.  Rhonda, was that Rhonda

11   Walker?

12        A.    Rhonda Walker.  She even

13   called -- she even called her one time.

14        Q.    She called CMI?

15        A.    Called Victoria one time.

16        Q.    Were you there when she called

17   them?

18        A.    No.  She told me she'd call her

19   to find out what the problem was.

20        Q.    Did she ever tell you what the

21   problem was or what she had found out?

22        A.    She just said they didn't have

23   the right paperwork.

## FREEDOM COURT REPORTING

1      Q.    Okay.  Anybody else at the store

2  other than Ms. Rhonda?

3      A.    As far as I know, nobody else

4  did.

5      Q.    Do you remember talking to

6  Charlotte Woody about it?

7      A.    Charlotte might have called her

8  some.

9      Q.    But you don't know?

10     A.    I don't know.

11     Q.    How about Mr. Cheatwood?

12     A.    Chris Cheatwood.

13     Q.    Do you know if he ever called

14  for you?

15     A.    No.  He wasn't there very long.

16  He transferred.

17     Q.    Okay.  So, at the store, the

18  only people you would have had

19  communications with were Rhonda Walker

20  and Charlotte Woody?

21     A.    Charlotte Woody.

22     Q.    All right.  And they were always

23  fine to you, weren't they?

## FREEDOM COURT REPORTING

1     A.    Yeah.

2     Q.    Okay.  And Ms. Heppes -- you

3  know, you talk about conversations with

4  her.  Was she ever mean to you or rude?

5     A.    She got kind of rude on the

6  phone a couple of times.

7     Q.    Okay.  Did she ever tell you

8  things like, you know, leave me alone or

9  stuff like that?

10    A.    No.  She just said we're trying

11 to do it as fast as we can.  I said, "But

12 you're killing me in same process."

13    Q.    Okay.  So, was -- did you think

14 that maybe she was just frustrated that

15 she --

16    A.    I don't know.

17    Q.    Okay.  That's fine.

18    A.    I don't know.

19    Q.    And the only person that you can

20 remember talking to at Dr. Howorth's

21 office was Amy?

22    A.    Secretary.

23    Q.    You think it was Amy?

# FREEDOM COURT REPORTING

1    A.    Yeah, I think her name was Amy.

2    Q.    Did they say anything about what

3  was taking CMI so long?  Did they tell

4  you anything?

5    A.    They couldn't tell me.  They

6  said they didn't know why they was

7  holding up.  They said, "Dr. Howorth

8  wants you in surgery, and we don't know

9  what the hold up is on it."

10    Q.    Okay.  And how many times did

11  Ms. Heppes tell you that she wanted to

12  have another opinion?

13    A.    I called her about at least once

14  a week, and she said that she needed two

15  more doctors to look at it.  I said, "You

16  done got Dr. Shirah and Dr. Howorth."  I

17  said, "Who else do you need?"  You know,

18  she said they had two more company

19  doctors that they wanted to look at it.

20    Q.    Did she tell you who the company

21  doctors was?

22    A.    She didn't tell me who no doctor

23  was.

# FREEDOM COURT REPORTING

1    Q.    And she didn't tell you if she

2  wanted you to go be seen by somebody

3  else?

4    A.    Nobody besides Howorth.

5    Q.    So, do you know whether she just

6  wanted to have the records reviewed by

7  somebody?

8    A.    She just kept saying she didn't

9  have the proper paperwork.

10    Q.    Okay.

11    A.    Kept putting it off.

12    Q.    Do you know when Dr. Howorth

13  finally -- strike that.

14        Do you know when Dr. Howorth

15  actually sent the surgery requests to

16  CMI?

17    A.    I don't know exactly when he

18  sent it.  It had to be from the first

19  time I seen him until within 30 -- it was

20  about 30 days after that before I had

21  surgery.

22    Q.    Okay.  And was it your

23  understanding that they had to have some

## FREEDOM COURT REPORTING

1    kind of a request or an authorization

2    from the doctor before they could

3    schedule the surgery?

4         A.    I don't know.  I don't really

5    know what the problem was.  She just kept

6    saying they didn't have the right

7    paperwork and they needed the MRI.

8         Q.    And you assumed that Dr. Howorth

9    sent the paperwork?

10        A.    Yeah.  He told me.  I called his

11   office.  He said, "We sent them

12   everything we've got."

13        Q.    Now, when did you find out --

14   what day was it that you found out that

15   the surgery had actually been approved?

16        A.    They called me on a -- I think

17   it was Wednesday and told me they wanted

18   me in there on that Monday, I think.

19        Q.    And on the day they called you,

20   they called you at home; right?

21        A.    Uh-huh (affirmative).

22        Q.    And was that Ms. Victoria?

23        A.    Victoria, she had already

## FREEDOM COURT REPORTING

1   approved it.  She finally approved it.

2      Q.  And did she tell you that they

3   had finally gotten the paperwork from the

4   doctor?

5      A.  Finally.

6      Q.  Okay.  And so they approved it?

7      A.  Then I had to go down on Friday

8   and get preadmitted and then go back

9   Monday for surgery.

10      Q.  All right.  And that was at

11   Russell Hospital?

12      A.  Russell Hospital.

13      Q.  Okay.

14      A.  Alex City.

15      Q.  So, you recall that she called

16   you one day, you went to the hospital the

17   next day to get preregistered or fill out

18   some paperwork?

19      A.  Yeah.  Because they called me

20   and told me to get all my --

21   preregistered and everything on Friday

22   and be ready to have surgery on Monday.

23      Q.  And then you had the surgery on

## FREEDOM COURT REPORTING

1    Monday?

2       A.   On the 29th.

3       Q.   So, if the records from Russell

4    Hospital show that you went in there on

5    the 26th, you don't have any reason to

6    doubt that, do you?

7       A.   No.  I just went down there and

8    got preadmitted on a Friday.  And then

9    there was Saturday and Sunday in between,

10    and then I had surgery on Monday.

11       Q.   Is that your signature there?

12       A.   Yes, it looks like my signature.

13       Q.   Okay.  This is just a

14    preadmission sheet from Russell Hospital.

15       And was the surgery inpatient?

16    Did you have to spend the night in the

17    hospital?

18       A.   Oh, they had me out of there

19    that evening.

20       Q.   Okay.

21       A.   I was still -- I was still under

22    the influence of stuff.  I didn't even

23    know where I was at.  My son had to tote

## FREEDOM COURT REPORTING

1  me to the car.  They wanted me out of

2  there as quick as possible.

3      Q.    Did they get you in real early?

4      A.    Yeah.  I was in there, I think,

5  around 9:00 or 10:00.  They had me out of

6  there by 3:00 o'clock.  I don't even

7  remember leaving there.  I had to stop

8  and throw up on the side of the road.

9      Q.    That stuff was making you --

10      A.    Yeah.  The anesthesiologist even

11  had to walk --

12      Q.    -- making you nauseated?

13      A.    Yeah.  My son had to tote me to

14  the car.  They didn't want me in there no

15  longer than what they had to.

16      Q.    Okay.  And did Ms. Heppes --

17  Ms. Victoria, did she call you at home

18  and tell you that the surgery was being

19  scheduled?

20      A.    I can't even remember if she

21  called me or Dr. Howorth called me.  One

22  of -- I can't remember which one called

23  me.  I think Amy called me and told me I

# FREEDOM COURT REPORTING

Page 95

1  needed to be preadmitted on that Friday

2  and he wanted surgery on that Monday

3  morning.  Then I think -- I think that's

4  the way it happened.  So, I had to make

5  two trips down there Friday and then go

6  back and be admitted on Monday.

7      Q.   How long does it take to get

8  from your house to Alexander City?

9      A.   It's about -- I had to keep up

10  with my mileage.  It was 46 miles down

11  there and 46 miles back.

12      Q.   Now, the surgery was paid for by

13  comp?

14      A.   Yeah.

15      Q.   You never got a bill?

16      A.   Oh, yeah, I got several bills.

17      Q.   But you sent it --

18      A.   I took it to Wal-Mart, and they

19  took care of it.  They sent them to me,

20  though.  But I took it to Wal-Mart, and

21  they eventually paid it.

22      Q.   Nobody ever brought suit?

23      A.   They sent me one for the

## FREEDOM COURT REPORTING

Page 96

1   anesthesiologist.  I had to call them

2   about that.  And I had to call

3   Ms. Victoria, and she said she'd take

4   care of it.  It took them a while before

5   they paid that.  They sent me another

6   bill.

7       Q.    But it -- you didn't get sued by

8   anybody?

9       A.    No.  Eventually, they paid them.

10      Q.    Okay.  Now, you talked to

11  Ms. Victoria on the day after your

12  surgery; right?  Do you remember that?

13      A.    I can't remember if I did or

14  not.  It would have had to have been on

15  the 30th of the month.  Well, I got

16  surgery on the 29th.  It was on a Monday.

17  I might have did.  I'm not for sure it's

18  been so long.

19      Q.    Okay.  But you told them that

20  you had had the surgery?

21      A.    Yeah.

22      Q.    Do you remember a phone call,

23  though, where somebody called and said,

## FREEDOM COURT REPORTING

1    "Okay.  You were scheduled for surgery.

2    Did you actually get it done"?

3         A.    Yeah.

4         Q.    Okay.

5         A.    And the next question was, "When

6    are you starting therapy?"  I said, "the

7    next week."

8         Q.    Okay.  And the doctor wanted you

9    to stay out of work for about two months?

10        A.    I was out a week.

11        Q.    A week?

12        A.    Yeah.  I was out a week, and

13   they made me go back.

14        Q.    Who is "they"?

15        A.    The doctor told me I could go

16   back just as long as I kept my arm in a

17   sling and didn't use it.

18        Q.    Okay.  And that was --

19        A.    Howorth.

20        Q.    And that was on December the 8th

21   when you went back to Dr. Howorth; right?

22        A.     Uh-huh (affirmative).

23        Q.    Okay.  Now, before you went to

## FREEDOM COURT REPORTING

1    Dr. Howorth, you actually went to your

2    first physical therapy appointment on

3    like the day after or two days after the

4    surgery, didn't you?

5        A.    Yeah.  I had surgery on Monday,

6    and I started therapy, I think, on

7    Wednesday.  I went Wednesday and Friday.

8        Q.    All right.

9        A.    They wanted me to start therapy

10   just as quick as possible.

11       Q.    Okay.  And were you wearing one

12   of those funny slings too?

13       A.    Yeah.

14       Q.    Did anybody -- did Ms. Victoria

15   ever call you and tell you to go to

16   physical therapy?  How did you find out

17   you needed to go to physical therapy?

18       A.    Dr. Howorth told me after I had

19   surgery that he wanted me to start

20   therapy the next following Wednesday, I

21   think.  I had surgery on Monday.  He

22   wanted me in physical therapy by

23   Wednesday, two days later.

# FREEDOM COURT REPORTING

1      Q.    But how did you know to go to

2    the -- is it Lake Martin Physical

3    Therapy?

4      A.    He's in the same building with

5    Dr. Howorth right across the hall.

6      Q.    Okay.  And that's --

7      A.    Dr. Mark Staples, I think.

8      Q.    All right.  And on the date of

9    your first visit to physical therapy, you

10   said the pain was a five on a scale of

11   one to ten; is that right?

12     A.    Oh, it was hurting.

13     Q.    And you went back to Dr. Howorth

14   on December the 8th, and that's when he

15   told you that you could go back to work

16   on light duty?

17     A.    Yeah.

18     Q.    Going back to being a --

19     A.    So, I was staying up all night

20   and going to Alex City twice a week doing

21   physical therapy.

22     Q.    Okay.  Did you ask the doctor to

23   keep you out of work longer?

# FREEDOM COURT REPORTING

1        A.    No.   He just told me to go back

2   just as long as I didn't use that one

3   arm.   Just as long as I don't hurt that

4   arm whatsoever.

5        Q.    All right.   All right.   After

6   that visit on December the 8th, you were

7   still going to physical therapy?

8        A.    Yeah.   I would try to -- if I

9   had to see him, I would try to schedule

10   it while I was already down there.

11        Q.    Okay.   And he wanted you to

12   continue with your physical therapy?

13        A.    Yeah.   I done it for two and a

14   half months.

15        Q.    And you went to physical therapy

16   on the 8th, and then you went on the 9th;

17   isn't that right?   Again, did you go two

18   days back to back?   Do you remember?

19        A.    Seems like I did when I first

20   started.   And then I scheduled it for,

21   you know, to skip a day in between

22   because I had to work every night.   I

23   couldn't go every day.   So, I had to do