# FREEDOM COURT REPORTING

1    it on Wednesday and maybe go again on

2    Friday.

3        Q.    All right.    Then on December --

4    I'm sorry.    I think it was December the

5    10th that says you went back the second

6    or the third time to physical therapy.

7    Does that sound about right?

8        A.    I went the whole month of

9    December and January and half of

10   February.

11       Q.    And was physical therapy helping

12   you at all?

13       A.    Oh, man, it was hurting me.    It

14   was killing me.

15       Q.    But was it helping you with pain

16   at home?

17       A.    When I'd leave out from down

18   there, I'd be hurting so bad, I couldn't

19   even sleep.    I told Dr. Howorth it was

20   hurting me worse than it was helping me.

21   So, he finally stopped it after two and a

22   half months.

23       Q.    And would the pain get any

## FREEDOM COURT REPORTING

1  better?

2      A.    Because they x-rayed it.  He

3  said one of my screws had moved and was

4  scrubbing my shoulder bone.

5      Q.    And did he tell you why one of

6  the screws had moved?

7      A.    He said the only thing he could

8  do is he might have to go back in and

9  rescope it or give me Cortisone.  That

10  was all he could do.

11      Q.    Okay.  You hadn't had another

12  surgery, have you?

13      A.    Huh-uh, not besides the leg and

14  the heart.

15      Q.    I understand.  But nothing else

16  on your shoulder?

17      A.    Huh-uh (negative).

18      Q.    Do you remember the first day

19  you went back to work?  Was it like

20  December the 12th?

21      A.    I can't remember exactly.  I had

22  surgery on the 29th, and he told me to

23  take off a week.  I can't remember

# FREEDOM COURT REPORTING

1    exactly what day it was.

2        Q.    And the time that you were off,

3    that's when you got that second check for

4    $60 or whatever it was?

5        A.    Yeah.    That's when I had the

6    surgery.    They sent me a check for $60.

7    I laughed.

8        Q.    Went back to Dr. Howorth again

9    on December the 29th.    Does that sound

10   right?

11       A.    I went to how many times, I

12   don't know exactly how many times I did

13   go.    I went to him at least once a week

14   or once every two weeks in between

15   therapy.

16       Q.    But if you visited with him on

17   the --

18       A.    I can't remember exact dates.

19       Q.    Well, if you visited with him on

20   the 8th, and he says come back in three

21   weeks for an assessment, you would make

22   your appointment before you left the

23   office; right?

## FREEDOM COURT REPORTING

1    A.    Yeah.

2    Q.    So, you'd leave the office with

3  a little appointment card?

4    A.    Yeah.

5    Q.    Okay.  So, then, if you went

6  back on December the 29th, that said

7  "follow up for your rotator cuff, wounds

8  are clean."  Continue -- he put you on

9  Celebrex at that time for --

10    A.    Yeah.

11    Q.    -- discomfort?

12    A.    Uh-huh (affirmative).

13    Q.    Kept on going to physical

14  therapy?

15    A.    Kept on going to physical

16  therapy.

17    Q.    If he told you to come back in

18  three weeks, would you have made your

19  appointment before you left the office?

20    A.    Yeah, I always did.

21    Q.    Between the two visits on the

22  8th and the 29th during that 21-day

23  period, do you remember if you had any

# FREEDOM COURT REPORTING

1  conversations with Ms. Victoria?

2      A.    After I got surgery, I didn't

3  hardly ever call her back anymore.  Until

4  I got surgery, I was calling her every

5  week, begging her to get me surgery.

6      Q.    But then after the surgery, you

7  were going to therapy, and you were going

8  to the doctor?

9      A.    Yeah, I was going to the doctor

10  and therapy twice a week.

11      Q.    Okay.  And then going to work

12  every night?

13      A.    Going to work every night.

14      Q.    And do you know how many more

15  conversations you had with her after

16  that?

17      A.    It wasn't many.

18      Q.    Okay.  And did you have any

19  conversations with her after the surgery

20  that were not good conversations?  Did

21  y'all --

22      A.    We had one.  I was in the office

23  at Wal-Mart.  And we had one because I

## FREEDOM COURT REPORTING

1  told her how bad I was in pain.  I said,

2  "Y'all are killing me."

3      Q.    That's after the surgery?

4      A.    That's before the surgery.

5      Q.    Okay.  I was talking -- I'm

6  sorry.

7      A.    We didn't have any trouble after

8  I got the surgery, you know.

9      Q.    You didn't have any problems

10  with her after the surgery?

11      A.    Huh-uh (negative).

12      Q.    When you had the conversation

13  with her at the store, was there anybody

14  else in the room?

15      A.    Rhonda Walker was sitting in

16  there because she thought I was fixing to

17  pass out my blood pressure had done shot

18  up so high.

19      Q.    Did you go to the doctor?

20      A.    Yeah.  That's when -- I had done

21  made my appointment with Dr. Bill

22  Caypless.  That's the reason they had to

23  put me on blood pressure and cholesterol

## FREEDOM COURT REPORTING

1    medicine.  I done got in bad shape.

2        Q.    So, did you go see Dr. Caypless?

3    That's at Woodland; is that right?

4        A.    Woodland, uh-huh.

5        Q.    Did you go to him and get on

6    that medication before you had the

7    shoulder surgery?

8        A.    No.  I wasn't on any kind of

9    medication until I had surgery.  After I

10   had surgery, that's when I had to start

11   medication.

12       Q.    Okay.  But you had the

13   conversation where your blood pressure

14   shot up high before the surgery?

15       A.    Yeah.  When I was getting

16   preadmitting, that woman -- she done a

17   heart thing on me down there because she

18   was worried I was going to have a stroke

19   because it was running 150 over 100.  She

20   didn't even want me to leave the hospital

21   that day.  She said, "You need to get in

22   here Monday and get this done."

23       Q.    That was at Russell Hospital?

### FREEDOM COURT REPORTING

1      A.    Uh-huh (affirmative).  She

2   didn't even want to let me go home.  She

3   was scared I was going to have a stroke.

4      Q.    Did you tell her you were okay?

5      A.    She made me lay down and done

6   some kind of test on me.  She said, "You

7   need to get to your regular doctor and

8   get you some blood pressure medicine

9   now."

10      Q.    And you didn't get on blood

11  pressure medicine until after the

12  surgery?

13      A.    After the surgery, I had to go

14  on blood pressure and cholesterol

15  medicine too.  Both of them was out of

16  sight.

17      Q.    Did they tell you what your

18  cholesterol was?

19      A.    He told me, but I couldn't tell

20  you.  Bill Caypless could tell you.

21      Q.    But that's just from heredity

22  and --

23      A.    Yeah.

## FREEDOM COURT REPORTING

1     Q.   -- maybe eating too much fried

2  food?

3     A.   He just told me that me being in

4  pain for so long is the reason it went up

5  like that.  He said, "You're probably

6  going to have it the rest of your life."

7     Q.   Okay.  So, Dr. Caypless told

8  you --

9     A.   Told me that --

10     Q.   -- that pain made your --

11     A.   -- pain can make your blood

12  pressure shoot up.

13     Q.   I understand blood pressure.  I

14  was asking did he say that the pain made

15  your cholesterol go up?

16     A.   That's what he said.  He said

17  between all the pain I went through, my

18  cholesterol was out of sight, and my

19  blood pressure was out of sight too.  I

20  check it pretty regular.  It runs high

21  every day.

22     Q.   Has the doctor told you that you

23  need to quit smoking?

## FREEDOM COURT REPORTING

1    A.    Oh.   They're all going to tell
2    you that.
3         Q.    Bear with me a minute, please.
4              When you went the day to take --
5    to get your surgery done on the 29th, did
6    they give you anything for your blood
7    pressure?
8         A.    Huh-uh (negative).  It was high
9    that day too.
10        Q.    All right.  We had last talked
11   about your December 29th visit with
12   Dr. Howorth; right?
13        A.    Uh-huh (affirmative).
14        Q.    Okay.  And after that visit,
15   your next visit was about three weeks or
16   January 19th up there at the top.  You
17   don't disagree with that?
18        A.    I can't remember.
19        Q.    Up there at the top.
20        A.    I went to him the whole month of
21   December and January and February
22   before --
23        Q.    Well, between the two visits, do

# FREEDOM COURT REPORTING

1  you remember any conversations with

2  anybody at CMI, Ms. Victoria or anything

3  like that?

4      A.    Not offhand.

5      Q.    Okay.  Do you remember if you

6  had talked to anybody at the store about

7  your shoulder?

8      A.    No.  Everybody just asked me how

9  I was doing.

10      Q.    Okay.  But that was just saying

11  "Are you feeling better"?

12      A.    Yeah.  Just asked me how I was

13  doing basically.

14      Q.    And when you saw Dr. Howorth on

15  the 19th, he said that he felt like your

16  range of motion at that time was pretty

17  good and that you had 80 percent range of

18  motion.  Did y'all discuss that?

19      A.    I don't remember that.

20      Q.    Okay.

21      A.    He just told me that if he could

22  have lasered it back, it would have been

23  better.  Since he couldn't laser it and

## FREEDOM COURT REPORTING

1    had to put pins in it, he said, it

2    wouldn't never be right.

3        Q.    Why couldn't he laser it back?

4        A.    Because it was tore so -- it

5    done sagged -- it had pulled and

6    stretched so far from taking so long

7    about getting it done, that he had to

8    pull them up and put pins in them besides

9    lasering it.

10       Q.    And when did he tell you that?

11       A.    The day when I come out of

12   surgery, he said, "I had to put pins in

13   them.  I couldn't do, you know, the laser

14   because it was stretched too bad."

15       Q.    And he said it was stretched too

16   bad --

17       A.    Yeah.

18       Q.    -- because you had waited so

19   long to have the surgery?

20       A.    Because I had waited so long to

21   get surgery.

22       Q.    Okay.  We're talking over each

23   other.

## FREEDOM COURT REPORTING

1    A.    Yeah.

2    Q.    Let me finish my question, and

3  I'll let you finish your answer.

4        And that was the day you were at

5  the hospital before you left to come

6  home?

7    A.    Yeah.

8    Q.    And did he tell you that your

9  outcome would have been better --

10    A.    Oh, yes.

11    Q.    -- if you had had surgery --

12    A.    Earlier.

13    Q.    Okay.  When did he tell that you

14  should have had surgery by?

15    A.    He wanted me to do it on

16  November the 1st.  That was on that

17  Wednesday when I seen him.  He wanted me

18  in there on that Monday, and they denied

19  it.

20    Q.    Did he tell you --

21    A.    28 more days.

22    Q.    Did he tell you that if you had

23  had surgery on the 1st, that he would

## FREEDOM COURT REPORTING

1    have been able to fix it with a laser?

2        A.    Yeah.

3        Q.    Between November the 1st and the

4    day you had the surgery, did you do

5    anything with your shoulder other than

6    keep it in a sling?

7        A.    Kept it in a sling, that's it.

8        Q.    Did you try to move it at all?

9        A.    I couldn't it was hurting so

10   bad.

11       Q.    You use it at work?

12       A.    Huh-uh (negative).

13       Q.    So, you walked around in a

14   sling?

15       A.    In a sling, just using one hand.

16       Q.    How many times did he tell you

17   that the surgical outcome would have been

18   better if you would have had the surgery

19   earlier?  Did he ever tell you that --

20       A.    That day when I left the

21   hospital.  He said if he'd done it

22   earlier, he could have fixed it a lot

23   easier.

## FREEDOM COURT REPORTING

1     Q.    And is that the only time he

2   told you --

3     A.    And then when I start back going

4   to him, they'd x-ray every time to see if

5   the screws and everything -- but one of

6   them had moved, and it was scraping my

7   bone.

8     Q.    And he told you that this screw

9   had moved because --

10     A.    Yeah, one of them had moved.

11     Q.    He told you that it had moved

12   because of physical therapy?

13     A.    I guess.  That's the only thing

14   I could figure out that made it move.

15     Q.    But he didn't tell you what made

16   it move?

17     A.    No.  He just said one of them

18   had -- he x-rayed it.  And he just said

19   one of them looked like it had shifted

20   and was scraping my bone in there.  He

21   said, "All I can do is give you

22   Cortisone."

23     Q.    Okay.  After you saw Dr. Howorth

## FREEDOM COURT REPORTING

1    on the 19th -- and his note indicated

2    that you were doing okay with physical

3    therapy.  Did you feel like the physical

4    therapy was doing you --

5         A.    I kept telling him it was

6    hurting me every time I was doing it.

7         Q.    Did you think it was improving

8    you, though?

9         A.    Huh-uh, it was popping.  It was

10   hurting.  I was hurting worser when I

11   left there than I was when I went in.

12        Q.    Okay.  Did you ever tell anybody

13   that you --

14        A.    I told Mark, the one that was

15   doing the therapy.  He went over there

16   and talked to Howorth and told him it was

17   just popping and cracking, popping and

18   cracking.

19        Q.    Okay.  Did you ever tell anybody

20   that you felt like physical therapy was

21   helping you?

22        A.    It wasn't.  It was hurting.

23        Q.    All right.  I understand.  I

## FREEDOM COURT REPORTING

1   understand, but I'm not sure that I'm

2   understanding the answer to my question.

3   Did you ever tell anybody, Dr. Howorth or

4   Ms. Victoria or anybody --

5       A.   I told Dr. Howorth that it was

6   hurting worse than it was doing any good.

7       Q.   Okay.  Did you ever tell

8   Dr. Howorth that physical therapy was

9   helping?

10       A.   No, I never did tell him it was

11   helping me.

12       Q.   Okay.  Did you ever tell

13   Ms. Victoria that physical therapy was

14   helping?

15       A.   No.  She just asked me was I

16   doing it, and I told her, "Yeah, I was

17   trying to do the best I could with it."

18       Q.   Okay.  So, it's your testimony

19   that physical therapy never was helpful

20   to you?

21       A.   Huh-uh.  It was hurting me worse

22   than it did anything else.  I don't know

23   whether it was the screws in it or what,

## FREEDOM COURT REPORTING

1    but it was hurting.

2        Q.    And Dr. Howorth kept you going

3    to physical therapy?

4        A.    For two and a half months.

5        Q.    Okay.  Did you ever ask

6    Ms. Victoria to make them stop physical

7    therapy?

8        A.    No.  I just asked him, and he

9    stopped it.  He called over and told Mark

10   if it's hurting him worse than it's doing

11   him any good, we'll just stop it.

12       Q.    Okay.  All right.  After January

13   the 19th, you went back and saw

14   Dr. Howorth on February the 8th.  Do you

15   have any recollection of those specific

16   visits?

17       A.    Nothing besides he'd x-ray it

18   every time I'd go.  And that's about it.

19   He just x-rayed it.

20       Q.    Did you ever tell him that you

21   were only having a little bit of pain?

22       A.    No.

23       Q.    Did you ever tell him that the

## FREEDOM COURT REPORTING

1    pain was reduced because of physical

2    therapy and since your previous visits?

3        A.    I don't understand what you're

4    saying here.

5        Q.    Did you ever tell Dr. Howorth

6    that physical therapy was making the pain

7    less?

8        A.    No.  I told him it was making it

9    worse.

10        Q.    Okay.  And he was keeping you on

11    light duty --

12        A.    Yeah.

13        Q.    -- at work?

14        A.    I was still using one arm.  I

15    couldn't pick up nothing with this one

16    (indicating).

17        Q.    Now, were you taking pain

18    medication the whole time?

19        A.    Well, what Dr. Shirah give me.

20    And then he was giving me some.  I think

21    it was Darvocet.

22        Q.    "He" being Dr. Howorth?

23        A.    Howorth.  After I had surgery,

## FREEDOM COURT REPORTING

1    he give me Darvocet for a while there.

2        Q.    Okay.   And after you -- do you

3    remember how many pills he gave you or

4    tablets?

5        A.    About 20 at a time, I think.   It

6    wasn't many.

7        Q.    Did you get several

8    prescriptions?

9        A.    Oh, yeah.

10        Q.    Where did you have your

11    prescriptions filled?

12        A.    Wal-Mart.   They paid for it.

13        Q.    Okay.

14        A.    As long as I was in therapy, I

15    had to have something for pain.

16        Q.    Was there ever a period of

17    time -- well, let met ask it this way:

18    So, while you were actually going to

19    physical therapy, did you take pain

20    medication continuously?

21        A.    I had to try to take it where I

22    could get some sleep to go to work.

23    That's the only way I could do it.