FREEDOM COURT REPORTING

1    Q.    During the time that you were
2 going to physical therapy, was there ever
3 a time period of weeks, days, where you
4 didn't take pain medication?
5    A.    I took one every day.  That's
6 the only way I could get a little bit of
7 sleep where I could work.  I had to.
8    Q.    Do you remember what he was
9 giving you for the pain?
10   A.    Well, one time it was Lortab.
11 And then he changed it to Darvocet.  You
12 know, because Lortab wasn't doing too
13 good, so he said, "Well, I'll give you
14 Darvocet."  And then one time, he give me
15 something else.  I can't remember what
16 the name was.  He give me another
17 different kind one time.
18   Q.    And while you were going to
19 Dr. Howorth and working light duty,
20 that's when you started having all the
21 problems with your legs, and that's when
22 you went to your other doctor?
23   A.    Other doctor.

**FREEDOM COURT REPORTING**

Page 122

1   Q.   All right.  Now, that wasn't
2  covered by comp, was it?
3   A.   Huh-uh, my wife had to pay that
4  with her insurance.
5   Q.   Okay.  And you're fine with
6  that, right, because that's not -- you
7  don't think that's related to your
8  shoulder injury, do you?
9   A.   No.  He just couldn't find no
10 circulation in my legs.
11  Q.   And it was in about March that
12 you decided -- that he told you that you
13 could stop physical therapy; is that
14 right?
15  A.   Yeah.  After I went and had the
16 stint and artery and everything put in,
17 he told me to just go ahead and just stop
18 the therapy.
19  Q.   Did he tell you that he wanted
20 to start it back up sometime later on?
21  A.   No, he never did say.  He said
22 we'll just stop it because I told him it
23 was hurting me worse than it was helping.

1    Q.   And you had two surgeries in
2  March, one to your heart and one to your
3  leg?
4    A.   Yeah.
5    Q.   Ten days apart?
6    A.   One, I think, was on the 4th. I
7  think the other was on the 14th, I think.
8    Q.   Were you having -- tell me how
9  your shoulder was hurting you after the
10 fact.
11   A.   After I had the surgery?
12   Q.   Yes, sir.
13   A.   It was just excruciating pain.
14 It feels like something scrubbing in
15 there all the time. And there's a
16 certain way I can move it, and it just
17 pops. It will just pop. And I can't
18 raise it up.
19   Q.   And physical therapy was making
20 it worse and never did help it?
21   A.   No, it wasn't helping at all.
22 Mark said he hadn't never seen anybody
23 like that. It was just popping and

FREEDOM COURT REPORTING

Page 124

```
 1   cracking every time he tried to move it.
 2   It was just popping, cracking, popping,
 3   cracking.  I'd nearly jump off the bed
 4   sometimes it was hurting so bad.
 5        Q.   You did -- you wanted to jump
 6   off?
 7        A.   Yeah.  It was hurting so bad
 8   sometimes, I nearly about jumped off the
 9   bed.
10        Q.   Okay.  Oh.  I would hurt so
11   bad --
12        A.   Yeah.
13        Q.   -- it would make you almost
14   jump --
15        A.   Yeah.
16        Q.   I thought you were talking about
17   wanting to jump off the bed.
18        A.   A certain way he'd try to move
19   my shoulder, it would pop.  Boy, I'd
20   nearly about come off the bed.
21        Q.   And the bed being the table?
22        A.   The table he was doing physical
23   therapy on.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  Q. Okay. You have to forgive me.
2  I was thinking about my children jumping
3  on the bed, and I was wondering why --
4  A. And he had a lady helping him.
5  You know, she vouched for the same thing.
6  She said, "I ain't never seen one pop
7  like that." They couldn't figure it out
8  either. He even went over there and
9  talked to Howorth, and Howorth said he
10 couldn't figure it out.
11 Q. All right. And the last time
12 you went to see Dr. Howorth was in May of
13 2005; right?
14 A. Yeah. He give me a Cortisone
15 shot the last time I've been back to see
16 him.
17 Q. Okay. Did he release you at
18 that time?
19 A. Yeah.
20 Q. Or did he say don't come back?
21 A. He said, "You can come back in
22 six months. I can give you another
23 Cortisone." He said, "That's about all I

1  can do for you.  He said, "There's so
2  much bursitis in it, that's about all I
3  can do."  He said, "I can't give them to
4  you but twice a year."
5     Q.   Did you go back in November?
6     A.   I hadn't been back.
7     Q.   Why not?
8     A.   I just hadn't been back.  See, I
9  have to pay for it now because workman's
10 comp is through with me I guess.  So, I'd
11 have to pay for it out of my pocket.
12    Q.   How do you know worker's comp is
13 through with you?
14    A.   Well, I ain't been back since
15 April.
16    Q.   Okay.  But did somebody at
17 worker's comp tell you, "Okay.  We're
18 done.  You're on your own"?
19    A.   After he dismissed me.
20    Q.   Okay.
21    A.   After he dismissed me, I went
22 and had all these other surgeries done.
23    Q.   Okay.  But if doctor -- well, my

FREEDOM COURT REPORTING

Page 127

1  question is: If Dr. Howorth told you
2  that you didn't need to come back, did
3  Ms. Victoria or somebody at CMI call you
4  and say --
5      A.  Huh-uh, not as I know of.
6      Q.  Okay. Have you tried to make a
7  phone call to ask them, "Hey, can I go
8  back to the doctor"?
9      A.  No.
10     Q.  Have you thought about it?
11     A.  I'm not employed there anymore.
12     Q.  Okay.
13     A.  Because if I go back, I'll have
14 to pay for it myself.
15     Q.  Okay. And that's just what
16 you've concluded on your own; right?
17     A.  If I don't work there anymore,
18 I'm pretty sure they wouldn't pay it.
19     Q.  Okay. So, the last time you saw
20 Dr. Howorth, you had stopped working for
21 a couple of months?
22     A.  Yeah, because I had to go have
23 all this other stuff done.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1       Q.    For the leg.  Okay.
 2             And I may have asked you this
 3  early on, but do you remember the actual
 4  day that you told Wal-Mart, "Okay.  I'm
 5  not coming back.  I can't work anymore"?
 6       A.    I went up there it was in
 7  August.
 8       Q.    Of last year?
 9       A.    August of last year.  And she
10  said, "We thought you was still on
11  leave."  I said, "No."  I said, "He told
12  me I could come back."  And she said,
13  "Well, he give you another 30-day leave."
14  I said, "I didn't even know it."  You
15  know, they had extended it 30 days, and I
16  didn't even know it.  And this was in
17  August.  And she said, "Well, what are
18  you going to do?"  I said, "Well, I
19  can't -- my legs won't let me work, and
20  my shoulder won't let me work.  I guess
21  I'll have to take a medical leave, I
22  mean, a medical discharge."  She said,
23  "Okay.  If that's the way you -- you
```

FREEDOM COURT REPORTING

Page 129

```
 1   know, if you can't work, you know, you
 2   can't work."
 3        Q.   Did anybody at the store
 4   encourage you to come back?
 5        A.   No.
 6        Q.   To come back to work?
 7        A.   (Witness nods head negatively.)
 8        Q.   The people at the store were
 9   always fine to you, weren't they?  They
10   weren't ever not nice or --
11        A.   I didn't get along with Jonathan
12   that good.
13        Q.   Who's Jonathan?
14        A.   He was the manager.  He was the
15   head manager.
16        Q.   All right.
17        A.   But I dealt with him, but, you
18   know.
19        Q.   Have you been seen by any other
20   doctor since May of 2005 for your
21   shoulder?
22        A.   Huh-uh (negative.)
23        Q.   Is that a no?
```

1   A.   No.
2   Q.   Okay. And did Dr. Howorth
3   actually -- do you remember him saying,
4   "You are released, you can go back"?
5   A.   He never did release me back to
6   go back to full duty on my arm.
7   Q.   Okay. He always just said that
8   you would be on light duty?
9   A.   Limited. Limited to no more
10  than five pounds.
11  Q.   Did he ever tell you that he
12  thought that one day you'd be able to go
13  back to work with no restrictions?
14  A.   He told me I probably was going
15  to have trouble out of it from now on.
16  Q.   But do you recall him ever
17  saying, "In two months, you're going to
18  be able to go back to work without any
19  problems"?
20  A.   No, he never did tell me that.
21  Q.   Now, you have not filed another
22  lawsuit for worker's compensation
23  benefits?

FREEDOM COURT REPORTING

Page 131

1    A.   No.
2    Q.   And you're not getting any
3 additional benefits right now?
4    A.   I ain't getting nothing.  I
5 ain't got nothing since March.  I had
6 short-term disability, but I paid for
7 that out of my check.  And when they
8 released me on my legs and everything,
9 they stopped that.  And I couldn't work.
10 So, I couldn't draw my unemployment.
11 When you ain't able to work, you can't
12 draw unemployment.  So, I'm just stuck.
13 I haven't drawed any money since May of
14 last year.
15   Q.   So, you got disability through
16 your job at Wal-Mart?
17   A.   Yeah.  I paid it in myself,
18 short-term disability.
19   Q.   And after you left Wal-Mart --
20   A.   When these surgeries, that's all
21 I drawed.
22   Q.   And you're still out of work?
23   A.   Yeah.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 132

```
 1      Q.   Do you think you'll ever be able
 2 to go back to work anywhere?
 3      A.   Not with my leg and shoulder
 4 like it is.
 5      Q.   Okay.  Which is worse, your leg
 6 or your shoulder?
 7      A.   Well, it's hard to say.  One of
 8 them is hurting all the time.
 9      Q.   Okay.  But it's a combination of
10 the two?
11      A.   Yeah.  It's hard to sleep on
12 this side, and it's hard to sleep on this
13 side (indicating).
14      Q.   How long are you able to like
15 stand up without your legs just
16 getting -- do they go numb?
17      A.   Oh, yeah.  I can't even feel my
18 feet right now.  See, when he went in
19 here, they sent me to -- he told me they
20 probably hit a nerve right here in this
21 one because this is just dead down
22 through here.  This whole leg right in
23 here is just dead (indicating).
```

FREEDOM COURT REPORTING

Page 133

```
1        Q.    You're hitting your shin?
2        A.    Yeah, it's dead.  And it's
3   just -- and I ain't got no feeling in
4   here.  I can't even feel my toes.
5        Q.    Do you ever have feeling in your
6   toes?
7        A.    They just stay numb and cold.
8        Q.    Numb and cold?
9        A.    He said he may have to go back
10  and do the artery in this leg too.  He's
11  not for sure.
12       Q.    But you're indicating the right
13  leg now?
14       A.    Yeah.  He said I've got to go
15  back -- I've got to go back the end of
16  this month.  It will be a six-month
17  checkup.  He'd check the circulation in
18  my legs again.
19       Q.    Okay.  How is the circulation in
20  your left leg since they did that
21  surgery?
22       A.    It still hurts every day.  And
23  my knee swells up, my ankle swells up
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 134

1  every night. And it's just swelled up so
2  bad I can't hardly stand it.
3      Q.  Right leg about the same as the
4  left leg?
5      A.  Well, it ain't quite as bad as
6  the left one.
7      Q.  Is it getting worse?
8      A.  Yeah, I don't think they're
9  getting any better.
10     Q.  No. I was asking is the right
11 one getting worse.
12     A.  Oh. Yeah, it's worser than what
13 it was because I try to put more weight
14 on it to stay off my left one as much.
15 And, so, it's hurting me more on my right
16 one now because I'm trying to, you know,
17 keep some of the weight off my left one
18 because it hurts so bad.
19     Q.  Okay. Now, you filed a claim
20 for Social Security disability; right?
21     A.  Disability, uh-huh.
22     Q.  Do you remember when you did
23 that?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 135

1    A.    April 22nd last year.
2    Q.    And you've been to the doctor to
3  fill out the disability exam?
4    A.    Yeah.  They sent me to
5  Dr. Peterson, then they sent me to
6  Birmingham, they sent me to a
7  psychiatrist and everywhere else.
8    Q.    Okay.  Where did you go see a
9  psychiatrist?
10   A.    I seen Dr. -- I think her name
11 is Dr. Kurtz in Opelika.  I got all kind
12 of doctor's numbers wrote down.  I think
13 her name is Robin Kurtz.
14   Q.    What has she said for you?
15   A.    Psychiatrist?
16   Q.    Yeah.
17   A.    She said, "If I could put you on
18 the disability, I would put you on it in
19 a heartbeat."  She said, "You need it
20 bad."  Robin Kurtz in Opelika.  Kurtz is
21 K-u-r-t-z.
22         And they sent me to Dr. Bruce
23 Pava in Birmingham.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 136

```
 1      Q.   Is he also a psychiatrist?
 2      A.   No.  He's the one on my legs.
 3 He's the one that he believed he hit a
 4 nerve in this leg when he done the
 5 surgery, that's the reason it's dead.
 6      Q.   Where did you have that surgery
 7 done?
 8      A.   Opelika.
 9      Q.   Okay.  So, he came down here to
10 do it?
11      A.   Dr. Lazenby is already in
12 Opelika.
13      Q.   Oh, I'm sorry.  I thought you
14 said Pava was in Birmingham.
15      A.   No.  They sent me -- the
16 disability people sent me to Birmingham
17 to Dr. Pava.
18      Q.   Okay.  To look at your legs?
19      A.   To look at my legs.  But he
20 wouldn't tell me nothing.  He said they'd
21 have to tell me that.
22      Q.   All right.
23           MR. BROWN:  And you're
```

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 137

1  representing him on the Social Security;
2  right?
3          MR. TINNEY:  Right.
4     Q.   (By Mr. Brown) Following the
5  femoral bypass that you had, did any of
6  those doctors say that you should have
7  been able to go back to work, or did
8  they -- was there ever a point in time
9  where they said, you know, after you
10 recuperate for a month or so --
11    A.   Dr. Lazenby told me it was up to
12 me.  He said, "You know how your legs
13 feel."  He said, "If you can work on
14 them, you can work on them.  If you
15 can't, you know, that will be up to you."
16 And I went back and tried it, and I
17 couldn't do it.  My legs was hurting me
18 so bad I couldn't do it.
19    Q.   You went back and tried at
20 Wal-Mart?
21    A.   Yeah.  But I still wasn't using
22 my arm.
23    Q.   Okay.  I understand that.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 138

1   A.   But my legs just wouldn't let me
2   do it after I had the surgery.  It was
3   just hurting so bad I couldn't do it.
4      Q.   How many times -- how many days
5   did you try to go back to work at
6   Wal-Mart?
7      A.   Well, after he got through in
8   March, I went back and worked -- I don't
9   think I worked but about one week.  I
10  couldn't stand it.  So, I took a -- they
11  give me a little 30-day leave.  And then
12  I went back and I tried it, and I
13  couldn't do it.  So, the only alternative
14  I had was to take a medical discharge.
15     Q.   And your Social Security, you
16  have not gotten anything yet?
17     A.   No, they denied it.
18     Q.   Where was that filed?  Do you
19  know?
20     A.   What?
21     Q.   The Social Security claim.
22     A.   He's handling my Social
23  Security.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 139

```
 1           MR. TINNEY:  Anniston.  You
 2  know, it's a local office.
 3           MR. BROWN:  I was wondering if
 4  it was Anniston or if it was down in
 5  Opelika.
 6           MR. TINNEY:  Yeah, Anniston.
 7           THE WITNESS:  Anniston.  They
 8  sent me a letter and denied it about six
 9  or seven months ago.
10      Q.   (By Mr. Brown) All right.
11  Worker's comp -- I may have asked you, I
12  may not have.  If I did, I apologize.
13  But worker's comp paid for all your
14  physical therapy too; right?
15      A.   Yeah.
16      Q.   Okay.
17      A.   They paid for that and the
18  medicine, whatever I had to have.
19      Q.   And I know that we've talked a
20  lot about the conversations that you had
21  with Ms. Heppes.  But the conversations
22  that you are critical of and that are
23  based -- that this lawsuit is based on,
```

FREEDOM COURT REPORTING

Page 140

1 are the conversations that occurred
2 between October the 27th when Dr. Howorth
3 said you need surgery and November the
4 25th or 26th when they called you and
5 said you can get it done?
6     A.    Yeah.
7     Q.    Okay. So, it's about a
8 one-month period of time?
9     A.    Well, I got hurt on the 27th of
10 September is when I got hurt.
11    Q.    All right. Between the 28th of
12 September when you got hurt --
13    A.    Uh-huh.
14    Q.    -- the times that you were
15 seeing Dr. Shirah --
16    A.    Yeah.
17    Q.    -- and she was talking to you or
18 you were having any conversations with
19 her, that was okay; right?
20    A.    Yeah. I was just taking pain
21 pills and everything, but it wasn't
22 getting any better.
23    Q.    But that's when Dr. Shirah was

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660