**FREEDOM COURT REPORTING**

Page 141

```
 1  saying, you know, I'm not sure if it's a
 2  strain or --
 3       A.   Yeah.
 4       Q.   Okay.
 5       A.   Just what he treated me for was
 6  a muscle pull to start with.
 7       Q.   Okay.  But you weren't yelling
 8  at --
 9       A.   No.
10       Q.   Or I'm sorry.  Not yelling.  You
11  weren't talking to anybody about, "I need
12  surgery" until Dr. Howorth told you that
13  you needed it?
14       A.   No.  The second week I went to
15  Dr. Shirah, I told Dr. Shirah, I said,
16  "Something is not right."  He said,
17  "Well, you're probably right.  We're
18  going to have to do an MRI.  That will be
19  the best thing we can do before we'll
20  ever know what's wrong with it."
21       Q.   Okay.
22       A.   So, we set me up with Oxford,
23  and I went the next following week.
```

FREEDOM COURT REPORTING

Page 142

```
 1      Q.    That was on the 18th or the 19th
 2   of October?
 3      A.    19th of October.
 4      Q.    All right.
 5      A.    And I took it back to him.
 6      Q.    All right.  And that was on the
 7   22nd of October?
 8      A.    And he said there ain't nothing
 9   else I can do for you.
10      Q.    And then he said you've got to
11   go to an orthopedist?
12      A.    Orthopedic surgeon.
13      Q.    Somebody called you and told you
14   to go to Dr. Howorth?  They originally
15   wanted you to go to Gadsden?
16      A.    Yeah.  He called Victoria
17   himself, and she finally set me up in
18   Alex City.
19      Q.    Okay.  And that was because it
20   was closer for you to drive?
21      A.    Yeah.
22      Q.    How far is it from here to
23   Gadsden, about 70 miles?
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1    A.    A pretty good little ways.
2          MR. BROWN:  It's not 70 miles,
3    is it?
4          MR. TINNEY:  About 80.
5          THE WITNESS:  It wasn't but
6    about 45 to Alex City.
7    Q.    (By Mr. Brown) Okay.
8    A.    45, 46.
9    Q.    All right.  Were you happy with
10   Dr. Howorth?
11   A.    He was a good doctor, you know.
12   He just wanted me in there earlier than
13   what they let me get in.
14   Q.    Okay.  Have you told me about
15   every conversation that you had with
16   Ms. Heppes?
17   A.    I don't know exactly how many I
18   had.  Several.
19   Q.    Okay.  But what your
20   recollection is is just the gist of what
21   y'all were talking about; right?
22   A.    Yeah.
23   Q.    If you look back at it, can you

```
 1  close your eyes and specifically recall
 2  one particular conversation over all the
 3  others?
 4       A.   Uh-huh (affirmative).
 5       Q.   Okay.
 6       A.   It's when I got back from Alex
 7  City, and she had denied me from having
 8  surgery on that Monday.  I went to the
 9  store and went in there and called and
10  called her from the store and told her
11  she was killing me.
12       Q.   Okay.
13       A.   She said, "We're not planning on
14  killing you."  I said, "But he wants me
15  to have surgery, and you won't let me
16  have it."
17       Q.   And that was within a couple of
18  days after you first saw Dr. Howorth;
19  right?
20       A.   That was when I got back from
21  Alex City.
22       Q.   The same day?
23       A.   She cancelled it before I could
```

```
1   even get back home.
2       Q.   But the same -- but it was the
3   same day?
4       A.   Uh-huh (affirmative).
5       Q.   Okay.  That was yes?
6       A.   Yeah.
7       Q.   Okay.  When you left
8   Dr. Howorth's office, did you have an
9   appointment card to be at Russell
10  Hospital or anything like that?
11      A.   They told me to go to the
12  hospital on that Friday and get
13  preadmitted and be ready to have surgery
14  on Monday.  When I left there, that's all
15  I knowed.  By the time I got home, my
16  mother-in-law called and said Victoria
17  had done cancelled it before I could even
18  get home.  So, I called him back.  He
19  said he don't know why she cancelled it.
20  He said, "But you need the surgery."
21      Q.   And you called him on the same
22  day?
23      A.   Yeah.
```

1   Q.   Did you talk to him or Amy?
2   A.   I talked to Amy. And she said
3 that she had cancelled it. She needed
4 more paperwork and wanted more doctors to
5 look at the MRI before they do anything.
6   Q.   Okay. And it's your testimony
7 that that was on the 27th; right?
8   A.   It was the first time I seen
9 him, yeah. He wanted me on that Monday
10 to have surgery. They put it off another
11 28 days is what they did.
12   Q.   Do you know if you ever talked
13 to anybody named Annie Martin?
14   A.   I don't remember no Annie
15 Martin.
16   Q.   Do you know if you ever talked
17 to anybody named Becky Quisenberry?
18   A.   I don't know no Becky
19 Quisenberry either.
20   Q.   Do you know if you ever talked
21 to anybody named Ms. Abbott?
22   A.   Not as I know of.
23 Ms. Victoria -- I didn't even know her

```
1    last name -- is the only one I ever
2    talked to on workman's comp.
3         Q.    Okay.
4         A.    She's the only one I talked to.
5         Q.    And she just told you that she
6    wanted two other doctors to look at it?
7         A.    Uh-huh (affirmative).
8         Q.    She didn't tell you that she
9    wanted you to be seen by --
10        A.    No.
11        Q.    -- just she said she wanted two
12   other doctors?
13        A.    She just said she needed all the
14   paperwork they got and she needed the
15   MRI's, that she had two more company
16   doctors that she wanted to look at it.
17   That's when I asked her why.  I said,
18   "You've already got two."
19             MR. TINNEY:  You already
20   answered the question several times.
21             THE WITNESS:  Yeah.  I just
22   couldn't figure it out.
23        Q.    (By Mr. Brown) Did you take any
```

FREEDOM COURT REPORTING

Page 148

```
 1  notes of any of these conversations?
 2      A.   No.
 3      Q.   You didn't record any of them,
 4  did you?
 5      A.   No.
 6      Q.   Do you remember the
 7  interrogatories, the questions that I
 8  sent that you had to get answered and you
 9  signed the responses to?  Do you remember
10  those?
11      A.   Huh-uh (negative).
12      Q.   Okay.  I just want to ask you
13  about a couple of them.  Before I do
14  that --
15      A.   Oh, yeah.  I remember you sent
16  some papers up here, and I signed them.
17      Q.   Okay.  But you signed that,
18  though; right?
19      A.   Yeah.  I remember signing it,
20  yeah.  I understand what you're talking
21  about now.
22      Q.   Okay.
23      A.   Yeah.
```

**FREEDOM COURT REPORTING**

Page 149

```
 1         MR. BROWN:  And, John, this is
 2  one of the ones that we talked about
 3  earlier.  I just want to make sure I
 4  understand.
 5      Q.   In Interrogatory No. 34, it says
 6  "Indicate whether the Plaintiff claims
 7  that any injury or permanent damage to
 8  his shoulder is the result of the
 9  negligence of any physician or hospital."
10  And you said, "To the best of the
11  Plaintiff's knowledge and belief, yes."
12  Could you tell me is there anything that
13  any of the doctors or any of the
14  hospitals did that you think they did
15  wrong with your shoulder?
16      A.   The only thing they done wrong
17  is they just waited too long to get it
18  fixed.
19      Q.   Okay.
20      A.   So it really wasn't the doctor.
21      Q.   All right.  I just wanted to --
22  I thought that's what we had talked
23  about.
```

FREEDOM COURT REPORTING

Page 150

1            So, if you said "yes" --
2       A.   I might not have understood what
3   it was.
4       Q.   Okay.  So, you've explained your
5   answer better today than you did when you
6   answered it?
7       A.   Yeah.
8       Q.   That's fine.
9            Now, in Interrogatory No. 30, it
10  makes reference to part of your
11  complaint.  And in your complaint --
12  well, I asked you on the suppression
13  claim to "describe what action you took
14  to obtain your medical records from
15  Dr. Howorth or Dr. Shirah during the time
16  that you claimed that CMI were the only
17  ones getting medical records."  And you
18  said that you requested that the records
19  be faxed to his daughter-in-law?
20      A.   Uh-huh (affirmative).
21      Q.   So, did you ask -- during some
22  of these conversations, did you ask Amy
23  or somebody at Dr. Howorth's to fax you

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1   the records?
 2       A.   Yeah, I got them faxed to --
 3   see, my daughter-in-law worked for Sandy
 4   Holliday at that time.
 5       Q.   What is Sandy Holliday?
 6            MR. TINNEY:   He's a local
 7   lawyer.
 8            THE WITNESS:   A local lawyer.
 9       Q.   (By Mr. Brown) Okay.
10       A.   She worked at his office.  So,
11   she -- that's the only place I could get
12   them faxed to.
13       Q.   Okay.
14       A.   Because when I was trying to get
15   my disability, I had to have all my
16   records faxed to me.
17       Q.   Okay.  And they never faxed you
18   the records; is that right?
19       A.   I got them all except for
20   Dr. Rhodes, I think.
21       Q.   Were they faxed to you.
22       A.   (Witness nods head
23   affirmatively.)
```

**FREEDOM COURT REPORTING**

Page 152

```
 1        Q.    Is that yes?
 2        A.    Yeah.
 3        Q.    Okay.  Before you filed this
 4   lawsuit or after you filed this lawsuit?
 5        A.    After.
 6        Q.    Okay.  So, it was after you had
 7   already hired Mr. Tinney, but before you
 8   had done the disability stuff; right?
 9        A.    Yeah.
10        Q.    Okay.  Did you have to pay for
11   the records?  They gave them to you --
12        A.    Right.
13        Q.    -- free; right?  I'm sorry.
14   That was a bad question.  I asked you two
15   questions at once.  They sent you the
16   records?
17        A.    Yeah.
18        Q.    Did you have to pay for them?
19        A.    Huh-uh (negative).
20        Q.    No?
21        A.    I told them no.  I didn't have
22   to pay for it.  I just told them I was
23   trying to get my disability, I needed my
```

```
 1   records.
 2       Q.   All right.  If CMI has paid for
 3   all your medical bills and they've paid
 4   you the temporary total payments, you
 5   don't contend that they owe you any
 6   additional benefits right now, do you?
 7       A.   All the pain and suffering I
 8   went through.
 9       Q.   Okay.  Just things related to
10   this lawsuit; is that right?
11       A.   Yeah.
12       Q.   Okay.
13            MR. TINNEY:  And just for the
14   record so that, you know, we're operating
15   under any, you know, misassumption, if he
16   gets a disability rating, they may owe
17   him more comp.
18            MR. BROWN:  If it's -- yeah.
19            MR. TINNEY:  Yeah.  Plus
20   anything -- you know, any medical
21   associated with it.  I mean, they own any
22   benefits they owe under the --
23            MR. BROWN:  But as of right now,
```

FREEDOM COURT REPORTING

Page 154

1  you don't know of any person whose given
2  him any permanent partial disability upon
3  which an award could be based.
4           MR. TINNEY:  No.
5           MR. BROWN:  All right.  We may
6  want to talk about that after we get
7  through.
8           MR. TINNEY:  Yeah.  I have not
9  pursued it, but I'm sure there's
10 something there.
11          MR. BROWN:  Okay.
12     Q.   And since you filed this
13 lawsuit, you have not talked to
14 Ms. Heppes anymore; is that right?
15     A.   Huh-uh (negative).
16     Q.   Was that no?
17     A.   No.
18     Q.   You haven't asked for another
19 doctor?
20     A.   No.
21     Q.   And you haven't asked for
22 authority or the ability to go back to
23 Dr. Howorth or anybody else?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

```
 1       A.    No.
 2       Q.    Now, have you been to any
 3  other -- other than the psychiatrist that
 4  you went to see for your disability, have
 5  you been to any other psychiatrist or
 6  psychologist for anything related to your
 7  shoulder?
 8       A.    Huh-uh, no.
 9       Q.    Have you been to any kind of
10  counseling?
11       A.    No.
12       Q.    Have you been to any kind of
13  pain management?
14       A.    No.
15       Q.    How has this shoulder surgery
16  affected you?
17       A.    It affects me a lot.
18       Q.    Okay.  Well, tell me as best you
19  can how.
20       A.    I barely can use it a lot of
21  days.  I can't raise it up.
22       Q.    Okay.  How else?
23       A.    I just can't raise it up.  I can
```

```
 1   use it like right here, you know.  But I
 2   can't just -- I can't do none of this.
 3   It won't go up.  I have to push it up
 4   with my other arm.  It's just like it
 5   catches.  It don't want to go.
 6        Q.   And I think I asked you this
 7   before.  I probably did.  But if you had
 8   not had the leg surgery, you would still
 9   be working, right, if your legs weren't
10   bothering you?
11        A.   I probably still be working with
12   one arm.
13        Q.   Okay.  I understand.
14        A.   Yeah.
15        Q.   But you would still be working
16   as best you could?
17        A.   Yeah, best I could.
18        Q.   Were there any activities that
19   you -- any sports or hobbies that you did
20   before the surgery that you can't do
21   anymore?
22        A.   I ain't been able to play no
23   sports in a while.
```

FREEDOM COURT REPORTING

Page 157

```
 1      Q.    Okay.  In how long?
 2      A.    Well, I'm 51.  I ain't played
 3  none since I was about 30-something years
 4  old.
 5      Q.    Okay.
 6      A.    It's been 20-something years, I
 7  imagine.
 8      Q.    So, you're not going to come
 9  back later and say --
10      A.    No.
11      Q.    -- that you were on a church
12  softball league or something like that
13  before you hurt your shoulder?
14      A.    No.  My leg won't let me do
15  that.  My shoulder won't either.
16      Q.    Well, but before your shoulder
17  started hurting, you didn't do it?
18      A.    No.
19      Q.    Okay.  Did you hunt or fish?
20      A.    I ain't been fishing in three or
21  four years.  I don't even go hunting
22  anymore.
23      Q.    Did you hunt before you hurt
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 158

1  your shoulder?
2      A.   Oh, I use to hunt all the time.
3      Q.   Deer hunt, bird hunt, what kind
4  of hunting?
5      A.   Squirrel hunting, something like
6  that.  I never did even deer hunt very
7  much.
8      Q.   Okay.  So, just squirrel
9  hunting?
10     A.   See, I ain't really done any
11 kind of fishing or hunting in years.
12     Q.   Okay.  Before your shoulder
13 injury?
14     A.   Yeah.  I used to, yeah, a long
15 time ago.
16     Q.   All right.  How long before your
17 shoulder injury did you last go hunting
18 on a regular basis?
19     A.   I imagine it's been over ten
20 years.
21     Q.   How long before the shoulder
22 injury did you last go fishing on a
23 regular basis?

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 159

```
 1        A.    I ain't been fishing in about
 2   three or four years.
 3        Q.    Before the shoulder?
 4        A.    Before the shoulder.
 5        Q.    Okay.  Were you a member of any
 6   church here locally?
 7        A.    I'm a member of Midway Full
 8   Gospel Church.
 9        Q.    Okay.  And did you do any kind
10   of church mission trips or anything
11   before the surgery?
12        A.    No, sir.
13        Q.    Okay.  Are you a member of any
14   kind of civic clubs like Civitans or
15   Jaycees?
16        A.    No, sir.
17        Q.    And you think -- or do you agree
18   that it took a while to get the surgery
19   done, longer than you wanted it to --
20        A.    Yes.
21        Q.    -- because of miscommunications
22   between CMI and the doctors?
23        A.    Yes.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 160

```
 1            MR. TINNEY:  And I'm going to
 2   object to the, you know, the form of that
 3   question because we -- you classify it as
 4   miscommunications.  We don't know, you
 5   know, what it is.
 6       Q.   (By Mr. Brown) Well, and I'll
 7   define miscommunications as from your
 8   conversations with the doctor's office
 9   and from your conversations with
10   Ms. Heppes, that both of those people,
11   the doctor and CMI told you they were
12   talking back and forth; right?
13       A.   Yeah.  The doctor wanted to do
14   it, and they didn't want to let him do
15   it.
16       Q.   And they were saying, "We sent
17   the records," and they were saying, "No,
18   we don't have the records"?
19       A.   That's true.
20       Q.   Okay.
21       A.   That's true.
22       Q.   And it was that communication or
23   lack of communication between those two
```