IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| EMORY STEVE BROWN )<br>)<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>CLAIMS MANAGEMENT, INC. )<br>)<br>DEFENDANT ) | CASE NO. _____ |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Comes now plaintiff and requests defendant to produce the following documents within the time allowed by the Alabama Rules of Civil Procedure:

1. All records in your file with respect to your handling plaintiff's workmen's compensation claim that would have been generated by you on or after September 28, 2004.

2. A copy of all computer stored e-mails, interoffice communications, or any other computer stored information that you may have relating to the plaintiff's claim the subject of this suit.

3. A copy of all records and opinions received from any physician other than Dr. Shirah or Dr. Holworth concerning the plaintiff's care or treatment.



PLAINTIFF'S DEPOSITION EXHIBIT 5

217

4. A copy of all correspondence between you and any and all persons, firms, or corporations wherein you sought an opinion as to the reasonableness or necessity for the plaintiff's shoulder surgery at anytime. Please furnish a copy of any such reports received from any person, firm, or corporation concerning said surgery.

John A. Tinney
Attorney for Plaintiffs
Post Office Box 1430
Roanoke, Alabama 36274
(334) 863 8945

**SERVED WITH SUMMONS AND COMPLAINT - RESPONSES DUE 45 DAYS FROM DATE OF SERVICE**

Mail Receive Date: 2004-10-21

WMP-76 (2/00)

## WORKER'S COMPENSATION REQUEST FOR MEDICAL CARE

**INSTRUCTIONS**
WAL-MART - Complete top portion and give to associate to present to the physician. Refer to Resource Manual for mailing address.
ASSOCIATE - Present to the physician. Return the top copy to Wal-Mart immediately after treatment.
PHYSICIAN - Complete the physician's portion, fold and mail as indicated. (Please attach an itemized statement to ensure prompt payment).

WAL-MART LOCATION NUMBER **803**   ADDRESS **4180 Hwy 431**   PHONE **334-863-2147**

NOTICE TO ASSOCIATE: I AM REQUESTING MEDICAL TREATMENT FOR THE INCIDENT DESCRIBED BELOW. I FULLY UNDERSTAND THAT IF IT IS DETERMINED THAT MY TREATMENT IS NOT RELATED TO AN ON-THE-JOB INJURY, OR NOT COVERED BY THE STATE WORKER'S COMPENSATION ACT, I MAY BE REQUESTED TO PAY FOR THE MEDICAL TREATMENT RENDERED. I FURTHER ACKNOWLEDGE THAT MEDICAL CARE ARRANGED FOR ME BY WAL-MART SHALL NOT ACT AS AN ACCEPTANCE OF MY CLAIM.

(Associate) Signature: **Emory Steve Brown**   Social Security #: **423 80 9678**

**TO DOCTOR:**
Company Dr. ✓   Associate Choice ___   Associate **Steve Brown**
Date of injury **9-29-04**   Time **445** a.m. ___ p.m. ✓   Date Reported **9-29-04**   Time **4:55** a.m. ✓ p.m. ___
Associate's Job Description: **Overnight Stocker**
How did accident happen? **Picking up bag of potatoes on truck, slipped out of hand**

Description of injury/Part of body injured: **Right Shoulder**
Describe any signs of injury: **Pain in right shoulder**
Has associate injured same part of body before? **No**   When? ___
Completed By: **Chris Cheatwood** (Member of Management)   Date **9-29-04**   Time **4:55am**

### Medical Authorization
I hereby authorize the Physician and/or Hospital providing treatment to release medical records to representatives of Wal-Mart regarding my occupational injury.

Employee Signature: **Emory Steve Brown**   Date: **10/4/04**

### PHYSICIAN'S REPORT
TO ATTENDING PHYSICIAN: This form is to be completed on Workers' Compensation Claims. We need your help in evaluating this examination. Thank you for your help.

PLAINTIFF'S DEPOSITION EXHIBIT **6**

THE THIRD PARTY ADMINISTRATOR MUST BE CONTACTED FOR ALL AUTHORIZATIONS OF TREATMENT!!
Call the above Wal-Mart for the proper phone number and Administrators address for mailing.

**MUST BE COMPLETED BY PHYSICIAN:**
Diagnosis **Severe strain on R shoulder**   X-rays taken ___
Treatment Plan **Maybe immobilization**   Drugs prescribed **Motrin, Roboxin, Darvocet**
___ May return to work regular duties. Date ___
___ May return to work with following restrictions: Maximum lifting limit: ___ lbs.

| | | | |
|---|---|---|---|
| Alternate sitting/standing | No squatting | No: pushing | pulling |
| Sitting work only | No bending | No use: right hand | left hand |
| Standing work only | No stooping | No use: right arm | left arm |
| No overhead reaching | No twisting | No weight bearing: right leg | left leg |
| No above the shoulder work | No ladder work | | |

✓ Off work for **3** days. Return appointment on **10/8/04**   Time ___
___ Referred to ___   Phone ___
If off work document medical necessity ___
(Please address off work status at least every 5-7 days)
Doctor's Signature: ___
Address: **P.O. Box 1391 Roanoke AL 36274**
Date and Time: **10-4-04**
IN #: ___   Phone: **(334) 863-8951**

MODIFIED WORK AVAILABLE
1st copy To be returned to the store by associate
2nd Copy Physician to fold and mail.

1219

**ALEXANDER CITY ORTHOPAEDICS**                    OCTOBER 27, 2004

**BROWN, EMERY**
**#21738**

Emery is a delightful new patient, 49 years old, seen for evaluation of a painful right shoulder. DOI: 09/28/04. Mechanism – unloading a produce truck. He experienced a pop in his right shoulder when he was lifting 50-lb bags of potatoes. He was initially placed on medications but continued to have severe pain with inability to sleep, inability to lift his right arm.

**X-RAYS:**
MRI scan was subsequently performed on 10/19/04 and is remarkable for a tear of the supraspinatus with retraction of the free edge at the level of the acromion. There is also noted some subchondral cyst formation in the greater tuberosity, tear of the anterior-superior aspect of the labrum, and acromioclavicular joint changes. Radiographs of his shoulder from 09/29/04 showed healed rib fractures and changes consistent with osteoarthritis of the acromioclavicular joint.

**ON EXAMINATION:**
He has weakness with initiation of abduction consistent with a rotator cuff tear. He has a painful arc with assistance from 70-110 degrees. He has stiffness secondary to disuse of his shoulder over the last 4 weeks. His cervical spine is unremarkable.

He works at the Wal-Mart in Roanoke and was referred by Dr. Shirah.

WT: 152.  HT: 5'8".

**MEDICATIONS:**
Include Robaxin, ibuprofen, and Darvocet.

PLAINTIFF'S DEPOSITION EXHIBIT 7

**ROS:**
Backache, leg swelling, history of poor circulation.

**SOCIAL HISTORY:**
Positive for tobacco.

**ALLERGIES:**
NKDA.

**FAMILY HISTORY:**
Remarkable for cancer, diabe[tes]

**SURGICAL HISTORY:**
Appendicitis in 1974.

*[Handwritten annotations:]*
Supraspinatus - a muscle of the back of the shoulder... one of the muscles making up the rotator cuff
Subchondral - situated beneath cartilage
Tuberosity - a large, rounded prominence of bone serving for attachment of muscles & ligaments
Labrum - ring of cartilage attached to the rim of a joint
Acromion - outer end of the scapula, forms the outer angle of the shoulder & articulates with the clavicle

220

Mail Receive Date: 2004-10-29

OCT-21-2004 10:31 FROM:OPEN MRI OXFORD    256 832 0461    TO:One Call Medical Inc P.4/4



**Patient Name:** BROWN, EMORY
**Ref. Physician:** Shiruh, Mitchell
**Account #:** 1008914
**Date of Birth:** 8/24/1955

**Day Phone:**
**Evening Phone:**
**DOS:** 10/19/2004
**Page:** 1 of 1

**PROCEDURE: MRI OF THE RIGHT SHOULDER.**

**FINDINGS:** No fractures or contusions are present. There is subchondral cyst in the greater tuberosity. There is a tear of the distal anterior third of the supraspinatus tendon with retraction of the free edge to the level of the acromion. There are degenerative changes of the AC joint with impingement upon the distal supraspinatus muscle.

There is some fluid in the joint and also undersurface spurring and joint narrowing. The infraspinatus tendon is normal.

A sublabial foramen is present. There is tear through the anterosuperior aspect of the labrum. The biceps and subscapularis tendons are normal. Acromion is type II.

**OPINION:**
1. Tear of the anterior portion of the supraspinatus tendon.
2. Subchondral cyst in the greater tuberosity.
3. Tear of the anterosuperior aspect of the labrum.
4. Advanced degenerative changes of the AC joint with impingement.
5. Subacromial bursitis.

PLAINTIFF'S DEPOSITION EXHIBIT 8

_Thomas G. Harrell, MD_
Thomas G. Harrell, MD
334-863-2301

Joseph Adcock
lcmlgh
Open MRI of Oxford


D05UNDEF

Thank you for referring your patient to Open MRI of Oxford

1612 Highway 78 East ●Suite 101 ●Oxford, AL 36203 ● (256) 832-0007 ●Toll Free (877) 884-0007 ●Fax (256) 832-0223

22l
12

# ISO ClaimSearch Match Report

Date 10-01-2004

A claim report identified by ClaimSearch identification number 2X001701861 was received by ISO ClaimSearch on 10/01/2004. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

| | |
|---|---|
| Claimant/Insured: | BROWN, EMORY, |
| Address: | PO BOX 145 |
| City: | ROANOKE           St: AL   Zip: 362740000 |
| SSN: | 423809678   (SSN ISSUED   AL/1971-1972) |
| Claim Number: | C4270431 |
| Date of Loss: | 09/29/2004   Claim Type:   CASU   Loss Type:   COMP |
| Misc Info: | HEPPES |

NO MATCHES FOUND

If you have any questions concerning your report, please contact Customer Support at (800)888-4476
BRIAN BROWN
FINANCIAL MGR
WAL-MART STORES
C/O CLAIMS MANAGEMENT
PO BOX 5020
BENTONVILLE, AR 727121288
W28400002

**PLAINTIFF'S DEPOSITION EXHIBIT 9**

Initiating Claim:
| | | | |
|---|---|---|---|
| Activity & Date: | Property/Casualty 09/29/2004 | File Number: | 2X001701861 |
| Type of Loss: | Workers Compensation | Compensation | |
| ISO Received: | 10/01/2004 | | |
| Company: | WAL-MART STORES | Phone: | 4792734248 |
| Address: | C/O CLAIMS MANAGEMENT | | |
| | PO BOX 5020 | | |
| City: | BENTONVILLE | State: AR | Zip: 727121288 |
| Claim Number: | C4270431 | | |

| | | | |
|---|---|---|---|
| Involved Party: | Claimant | | |
| Name: | BROWN, EMORY, | | |
| Address: | PO BOX 145 | | |
| City: | ROANOKE | State: AL | Zip: 36274 |
| DOB: | 08/24/1955 | | |
| SSN: | 423809678   (SSN ISSUED   AL/1971-1972) | | |
| Occupation: | STOCKER:GENERL | | |
| Injury/Damage: | STRAIN TO SHOULDER (S) FROM LIFTING BY MERCHANDISE | | |

# ISO ClaimSearch Match Report

Date 10-05-2004

A Claim report identified by ClaimSearch identification number 2X001701861 was received by ISO ClaimSearch on 10/01/2004. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

```
Claimant/Insured:   BROWN, EMORY,
         Address:   PO BOX 145
            City:   ROANOKE                              St: AL   Zip: 362740000
             SSN:   423809678   (SSN ISSUED       AL/1971-1972)
   Claim Number:    C4270431
    Date of Loss:   09/29/2004   Claim Type:   CASU    Loss Type:   COMP
       Misc Info:   HEPPES
```

NO MATCHES FOUND

If you have any questions concerning your report, please contact Customer Support at (800)888-4476
BRIAN BROWN
FINANCIAL MGR
WAL-MART STORES
C/O CLAIMS MANAGEMENT
PO BOX 5020
BENTONVILLE, AR 727121288
W28400002

```
Initiating Claim:
   Activity & Date:  Property/Casualty 09/29/2004      File Number: 2X001701861
       Type of Loss: Workers Compensation              Compensation
      ISO Received:  10/01/2004
           Company:  WAL-MART STORES                   Phone: 4792734248
           Address:  C/O CLAIMS MANAGEMENT
                   : PO BOX 5020
              City:  BENTONVILLE         State: AR      Zip: 727121288
      Claim Number:  C4270431

   Involved Party:   Claimant
             Name:   BROWN, EMORY,
          Address:   PO BOX 145
             City:   ROANOKE             State: AL      Zip: 36274
              DOB:   08/24/1955
              SSN:   423809678    (SSN ISSUED       AL/1971-1972)
       Occupation:   STOCKER:GENERL
    Injury/Damage:   STRAIN TO SHOULDER (S) FROM LIFTING BY MERCHANDISE
```

223

al·mart   (Wed, 27 Oct 2004 15:02:12 -0500) (0c0e1e52056744949cb3ea18ae59ec6e) Fax 12562343114 Page 3 of 6



**CLAIMS MANAGEMENT, INC.**
P.O. Box 1288
Bentonville, AR 72712-1288
479-621-2900

# Surgery Request

PLAINTIFF'S DEPOSITION EXHIBIT
10

| | | | |
|---|---|---|---|
| To: | Attn: Amy | From: | Victoria Heppes Greenspan |
| Fax: | 256-234-3114 | Pages: | 3 |
| Phone: | | Date: | 10/27/04 |
| Re: | Please have doctor fill out the following form. Thank You | Patient: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

Workers' Compensation Surgery Request Information sheet: Wal-Mart, Sam's Club, and Wal-Mart Warehouse WC Patients.

Please take a few minutes to complete the attached form.

Thank you for your time and care of this Valued Wal-Mart Associate. I can be reached at (479)621-2900 Ext.

Please fax the form to my attention upon completion.

Fax: (479) 273 - 8020

Please Note: All billing from Wal-Mart or Sam's Club worker's compensation claims should be filed the same, please update your system with the billing information. If treatment is approved all billing should be directed to the following:

BCBS
ATTN: Terri Flanagan
P.O. Box 361787
Birmingham, AL 35216

Please re-submit any outstanding bills to Blue Cross/Blue Shield. In order for billing to be paid correctly, the bill must include the patient's SSN with WRI as a prefix. The group number is 32060. The patient will not have an insurance card because this is worker's compensation. It is not required for you to attach notes to the bills, however, all records should be faxed to my



**CLAIMS MANAGEMENT, INC.**
P.O. Box 1288
Bentonville, AR 72712-1288
479-621-2900 Ext: 20770

Emory Brown
Claim #: C4270431

Dear Dr. Howorth,

We are in receipt of your request for surgical intervention for _____. In order to continue to coordinate benefits under workers' compensation and send this request for pre-certification, please complete the information below and fax back at your earliest convenience.

If you have any questions, please call me at (800)527-0566 Ext. 20776
Thank you in advance for your time.

Have all conservative measures been exhausted? Please explain:
① Tear on MRI, needs surgical repair ASAP

Is this patient a good, fair or poor candidate for a positive outcome associated with this surgery? Please explain:
Good

Surgical procedure (include ICD 9 code)?
② Shoulder scope, +/- open repair / 23420

Will the procedure be completed on an outpatient or inpatient basis?
outpatient

Name, address and phone number of facility where surgery will be completed:
Russell Med Center Hwy 280  256-329-7100

What if any physical restrictions will be recommended in regards to employment and activities of daily living **after surgery?**
No restrictions after 3-6 mo usually.

What is the expected time frame of release to return to work in a modified duty capacity after surgery?
1-2 wks no use @ MR, 6-12 wks RTW full duty

Is a physical therapy referral or home exercise program expected post-operatively?
Yes

Wal*Mart    (Wed, 27 Oct 2004 15:02:12 -0500)  (0c0a1e52058744949cb3ea18ae59ec6e)  Fax 12562343114  Page 6 of 6

If so, please list the anticipated time frame of treatment- 6-12 weeks

Projected MMI (maximum medical improvement) date: 3-6 mo post surgery

What permanent impairment rating do you anticipate following surgery?
est. 2-4% B.M., 5-10% ARM

Should this patient choose not to proceed with surgery, what permanent impairment rating would you assign?
est. 5-7% B.M., 15-20 ARM

Is surgical intervention requested in whole or part due to the reported work injury of ?
Yes

Please specify /provide explanation:
Injury Shoulder, @ RR rotator cuff tear.

Please note:

*Alabama Workers' Compensation Law Statute 25-5-58 states:*
*If the degree or duration of disability resulting from an accident is increased or prolonged because of a preexisting injury or infirmity, the employer shall be liable only for the disability that would have resulted from the accident had the earlier injury or infirmity not existed.*

To you knowledge, Is there any preexisting injury or infirmity that may increase the degree or duration of disability associated with the current injury? NO

Physician Signature _[signature]_

Date 10/30/04

Please fax this completed form to (479)273-8020

**Approval for the requested surgery is subject to review of medical records and may be subject to the utilization review process.**

CONFIDENTIALITY NOTICE: This fax and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this fax in error, please notify the Wal-Mart e-mail administrator at "postmaster@wal-mart.com". If you are reading this message and are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

226

62

BROWN, EMERY
ACO #21738
10/27/04
PAGE 2

He has had no previous difficulties with his right shoulder. He reports no history of injury or pain.

**DIAGNOSES:**
1. Acute tear of supraspinatus, rotator cuff.
2. ACJ OA.

**PLAN:**
1. Preoperative ROM & strengthening to improve his ROM and become familiar with postoperative exercise program.
2. Recommend immediate arthroscopy & rotator cuff repair. He is 4 weeks post injury, and it is much better to proceed with rotator cuff reconstruction within the first 6 weeks during the acute phase, as the results are more predictable. After 6 weeks, the results become more unpredictable. He has had severe pain, inability to sleep, and inability to use his arm since his injury. I do not feel that this will improve with PT or any other modalities at this time. Without rotator cuff reconstruction, he will have permanent weakness secondary to the loss of the supraspinatus function. The rotator cuff muscle will retract, become scarred, and be impossible to repair easily. I discussed this with him extensively. He will need 6 weeks to 12 weeks of PT, modified work activities, minimal or no use of the right hand. After 3 months, he should be able to return to full duties without restrictions.

Respectively submitted,

GRAHAM L. HOWORTH, JR., M.D.
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

/jhw

cc: Dr. Shirah
    Roanoke Family Care
    Wal-Mart

PLAINTIFF'S DEPOSITION EXHIBIT 11

227

27

Mail Receive Date: 2004-12-08

99999999   P.01

C4270431

# GRAHAM L. HOWORTH, M.D., P.C.
## ORTHOPAEDIC SURGERY

| COOSA VALLEY ORTHOPAEDICS | ALEXANDER CITY ORTHOPAEDICS | LAKE MARTIN ORTHOPAEDICS |
|---|---|---|
| 122 SOUTH ANNISTON AVENUE | 1120 AIRPORT DRIVE SUITE 101 | 201 MARIARDEN ROAD |
| SYLACAUGA, AL 35150 | ALEXANDER CITY, AL 35010 | DADEVILLE, AL 36853 |
| (256) 249-5800 | (256) 234-6989 | (256) 825-3294 |
| (256) 249-5910 FAX | (256) 234-3116 FAX | (256) 825-7888 FAX |

TO: Victoria                    FAX#: 479 273 8020

SENDER: Amy                     OFFICE:

DATE & TIME: 11-15-04           TOTAL PAGES INCLUDING COVERSHEET: 3

Confidentiality Notice: The document(s) accompanying this facsimile transmission contain(s) confidential information belonging to the sender, that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.
IF THIS FAX HAS BEEN RECEIVED IN ERROR, PLEASE CONTACT OUR OFFICE IMMEDIATELY!!

COMMENTS:

Re: Emery Brown
Surgery Approval

who puts on when?

PC42704311209

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CALL

D05UNDEF

PLAINTIFF'S DEPOSITION EXHIBIT 12

228

24

99999999                                    P.02

# ALEXANDER CITY ORTHOPAEDICS          OCTOBER 27, 2004

**BROWN, EMERY**
#21738

Emery is a delightful new patient, 49 years old, seen for evaluation of a painful right shoulder. DOI: 09/28/04. Mechanism – unloading a produce truck. He experienced a pop in his right shoulder when he was lifting 50-lb bags of potatoes. He was initially placed on medications but continued to have severe pain with inability to sleep, inability to lift his right arm.

**X-RAYS:**
MRI scan was subsequently performed on 10/19/04 and is remarkable for a tear of the supraspinatus with retraction of the free edge at the level of the acromion. There is also noted some subchondral cyst formation in the greater tuberosity, tear of the anterior-superior aspect of the labrum, and acromioclavicular joint changes. Radiographs of his shoulder from 09/29/04 showed healed rib fractures and changes consistent with osteoarthritis of the acromioclavicular joint.

**ON EXAMINATION:**
He has weakness with initiation of abduction consistent with a rotator cuff tear. He has a painful arc with assistance from 70-110 degrees. He has stiffness secondary to disuse of his shoulder over the last 4 weeks. His cervical spine is unremarkable.

He works at the Wal-Mart in Roanoke and was referred by Dr. Shirah.

WT: 152. HT: 5'8".

**MEDICATIONS:**
Include Robaxin, ibuprofen, and Darvocet.

**ROS:**
Backache, leg swelling, history of poor circulation.

**SOCIAL HISTORY:**
Positive for tobacco.

**ALLERGIES:**
NKDA.

**FAMILY HISTORY:**
Remarkable for cancer, diabetes, CVDZ.

**SURGICAL HISTORY:**
Appendicitis in 1974.

229

28

99999999                        P.03

**BROWN, EMERY**
ACO #21738
10/27/04
PAGE 2

He has had no previous difficulties with his right shoulder. He reports no history of injury or pain.

**DIAGNOSES:**
1. Acute tear of supraspinatus rotator cuff.
2. ACJ OA.

**PLAN:**
1. Preoperative ROM & strengthening to improve his ROM and become familiar with postoperative exercise program.
2. Recommend immediate arthroscopy & rotator cuff repair. He is 4 weeks post injury, and it is much better to proceed with rotator cuff reconstruction within the first 6 weeks during the acute phase, as the results are more predictable. After 6 weeks, the results become more unpredictable. He has had severe pain, inability to sleep, and inability to use his arm since his injury. I do not feel that this will improve with PT or any other modalities at this time. Without rotator cuff reconstruction, he will have permanent weakness secondary to the loss of the supraspinatus function. The rotator cuff muscle will retract, become scarred, and be impossible to repair easily. I discussed this with him extensively. He will need 6 weeks to 12 weeks of PT, modified work activities, minimal or no use of the right hand. After 3 months, he should be able to return to full duties without restrictions.

Respectively submitted,

**GRAHAM L. HOWORTH, JR., M.D.**
FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS

/jhw

cc: Dr. Shirah
    Roanoke Family Care

    Wal-Mart

230

29