PLAINTIFF'S DEPOSITION
EXHIBIT
*13*

Claim Number: [                ]    Claimant Name: [                ]

# Pre-Surveillance Checklist

## Claimant Information

Claimant's Age:    18 or Under: ☐   19 - 50: ☐    55 and Older ☐

Do you have a physical address for the claimant?        Yes: ☐  No: ☐

Do you have a physical description of the claimant?      Yes: ☐  No: ☐

Known to be Obese?                                      Yes: ☐  No: ☐

Known to be Physically Active? (i.e. Sports, Yard Work etc.)  Yes: ☐  No: ☐  Unk: ☐

Does Claimant Have a Second Job?                        Yes: ☐  No: ☐  Unk: ☐

Is the Claimant Represented by an Attorney?             Yes: ☐  No: ☐  Unk: ☐

## Surveillance Location Specifics

Does the Claimant live in a very small town or rural area, where set-up may be difficult or neighbors and/or relatives living nearby may be suspicious or report to the claimant'

Yes: ☐   No: ☐   Unk: ☐

Is the Claimant's activity more likely to occur in day or night time hours?

Day: ☐  Night: ☐ Unk: ☐

Is the location subject to extreme temperatures or weather conditions?

Yes: ☐   No: ☐   Unk: ☐

Is there any information on a specific upcoming event that the claimant will attend?

Yes: ☐   No: ☐   Unk: ☐

231

67

## Claimant Driver Information

Does the Claimant have a valid Driver's License?        Yes: ☐   No: ☐   Unk: ☐

**Range for Success:** (0-40 = Below Average   41-80 = Average   81-100 = Above Avera

232

68

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

?

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

FALSE     FALSE

233

69



FALSE     FALSE

age)                    0              0

234

20

# FACTEL

3845 North Andrews Avenue Oakland Park, Florida 33309

Phone          954-564-3282
Toll - Free    800-780-9888
Fax            954-564-9095
Toll - Free Fax  888-432-2835

## E-Mail Form/Include Medical Authorization

Request by: _____

Company name: _____

Address: _____

File No. _____

Loss Date: _____

Date Requested _____

Phone _____

Fax _____

Last Name _____
First Name _____

Address _____

Date Of Birth _____

SSN: _____

_____

Service
number          Brief Description                    By E-mail        Rush

_____  _____                              _____  _____

PLAINTIFF'S DEPOSITION
EXHIBIT
14

2

235

u



Investigative Research and Analysis Coverage Area



2

72

236



**GLOBAL SECURITY
DIVISION** Investigative
Research & Analysis

**Wal·Mart Stores, Inc**
**Mail Stop #0125, 1300 SE 8th St. Bentonville, AR 72712**
Julie Martin (Julie.Martin@wal-mart.com) 479-273-8899 Director
Tom Hudson (Tom.Hudson@wal-mart.com) 479-273-4202, Div B
Gary Jones (Gary.Jones@wal-mart.com) 479-273-9991, Div E
Karen Patti (Karen.Patti@wal-mart.com) 479-273-9962, Div T
Mike Walderbach (Mike.Walderbach@wal-mart.com) 479-277-9686, Div A
Shellbi Ward (Shellbi.Ward@cmiw.com) 479-277-0229, Div D
Michael Patten (Michael.Patten@wal-mart.com) 479-277-9555, Div U
Tammie McCool(Tammie.McCool@wal-mart.com)479-277-9959, Asst to Director

**Main Fax number: 479-277-1927**

Click here: Use the
Tab Key to move
from box to box

## IRA Request form (Confidential)
## Requester Information

Date [＿＿＿]    Type of Claim [＿＿＿]    Claim # [＿＿＿]
( WC, GL, OT)    Law Pack # [＿＿＿]

Requestor [＿＿＿]    E-mail [＿＿＿]    Title [＿＿＿]
Company [＿＿＿]    Address [＿＿＿]
City [＿＿＿]    ZIP [＿＿＿]
Phone [＿＿＿]    Extension [＿＿＿]    Fax # [＿＿＿]

If this request is from an outside Attorney office please
give Home office Paralegal's name: [＿＿＿]

## Claimant Information

Last Name: [＿＿＿]    First Name [＿＿＿]
Address [＿＿＿]    City [＿＿＿]
State [＿＿＿]    Zip [＿＿＿]    Phone [＿＿＿]
SSN: [＿＿＿]    DL # [＿＿＿]    DOI [＿＿＿]
Race [＿＿＿]    Gender [＿＿＿]    Height [＿＿＿]    Weight [＿＿＿]
Hair [＿＿＿]    File reserves [＿＿＿]    DOB [＿＿＿]
Location of Incident (Store #) [＿＿＿]    Address [＿＿＿]
City [＿＿＿]    State [＿＿＿]    Zip [＿＿＿]
Phone [＿＿＿]    Contact person [＿＿＿]
Type of Injury [＿＿＿]

Cause of Injury [＿＿＿]

Claimant' restrictions /
other comments [＿＿＿]

## Type of Investigation Requested (place an X next to item/s you are requesting)
Surveillance [＿]    Criminal Record search [＿]    Statement [＿]
Quick Index [＿]    Civil record search [＿]    Fraud Research [＿]
Other

### IRA Information (do not type below this line)

Investigation Agency assigned [＿＿＿]    Assignment Date [＿＿＿]
Contact person [＿＿＿]    Diary Date [＿＿＿]
IRA Investigator [＿＿＿]

**REVISED FORM 6/14/04**

2

## $

**$1,294.00** 27:21
**$150.00** 157:22

## 0

**04** 33:7 71:23 100:16 187:15 189:9
**05** 33:7 71:23

## 1

**1** 15:12 51:3,13,16 53:9 61:3 69: 19 94:8 97:9 120:10 124:10 132: 12 133:5,11,24 134:5 154:10,11 192:11 193:22 206:23
**1-800** 43:6,8
**10** 62:17 79:16 84:22 98:22,25 106:7 109:20 112:5 120:10 122: 23,24 123:1,2 124:9 125:1,12 131:25 132:1,11 133:8 142:22 159:7 165:2,5 168:18,22 174:16 180:17 186:14 188:11,14 201:10
**10-10-04** 95:12
**10-11** 110:4 112:3
**10-12** 112:3
**10-13** 112:4,5
**10-15** 112:5,6
**10-18** 112:6 125:23 174:7
**10-21-2004** 100:4
**10-25** 112:7,7 125:24
**10-26-04** 81:5
**10-4** 100:15 112:8
**10-4-04** 99:13,14
**10-6** 105:10,20,20
**10-7** 88:8,25
**10-8** 111:12 174:7
**10-9** 109:20 112:3
**100** 48:16 170:23,24,25 172:20 207:1
**10th** 36:17,25 37:1 207:7
**11** 107:21,23,24 109:21 110:7 112:16 124:15 134:10,12 135:1, 6,21,24 136:13,17 141:9 147:21 164:21 166:11 178:2
**11-15** 188:16
**11-18** 184:19
**12** 139:12 180:12 186:25 187:3, 13 188:7
**12-8-04** 190:24
**12-9-04** 191:3
**125** 18:1
**13** 90:8 91:22 179:22,23,24 195: 16,19
**1300** 161:17
**13:42** 189:9
**13th** 111:3,8
**14** 35:19,23 36:1,15,16 84:12 88: 7 105:20 106:6 175:12 196:15,19
**14:07** 94:6
**14:20** 81:6
**14th** 36:19 37:2
**15** 3:19 33:13 105:10 106:8 173: 8 174:10 175:11 197:1,4
**159** 17:20
**15th** 103:13 112:14,24 113:14,14 116:8,13,18 118:9,13,20 119:12, 20 144:21 184:18 186:15,16 187: 14,15 188:4,11,13,19,20,25
**16** 197:9,13
**18th** 125:11 136:5 167:8,18,18 168:3,6,7,8 184:14 189:2
**19** 61:2,5,8 80:20,25 84:12,12, 13,13,19 88:7 90:8 91:22 98:22, 25 105:10,20 106:8 107:21,23,24 110:7 112:5,16 120:10 122:23,25 124:9 125:1,12 146:17 148:15 150:14 161:5,6,6,11 167:8 168: 12 173:8 174:12 175:11,12,25

## 2

**2** 91:9,12 92:2,11 124:16 132:12 133:5,11,21,24 134:5 135:12 187:21 191:13
**20** 16:9 84:13 85:2,9,16,22 105: 21,23
**200** 25:12
**2001** 190:9
**2004** 5:21 6:3,10 15:12 16:16 48: 10 62:25 80:15 86:24 97:7 116: 19 122:9 144:21 150:15 161:17 163:12 180:18
**2005** 47:14 57:1,5 61:11 192:25
**2006** 47:18 207:7
**20776** 43:12,13
**209** 91:14
**21** 35:14 86:6 172:24
**211** 93:7
**215** 96:10
**217** 97:2
**219** 99:22
**21st** 35:12 48:10 122:9,17 123:7, 9
**22** 88:7 175:13
**220** 123:22
**221** 122:4
**222** 195:2
**224** 132:2
**227** 134:13
**228** 187:4
**22nd** 103:13 112:14,24 113:14 117:11,15 118:19,21 119:2,9,10 121:7,17 125:9,13,16
**231** 195:20
**235** 196:20
**236** 197:5
**237** 197:14
**23rd** 160:22 161:3,23,23 162:6, 18 163:5,12 165:13 177:5 186:14
**24** 10:8 171:18 172:24 174:10 186:23
**25** 3:19 105:13 106:8 173:8 187: 9,10
**250** 24:11
**25th** 61:10 62:25 99:3,12 100:15 101:1 125:12,14 193:3
**26** 187:9,11,20
**26th** 80:15 122:21 124:14 150: 11 151:14 152:11 161:17 162:1 163:6 166:17 167:3,7,17 173:7, 13 177:5 189:9 192:25
**27** 187:12,23
**272** 42:19
**273** 42:18,20
**27th** 129:2 130:16,18 131:11,14, 15,21 132:8 136:8,15 141:25 143:9,12,13 144:22 146:10,13,17 148:14,17 149:11,15 150:12 151: 7 163:24 166:19 167:2,7,17 168: 4 177:7,15,23 178:19 179:20,22 180:8 181:7 187:19,21,24 188:7, 23
**28** 90:8 161:17,18
**28th** 97:7
**29** 91:22
**29th** 6:9 17:22 36:9 104:16 175: 17 190:11
**2:00** 81:13,14

**177**:16 179:22 182:17 183:20 189:3 190:12 191:5,13 192:11 193:22
**1905** 1:9
**1995** 4:1
**19th** 185:23,25 186:6
**1:28** 161:19,20
**1st** 15:16,17 16:16 104:18 175: 18

**2:20** 81:14

## 3

**3** 93:3,5,16,23 94:9,22 95:7,13 111:3,5,5 132:11 133:5,23 134:4 135:13,13
**30** 47:18 107:21 108:1 126:24
**300** 14:11
**30th** 175:17,18 180:18 190:9
**31** 109:23
**31's** 109:23
**37** 110:5,9
**38** 110:12
**39** 110:22 112:16
**3rd** 149:22

## 4

**4** 94:8 96:6,9,20 97:11,13 103:11 106:13 111:3,5,5,21 113:12 129: 11 132:12 133:11,21,24 134:5 176:5,7 191:5
**4-04** 84:23
**4-26** 193:11
**43** 120:11
**44** 99:1 100:18
**46** 123:4
**479** 42:16,17,18,20
**479-273-8020** 181:4
**48** 81:2,22 82:18 138:25 151:13 157:19
**49** 146:11,17 161:13
**4:30** 173:25
**4th** 103:12 104:2,5,7,14,19,24 105:1,4 106:14,16

## 5

**5** 96:24 97:1 132:11,21 133:23 134:4 176:14
**50** 21:7,10 25:6 107:8 126:3 149: 23 153:4
**51** 150:14,17 177:16,17 179:21 182:16
**527** 43:9
**527-0566** 43:10
**53** 183:21
**54** 150:18 167:8,25 184:15
**55** 150:18,18 185:21
**56** 67:20 150:18 161:8,10,12 165:19 189:3
**57** 189:5,7
**58** 189:14
**5:00** 81:17 154:21,24
**5th** 105:1,5,6

## 6

**6** 99:18,21 100:3,10,25 112:11 132:11,11,11,12,12,12,12 133:24 134:4 190:12 201:5,5
**6-14** 47:13
**60** 126:3 143:2 189:24 190:2,5
**61** 143:2
**62** 143:2
**63** 190:13,14
**6667** 35:15
**6th** 84:18 86:24 104:15,17 105:7, 8,9,20 106:12 173:14

## 7

**7** 67:21,23,24 123:17,21 161:5,6, 11,11 165:7 168:5 185:4 189:3 190:2
**72** 138:25 139:9
**74** 191:6
**76** 92:18
**766** 43:15
**776** 43:16
**7:00** 81:17
**7:33** 124:12

## 7th

**7th** 91:20 94:5,6 100:11

## 8

**8** 121:25 122:3,5 129:4,9 161:5 164:23 167:8 168:12 174:12 175: 25
**8020** 42:18,20
**87** 191:13
**873** 42:16
**89** 192:11
**8:30** 150:15
**8:31** 182:24 183:8,9
**8:33** 183:6
**8th** 86:5,5 95:4 103:12 107:20 111:21,24 112:1,13,24 113:14, 17,22 116:4 150:15,20 151:5,7 179:23 181:8 183:5,11,12,15 184:18 188:24 190:21,23

## 9

**9** 80:20,25 122:24 123:1 146:17 148:15 150:14 154:10,11 177:16 179:22 182:17 183:20 194:23,24 195:1
**9-29** 195:14
**90** 117:1,7
**9th** 1:9 107:22 190:22

## A

**a-c-r-o-m-i-o-n** 124:18
**Abbott** 78:19 79:21 81:23,24,25, 25 82:19 83:7 151:14,15,16 158: 12 159:7,21 200:16
**abduct** 116:25
**abduction** 117:1,3,4,5
**abilities** 137:2 140:19
**ability** 50:24
**able** 57:7 88:22 133:24 134:3,4
**above** 125:1 144:10 149:22
**absence** 57:2,8
**absent** 82:16
**absolutely** 47:22 48:3 49:25
**accident** 173:24
**according** 32:8
**account** 98:6,9
**ACJOA** 166:15
**acromion** 124:15,17,18,19
**across** 27:24 42:8 93:24 128:5 160:7,7
**act** 8:5 115:7
**acted** 102:22 103:1
**acting** 103:2,3,6
**action** 11:21 100:19 102:13 178: 23 189:6
**actions** 144:23
**active** 17:19 117:1,3
**activities** 174:18
**Activity** 91:13 93:6
**actuality** 77:14
**actually** 8:6 12:23 25:20 32:24 37:21 38:10 48:9 50:16,22 52:9 53:15 82:25 86:1 132:16 163:10
**acute** 165:23,25 166:4,6,10,14 178:5,22
**add** 207:4
**addition** 48:16
**address** 143:6 175:3
**addressed** 191:23
**addresses** 170:18
**adds** 117:22
**adequately** 101:7
**adjust** 202:23
**adjuster** 4:22,23 5:2,4 18:11 19: 11 27:25 68:19 82:20 85:18 91: 22 109:15 170:8 183:22,25 184:6 185:18,19
**adjusters** 12:17 30:1
**adjusting** 4:19 23:16

admissible 58:14
advise 67:1,11 68:8,14 69:4,8
advised 69:14 177:3
afraid 162:9
afternoon 81:14,17 161:20
ago 34:5 52:18,18 69:16 80:2 97: 8 100:14 101:5 112:10 122:11 133:19 152:5
agreed 68:3 206:21
agreement 26:14 27:15 193:22
ahead 23:19 36:22 112:1 114:20
Alabama 5:1,8 8:4 13:21 14:14, 18 15:3,4,9,10,11 16:14,17 18: 10,17 19:12 26:4,16 27:6 35:13 41:24 56:10 110:13,19 129:19 132:16 171:17
Alexander 31:25 32:19 123:22 187:11
almost 3:7 71:9 179:25 192:25
already 12:17 19:17 32:12 36:12 58:17,20 62:1 99:5 116:12 129: 10 130:22 140:25 146:1 149:7,13 151:1 152:12 162:10 163:7,8 173:15,22 174:5,22 178:20 182:5 184:12 200:9
alternative 85:7 87:6,7 192:2,3
although 137:21
America 20:10
amount 16:12 191:7
Amy 86:13,14 95:15 112:16 130: 19 131:17,20 141:21 143:16,18 146:2,3,21 147:24,25 148:18,18 150:10,12 162:19 177:23 178:1,9 180:6 200:8,12 203:4,4
and/or 42:7 131:16
anesthesia 191:7,10
Ann 15:25
Annie 14:22 57:24 109:19 191: 16,17
another 8:21 34:13 49:4 85:3 92: 21,22 151:20,22 154:4,5 167:16 169:25 170:5 193:4 196:12 198:1 200:22
answer 1:15,16 2:13 9:17 19:24 23:13,19 25:14,17 32:2 51:21 55: 13,15 56:19 58:8 59:2 60:8,9 70: 22 84:8 90:21 97:16 107:3,13,15, 15,16,17,18 126:10 127:16,18 131:1 134:21,24 135:8 136:1 138:1,4 141:2 142:15 143:11 145:11 149:1,5 154:23 159:15 169:2,4,5 175:24 176:8,13 179:9, 11,12,16 198:5 203:17 204:16
answered 60:6 61:22 73:13 84:4 91:1 141:1,14,23,25 149:7,13,14 158:21 159:2,3,10 168:25 180:15 182:5 194:8 198:5 202:16
answering 67:7
answers 56:8,9 98:20 171:15 179:13
anterior 117:22 118:22
anterosuperior 118:4,23
anticipate 201:6
anticipated 49:8,12
anticipating 152:12
anticipation 49:21
anybody 41:5,19 42:22 59:21,23 65:16 67:8 82:2 105:15 125:22 128:20 130:17 137:15 146:13 154:22 156:5,22,25
anytime 19:3 49:18
apologize 2:15
apparently 28:18 82:19 146:11
appear 61:5 96:6 118:14 166:3
appears 82:21 117:15 195:16
applicable 171:17,18
applied 5:10 194:19
apply 11:4 56:9 68:12

appointment 39:9 61:10 84:25 126:18 128:6 129:1 130:14 146: 24,25
apprentice 13:3
appropriate 192:7
approval 76:2,8,9,20,23 77:3 128:19 137:23 140:1 144:13,14 146:7,8 148:7 156:6,8,9,11,20,20 157:5,8 158:8,22,24 159:12 170: 14 174:10 177:4 184:21 185:6,7, 12,16,19 189:15 193:25 198:20, 24
approvals 171:2
approve 27:12 29:10 76:13 119: 23 128:17 137:23 146:18 164:18 202:20
approved 28:19 29:5 79:4 110:9 146:16 147:19 150:6 157:1,19 158:7 163:9,11,23 168:22 169:16 173:17 174:11 198:2 199:3,7 205:12,12,22
approving 162:7 164:1 185:7,11
approximately 117:1,7
April 15:12,16,17 16:16 192:25 193:2 207:7
area 8:21 13:24 16:6 20:20 29:6 31:15,21 71:10 74:1 154:9,10,11 171:24 174:23
areas 7:19 22:3,7 170:17
aren 58:14
argumentative 134:22
Arkansas 1:10,11 2:1 4:19,22 6: 23 13:17,19
arm 22:18 88:18,19 95:12 116: 22 117:8 120:12 191:4 201:11
around 21:7 32:7 61:10 62:24 104:5 133:15 178:19
arthroscopic 141:11 142:11,13
ASAP 95:14 158:19
asks 193:23
aspect 118:5
aspects 12:19
assess 152:7,15
assessment 83:5,21 113:19 118: 9,11
assigned 10:21 13:23 14:12 86: 14 108:22,24
assist 18:6
assistance 87:16,18
associate 7:20 11:1 34:21 124:2, 6 161:13 162:12,22
associates 200:1
assume 37:5 66:21 87:3 116:9 159:5
assumes 66:20 89:7
Assuming 36:17 94:6 97:12 144: 5 184:9
assumption 101:15,15
assure 179:12
attach 51:12 96:23
attached 51:18
attachment 44:20 94:20 133:1
attempt 153:19 183:24 184:8
attention 42:20 71:4,5 102:25 115:5 138:19,21 181:3
attorney 7:23 48:6 49:4 51:23 53:1 54:21 56:15 57:14,15 58:1, 24 59:4,7,10,11,13 60:4,10,13, 14,17,17,19 67:9 85:11 97:8 144: 19 193:23
attorneys 48:20 69:25 104:12
authority 74:23 75:21 137:22,24 138:9,11,13,14,16
authorization 45:14 120:8,9,11 128:13 147:8 163:1 165:11
authorize 28:4 29:17 42:13 74: 24 75:22 76:17 129:25 130:1 138:24 156:13 162:14,15

Authorized 12:17 81:24 108:3 120:3 144:25 159:8 162:15,19,21 169:25 170:12 180:10,12 189:8 199:8 202:10
authorizing 27:2,19 137:19 185: 21
automatic 133:19
automatically 94:19 95:1 98:1,3 128:25 133:6
available 71:20 88:14,16
average 17:24,25 33:8,12 174:23
awaiting 39:17
aware 65:14 114:6 116:8,18,21 117:11,25 129:10 141:8,11 143:8
away 140:8

# B

B-E-Q-U-I-S 85:10 90:23
back 9:23 31:2 33:10 36:4 37:5, 24 39:22 42:10,14 43:17 45:1 47: 20 49:2 50:6 55:8 62:3 80:6 88: 23 92:11,25 93:1 94:18 95:3,17 99:7 100:1 104:17,19 124:5,9 134:5 138:21 140:15 143:8,13 144:3,20,24 145:6,17 146:3,6 148:4 150:1,9,16 151:4,8,13 154: 23 156:19 158:4,10 160:3 162:25 168:12,20 169:14,20 172:2,4 173:14,19 174:12 175:7,25 177: 7,9,11,12 179:20 180:9,13,25 183:13 198:16 201:13 202:18 204:14 205:21
background 3:10
bad 166:7
ball 156:20 163:2 180:4
bar 38:25 194:19,20
bars 39:3
Bartlesville 201:1
base 59:15
Based 24:10,19 54:9,13 55:13 59:9 71:7 77:1,25 106:22 107:7 108:18 113:3,25 114:5 116:2 117:12 173:6
baseline 34:22 54:2,4,5,6,7,10
basically 6:1
basing 147:23
basis 164:1
bear 114:24
became 12:12 13:23 21:14
Becky 16:5 73:1 85:8 90:22
become 6:17,24 7:2 8:3 10:3 29: 2
becomes 33:17
beforehand 62:6
beginning 14:16 92:18
behind 187:8
believe 48:12 95:22 115:9 119:9 178:2
believed 119:6,12 199:11,14
below 109:24 111:6
benefit 35:1
benefits 59:19,25
Berneta 194:13
Besides 11:1 14:19 89:23 108:19
Best 3:15 4:4 10:14 20:25 25:10 34:8 71:13 102:25 138:18
better 178:3,20
between 22:17 26:2,14 27:16 33: 15 53:18 55:24,24 71:16,22 72:2 125:23 150:11 167:2,7,17 179:22 181:7
bi-weekly 35:8,9,20,25
big 8:10,11
bill 26:4,5 27:21 28:1,5,12 185: 24 186:8 191:10
billing 26:7
bills 26:10 186:12
bit 28:8 34:12 123:14 152:23

blacked 176:1,7,12 189:11,16
blank 8:19
Blue 26:3,3,4,4,5,6,15,21,21,24, 25 27:2,2,4,4,7,7,13,16,16,19,23, 23 28:12,12,14,14,16 186:11,11
body 9:19,22 19:18 201:10
bones 9:19
book 7:5,18,22 9:11 12:9 20:7, 11,14
books 7:11,17 20:1 23:9 152:23
boss 14:22,23,25 15:2,3,4,5,7,13 16:5 17:5,15 57:22,23 76:11,16, 20,22 77:3 109:18 132:16
bosses 41:7
Both 21:6
bottom 44:22 80:21 81:2 108:1 112:6 142:25 161:5,11 175:13
Boyle 194:13
branch 200:22
brand 126:22 130:23
break 62:18 63:7 68:17
brick 20:15
bring 128:19 129:5
brought 100:1 152:4
Brown 1:13 2:5,8,13,15,24 6:1 9: 17 10:4 11:17 12:25 13:3 15:16 16:23 22:13,25 23:3,7,16 24:15, 21,23 25:2,7 26:17 27:8,11 29: 12,15 30:12,24 32:10 33:11,20 36:8 37:24 38:4,11 40:2,11,25 41:3,6,12,14 42:11,23,25 43:3 44:7,22 45:2,4,8,10 46:7,16,21 47:6,13,17,22 48:1,6,15,24 49:24 50:14,17 51:4 52:6 53:3,21 54:9, 16,18 55:2,12,19,21,23 56:4,12, 16,18,23 57:16 58:2,5,8,19,23 59:1,5,10,23 60:3,5,13,20,22 61: 9,13,15,23,25 62:4,9,12,17,22 64:13,16,17,18,19,19,21,22 65:1, 2,5,18 66:4,7,14,19 67:3,11,11, 15,16,20 68:16 69:2,12,22 70:7, 8,8,9,20 71:15,21 72:1,11 73:2,6, 18 74:9,13 75:1,2,5,6,8,12,15,18, 18,22 76:3 77:2,12,13 78:1,10, 22,23 80:13,21 82:7,8,13,15 83: 15,24 84:4 88:6 89:3,7 90:5 91:1, 6,7 92:12,16,18,24 93:14 95:9 97:14,20 98:8,19 99:17 101:8,12, 22 102:2,9 103:4,18 104:8,10 106:2,17 107:2 108:11,19,23,24 111:16,21,25 113:6 114:2,6,13, 15,19 115:13 116:7 121:13 122: 14,15 124:2 126:7 127:13,14,21 130:24 131:1,4 132:21 133:4 134:7,20 135:3,7,12,17 136:1,24 137:24,25 138:4,6,11,12,14 140: 5,6,25 141:6,14,17 142:25 143: 11,22 144:13 145:2,5,7,12,16 148:24 149:2 150:3 153:7,8 155: 3,6,8,10 156:15 157:23 160:17 163:16 164:2,6,9,11,14 165:7 166:8,14 167:4 168:22,24 169:6, 12,15,22 171:7 172:14 175:21 176:2 178:25 180:15 186:23 187: 25 189:18,20 192:17 193:10 194: 8 195:6 196:10 197:25 198:19 199:12,14,19 200:15,20 201:13 202:4,16 203:6,8,13,15 204:5,16 205:15 206:10,19,25 207:4
bug 200:12
bugs 126:23 127:9
building 4:15 13:24 14:7 17:5, 15,16 71:10
bungee 4:1
Burbank 3:11
burnt 20:15
business 3:25 49:16,21 102:5
businesses 3:24

**button** 196:3

# C

**C-o-m-b-a-d-j** 108:3,25
**Cab** 115:20
**calculate** 174:22
**calculated** 174:3,13,22
**California** 115:21
**call** 7:22 19:10 20:11 21:17 30:4
33:5 39:22,24 43:4,4 63:3,4 66:
13,17 67:2 68:17,22 69:9,11 85:
20 89:24 97:24 101:19 102:4
113:1 119:13,16,23 120:1,14,15,
16,17,20,24,24,25 121:2,5 122:
11,16 123:12 126:17,17 127:23
128:6 130:9 131:15,19 138:10
146:22 147:1,2,8,24 151:1,2,5
165:13 168:21 179:24 180:3,3,6
181:14,14,16 182:8,15 183:7,25
189:24 190:8 200:10,11 202:13
204:21
**called** 1:1 5:12,22,24 10:21 30:
18 31:20,25 32:21,22 39:9 42:11
84:24 86:1 103:14,17 105:4,9
119:13,22 120:1,9,18 121:1 130:
4,13 131:16,17 136:7 137:13,15
146:2,3,19 147:9,10 149:16 150:
10,12 154:1,2 155:15 162:18,19
163:1,14,16 171:14,19 172:6
177:3,6 180:8 181:6 182:2,25
183:6 188:24 190:25 193:3 194:2
195:16 200:8,9,11 205:1,25
**calling** 112:25 121:5 125:22 126:
6 135:23 180:21 183:16,17
**calls** 11:13 32:7 63:15,18,23 64:
4,8,10,24 65:4,8,17,22,22 66:1
107:3 121:1 126:4 145:7 154:13,
22 155:5,8 203:11
**came** 7:8 25:21 36:13 104:19
135:20 145:17 173:10 175:8
**camera** 189:21
**cancel** 205:9,11
**canceled** 206:1
**cancelled** 205:8
**Cancun** 3:18
**cannot** 27:13 76:13 83:5,21 113:
20 118:7 139:24,25 201:22
**capacity** 174:21
**cardiac** 57:3
**care** 96:17 98:22 99:13,15,16,19,
22,25 100:15,24 102:9,13 112:8
127:12,20 151:8 153:6,7 155:20
**carried** 159:5
**carrier** 2:4,19,20 26:7,8
**carry** 73:8 77:3,4,5
**case** 1:13,17 17:22 25:2 49:9,13
55:14,16,18 56:6,10,15,20,21 57:
25 58:3,6,16,19 59:10,11,12,14
71:15 73:10 74:20 75:2,14 80:18
81:21 83:4 96:22 97:5,17 110:23
115:19,21 137:10 151:18 197:21
198:19 204:5 205:3
**cases** 10:7 12:24 25:7
**category** 85:3 86:7 108:7 185:14
189:6
**cause** 115:5 127:20
**caused** 14:4 63:7 127:11
**causes** 66:12,16 76:1
**caveat** 207:4
**Center** 108:13 175:17
**certain** 11:24 13:24 14:12 74:21
88:3,20 157:20
**certainly** 126:24
**certification** 160:2 182:6
**certified** 202:21
**Chambers** 17:12,13,15
**chance** 151:2
**change** 14:4,5 33:3,4 37:15 106:

4 146:25 170:15,15 176:10 204:8
**changed** 5:20,21 15:10 17:7,14
175:23,25 176:6
**charge** 26:22 41:2,5
**Charlotte** 84:24,25 100:1
**chart** 135:12
**charts** 9:18
**chase** 34:13
**check** 28:2 35:6,21 36:5,23 200:
13
**Checklist** 195:17,20
**choice** 39:6 126:19 169:23,25
170:1
**choices** 39:3,4
**choose** 137:1 166:4 172:19
**chose** 137:1
**chosen** 201:20
**chronological** 84:7
**City** 31:25 32:19 123:22 137:13
187:11
**Claim** 5:22,24,25 6:2,4 10:24 12:
7 25:15 33:11 37:6 40:8,25 41:14
57:16 58:23 59:6,24 60:3,21,23
62:10 71:21 76:15 82:13,16 89:
23 97:6,20 110:2 132:20,21,24
170:10 193:13 194:25 195:2 201:
12
**claimant** 10:22 32:25 35:1,6,21
54:23 55:8 60:18 68:3 69:8 84:21
102:5 105:16 112:17 132:24 146:
24 151:10 171:19 177:3,20 183:
24 190:8 192:14,21 201:21
**claimants** 63:21 64:4,8,10
**claiming** 57:20 58:24
**Claims** 1:24 2:3 3:5 4:9 6:13,17,
24 7:2,6,6,7,20 8:3,17 10:13 12:
1,12,19,23 13:7,20,23 14:9 16:17
21:2,14 26:2,11,14 27:5,5,11 34:
4,19 40:18 53:20 54:15 56:15 68:
20 74:23 101:5 153:4 195:7,8
**clarified** 158:15
**class** 6:5 19:23
**classes** 12:13,14
**classify** 64:1
**clear** 1:19,20 52:15 57:13 75:4
179:8,15
**clerk** 3:16
**click** 38:24,24
**client** 48:7 57:1 115:22 202:23
**clock** 36:5 154:21,24
**close** 31:17,20 35:9 53:25 54:1
144:3,5 147:4 177:18 185:19
**closed** 53:21,23 142:11 163:7
192:9
**closer** 31:14
**closest** 122:13 129:1
**closing** 193:13
**closure** 192:8
**CM** 152:6
**CMI** 1:24 2:2,22 4:4,7 8:1,10 12:
15 14:10 27:16 33:16 40:6 49:12
51:23 53:1 55:24 58:1 65:21 79:
12 89:10 90:15,20 97:8,12,16
115:25 136:20 138:14 144:13
145:3 157:14 194:14 200:22 202:
23 203:2 206:12
**code** 81:1,22 84:13,18 85:2,16
88:7 105:12 107:21 108:1 109:23
110:5,9,12,22 144:9,14 146:11
151:13 154:9,10,11 167:25 179:
21 183:21 185:13 189:3,5,14,24
190:12 191:5,13 192:11
**codes** 78:8 128:17 129:19 140:9
142:7,8 144:11 194:19,20
**coincidence** 182:25 183:3
**college** 3:12,13
**color** 20:13,16
**com** 44:21

**combination** 110:18
**combo** 110:17 111:6
**come** 6:9 10:20 31:2,12 44:11
61:2 64:24 65:4,22 70:11,18 71:
11,14 99:24 100:6 102:23 128:5,
8,10 130:13 149:25 153:24 156:
19 172:7,10 191:5,13 194:20
**comes** 23:25 27:24 37:5 41:22,
23,24,24 42:6,8 44:4 70:23 71:1
94:19 99:7 170:10 194:16 202:
18,21
**comfortable** 88:22
**coming** 180:8
**comments** 191:18,19
**communicate** 54:16,23 55:2 60:
17
**communicating** 99:6
**communication** 61:9,19,23 62:9,
22 63:11 131:10 146:12 177:10
**communications** 61:12,14 70:10
**community** 31:23
**comp** 13:20 16:6,17 19:11 26:9,
15,24,25 27:8 28:19 34:25 35:6,
18,22 36:10 56:9,17 58:11,15,19
60:14,15,21,23 110:18 114:14
115:7 175:1,1 193:5,24 195:8
202:23
**Company** 2:4,17,19 3:9 5:15 7:3,
15 10:15 15:19,25 18:5,7,18 19:
16 26:12 28:24 29:2,11 30:10 33:
14,16,17 39:16,20 42:3,5 45:16
50:9 63:14,16,20 68:7 84:22 90:
13,19 100:16 109:13 131:18 157:
10 172:10 181:24
**Compel** 47:1
**compensable** 10:24
**Compensation** 2:20 7:6 35:15
56:5 57:16 58:3,6,23,25 59:5,11,
12,14,18,24 62:10 97:6 201:14
**competent** 33:22 140:23 141:5
**complete** 37:23 38:16,18,24 39:
1,1,6 53:12 85:12 92:1 182:23
**completed** 38:23 39:5 92:11 143:
7 180:25
**completely** 57:12 127:3,9 164:3
**completion** 181:4
**compute** 36:9
**computer** 4:17 5:14 10:20 37:5,
7,11,24 40:6,14,23 41:4,6,8,25
42:9 43:23,24 44:5,12,17 46:5,14
49:18 52:24,25 53:8,11 61:3 70:
24 71:22 72:1 73:14,17 77:6,18
84:6 206:11,14,15
**concerned** 51:11 190:4,7
**concerning** 1:14 12:19 19:23 21:
14 37:25 41:13 42:11 43:17 45:8
71:21 75:22 77:2 91:6 97:14 101:
21 114:6 115:19 130:24 178:24
**concerns** 110:12 127:12
**Concluded** 207:8
**conclusion** 138:1,7 145:8
**condition** 106:12
**conditions** 57:3,3
**condominiums** 4:2
**conduct** 75:7
**conducted** 12:14,16 196:10
**confidence** 137:2,7,11,14,18
140:16,19
**confirm** 146:4 184:3 186:12
**confirmation** 184:12
**confirmed** 116:15 174:25 180:7
**connection** 49:25 115:24
**conservative** 140:11 147:18 158:
17,19 159:4,16
**consider** 138:16
**considered** 138:10
**consist** 206:24
**constant** 131:12

**contact** 10:21,22,22 38:22 55:24
60:18 61:19 68:3 111:17 171:18
**contacted** 30:11,16 56:16 60:20
**contacting** 82:22,23
**contained** 10:12 37:11 48:6 52:7
71:25 72:4 97:11 113:15 181:8
196:23
**contend** 48:3
**content** 141:9
**contents** 116:9
**context** 164:15
**continually** 19:25
**continuing** 117:18
**contract** 33:15
**contractual** 27:15
**conveniently** 30:8
**conversation** 66:13 67:1,10,12,
13,14 68:15 69:5,10 84:14 148:
17 159:21 177:22
**conversations** 65:11 69:24 116:
10 117:13 126:1
**conversion** 161:16 171:4 172:18,
22 173:2
**conversions** 171:6 172:24
**convert** 173:13
**converted** 105:11 106:9 170:8
173:3,6,15 175:8
**convey** 119:6
**copied** 124:3
**copies** 51:5,6,10 95:23 96:6,13
**copy** 40:24 41:11,14 51:4,7 52:1,
9,13,20 70:6 100:6 152:3 172:11
**corner** 80:21 123:18 206:25
**correct** 4:4 28:20,25 41:3 44:24
47:23 49:13,16,22 50:11 63:21,
24 64:12,15,15 69:19 70:4 82:4,
23 83:2 97:12 99:10,11 106:5
110:7,10 112:20 113:10 116:23
124:10 134:17 136:18,22 140:16
149:1,4,12 150:1,3 165:20,23
166:19,23 177:24 182:10 183:8
188:4,8,9 189:25 192:15 193:10
206:2
**corrected** 166:12
**correction** 175:11,14
**correctly** 176:8
**correspondence** 100:19 185:18
189:4,7 190:22
**CorVel** 90:11,17 157:10,12,15,
16 181:24 182:3 198:12,16 199:
3,7 202:18
**couldn** 87:15 178:10
**Counsel** 51:17 169:7 206:21
**country** 3:19 200:25
**County** 108:13
**couple** 3:13 21:9,10 78:18 153:3
159:17 178:12 180:4
**course** 21:1 49:16,20 71:15 118:
9 154:21 178:23
**Court** 47:10 180:5 189:21
**cover** 16:10 94:18,24 133:1,6,18
181:2 187:15,16
**coverage** 27:1
**created** 81:25 85:8,9,10 90:22
189:8 191:14
**crepitus** 117:9
**criteria** 143:24 182:7
**criticized** 40:9 203:10
**Cross** 26:3,4,5,15,21,25 27:2,4,7,
13,16,20,23 28:12,14,16 186:11
206:9
**crossed** 175:19
**cuff** 9:5,22 20:19,20 21:19 22:16,
17,20,24 23:17,24 24:6,8,13 25:
3,6 106:23 107:1,10 113:20,23
114:1 116:5,14,16 118:2,9,18
119:3,11 120:6 121:8,9,15 125:5
141:11 160:10 165:23 166:15

BROWN VS CLAIMS MANAGEMENT    DEPOSITION OF VICTORIA HEPPES    4-13-06

168:23 169:16 178:4,21 199:11
**cuffs** 9:8 21:1,14 24:21 107:8
**curious** 109:7 133:23
**current** 17:13
**currently** 17:19
**custom** 75:25 113:3 130:8 148:
22 149:11,15 181:13,16
**customarily** 33:19 71:20,25 74:
8,16 77:10 106:6
**customer** 138:17,18

**D**

**D.J** 81:25 151:14,15
**daily** 151:1,2 174:19 180:3
**Dana** 78:19 151:16 158:12 159:
7,21,23
**Darvocet** 167:13 185:2
**date** 10:19 28:1,3 36:6,16 39:4,
13,22,25 46:22 47:7 48:10 49:8,
9,12 61:4 62:12 80:11 81:3 83:23
85:14 88:3 91:19 94:10 95:23 98:
4 100:4,7 103:8 104:21 122:17,
20 131:14 147:1 151:7 161:17
163:1,5,19 167:2 174:24 177:9
178:10 180:14 185:25 186:10,13
190:21 191:1 192:7,8 193:12
200:5 207:6
**dated** 46:22 47:13 48:9 187:15
**dates** 37:15,18 40:7 106:5 175:
15,16
**David** 4:18 5:12,19,22 6:7,10,12
**day** 33:6,8,12 35:12,14,14 36:16,
17,19,25,25 37:1,2,6,7,8 38:11,
21 49:7 87:1 90:7 97:24 103:18
104:7,8,9,19 105:19,25 108:8
119:25 130:9,18 131:15 136:18
146:2,17 147:15,15 152:11 154:
20,21 160:21,22 162:3,6 163:8,
10,11 166:21 172:22 173:21,24
174:1,2 179:23 180:11,22 181:11
196:1 200:9,10
**days** 35:11,13,19,23 36:1,7,15
38:5 52:18 74:20,21 81:18 88:19
97:8 106:6,7 151:6 161:24 173:
23 178:12 179:22,24 180:4
**deal** 33:8
**dealing** 7:8 21:13 31:20 33:10,12
78:1 113:25 114:5
**deals** 9:7
**dealt** 24:21 25:2,3,7,19 33:19
107:9
**December** 53:13,13,14,18
**deem** 102:7,11 126:4
**Defense** 51:17 206:21
**defer** 206:16
**definite** 128:18
**definitely** 10:10
**definition** 139:21 145:19,21
**degrees** 117:1,7
**delete** 73:21 184:4
**denied** 157:19
**Department** 4:13,14 78:17,18
79:9,10,13,19 158:6 206:12
**depends** 33:13 39:11 76:11,12
77:11
**Deposition** 40:3 45:19 46:15,17
48:23 49:3 51:16,18,21 52:5,16
53:4,10 62:19 91:12 93:5 96:9,23
97:1 99:21 115:17 122:3 123:21
132:1 134:12 168:4 187:3 195:1,
19 196:19 197:4,13 199:6 205:6
206:23 207:8
**described** 3:22
**descriptions** 88:12,12,21
**deserves** 153:5
**designated** 12:23
**desk** 3:16 7:16 9:18 13:25 20:3
70:15,18,19,23 77:8 89:14 132:

15 153:1 160:7 161:22
**desks** 14:5
**desktop** 132:15,18 184:2,12
**destroy** 89:10
**determine** 10:24 29:16,18 36:10
38:5 44:3 54:17 55:10 63:1 80:17
97:19 112:23 141:17 142:4,18
160:23
**determined** 54:25 62:23
**determines** 53:25 54:1
**diagnose** 120:5 141:6
**diagnosis** 92:3,6,9 107:7 119:7,
11 120:5,6,16 166:14
**diagnostic** 191:9,11
**Diagnostics** 122:6
**dial** 42:7 154:6,6
**dialed** 43:21
**diaried** 88:8,25 89:4 98:14,17
103:20 149:10
**diaries** 38:8 103:22
**diary** 36:16,22,25 37:4,15 38:3,
10,16 39:7,8,10,22,25 45:22 46:2
47:20 49:18 50:2 74:8 89:12,12,
15 97:22 106:5 110:4 126:5 148:
20,21,23 149:12,16,22 151:7
180:14 192:13 204:12
**dictionary** 124:22
**didn** 5:4 13:2 31:3,13,14 48:19
50:20,22 60:8 64:22 68:5 74:9,
11,19 77:18 83:19 92:9 97:15
101:13 102:12,20 114:17,18 124:
4,20 125:4 127:2 128:12,16 130:
14 139:14,17 140:17 142:14 143:
23 144:20 153:16,19,24 154:4
155:15,22,25 157:12,25 159:17,
22 176:21 178:10,16 179:19 185:
10,11 188:22 193:9 194:12 197:
23 199:14,19,20 200:2 204:16
**died** 4:1
**difference** 60:12
**different** 6:7,22 7:17,19,20 8:16
33:11 48:12 57:12 128:18 152:21
153:4,5 156:6,8 157:13 170:17
178:23 193:5
**differently** 56:4,12 179:4,6,17,18
**difficult** 56:24 147:2
**difficulty** 162:23
**DIRECT** 1:4 67:16
**direction** 27:12 73:13 137:20
**directly** 28:16,16 44:1 62:10
101:21,23
**disability** 35:7 110:10,20 201:4
**discontinued** 5:21
**discoverable** 189:22
**discuss** 74:20 78:20 201:13
**discussed** 21:19,21 165:12
**discussing** 83:15,17
**discussion** 83:6 176:3
**disease** 57:4
**disposition** 140:7 192:3 193:16
**distance** 154:6
**distinction** 55:24
**divert** 79:8
**divided** 71:2
**doctor** 10:23 11:13 22:10,25 23:
24 24:6 28:15,25 29:2,11 30:3,6,
8 33:15,16,16,17 35:12 36:2,20
54:25 55:2 63:3,9 76:12 78:7 79:
3 84:22 86:20 88:1,3 89:3,21 99:
17 100:16 103:10 107:6 119:13,
14,16 121:17,17 122:14 126:19,
20,21 128:13,13,15,15,22,24
129:1,16 130:5,9 132:24 138:23
139:16 140:4,13,14 147:4 148:1
149:16 151:24 158:15 159:1 162:
7 167:10,11 169:23 170:6,18
171:19 178:9,13 179:24 182:9,12
190:4,7 193:4 198:7,20 201:16

**doctors** 9:2,2 29:19 31:14,16,18
44:24 88:13 162:8 163:7 178:15
198:13,14,23
**document** 32:13,16 34:9 41:11
42:23 45:2 46:19 47:11 63:15,17,
18,23 64:6,9,22 67:18 71:14 89:5
123:18 124:1 126:3,5,18,20 130:
14 134:16 135:9,10 142:21 154:4
173:16 176:15 181:15 187:1 194:
24 197:11 204:3
**documentation** 34:7 68:2 69:17
101:18 105:3 110:1 111:13 123:
15 126:11,16 128:21 130:20 150:
21 163:4 171:3 172:25 183:18
185:9 204:2
**documented** 39:13 84:16 85:20
100:17 104:7 119:14 122:20 123:
5 129:9,24 151:9 155:6 167:9,18,
20 176:14 181:20 183:9 186:4
**documents** 47:6 49:4 50:13,25
51:13 52:2,5,6,7,8,16 61:16 71:
20,25 73:8 91:10,16 92:19 96:5,
13 97:2 131:25 132:7 159:6 163:
25 164:8,17 165:9 169:15 195:17
206:14 207:2
**doesn** 70:18 90:15 105:16 118:
18 129:21 172:12,17 188:10 189:
14 199:18 202:12 205:2
**doing** 33:23 99:9 170:22 173:1,
17 181:11
**dollars** 189:18
**don** 2:24,25 3:1,2 6:11 9:9 11:25
12:20 16:20,23,24,25,25 17:10
18:25 22:13 23:3,10,18 24:25 25:
9 26:18 27:18 28:23 29:3 31:6,6,
18,19 32:6 33:18,19 38:12 39:18
41:1,9,17,17 43:1 45:5,11,15,17
50:18,21,23 51:10 54:6 55:12 57:
22 58:8,11 59:20,22 60:18,24 62:
11 63:18 65:15 66:7 67:8 68:16
69:2,24 70:9 71:12,13,17,18,18,
19 74:1 76:4 77:24 78:11 79:15,
17 80:7 82:8,14 84:3 85:12 86:9,
10,25 87:22 90:3,16,18,20,21,24
95:25 96:14,21 97:15,22 98:4,6
100:8 102:15 107:12,13 108:16,
21,25 109:5,13 111:8,10 112:22
114:2,15 115:1 124:19,22,22
125:18,23 126:25 128:4 129:23
130:15 131:1 132:13 133:9,10,
10,13,22,25 134:1,2,5,9 135:15
138:1,4 147:10 148:12,13 149:19
150:16 151:2 152:5 154:23 155:
5,11 157:14 158:25 165:10 166:
2,5 168:20 171:8 172:15 175:19
176:9,14 179:11 182:1 186:9
188:1,20 189:11,17,22 190:19
194:12 196:17 197:2 198:14 200:
21 201:2,25 202:4,5,13 203:1,1,2
204:17,18,19 205:4,16 206:6
**done** 16:16 18:12 35:24 38:6 46:
8 49:15,20 57:9 76:10 120:8 138:
23 140:2,4,5 143:4,16,19 145:25
148:8 172:21 173:2,14 178:11,11
179:3,6,16,18 182:24 186:6 190:
11 193:2 199:3,22 200:2 206:16
**dot** 44:21
**down** 81:2 106:20 116:22 151:13
165:22 177:18 185:8,15,15 187:
11 193:1 196:2
**duly** 1:2
**during** 2:14 17:21 27:12 33:6,10
42:22 71:15 102:5,9 154:20 178:
4,22 203:9
**duties** 34:3,18,20 86:16 87:6,8
101:8 145:8 194:18
**duty** 35:19 36:9 54:15,22 55:1,4,
7 85:7 87:10 88:12,14,23 114:24

115:9 121:12,14 140:3,4,6 141:
16 145:2,5 173:20 174:21 191:1,
2 192:2,20 193:17,18,19,20 201:
12,15

**E**

**E-a-s-e-l-i-g** 191:14
**e-mail** 44:1 73:15,16,19 74:7 77:
10 87:17 89:18 132:25 133:1
**e-mailed** 152:4
**e-mailing** 89:23
**e-mails** 43:23 72:16 73:21 74:4,
14,16
**e-s-t** 201:9
**each** 25:15 68:19 103:15,24 105:
3 150:24,24 153:4,5,5 157:20
**earlier** 18:4 32:16 40:24 95:22
115:16 116:2 123:2 144:19 154:
14 181:1,5 183:14 199:2,6
**early** 130:13 154:16
**East** 1:25
**easy** 68:25
**echelon** 48:13
**edge** 169:21
**educate** 152:22
**educational** 3:10
**eight** 5:6 150:16
**either** 13:2 25:4,15 26:8 28:13,
17 31:9 120:25 143:23 147:9
162:20 170:5 172:10 178:9 185:
16 202:19
**elbow** 106:21
**electronic** 65:13
**electronically** 27:23 28:12 41:22
44:23 49:19 70:12 74:2 133:20
**email** 202:22
**emailed** 172:7
**Emory** 31:8,13 44:21 45:2 55:21
56:4 64:17,18,19,21,22 65:2,5
69:12 70:9 71:15 73:5 75:2,15,18
77:13 79:4 88:5 89:3 91:6 95:9
99:17 100:1 101:8,12 103:10
122:14,15 130:4 132:21 133:4
137:24 138:11,14 140:5,6 146:24
152:2 160:4,8 162:5,20 163:16
169:15,22 181:14,23 182:25 189:
25 195:6 204:23,24 205:5,25
**employed** 1:23,24
**employee** 55:20 114:14,24
**employer** 40:16
**employment** 174:18
**end** 13:15 37:18 124:14
**enough** 69:22 126:5 129:12 144:
4
**enquire** 109:10
**entered** 6:1,10 71:22 81:22,24
82:19 148:23 162:1 165:25 166:3
176:5
**enters** 33:17
**entire** 135:4,7,9,10
**entitled** 114:14 115:6
**entitlement** 201:14
**entries** 49:18,18,19 84:1 86:9
92:1 109:2 112:4,4 126:3,24 204:
8,12
**entry** 67:17 81:1 82:3,6 84:12,18
85:3,24 86:6,7 99:2 100:18 104:
2,13,18,25 105:12,14 106:8,11,
13 108:7,16 109:7,20 110:4,22
111:7,8,22 112:6,6,11,18 113:17
117:15 118:13 120:11 124:10
125:11,20 135:13 148:12,14,17
149:21 151:5 165:18,19 166:17,
23 177:2 184:14 185:21
**equal** 138:16
**ER** 175:17
**error** 174:8
**errors** 120:20

especially 119:16 158:16
essentially 117:21
establish 66:15
established 23:1 62:1
evaluation 84:22 125:14 126:21
130:18 131:15 135:23 136:4 146:
1,9,23 148:5,7 167:21 178:9,11
184:24 202:10
even 41:18 57:19 83:12 112:14
128:16,20,20 131:18 152:11 153:
3,19 181:17 205:8,25
everybody 6:14,16 41:7 64:16
70:19 75:10,11 137:14 153:18
163:10
everyday 183:17
everything 1:21 19:12 20:18,20,
22 32:13 34:6 49:15 63:17 64:3,
23 72:3 137:21 142:9 149:12
162:5 170:13 171:3,25 172:21
173:18 174:5 204:3
evidence 29:13 98:11 114:21
Evidently 185:13
exact 22:12 201:20
exactly 9:10,21 16:20 86:25 118:
6 132:19
exam 4:20 5:8 117:21 201:18,18
EXAMINATION 1:4 32:23 206:
9
examiner 68:20
example 43:18 88:17 138:24
142:10 158:16 193:12
except 2:11 184:25
exclusively 7:8
exhausted 158:17 159:4,16
Exhibit 51:3,13,16 53:9 61:3 69:
19 91:9,9,12 92:2,11 93:3,5,16,
23 94:9,22 95:7,13 96:6,9,20,24
97:1,9,10,13 99:18,21 100:3,10,
25 103:11 106:13 111:21 112:11
113:12 120:10 121:25 122:3,5
123:8,17,21 124:10 129:4,9,11
131:25 132:1,11 133:8 134:10,12
135:1,6,21,24 136:13,17 141:9
142:22 147:21 159:7 164:21,23
165:2,5,7 166:10 168:4,18,21
174:16 178:2 180:17 185:4 186:
14,25 187:3,13 188:7,11,14 194:
24 195:1,15,19 196:14,19,25
197:4,9,13 206:23
exists 89:8
expect 1:16 173:1
expected 149:25 174:20 177:8
191:2
expecting 39:24 44:12
expects 192:22
experience 21:1,13 113:25 114:5
experienced 106:18 107:10
experiences 117:2
expert 79:5
expertise 24:10,19 74:1
explain 70:24 152:21 153:2 156:
12 158:18
explained 106:3 153:3
explanation 133:10,17
extending 116:22
extension 43:11 154:14

## F

face 137:14
facility 129:17,18 140:9 143:4,7
144:3,4,7 147:4,6 170:18 182:10,
10
fact 18:7 31:24 98:6 114:23 149:
21 195:25 203:16,17
Factel 196:20 197:7,8
facts 29:12 55:14 56:20,21 164:
14
fail 127:20

failed 44:8,13 183:23 184:1,3,5,7
fails 44:3
failure 44:5
fair 75:16,17
familiar 61:5 127:7
familiarize 73:12
far 6:12 9:11 10:15 11:8,9 18:24
20:18 21:3 22:9,22 23:21 25:17
28:15 31:14 40:23 41:7 51:11 58:
23 60:16 64:25 88:22 89:13 92:6
93:11 94:5 102:16,24 108:15
117:4 120:7 121:5 128:22 137:20
140:8 143:22 172:25
fashion 145:17,20 171:2
fax 39:17,18 41:19,21,23,24 42:
7,8,8,14,14,15,21,23 43:21,25
44:3,11,12,13,15,16,20 70:14,17
88:13,20,21 93:24 94:2,20,24
121:14,16 122:19 123:7,10,12
131:13,14,14 133:1,2,11,18 146:
4 150:22 151:4 162:8 178:7 180:
25 181:2,3,4 184:1,2,3,5,7,11
187:4,15
faxed 43:18 88:15 91:22 100:2
131:20 132:7 142:19 143:13 146:
2 150:9,13,14 151:1,9 177:19
179:1 182:17 183:5,15,23 186:
19,20 188:25
faxes 41:20 42:6 71:11 72:3 200:
14
FCE 201:18,18
FD 193:16
Federal 169:5
fee 157:20,21
feel 30:4 76:10 88:22 114:3 139:
4 145:15 150:22 162:14 199:25
feeling 11:3
feels 79:3 121:4 140:10 142:10
174:15
felt 101:16 106:18
few 97:8
field 23:21 151:25
fifth 143:5 169:9
file 1:14 5:17,18 11:6 12:4,4 27:
11 28:2 30:11,17 31:10 32:9,17
33:5 35:20 36:23 37:21 38:2,9
39:13 40:7,17,25 41:3,6 42:23
45:3,9,22,22 46:2 49:6,6 51:17
53:11,15,21,25 54:1,16 58:5 60:
25 64:12,19,22 69:20 72:1,4,6,10
74:8,17 76:19,22 82:2,3,4,5,19
89:13,15,20 97:4,18 98:8,14,18
99:25 100:17 102:10,16,20 103:
20 105:10 106:5 108:11,19 109:
3,4,5,11,14 111:1,9 112:17 114:
9,12 115:6 119:14 122:20 123:5
125:18 126:5,11,17,18,21 130:15
138:22 146:14 149:16 150:13,24,
25 159:20 162:4 163:6,13 167:20
170:16,16,21 171:3,4,5,16,23,24
172:11,16,17,18,20,21 173:5,10,
16 174:13,23 175:8 176:6,10,17,
19,22 181:8,12 191:20,22 192:9
193:9 195:23,24 196:1,3,8,12,22,
23 199:10 201:25 202:12 204:4,
13
filed 46:8,22 47:24 48:2 49:20
57:5,10,18,20 59:17,18,23 60:11
61:20 69:21 96:22 193:7 195:7
204:5,9
files 5:14 7:20 8:17 12:7 13:7 17:
19,20,23,25 33:7,11 108:18 130:
21
filing 47:7,12
fill 11:2 121:17 142:20 157:18
171:22 180:9 196:4
filled 78:7 140:14 146:6 184:13
196:6

film 129:5
final 193:16
finally 99:12 126:19 159:6 180:5
186:13
find 84:21 96:3,16 109:23 113:8
128:25 131:11 134:5 147:17
finding 113:9
finds 130:10
fine 23:13 47:25 66:19 75:9
finish 3:12 37:18 103:4 106:16
129:6 190:5
finished 37:22
first 1:2 4:17 10:19 35:10,13 42:
14 47:15 49:8,12 52:4,12,23 57:
14 66:14,20,23 68:2 69:21 70:2
78:16 80:11 83:23 88:6 91:3,18
93:11,17,18,22 94:14,22 95:23
96:13,17 97:24,24 99:17 102:13,
21 104:2 106:6 110:16 121:14
123:15 125:7 130:2 134:25 135:
1,6,21,22 136:4 139:2 140:6 141:
8,16 142:4 144:23 145:4 147:6
156:14 157:7 158:16 164:9,25
165:2,22 173:23 178:4,21 179:10
194:17
fits 119:18
five 4:2 40:2 81:18 151:6 181:11
201:10
fix 148:6
fixed 148:6
folder 7:19 19:7,10,11
follow 55:10 63:2 84:17 85:1 86:
4,20,21 88:1,3 89:3 90:1,2,4 98:
3,5,10 104:21,23 153:25 192:4,7,
16
follow-up 39:18
followed 25:20 98:11 106:19
following 58:21 201:6 205:7
follows 1:2
followup 113:9 179:25 202:1,9
forgets 98:3
forgot 17:7,9 43:8
form 2:11 4:16 9:17 22:25 24:15,
23 26:17 29:12 30:12 32:10 37:
14 42:25 44:7,19,19 45:4 54:18
55:12 56:18 58:8 59:1 60:5 61:15
62:9 64:13 65:18 66:4,14 67:3
70:20 74:9 75:1 76:3 82:8 88:16,
19 89:7 91:7 92:10 94:25 95:20
99:7,7,16,19 100:9 107:2 110:12,
18,19,19 111:6 113:6 114:2,15,
19 115:13 126:7 132:15,23 134:
7,20 136:10 137:25 143:21 144:
20,24 145:3,7 148:24 157:18
162:8 164:2 168:24 171:22,23
172:4 177:12 180:18,25 181:3
205:15
formal 42:12 43:18 138:25 158:9
159:12 160:1 168:14,17,21 169:
15 170:2 198:6,10
format 6:2,7 182:11
forms 88:12,20 91:23,24 132:15,
17 143:3 148:18 182:21 188:17
formulate 98:19
formulated 127:9
foundation 23:4 24:24 67:4
four 8:13,14 18:8 36:6 92:23 93:
9,18 94:8 95:3,6 98:7 103:11
110:19 161:24 169:1 170:1 178:
20 191:2 201:9
fourth 93:18 95:19 116:11,12
frame 9:13 17:21 33:6,10 42:22
47:21 77:1 140:10 174:14,20
177:7 203:9
Friday 162:1
FROI 110:15,16
front 9:23 45:25 48:22 49:4 50:7,
25 51:14 52:9,13 61:1 101:14

128:22 129:24,25 142:23 154:7
fulfill 101:7
full 191:2 193:17,18,19,20
fully 192:15,21
function 22:15
future 39:8 192:8 193:11

## G

Gadsden 29:20,21,24 30:21,22
31:3,13 125:21,23
gained 24:11,20,20
gathered 77:15,17
gave 8:2 13:10 18:18 19:16 43:
19,20 70:14 97:8 163:1 165:11
178:1 179:10 181:1,5 202:2
geared 6:13
general 2:21 23:5,8 83:25
generally 24:12 28:15
generate 95:19 133:16
generated 46:4,13 47:24 48:2
50:9,9,13,14 97:7
gets 36:6 68:20 70:24 140:5
getting 13:7 17:25 23:20 43:17
107:22 126:13 154:23 155:19
160:3 169:24 177:14
give 1:15 7:16 22:12 25:10,15
27:12 33:9 39:4,22 69:24 70:17
77:9 82:13 88:3 93:14 98:19 102:
18 107:6 113:12 138:17 146:25
149:16 171:10 176:12 201:20
given 8:5,8 9:19 19:2 23:13 29:4,
24 33:6 38:21 42:22 43:5 48:8
51:23 76:9,20 120:11 127:4 131:
23 170:14 171:11 172:9
gives 78:8 96:18 99:16 135:7
171:9 172:2,4
giving 51:7 56:8
glad 189:21
Global 197:11,14
globally 55:15
goal 9:13 10:8,14,17
goals 37:17
got 8:16 12:22 13:5 22:24 28:6,8
32:21 34:11,12,12 41:19 45:25
46:12,20 48:9 50:7 51:13 54:10
61:1 62:14 63:19,20 69:16 74:10
77:18 78:16 85:2,16,17 90:6 93:
13 94:16,23 95:17 101:18,18
103:11,15,23 108:7 110:2 111:3
112:6 113:19 120:16 121:7 125:
2,8,17 126:3,24 134:4 135:16
142:17,21 143:8,12 144:3 145:6
146:4,4 147:17 150:6 155:10
160:8,15 161:12 165:22 167:16,
22 172:14 176:20,21,22,25 180:7
186:22 187:23 188:13,18,20 189:
24 191:5,7 193:25 200:7 205:8,
25
gotten 59:7 72:2 83:13 120:23
123:9 144:13 151:3,23 158:3
169:19 171:20 177:11
grace 35:11 173:22
grade 171:5,7,9,10,11,13
graded 171:1,16,25
grading 172:2,4
graduate 3:11
ground 13:6
group 198:8
guess 2:23 10:5 13:24 22:13 23:
12 24:11 50:8 52:15 57:18 75:10
87:9 88:6 99:9 100:10 111:12
165:15 166:21 187:22 189:2 192:
11
guessing 2:25 22:12 23:10
guesstimate 25:11,14
guidance 76:14
guidelines 20:6,7,11 140:12 199:
24,24

guy 32:19

# H

hadn 36:13 130:13 134:18 177:
11 193:12
hand 46:12 80:22 151:21,22
152:18 171:14 206:25
handed 17:25 153:11
handle 14:18 16:13,14 18:2 27:4,
7 97:20 171:5
handled 25:12
handling 11:6 13:20 40:18 41:2,
5 71:15 97:5,18 102:10 108:18
114:12
handouts 19:3
hands 12:21 158:4
hands-on 152:25
handwriting 123:17,24
handwritten 34:9,14
happen 172:13
happened 10:25 111:24 112:13,
23 173:24 200:10
happening 173:1
hard 40:24 41:11,14 52:9,12,20
53:6 70:6 100:6 169:10
harsh 203:21
haven 66:10 149:8 176:20 180:
13 193:19 200:13 202:2
head 67:7
heal 24:21
healed 25:4
health 55:8 128:21
hear 69:10
heard 31:23 137:15,16 151:3
180:13
hearing 46:25
held 3:6,23
help 61:4 86:20 92:13 96:2 115:5
138:15
helping 16:15
helps 87:12 135:17
Hep 85:19,23
HEPPES 1:1,7,8,12 115:20 189:
8,9 190:9 206:11,22
Herald 3:21
herself 138:10
high 3:11,11
higher 137:22,24 138:8,10,13,
14,16 202:19
highlight 133:3
himself 22:21 31:24 102:1
hired 4:9 138:12
hit 13:6
hold 4:21,22,25 44:7 46:7 47:11
48:1 51:4 68:16 90:5 98:19 135:3
161:6 162:23
holding 47:2
holds 22:18
holiday 161:21
home 37:2 95:19 143:22 205:8
206:1
hospital 36:14 191:6
hospitals 44:24
Hotel 3:15
hour 5:6 92:21 157:19 171:18
hourly 174:24
hours 10:9 92:23 102:5 139:1,9,
12,21,23 161:17 170:22
house 3:21 140:9 147:3 162:25
204:22,24 205:1,25
however 23:18
Howorth 26:22 27:21 28:11,16,
18 29:8,16,19 31:12,17,18,22 32:
21,22 38:22 42:10,11 43:19 44:
18 61:11 62:24 83:9,11,12,15,16
125:16 129:21 130:3,6,12,16,17
131:10 132:7,22 134:13 135:23
136:4,8,21,24 137:1,2,3,15,17

140:16 141:5 144:24 146:1,9
148:1,5 152:11 156:21 158:24
160:3,10 162:18 163:14,24 166:
18 167:1,7,11,14,17,21,23 168:
13 169:19 174:15,16 177:8,10,23
178:2,19 179:20 180:17 181:7
183:11,22 184:24 186:18 187:4,
22 188:3 193:21 200:4 201:4
203:3,5 205:5,6
Huh-uh 117:10
human 120:20
hundred 21:9,10
hung 119:22
hurting 138:19
husband 4:1

# I

Ibuprofen 167:13 185:1
ICD9 144:11
ID 192:16
idea 108:25 194:3
identifica 97:1
identification 51:17 91:13 93:6
96:10 99:22 122:4 123:22 132:2
134:13 187:4 195:2,20 196:20
197:5,14
identify 47:2 121:25 195:4 196:
15 197:1
identity 160:17
ifs 179:11,12,13
Illinois 4:25 15:5
Imaging 122:6
immediate 14:22,23,25 15:6,13
21:25 102:17 114:8 139:17,19,
20,21,23 141:10
immediately 11:13 13:8 36:4 79:
4 101:17,17 119:22,24 123:12
128:6,14 139:6 140:4,5 146:6
147:15 150:9 162:18 163:2 179:2
200:8 202:22
impairment 201:6
important 34:7 40:1 63:25 64:1,
2,3,4 101:6 102:8,11,13,16,20
113:8 126:4 128:11 163:4 202:15
204:2
improvement 34:23 54:2,12,17,
24 55:4,11
in-law 162:25
inaction 127:11
inbox 41:25 42:1
Inc 94:23
inch 50:8
inches 8:13,14
incident 72:13
include 21:10 48:20 155:3 187:
16
included 8:25
includes 191:10
including 144:11 153:7,8 187:16
incoming 44:9,10,11
Incorporated 1:24 2:3
independent 131:6 185:23 186:
3,9
indicate 24:7 37:21 56:25 63:11
64:12 114:7 117:18 118:18 119:2
123:6 186:21 195:10
indicated 111:20 117:12 199:11
indicates 187:13 192:14
indicating 91:4,5 111:23 176:5
indication 44:4 105:9 112:22
123:8 125:10 163:19
indications 124:7
indicator 11:18
individual 38:5,5 68:19
individually 6:13 60:20
individuals 14:18 113:25
industry 4:6
information 37:10 48:7,20 52:6

55:9 60:25 74:2 77:15,17,18 89:
23 92:5 106:15 118:14 119:10
129:12 136:14,16 141:4 145:3
159:9,11 178:1 183:14 190:3
197:22 199:5 206:12,17
informed 118:8
ingoing 66:1
initial 11:4,7 21:23 49:2 84:22
163:5
initials 85:19,21
injured 22:21 34:21 36:24 114:
13,24 115:9
injuries 9:4 21:3,19 26:16 106:
23 107:10
injury 6:2 10:20 22:22 24:2,5 25:
3 26:24 27:9 34:24 35:11,18 49:7
54:5,8,8 56:17 90:1 97:25 106:18
110:16 115:21 119:17,18 151:11
160:9 162:11,12 173:23,24 174:
24 177:21 182:8 195:14 199:16
insert 132:22,23
inside 24:3
instance 9:1,11 11:11 26:21 29:
15 30:15 38:15 67:9
instead 26:25 174:7
instruct 56:19 107:2
insurance 2:3,19 4:6,23 6:21 26:
7,8,9,12 144:14 195:7,9
intend 193:1 196:9
interaction 138:20
International 3:20
interpret 94:2
intervention 25:8,13,25
interview 68:4,5,8
introductory 68:18
investigation 10:24
involved 17:21 22:4 76:16
Isn 30:10 64:15 139:9,12 149:17
ISO 194:25
issue 36:5,17 189:20
issues 10:2 20:2 21:14 177:14
itself 22:22 25:4 32:14 40:23
127:8 195:12

# J

Jeff 11:24 46:19 58:12 61:21 68:
24 70:7,7 96:2 206:25
job 7:4 33:2 37:17,18 53:20 86:
24 87:22 88:12,21 102:19 140:2
194:18
jobs 3:22,23
John 1:12
joint 22:17,23
journalist 3:20
Judge 169:5
judgment 25:10 204:11
jump 4:2
June 48:10 57:5 193:9
junior 3:12,13
jury 137:6,9
justification 173:3

# K

keep 19:11 34:9,14 51:10 172:11
177:14
keeping 45:1
Ken 85:18 86:3,3
Kenny 31:6,15 98:2,13 101:23
102:3,4 103:3,14,23 104:3 105:1,
19 106:11,15 107:20 111:23 112:
25 116:10 117:13 119:12,21,21
121:1,4,15 128:2 137:16 140:21
153:22
kept 19:14 86:4 155:24
keys 194:17
Kimberly 67:25
kind 3:25 4:21 7:5,7 8:19 12:11
19:16,21 20:15 40:5 65:13 71:25

129:19 171:7 193:22
knowledge 2:2 13:11 14:9 16:8
20:24 23:6,8,17 24:10,19,22 33:
15,18 39:16 40:9,18 50:6 54:9
58:1,4 65:7 68:7 70:11 71:11 77:
25 79:14 80:6 83:14 86:17 90:13,
25 101:20 109:16,18 110:25 119:
1 202:24
known 180:8
knows 37:14 194:10

# L

lab 185:24 186:1,2,9
laboratory 4:3 185:23 186:3
labrum 118:5,23
lady 92:24
laid 23:3 24:23 67:4
Lake 146:16 147:5 180:12
landscape 57:12
last 47:13 48:9 53:13 60:22 61:9,
22 62:8,21,21 63:6,11 151:6 165:
22 167:12 175:13 177:2 193:13
later 15:9 31:2 102:23 128:10
182:25
latest 47:17
Law 8:4
laws 6:19,20 7:1
lawsuit 46:8,22 47:7,12,24 48:2,
8,10 49:10,20 50:3 57:5,11,19,
22,25 59:17,18 60:11 61:17,20
62:2 65:19 69:20 193:7,9 204:5,9
lawyer 16:20,22 17:2 58:6,18
169:11
layman 118:11
LD 192:17,19
leader 15:6,22,23 16:2 72:24 73:
2 160:8,12 171:10,12 191:16,19
192:12 198:9 202:19 203:11,25
leaders 16:4,7,11
learn 6:5 31:5 143:15,15 171:13
learned 4:18 22:6 116:3 130:2
160:17
learning 120:21
least 36:6 37:2 39:11 92:22 151:
3 180:3,4,13,21
leave 40:20 57:2,8 162:24
led 106:25
left 25:4,16 80:2 88:18 120:4,4
legal 17:25 18:2 20:14 115:13
137:25 138:6 145:8,9
legitimate 162:11 199:16
length 11:24 19:22
less 36:2
letter 59:7,16 95:17 162:9 187:
21 192:22
letterhead 157:17
liability 2:21
license 4:20,21,22,22,23 5:1,5
18:11
Licensing 18:18
lifting 88:17,17
ligaments 24:18
light 87:9 88:12,14,23 173:20
191:1 192:20
limit 169:22
line 49:25 167:12 196:2
lined 160:15
list 29:4,8,16
listed 142:8
listen 11:3 61:17
literature 9:12
litigation 49:9,13,21
little 23:21 28:6,8 31:13 34:12
38:25 109:13 115:2 123:14 133:
18 152:23 199:23
live 1:8,9 3:18
living 174:19
ll 1:20 11:16 21:17 33:9 34:13

39:22 51:8 55:22 56:3 62:14,17
75:4 82:5 91:16 92:21 93:9,18
96:12 104:12 106:14 112:5 172:
18,23,25 187:6 189:20 195:15
196:14,15,25 197:1,9,10 200:11,
13
**load** 32:2 51:21 84:8
**located** 4:14 30:8 200:22
**location** 122:14
**log** 154:16,18,19
**logging** 203:11
**long** 3:6 14:23 15:2 19:25 37:12
73:20 80:2 92:20 95:9 119:19
139:1,3,4,9,9,12 144:1,2 152:5,
24 154:6 158:9 160:2,3,5 162:10,
10 204:4
**long-time** 162:11
**longer** 123:14
**look** 18:23 20:19 43:23 52:10,13,
17 60:25 61:8 62:15 78:19 79:6
88:22 90:5 92:16,18 96:1,12,15
98:20,21 104:6 107:21 112:5,6
118:13,16 120:10 123:2 135:19,
20 147:19 148:13 151:21 152:21
153:12 158:7 160:23 166:8 186:
11 204:14
**looked** 45:23 52:18,22,25 53:15
125:24 148:15,15,16 162:16,16
**looking** 46:21 47:23 67:20 80:17,
18 82:18 83:25 84:12 92:17 111:
12,19 112:1 122:22 123:3,4 138:
15 174:11 182:16 186:21
**looks** 20:14 23:9 61:2 84:16 85:
16 86:6 93:12,23 94:1 107:22
109:20 112:3,7 123:7 125:11
180:17 183:7 188:3,9
**loss** 21:25 194:16
**lost** 10:21 28:6,8 36:14 105:11
106:5,9 126:13 161:16 170:9,15
171:4,6 172:18,22,23 173:2,3,7,
10,15 175:8,8
**lot** 109:12 152:24 172:13 178:13,
15 194:19
**Lots** 155:12,12,13
**love** 181:16
**low** 161:25
**lower** 123:18 206:24

# M

**M13** 191:7,8,9,10
**ma** 122:1 196:16 197:1,10
**machine** 43:21
**made** 49:18 51:6,10 55:24 65:22
83:5,21 84:18 85:24 86:6 97:24
99:2 108:8,16 109:7 120:25 124:
3,10,12 126:19 165:19 171:18
174:8 183:7 190:6 203:11 205:18
207:6
**mail** 42:2 72:3 100:4,7,7 154:20,
23 186:18,20,20
**maintain** 34:21 150:24
**man** 113:23 114:7 115:3 119:2,
11 129:13 130:3 131:11 137:6,10
139:14 161:25
**manage** 7:6 138:22 171:1,4
**Management** 1:24 2:3 7:20 8:17,
21,25 10:13 12:2,7,19 26:3,11,15
27:5 74:23 97:5
**Manager** 3:5 4:9 6:14,18,24 7:2
8:3 12:12,23 13:7,23 21:2,15 27:
11 31:22 34:4,19 54:16 56:15 76:
15 80:18 81:21 83:4 97:17 101:6
110:23 151:18 189:5,7,10 201:12
**managers** 14:9
**manner** 169:20
**manual** 7:5,24,25 8:1,2,10,23
10:11 11:16,23 12:1 199:9,9
**manuals** 7:11,15 10:2,7 11:9

199:1,5
**many** 7:17 14:9,18 16:7,10,13
17:19,23 20:25 33:7,11,20 46:19
47:4 71:7 76:12 79:13,18 88:17
109:14 139:21 155:10 181:25
**Map** 197:5
**maps** 19:13
**March** 33:7 47:18,21 57:1 61:10,
24 62:25 71:16,23 72:2
**mark** 37:23,23 39:15 51:3 91:9
96:5 99:18 121:24 131:24 186:25
**marked** 51:16 53:9 69:18 91:12
93:2,5,16 94:9 95:6 96:9 97:1,8,
10 99:21 122:3 123:16,21 129:4,
11 132:1,10 134:10,12 142:21
159:6 187:3 188:6 194:23 195:1,
15,19 196:14,19,25 197:4,9,13
206:22
**married** 191:17
**Mart** 57:17 58:7 74:2
**Martin** 14:22 15:25 57:24 109:
19 146:16 147:5 180:12 191:16,
17,17
**Match** 194:25 195:13
**material** 19:2 50:7
**materials** 19:14 46:9 47:23 48:1,
8 80:14,14
**matter** 18:7 31:24 72:8 149:21
153:8 195:25
**matters** 10:16 62:1
**maximum** 34:23 54:2,12,17,24
55:3,11
**MD** 80:6 192:22,22
**MDA** 20:6,7
**mean** 6:22 22:20 23:13 25:23 26:
5 35:3 37:12 41:7 42:5 50:14 54:
4,6 55:14,20,23 58:11,12 63:19
65:25 75:2 85:6 87:19,24 88:10
89:1 90:12 102:15 109:12,15
111:4 117:4,8 124:14 127:18
133:1 139:19 142:5 144:2 145:24
152:15 154:18 166:6 168:8 169:
21 170:24 174:3 175:15,16 179:3
184:1,21 185:6,11 186:2 191:8,
18 192:19 195:24 202:12
**meaning** 97:4
**means** 10:19 22:21 27:20 54:7
85:7 88:11 89:2 94:2 117:3,3,5,6
120:16 139:20 166:7 174:13 190:
24 191:9,11,19 192:2,5
**meant** 131:14 178:2
**measures** 158:17 159:4,16
**mechanism** 30:2 162:12 182:8
**medial** 22:3
**Medical** 8:21,25 19:16,21 20:2,7,
11 21:13,17 22:6,9,10 23:17 27:8
28:3 34:22,23 39:12,12 45:13,14
53:19 54:2,10,12,17,24 55:3,11
57:3 60:16 68:12,14 69:4 72:3
78:17,18 79:5,9,9,13 80:9 81:11,
25 82:20,21 83:5,6,9,19,21,22,24
84:22 86:20 87:12 96:17 97:25
98:2,22 99:13,14,15,16,19,22,25
100:15,16,19,24 101:4,6,13,15,
18 102:17,17,23,25 107:3,14
108:7,13 112:7 114:9,10 119:23
120:1,14 121:5 122:11,16 123:12
124:21,22,24 125:22 128:5 138:
19,20 140:13,14 142:19 144:8
146:8 148:4 151:8,12,14,24,25
152:7,16,23 153:13,14,15,18,22
155:20 156:14,21,23 157:1,6
158:5,6 159:1 162:2 164:20 166:
25 167:1,6,16,20 168:14 170:11,
13,15 171:2,20 175:16 176:15,16
177:21 178:8 182:9 183:8 184:
23,23 185:9,16,17,19 192:5,5
193:24,24 197:25 198:7,7,8,13,

14 201:15 202:13 205:10,11,22,
24
**medically** 153:10 170:10 171:1
182:7 199:12 200:17
**medications** 167:14
**meeting** 112:14,14
**meets** 182:7
**mentioned** 12:4 21:11 204:21
**message** 162:25
**messages** 162:24
**met** 36:12,13 53:1 69:21 103:13
173:22
**method** 37:4
**Mexico** 3:18
**Miami** 3:20
**mid-2005** 17:22
**middle** 138:22 191:6
**might** 22:7 61:3 68:22 108:10
**military** 81:10
**mind** 8:19 23:25
**minute** 11:16 15:8 34:5,13 42:4
50:5 51:4 53:2 68:16 69:16 79:8
100:14 101:5 107:13 112:10 122:
11 165:18 170:11
**minutes** 40:2 62:17 161:17 182:
25
**mischaracterizes** 168:24
**misleading** 126:9
**missed** 104:22
**misstated** 164:3
**misstates** 126:8 164:6,11
**misstating** 114:21
**mistake** 120:25 196:12 197:24
**misunderstand** 48:23 164:5
**misunderstanding** 11:14
**misunderstood** 70:1
**mixed** 84:1,10 105:2
**MMI** 34:23 192:23 201:22
**moderate** 117:2
**modified** 174:20
**mom** 3:19
**moment** 34:20
**Monday** 57:1 104:10,13 205:8
**money** 35:21 106:1
**monitor** 34:22 53:19,19,19 65:
16,22 191:25 192:3
**monitored** 66:1,13,17 67:2 68:9
**monitoring** 190:13,18,23,25
**Montgomery** 15:1,13,15,19 72:
24 73:3 160:12 163:20,25 164:17
171:12
**month** 7:12 12:22 13:5,15 53:12
110:2 127:7 166:22
**months** 4:12 15:3 139:24,25,25
**morning** 81:17 124:12 154:16,20
173:25 175:17
**Most** 9:3 47:17 130:24 171:17
**mother** 162:24
**mother-in-law** 147:3 204:22,24
**motion** 22:1 47:1 106:21 156:20
**move** 175:3
**movement** 22:1
**MRI** 77:21,22 78:2,12,16,23 79:
4 82:20,23 83:13,14 117:22 119:
21,22,23 120:3,12 121:3,6,9 122:
4,5,5,10,12,13,18 123:10 124:25
125:8 128:23 129:3,8 148:4 151:
11,22 152:2 153:12 158:5,18
160:6 162:13,16 163:23 164:19
167:9,10 176:15 177:21 184:25
185:22,24,25 186:6,10 199:18
**Ms** 1:8,12 15:13,15,19 16:19 72:
19 74:7,10,14,16 78:13 79:21 81:
23,24,25 82:18 83:7 99:6 110:23
112:18,19 163:20,24 164:17 200:
16 206:11,22
**much** 20:24 34:9 36:10 62:14 88:
17 157:21 169:21 178:3,20 185:

18
**muscles** 9:19
**must** 11:20 53:6 101:4 133:5,6
142:4 199:3,7
**myself** 39:8,11 41:9 53:13 66:2
73:12 128:20 138:16 150:24 152:
22 198:9

# N

**name** 1:6,7,12 17:7,9,10 22:3,6,
12 32:4 44:22 72:21 78:19 82:16
89:2 132:19,20,22 133:19 143:6
167:11 191:16,16,17 198:15
**named** 31:17
**names** 7:14 22:9,11 29:24
**narrative** 204:4
**nature** 5:17 57:10
**NCM** 81:20 151:18,18
**necessary** 145:3 153:10 182:7
199:12 200:17
**necessity** 152:7,16 159:1
**need** 30:7,7,16,24 32:2 33:4 37:6
51:5,21 55:3 61:4 62:15 73:12,
13,13 77:25 78:2,7 80:13 83:8
84:8 90:6 96:2 98:20 123:11,11
128:19,21 129:15 137:21 138:23
146:8 148:4 153:3 156:14 157:6
162:13 169:24 175:24 189:2 199:
23 200:2
**needed** 79:4 101:12,16 102:22
128:14 129:16,16,17,19 131:12
134:16,19 136:9 139:16,17 144:
24 145:25 146:6 150:22 152:12,
13 153:16,17,18 159:9,11,13,15,
23 160:1,4 178:7,8 179:25 180:9
183:11 193:4 199:15,17,22,25
205:10,21
**needs** 11:11 30:4 33:3,4 76:10
78:9 87:9 102:17 103:10 115:4
121:16,19 128:24,24 129:1 130:3
136:18,19,20 138:23,24 139:6
140:1 146:24 148:5,6 151:10
157:4 158:18 160:9 162:12,13,15
177:20
**neglected** 115:16
**nerves** 9:22
**never** 31:17,19 52:18 65:23 66:2
69:14,15,18 83:16 97:12 115:24
129:20 137:8 140:17 156:2,4
159:2,3 166:3,9 168:22 176:21,
22 178:6 190:19 205:1
**new** 5:22 6:6 63:5 78:19 86:18,18
90:24 109:25 120:19,21 126:12,
22 128:15 130:23 181:17,19,21
186:4 194:16
**next** 11:8 32:20 36:6 39:10,14,
22,25 86:6 91:9 98:3 109:20 110:
4 116:7 119:25 125:11 128:3
149:21 150:21 151:7 152:1 161:
24 174:2 177:9 180:14 183:10,18
184:14 185:20,21 189:14
**nine** 14:20 47:6
**nobody** 60:2 152:18
**non-injury** 57:2
**none** 60:16
**normal** 81:16 199:18
**North** 1:25
**notate** 5:16 30:11 38:22 76:19,
22 159:20 181:10,12
**notated** 32:9 40:17
**note** 5:18 31:10 35:12 36:2,20,22
88:7 101:25 124:21,24 126:12
134:13 161:7 181:6
**noted** 118:4,24
**notepad** 5:18 67:24 80:18 90:8
175:3,5,6,7,12 176:17 185:14
204:14
**notepads** 40:7

**notes** 5:16 34:9,14 50:2 97:23 104:14 124:2 128:5 148:4 158:5 164:20 170:13 178:10,14,15 182:9 187:11 202:14 205:22

**nothing** 47:20

**notice** 11:10 28:18 57:14,21

**noticed** 26:20 155:5 196:1

**notified** 57:24 58:1,18,24 59:4,7 82:20 163:8

**notify** 32:25 60:18,19

**November** 136:5 144:21 149:22 150:15,19 151:5 160:22 161:3,17 163:12 166:17 167:3,7,8,17,18 168:3,7,8 173:7,12 177:5 179:23 181:7 183:5,11,15 184:10 186:14,16 187:14,15 188:3,11,13,19,20 189:2,9 190:9

**Nowadays** 172:23

**nt** 176:18

**number** 27:25 28:1 32:22 42:7,8,15,21 43:3,5,6,19,21,25 44:20 67:18,20,23,24 68:17 69:11 70:14,17 74:20,21 80:19 81:22 82:13,16,18 84:12,19 85:2,9,13,16,17 86:6 88:4,7 89:24 91:12 92:18 93:5 96:24 97:9,11,13 100:18,25 105:23 106:8 108:1,14 110:5,22 120:11 122:3 123:3,4,21 128:16,16,18 132:1,20,21,25 133:2 134:12 138:18 141:18 143:6 146:11 147:21 148:1,2 149:17,23 154:6,10,11,15,16 158:20 159:1,15 161:11 165:18 166:11 169:19 172:23 176:5,7,14 181:1,1,4,5 182:13,14 184:4 186:23 187:3,9,20,21,23 189:3,24 190:1 195:19 196:19 197:4,13 205:2

**numbered** 80:22 188:1 206:24

**numbers** 142:25 143:2 170:18 176:9 189:18

**nurse** 9:20 19:18 21:18 23:18 78:20 79:18 80:18 81:21 110:23,24 111:2 151:18

**nurses** 12:10 79:11,13

**nut** 144:4

## O

**Object** 2:24 9:17 22:25 24:15,23 26:17 29:12 30:12 32:10 37:14 42:25 44:7 45:4 54:18 55:12 56:18 58:8 59:1 61:15 64:13 65:18 66:4,14 67:3 70:20 72:11 74:9 75:1 76:3 82:8 89:7 91:7 107:2 113:6 114:2,15,19 115:13 126:7 127:14 134:7,20 137:25 140:25 145:7 148:24 164:2,9 168:24 189:7 190:13,17,23 203:15 205:15

**objecting** 50:2

**Objection** 10:4 45:10 56:23 60:5 126:10 149:2 169:6

**objections** 2:10

**obtaining** 192:4

**obvious** 46:24 47:3

**occasion** 68:14 69:4,8

**occasions** 66:25

**occurred** 54:8,8

**October** 5:21 6:5 80:15 84:18 86:5,24 91:20 94:6 95:4 99:2,12 100:11,15,25 103:12,12,13,13 104:2,5,7,14,17,18,19 105:1 106:12,14,16,24 107:20,22 111:3,7,21,24,25 112:13,14,14,24,24,24 113:14,14,17,22 116:4,8,18 117:11 119:2,9,10 120:22 121:7 122:9,17 124:14 125:11,12 129:2 130:16 131:11,21 132:8 136:8,15 141:25 144:22 146:10,13 148:14,

17 149:10,15 150:11,12 151:14 163:24 166:19 167:2,7,17 168:4,6 173:14 177:7 178:19 179:22 180:18 181:7 187:12,18,21,24 188:7,23

**offered** 169:22

**office** 2:21 20:15 28:11 30:15,21 31:7,15 32:21,22 39:14 41:7,8 42:12 43:20 62:24 70:11 79:11 84:16 85:14 90:16 91:4 94:4 95:24 96:6 97:14,19 102:8 103:7,14 105:4,15,17 111:14 112:25 113:13,15 119:13,14,16 125:14 129:11 131:10 132:7 136:8 144:24 146:2 160:14 162:18 163:14,24 177:10 179:24 180:21 181:7 183:11 185:2 201:1 202:11

**officer** 47:10

**offs** 61:5

**often** 72:9 74:19,21 183:16,17

**Okay** 2:10,16 48:14 66:19 76:17 90:11 111:25 119:1 121:3 125:7,13 141:22 150:14,19 159:25 161:5,16 164:10 168:10 174:15 179:14 192:14 193:7

**old** 161:13

**once** 11:10 12:10 13:5,23 18:12 35:19,23 53:12 69:20 115:18 167:21 202:18

**one** 2:20 3:15 4:24 5:7 9:5,18 14:14,16 17:13 20:14 23:19 24:18 25:15 28:17 29:20,23 31:9 37:15 47:13,15,17 48:9 66:23 79:18,21 80:8 82:22 91:18,18 92:20 103:15,24 105:3 112:1 118:7,15,22 119:23 120:1,17 121:5 122:11,16 123:11,12 124:23,25 128:16 131:13 133:21 138:18 141:2,18,23 143:3,24 147:21 148:1 153:4 154:7 158:20 159:2,15 160:15 166:21 167:24 169:19 170:16,25 172:12,13,18,23,24,24 175:2 182:11,23 184:15 185:20 187:18,20 189:14 193:5,13 195:13,13,14 197:23 206:25

**ones** 2:14 25:19,19 136:21

**only** 5:6 11:4 16:14,16 18:16 37:15 75:19 98:13 127:3 133:17 148:14,16 152:17 162:24 167:21 170:10,15 171:6 185:12 186:6 197:21 203:4 206:19

**open** 27:24 40:7 43:23 122:5,10,12 142:10,12 162:3

**opened** 132:19

**operative** 27:12

**opinion** 20:25 107:3 115:14 156:4,6,6,8 204:11

**opinions** 33:25 155:24

**opposed** 60:14 70:18 82:22

**optical** 4:2

**option** 148:9

**order** 84:8 111:11 147:9 198:1 204:12

**ordered** 205:20

**ordinary** 49:16,20

**ortho** 128:24

**orthopedic** 29:23 30:5,6,17 31:16 121:19,22 125:8 126:6 127:23,24 128:4,7,9 140:20,23 141:5 169:25

**Orthopedics** 123:22 187:12

**orthopedist** 29:17 30:22 137:6,10

**OS** 192:4,5

**other** 2:21 3:22,23 5:16 7:1,1 8:2 10:7,7 14:18 19:17 39:6 69:10 70:15 77:22 78:2 82:21 83:4 92:12,24 114:3 131:6 146:10 152:19

165:9 167:1,6 180:22 181:11 196:1 200:22 202:23

**ought** 134:4

**Out** 3:18 4:25 8:20 11:2 16:15 20:9 30:5,7 32:2 35:7,12,17,18 36:1,2,8,13,14,18,21 37:1,3 39:11 41:13 45:24 50:16,22,24 51:21 57:2,6,7 70:17 71:2,11 77:19,20,21,22 78:7,11 79:2 83:2 84:8,21 92:24 95:10 99:7 101:16,17 105:25 106:5,7 113:8,20 116:4 118:7 119:17,19 120:5,5 124:5 126:23 128:4 130:10 131:11 132:18 133:6,8,20 140:14 142:20 144:22 146:6 150:24 151:3,8,11 152:3 154:6 157:18 161:2 164:14 169:11 171:22 175:19 176:1,7,12 177:20 178:20 180:9 184:13 189:11,16 196:4,6 204:12,12

**outcome** 25:14

**outgoing** 44:9,15 66:1

**outside** 157:10 196:5,9

**outstanding** 192:5

**over** 4:1 12:24 16:5 17:15 21:1 22:6 25:15 40:9 45:23 69:20 72:17,19 73:5 77:8 78:13,16,17,20,25 82:25 88:15,20,21 91:23 100:2 105:25 106:4 116:12 121:14,16 123:12 142:19 146:3,19 151:9,20,23 152:4 153:1,9 156:16 158:6 160:19 162:8 176:21 177:19 178:7 181:15 182:9,18,20 191:5,13 200:13

**overnight** 162:21

**owed** 35:22

**own** 52:1 64:9 137:23 152:1

**owned** 3:24

**owns** 2:22

## P

**pack** 11:2

**package** 182:23

**pad** 124:3 161:7

**pads** 126:12

**Page** 67:20 80:19,19,20 84:12 88:7 90:8 91:14,22 92:2,10,18 93:7,9,17,17,17,18,22 94:8,14,22 95:13,19 96:10,17 97:2 98:22,25 99:22 105:10,20 106:8 107:21,24 108:1 110:7 112:5,16 120:10 122:4,23,24 123:1,2,22 124:9 125:12 132:2,20 133:5 134:13 135:12,12,13,13,16 142:21 143:1 146:17 148:14,16 150:14 151:13 161:5,5,11 164:25 165:2 167:8 168:12 170:16 173:8,8 174:10,12 175:10,11,11,12,12,25 177:15,18 179:21 182:16 183:20 186:23 187:4,19,20,22,23,24 188:7 189:3 190:2,12 191:5,6,13 192:11 193:22 195:2,20 196:20 197:5,14 201:5

**pages** 46:19,21 47:4,6 48:15,16 61:2,5,8 93:11,18 94:9 95:3,6 132:11,12 142:22 165:4 170:16 187:8,16 188:4 206:24,25

**paid** 26:16 36:10 173:25 174:5

**pain** 21:25,25 106:19,19,22 114:7,8,10,12,24 115:3,4,4,10 116:21 117:2,16,19 119:18 120:6 131:12 139:7,12,14 150:3 155:14 156:16 162:12

**painful** 114:1

**panel** 169:22,24 170:1,6

**paper** 23:23 41:15,16,21 45:2,7,11,13 69:17 71:14 172:9 180:5 187:10

**paperless** 172:10

**papers** 69:18 70:4,7

**paperwork** 138:21 170:13

**paragraph** 165:22

**part** 33:2 65:23,25 127:12 131:23 157:14 158:21,24 176:22 206:11

**partial** 170:20

**particular** 7:7 20:1 22:2 29:5 38:11 79:18 82:3

**parts** 7:20 9:21 19:18

**party** 36:24

**pass** 12:11 158:8

**past** 54:10

**patient** 30:4 102:6 117:1 123:11 128:10

**pay** 26:9,25 27:13 35:11,13,14 36:3,16 106:6 115:5 157:20 174:6

**paycheck** 35:9

**paying** 26:21 34:25 185:12

**payment** 27:3,4,7,19 28:7 174:3 185:22

**payments** 110:21

**pays** 173:24

**people** 72:17 107:10 109:12,14 114:3 137:12 152:25

**per** 7:18 20:19 33:8,12

**percent** 35:15 170:23,24,25 172:20 201:9,11

**perfect** 34:7 63:17,19

**performance** 171:1

**period** 7:12 11:20 12:22,22 13:6,15 19:22,24 21:18 35:10,11,14 36:12,13,16 106:1,4 173:22,22 174:1,1 175:5,6,7 179:23 190:11 201:9

**periodically** 18:6,19 72:6 109:16 202:11

**peripheral** 57:4

**permanent** 170:20 201:6,21

**person** 11:1,2,10 22:19 24:1 30:20 32:4,24 36:20 41:2 54:21 55:11 68:9 72:17 74:24 81:10 82:15 86:19 87:25 88:2,23 106:25 114:25 137:18 138:17,19,22 139:6 151:22 152:19,25 153:5,5 194:14 196:5

**personal** 37:17 52:1 102:2 115:20 119:15 199:23

**personally** 72:18 73:23,25 76:13 180:2 203:3

**personnel** 40:17

**pharmaceutical** 185:1

**phase** 178:5,22

**phone** 32:21 63:18 68:17,21 88:4 97:24 98:13 101:19 120:14,15,20,24,24 125:25 128:25 131:18 143:6 144:17 147:24 153:21 154:10,11,13,16,19 156:16 170:18 181:5,15 182:13,14 183:7 189:24 190:8 200:7 205:2

**photographs** 200:19

**phrase** 24:12 68:18

**physical** 27:20 146:12,16,22 147:11,14,16,23 148:2,8 168:1,2 174:17 180:10,12 201:17,23 202:1,3

**physically** 77:8 82:25

**physician** 28:4,19 29:11,22 119:5 140:7 141:17 170:5 198:1,17 201:19,19

**physicians** 29:5,20

**pick** 144:17 172:12,17,18

**picked** 8:20 15:8

**picture** 23:24

**piece** 41:15,16,21 45:7,11,13 187:10

**place** 133:5 165:17 170:14 196:2

placed 40:20
**Plaintiff** 51:3,12,16 53:9 69:18
91:9,12 92:2,11 93:2,5,16,22 94:
9,22 95:7,13 96:5,9,19,23 97:1,6,
9,10,13 99:18,21 100:3,10,25
103:11 106:13 111:20 112:11
113:12 120:10 121:24 122:3,5
123:16,21 124:9 129:4,9,11 131:
25 132:1,11 133:8 134:10,12
135:1,6,21,22,24 136:13,17 141:
9 142:22 147:21 159:7 164:21,23
165:2,4,7 168:4,18,21 178:1 180:
17 185:3 186:25 187:3,13 188:6,
11,14 195:1,15,19 196:14,19,25
197:4,9,13 206:23
**plan** 78:8 141:10
**play** 114:12
**please** 1:6 2:9 9:24 34:10 41:10
43:7 53:7 64:19 66:7,22 71:24
85:15 92:19 95:14 121:25 153:22
158:18 169:7 179:17 180:25 181:
3 192:4 196:15 197:1
**plus** 3:21
**point** 15:9 30:20 31:2 46:25 48:
11 56:2 57:10 67:16 99:5 101:12
105:24 107:8 108:20 117:2 118:7
120:22 127:6 141:16 159:25 203:
13
**pointing** 167:25
**pole** 162:1
**policy** 29:10 32:8,11 39:16,20
68:7 72:8,8 119:16
**pop** 106:18
**Popping** 21:25,25
**portion** 117:22 118:22
**portions** 92:13
**posed** 174:16
**position** 3:4,6 7:4 17:8 48:13 88:
24 173:20 191:1
**positions** 88:14
**possession** 97:12 134:15
**possibility** 113:22
**possible** 34:10 35:10 102:25
115:11 116:14,16 118:17 160:5
162:22 163:3 180:10
**possibly** 63:13
**post** 47:7
**post-op** 36:18 190:16,23,24
**postpone** 205:23
**postponed** 139:24,25
**pounds** 88:17
**practice** 75:25 113:3 119:15
130:8 148:22 149:11,15 181:13,
16
**pre** 160:1
**pre-certification** 76:9
**pre-dated** 48:8 61:17 62:2
**precert** 158:9 198:6,6,10
**precertification** 138:25 156:13
157:4,5,8,17,20 159:12 181:24
182:6 198:8
**predictable** 178:5,23
**prefer** 66:21
**Preferably** 30:9
**preparation** 45:18 46:15 48:23
49:3 51:20 52:5 53:9
**prepare** 52:16
**prepared** 46:16
**prescribed** 167:14
**Prescription** 91:13 93:6
**prescriptions** 63:5 191:12
**present** 76:4 140:22
**presented** 194:24 207:1
**press** 44:22 133:4
**Presurveillance** 195:16,20
**pretty** 161:1 169:21
**previous** 126:8 195:8
**previously** 141:8

**price** 186:8
**primarily** 106:20
**print** 45:24 50:22,24 61:5 77:18,
20,22 84:6,7,10
**printed** 11:17 47:5 50:7,16 77:
21 78:11 83:2 120:19 133:8 152:
3 197:17,19,21
**prior** 3:14,17,18 14:25 50:3 164:
11 168:25 173:7
**private** 26:8
**probably** 9:4 12:6,20 19:11 20:
14 21:7 34:10 41:9 51:9 92:22
133:17 142:6 152:1 154:1 158:15
159:17,18 182:1,2 184:22 190:20
193:2 194:3,7 196:2
**problem** 43:4 92:14 141:6
**procedure** 199:9
**procedures** 78:9 144:10
**proceed** 178:3,20
**process** 26:7 42:6 76:10 146:7
148:3,7 152:1 156:19 157:4,5,9,
19,20 158:24 163:8 198:13 201:
15 205:20
**produce** 7:23
**produced** 46:10 92:19 96:16
**producing** 50:1
**product** 48:4
**production** 50:2,10 96:22 97:2
207:2,6
**program** 85:3 86:7,18,23
**progress** 34:22 190:25 202:11
**promoted** 17:14
**prompt** 138:20
**prompted** 136:9
**proper** 119:6
**properly** 141:6
**provide** 60:13 114:13 115:6,10
121:13
**provided** 33:25 56:25 127:21
144:14 207:5
**provider** 68:15 69:5 100:19 101:
15 114:10 120:14 125:22 130:9
183:8 185:19
**providers** 68:12 162:2
**providing** 127:12
**pull** 37:25 38:2,3,4,7,10,15 71:21
73:9,10,14 82:2,15,17 133:23,24
196:8
**pulled** 132:18 196:7
**pulling** 88:18
**pulls** 204:13
**purpose** 53:17
**purposes** 47:16
**Pursue** 193:16,19
**push** 88:18
**put** 10:20 33:5 36:4 40:7 43:21
44:20,20,21 49:4 58:13 67:25 71:
4,5 81:25 85:19 89:2,2,24 92:5,7
94:20 95:1 102:16 110:1 111:2
112:16 120:19 124:7 132:18,19,
20,25 133:2,2,4 154:9 158:18
163:6 167:10,12 175:1 176:17
184:22 185:8,9,10,14,17 191:22
193:13 195:23,24 196:3,7,22
202:12
**puts** 20:9
**putting** 109:10

# Q

**qualified** 23:4
**quality** 163:6
**question** 2:11 9:24 10:1 11:8,15
13:1,2 23:20,23 25:17 32:15 34:
10 39:14 41:10 43:17 45:5 49:2
53:6 55:9,13 56:3,14,19 58:9,22
60:6 61:18,21,22 62:4,21 66:20,
25 68:24 69:2,25 72:14 75:7,14
76:24 77:19 84:1,4 88:6 90:21

95:22 98:17 101:3,5 103:4 107:
13,14 110:3 111:16 114:16,23
115:1 121:5 126:7,9 127:19 129:
6 131:9 134:7,22,22,24 135:2,8,
25 136:2 138:1,4 140:15 141:23
142:2 143:5,18 144:8 145:5,11
149:1,5,13,14 157:13 158:16
159:2 164:9,11 166:8 169:10,12
174:16 176:8 179:10 180:15 194:
8 198:5 199:4 202:16 204:16
206:4
**questions** 1:14 20:2 66:9 73:13
80:9 96:19 128:19 134:23 135:15
140:12 144:10 151:24 158:14
159:10,17,18 162:8,8 171:15
182:12 206:19
**quickest** 102:24 115:10
**quickly** 35:6
**Quizenberry** 16:5,19 72:20 73:1
74:8,10,14,16 78:13 85:9 90:23

# R

**rabbit** 34:13
**radiates** 106:20
**Randolph** 108:13 175:16
**range** 22:1 106:21
**rate** 175:1,1
**rating** 201:4,6,20
**re** 8:6 11:3,14 22:10 23:16 26:7
31:19 34:17 36:23 37:16 39:24
41:2,8,18 44:12 46:23,24 47:2,3,
9,19 51:5 55:14,15,19,19 56:8,12
57:19,20 61:16,25 62:4,5 63:23
65:1 67:7 68:9,19,20,22 73:9 75:
19 76:3,4,5 77:2,12 80:12 83:25
84:2 89:19 91:24 99:12 100:14
102:7,20 104:3 105:25 107:22
109:10 111:7,10,12 127:18 139:
11 169:4,5 170:2,11 172:9 174:
11 176:11 177:5 180:21 181:10
183:6 184:15 185:3 187:6,20
193:6 198:12
**reached** 54:2,12,17,24 55:3,11
201:22
**read** 2:7,8 123:15 125:9 142:8
152:24 178:15 201:10 204:14
**reading** 190:5
**ready** 153:23
**really** 10:25 17:18 152:5 156:13
**reason** 40:21 60:3 75:19 78:9
119:20 125:4 134:17 138:22 147:
16 161:23 185:12 197:23
**reasonable** 150:1
**recall** 12:20 21:21 22:2,9 32:4
41:17,18 77:24 82:14 86:3 200:
21
**recalls** 131:5
**receive** 37:2 39:19 65:17 92:10
96:19 98:4 100:4,7,23 102:21
122:17 167:1,6 168:1
**received** 21:17 39:13 48:11 49:
10 70:10 79:1 83:23 91:3 93:10,
12,19 94:3 95:3,23 96:13 98:23
99:15 100:9,21,25 104:23 122:8,
18,20 123:7 145:3 151:8 159:6
167:19 168:6,16 180:7 186:13,
20,20 187:14 200:3,13 203:12
**receiving** 35:9 166:25 168:14
**recent** 47:17
**recognized** 28:18
**recollection** 71:14 101:20 102:2
135:18
**recommend** 83:20 141:10
**recommendation** 130:10
**recommended** 83:4 174:18
**reconstruction** 178:4,21
**record** 1:15 32:14,14 45:1 46:18
47:1,16 49:24 50:17 58:10,13 64:

24 65:4 67:13 68:5,8 69:9,14 82:
20 91:21 98:11 101:25 112:22
113:1 114:9 116:9 118:16 130:15
131:9 135:4,7,17,22 146:10 150:
11 163:24 167:16 175:24 176:2,3
179:8,15 181:6 185:16,17
**recorded** 68:3,10,22 69:15
**Recording** 65:9,9,11,12,13,13
67:11 68:15 69:5
**records** 6:1 26:20 28:3 37:25 39:
12,12 48:22 50:8 54:10,13 56:24
62:14,15 63:10 65:8 72:3 78:1
82:3,7,15 83:5,9,18,19,21,24 86:
21 87:13 91:5 95:24 96:6,10,15
97:4,11,13,14,19,23,25 98:2,7
99:14 101:4,6,13,18 102:8,23
111:19,23 113:4,15,18 114:6,7
116:3 117:12 118:8 125:10,17,24
129:10 131:1,4,18,18,24 135:19,
20 136:13 146:8 151:12 153:13,
14,15,16,20,22 156:14,21,23
157:1,6 163:13 165:15,16 166:9,
25 167:1,6,22 168:1,2,14 171:2
173:6 176:15,16,18 177:21 178:8
184:23,23 185:9 187:8 192:6
193:24,25 194:19 197:25 199:10
200:4 201:23 204:8 205:24 207:
3,5
**recovery** 191:7,10
**recycled** 34:17
**reduction** 142:11
**refer** 29:4 30:16,22 80:13,14 91:
21 99:19 101:17 128:9
**reference** 8:6,8 19:12 20:1 23:8
47:11 92:12 112:4 148:18,19
185:3 188:14 190:12
**referenced** 5:12 33:14 47:12
112:10 199:6
**references** 26:20 93:23
**referencing** 32:7 100:23
**referral** 29:17 128:6 140:21
**referred** 29:15,20 30:5,7 101:16
121:19 128:4 137:17 154:14 179:
21 199:1 203:5
**referring** 30:3 61:25 62:5 91:24
167:22,24 173:13 187:6,20
**refers** 29:11
**reflect** 170:9 173:7
**reflecting** 31:10
**reflects** 114:9
**refresh** 135:18
**regard** 55:5 75:8
**regards** 174:18
**registered** 129:18
**relate** 40:18 73:10 194:21
**related** 18:17 26:10 34:24 54:5
57:3 106:15 112:11 118:14 146:
11 193:5
**relates** 45:7 75:7 121:4
**relating** 13:20 27:8 41:12 45:2
70:7 97:13 175:20
**relationship** 26:2
**relayed** 136:14,16
**release** 193:16,18,19
**released** 192:15,21
**relevant** 203:17
**relief** 115:11
**rely** 33:25 119:6
**remember** 6:11 9:9 10:14 11:25
18:25 21:23 22:11 29:8,22 31:6,6
50:21,23 59:22 60:24 62:11 63:8
70:9 71:18 147:10 152:5 165:10
171:8 198:15 204:2 205:4,16
**repair** 141:11 158:19 160:10
162:13
**rephrase** 55:22 66:25 75:4 114:
17 127:19
**report** 11:5,7 14:21,22 16:4,7

25:21 72:5,9 77:21,23 78:2,12, 16,23 79:5 83:13 91:3 103:15,16, 17 110:16 111:8 122:4,5,8,20 123:10,13 124:25 125:8 128:2,23 129:3,8 148:4 151:11,22 152:2, 18 153:12 158:5 160:6 163:23 164:19 176:15 177:21 188:7 190: 3,8 194:25 195:2,6 199:18 202: 18 204:4
**reports** 17:4 82:21 202:11
**represent** 56:16 58:2,15,19 194: 10
**representation** 59:8,16
**representatives** 18:20
**represented** 50:1 54:19 55:25 56:1 57:15,15 58:10,25 59:5
**representing** 1:13 47:9
**reprimanded** 203:10,18,21
**reprimands** 40:16
**request** 42:11,12 43:18 44:18 45:14 50:10 78:7,11,21 93:10,20 96:17,22 97:2,10,22 98:22 99:13, 15,16,19,22,25 100:15,24 101:4 112:7 121:16 128:9,10,18 131: 13,20 132:2 133:4 134:16,18,18 136:10 142:19,19 145:17 146:3,5 148:3 149:25 150:13,14,23 151: 4,8,10,21 156:18 157:6 158:3,5, 10 160:4,6 162:16 163:3 164:19 165:1 168:21 170:3,12 171:21 174:14,15 177:8,19 178:8 179:1 180:2 181:2,19 182:17,20 183: 23,24 184:7,8 188:17,21 201:5 202:7 205:10,11,21 207:2
**requested** 97:18,21,23 131:16 141:21 147:15 151:19 166:18,19, 21,22 168:13
**requesting** 153:17
**requests** 44:23 132:17 152:6 168:15,17 169:15,20 202:14
**required** 5:4 25:8,13,25 26:1 72: 5,7 142:9
**requirement** 5:6 30:10
**requirements** 7:3 34:6
**requires** 37:17,18
**research** 7:19 182:8
**reserve** 2:12 8:17 171:25 175:20, 23,25 176:6,10 189:4,6,10,15
**reserved** 174:13
**reserves** 173:17 189:12
**respect** 40:5,13 78:10 88:5 97:5
**respects** 40:11
**respond** 9:14 10:8 11:11
**response** 9:13 10:2,15,23 11:9, 10,21,23 50:10 93:9,11,19 97:9 207:1
**responsibilities** 34:3,19,20 36: 15 63:20,21 86:16 194:15
**responsibility** 34:25 35:3,19 36: 9 54:15,22 55:1,4,7,10 56:14 102:24 106:1,3 121:12 128:20 137:19 140:3 145:16 150:5
**responsiveness** 2:13
**rest** 133:22
**Restate** 169:12
**restricted** 106:21
**restrictions** 36:3 86:22 88:16 91: 23 95:12,20 174:17 191:3 193:21 201:21
**results** 178:5,22
**resumed** 40:3 53:4 62:19
**retain** 19:5,7 20:24 34:16 206:22
**Retained** 51:17 74:5 206:14
**retention** 37:10
**retrieved** 206:15
**retro** 35:13,14
**return** 86:21 91:13 93:6 95:11, 14 110:23 174:20 190:25 191:3

**returned** 112:17 144:18 190:21 191:2
**returns** 36:2
**review** 35:20 39:6 45:18,20 49:3 51:24 53:8,11,12 61:16 78:1 82:1 151:14,19 153:14 156:25 192:8 198:13
**reviewed** 45:22,22 46:9,11,15,17 48:15,19,21,22 49:6 50:25 51:20 52:4,16 53:11 74:24 82:19 83:10 123:6 157:18 191:19 198:1,20,23 201:18
**reviewing** 53:17 109:17 156:23
**reviews** 109:19
**right-hand** 80:21 123:18
**RN** 80:4
**road** 193:1
**Robaxin** 167:13 185:1
**Rogers** 1:9 2:1 200:23
**role** 114:12,23
**rolling** 163:2
**room** 46:13 178:14 191:7,10
**roster** 144:6
**rotator** 9:5,7,22 20:19,20,25 21: 14,19 22:16,17,20,24 23:17,24 24:6,7,13,21 25:3,6 106:23 107: 1,8,10 113:20,23 114:1 116:5,14, 16 118:2,9,17 119:3,11 120:6 121:8,9,15 125:5 141:11 160:9 165:23 166:15 168:23 169:16 178:3,21 199:11
**roughly** 18:1
**RTW** 110:23
**rule** 10:17,19 11:4,5 39:21,22 63:14 113:20 116:4 120:5,5
**run** 144:1,2
**running** 13:6
**runs** 157:22
**Russell** 191:6
**RX** 167:12,12 185:1 191:11

# S

**S-a-s-e-l-i-g** 191:15
**salary** 35:16
**same** 1:16 2:14 4:15 12:6 14:7 16:12,12 45:10 75:10,11 146:17 154:13,14 160:22 183:15,20 203: 9
**sat** 19:23
**satisfied** 33:22
**saved** 128:2 181:21
**saw** 52:23 53:8 70:2 111:21 114: 10 130:16 135:21,22 136:4 199: 18
**saying** 11:24 28:11 46:24 47:19 56:16 89:19 99:12 100:14 105:18 139:16 167:16 170:2 181:18 185: 3 199:19
**says** 11:17,23 22:19 23:24 24:6 38:21 44:13 67:24 68:2,21 81:5 82:19 83:4,20 85:3,10,17,23 88: 8,16,25 90:11,24 92:2 94:5,8,24 95:14 100:3,7,18,18 105:16,18 108:3 111:3 112:7 116:3,25 117:6,9,21 118:4,22,23,24 119: 19,21 120:11,14,24 121:1,3,15 122:9,9,16,19 123:10 124:15 125:7 128:18,23 132:10 140:4 151:14 152:6 161:7,10,13,14,16, 16 166:25 167:9,12 168:12,13 170:8,19 173:6,10 174:11,16 175:9 176:7 177:3,16 178:17,19 180:25 181:3 182:17 183:22 184: 6 185:1,15 186:3 188:16 189:6 190:3,8,13,16,17,24 191:1,14,25 192:15,22 197:11 199:2,7 201:5, 9
**scan** 167:9

**scanning** 195:25
**scenario** 77:9
**schedule** 32:22 33:4 35:8 36:4, 16 81:16,16
**scheduled** 18:8 205:13
**school** 3:11,12
**scratch** 187:10
**screaming** 156:16
**screen** 37:7 38:19 44:12 61:6 73: 10
**screens** 162:4 170:8 173:6,18
**scroll** 185:8
**scrolls** 185:14
**se** 7:18 20:19
**Search** 194:25 195:2
**second** 6:4 66:22 90:6,9 92:2,10 93:17 111:9 116:15 118:25 142:2 150:23 151:10 162:22 177:18,20 182:18,20,21 183:16 187:18,24
**secondary** 106:22
**section** 9:7 10:11 12:2,4,5,6
**sections** 8:16,22
**secure** 150:9
**security** 28:1 197:11,14
**see** 9:4 11:2 24:7,12 35:19,20 36: 23 47:3 67:25 70:23 85:2,23 86:9 90:9 93:22,24 96:16 97:22 100:3 102:8 103:18 104:2,6,15 106:1 107:25 110:4,12,22 111:10,22 115:6,10 120:3 122:19 123:2,5 125:23 128:23 129:24,25 132:4, 10,21,23 133:16 140:3,5 145:2,6, 16 148:11,14 149:19 150:5,19 158:6,7 161:10,13 172:23 173: 10,12 175:12 178:14 180:18 182: 24 183:7 184:17 190:2,20 193:19 194:3,19 195:11 200:12
**seeing** 59:15 104:13,16,25
**seeking** 121:21
**seemed** 161:1
**seems** 84:3 115:1 204:14
**seen** 10:7 41:12,13 45:1,7 66:2 69:18 70:6 83:12,16 84:21 95:17 105:16 109:2,5 124:1 166:3,10 167:21 196:23 199:2,6 201:16 202:2
**select** 136:21,24
**self** 152:1
**semesters** 3:13
**seminar** 5:7 18:11 19:2,3,21
**seminars** 18:5,5,10,16,16,19 19: 12
**send** 27:2 28:13,14 30:3 44:18, 22,23 72:16 77:10 89:18 92:25 93:1 94:8,18 98:2 120:7 125:22 133:4 134:17 136:10,21 144:22 147:9 153:22 156:19 157:18 160: 1 182:21 184:2 192:22 196:5 198:6 200:19
**sending** 94:17 148:18 157:16 188:10 198:10
**sends** 180:5
**sent** 28:15 35:21 42:2,4 43:25 57:22 89:11,15 91:16,19 93:20 94:3,6,7,14,25 97:25 110:13 131: 14 134:15,18 137:6,10 143:8 144:24 146:6 147:20,22 156:12 158:8 159:11 177:8 182:20 184: 3,8,10 186:11 187:22 188:3 191: 21 200:13 201:23 202:11
**separate** 19:7
**September** 6:2,9 17:22 33:6 47: 21 71:16,22 72:2 97:7 104:16
**Sequence** 67:21,23,24 81:1,22 82:18 84:2,13,18 85:2,9,16,22 88:7 90:8 91:22 99:1 100:18 105: 12,21,22,23 107:21 108:1 109:23 110:5,9,12,22 112:16 120:11

123:3,4 146:11,17 149:17,22 150:14,17,18 151:13 161:8,10,12 165:18 167:8,25 173:8 174:10 175:13,13 177:16,17 182:16 183: 21 184:15 189:3,7,14,24 190:5, 12,14 191:5,13 192:11 204:12,15
**sequentially** 187:25
**service** 28:2,3 39:14 122:13 138: 17,18 185:25 186:10
**session** 21:19
**set** 11:19 32:24 40:7 49:4 106:5, 6 129:1 146:21,23,23 147:1,5,7,8 148:2 151:2 162:5 173:18 189:5, 10,12 192:7,15 205:7
**sets** 122:13
**setting** 8:16 121:6 147:11,14,16
**Seven** 14:20 172:23
**several** 7:19 12:13 149:13 170: 16,17 180:23 182:1
**severe** 113:19 116:13
**shaking** 67:7
**sheet** 44:21 94:18,24,25 133:18 181:2 187:16,16
**sheets** 133:7
**Shelley** 86:13,14 90:9 99:6 110: 23 112:16,18,19
**Shield** 26:3,4,6,21,25 27:2,4,7, 16,24 28:12,14 186:11
**shift** 162:22
**Shirah** 28:24 29:15 30:15,21 31: 7,15 33:14,20 70:11 79:1,2 83: 17,18,24 84:22 85:1,13,14,17 86: 4 91:4,5,17,23 92:11 93:10,19 94:4,25 95:3,15,24 96:7,10 97: 14,19,23 98:1,7,23 100:10,16 101:4,7,11,12,21,23 102:1,8,19, 23 103:2,6,12,14 104:24 105:4, 15,17,19 106:13 108:14 111:9, 14,21 112:8,15 113:9,13,15,18 116:3,4,7,13 117:12,15 118:13 119:5,18,21 120:18,18 121:2,3,8 125:9,16,17 129:11 136:12 153: 16,17,19 176:18 193:23 194:10
**short** 166:21
**shoulder** 9:23,23 22:3,17 24:2,4, 5,18 106:19,20 113:20 116:14,22 117:16 118:6,15,17 120:3,4,4,6 152:7,9,16 153:10
**show** 82:4,5 91:21 93:2,13 106: 12 121:24 122:8 123:16 131:23 134:9 136:13 138:22 146:10 153: 2 163:25 172:25 173:5 189:21 194:23 195:15 196:14,25 197:9
**showed** 133:18
**showing** 9:21 103:23 130:21 134:19 165:16
**shows** 28:9 88:16 102:1 117:22 121:9 131:10 162:13 183:18 195: 6
**sick** 88:23
**side** 2:20,21 177:14
**sidetracked** 69:16
**sigh** 2:8
**sign** 2:7 85:20 112:17
**signature** 133:2
**signed** 99:17 100:10 111:1 180: 18
**simplify** 48:24
**simply** 94:17 144:17
**since** 14:2,16 16:16 17:16 21:8 23:18 34:12 45:2 49:6 53:14 97: 10 100:7,10 105:2 106:11 134:3 137:1 178:19 194:10 203:5
**single** 47:10 71:2
**sir** 1:18,22 2:14 34:15 64:5 112:9 136:11 139:20 150:21 161:6 168: 9,19 183:22 184:18,20 185:5,24 186:17 187:7 192:10

six 15:3 132:14 139:24 151:11 177:20 178:4,21 181:11 191:2
sixth 169:9
skeletal 9:20
skipped 194:24
Sledge 191:15,17
small 31:22
social 27:25
somebody 11:19 22:19,24 23:23 25:16 30:3 31:3 35:17 39:17,24 67:5 82:9 87:9 89:25 94:16 119: 17 125:21 128:21 193:24 202:18, 19 204:13 206:16
someone 29:11 30:9,11 32:16 44:15,16 50:9 55:25 56:1 66:12, 17 67:1 74:7 78:23 100:21 113: 13 115:4 136:8 165:13 206:1
Sometimes 123:13,14 153:2 155:16 170:22 172:9 181:14
somewhere 30:17 133:15
soon 123:13 139:25 145:21,23, 24 160:4 163:3 180:10
sorry 17:7 33:9 42:19 65:21 67: 23 80:23 104:17,22 110:2 118:21 129:7 138:12 150:19 165:2 167:4 199:4
sorted 71:11
source 70:7,8,15 71:2 141:4
sources 131:6
South 1:9
speaking 111:13
speaks 32:14
special 153:5,7
specialist 29:23 30:5,7 86:14 88: 1,11 121:20,22 128:4,7 129:17
specialists 31:16 169:25
speciality 182:12
specialties 9:3
specific 7:2
specifically 55:16 62:5
speculate 16:24 66:7 114:2
speculating 2:24 23:10
spend 162:3
spending 163:5
spent 160:3
spinatus 166:15
spoke 85:18 86:1 101:21 102:1 103:23 104:25 111:23 130:17 136:7 146:21
spoken 122:10 130:18 146:2 171:19
spouted 161:1
sprain 113:19 116:13
stack 50:8
Stacy 191:15,17
stand 85:4 166:12
standard 132:23 133:20 140:12 145:9
stands 87:5
start 15:11 41:13 87:14 110:20 150:16 163:2
started 5:22 6:4 13:7 15:9,12 17: 16 86:25 121:21
starting 86:19,22
starts 106:2 174:2
State 1:6 4:19,19,20,22 5:1,1 6: 19,20 7:1 8:4 13:12,13,18,20 14: 12 15:5 18:11 25:16 26:16 29:25 41:24 56:23 110:12,13,19,19 115:21 129:18 132:17 171:17 179:17 195:6 200:24 201:2
stated 32:12 58:9 200:16
statement 11:1 121:7 134:19 147:21 190:6 198:17 199:2,7 205:18,19
states 6:22 14:5,14,16 16:10,12, 13 20:10 106:19
status 190:22

stay 37:16
stay-at-home 3:19
stayed 72:4
staying 119:19
stays 37:12
step 128:3
Steve 62:22 70:8 204:22
sticker 51:12
sticky 124:3
still 7:16 15:19,25 19:24 26:11 42:8 57:6,7 79:23 89:8 107:12 115:1 116:21 118:17 120:21,22 134:3 159:8 160:13 170:11 174: 10 179:1 184:11 192:14 193:20 202:19
stipulations 2:5,6
stood 190:10
stop 1:20 65:1 77:12 110:20 135: 3 205:14
stopped 206:1
Store 2:20 4:2 10:22,25 31:20,21 34:21 36:5 73:16,18 74:13,16 84: 24 88:15 100:1 137:13,16 160:9 162:11,20,20 173:23 174:25 195: 14 199:16
stored 49:19 77:6
Stores 1:25 21:5 74:2 94:16,23
straight 70:14,18
strain 118:17
strange 186:7
Street 1:9,25 160:7
study 6:22 8:3
Subject 126:10 149:2
submitted 27:23 28:12
subpoenaed 131:24
suffering 107:11
suit 33:3
sundown 10:17,19 11:4,5
superiors 74:25 203:11
supervisor 72:5,9,21 74:21 75: 22 76:1 129:13
supplied 48:21
supply 50:9
supported 113:2
suppose 127:10
supposed 87:21 174:6
supra 166:14
supraspinatus 117:23 165:23
surgeon 140:20,24 141:5
surgeries 78:18
surgery 11:11,19 20:21 26:1 27: 22 36:8,11 37:1 42:13,13 43:19 74:24 75:22 76:2,8,10,13,16,23 77:3 78:3,9 83:10 121:16,16 128: 12 129:13,22,23 130:3 131:16,20 132:2 134:16,17,18,19 136:9, 10,18,19,20 137:19,20,23 138:24 139:6,17,23 140:1,13 141:21 142:7,18,20 143:7 144:25 145: 16,25 146:3,7 147:12,16,18 148: 2,7 149:25 150:6,22 151:11,20, 21 152:2,8,9,12,13,16,18,19 153: 10 155:22 156:13,17 157:1 158: 4,5,10,18 159:8 160:4,4,6,9 161: 22 162:5,14,19,21 163:3,9,23 164:1,18,19 165:1 166:17 168: 13,23 169:16 171:21 173:4,16, 17,21 174:14,15,19,21 177:3,20 178:6,7,8,25 179:1 182:7,17,20 188:17 190:2,11 193:4 198:2,21, 24 199:2,7,8,11,15,17,22,25 200: 16 201:5,7,16 202:20 205:7,9,9, 14,20
surgical 11:18 25:8,13,25 26:22 42:10 44:18 78:7,8,11,20 128:17, 18 129:19 131:13 132:17 133:4 140:9 142:6,8 144:10 146:4 148: 3 151:4,10 156:18 157:6 162:16

168:14,17,21 169:15,20 170:12 177:8,19 180:2 181:2,18 183:23, 24 184:6,8 188:21 190:8 202:14 205:21
surgically 25:4,18,24
surveillance 196:4,5,6,10 197:8, 22
Susan 17:10,10,11,12,13,15
suspended 40:20
sworn 1:2
SX 152:7,7
sympathize 200:1
Symptoms 21:22 106:22,25
system 4:17,18 5:13,14,19,22,22 6:6,7,10,12 40:6,8,8,10,23 41:8 65:7,24,25 73:24 79:12 90:24 94: 20,21 95:1 109:25 110:1 120:21, 21,23 126:12,22 127:2,8,11,20 130:23 133:5 181:17,19,22 185: 18 194:17,18 204:15
systems 206:11

# T

tab 8:22
table 58:22 131:9
TAD 85:3,4,5,7 86:7,14 87:5,6, 25 88:11,15 91:23 93:19 94:25 99:6,7 191:25 192:1,2,15
talked 31:7,9 32:4,19 34:5 60:22 61:18 63:6 84:24 98:16 103:14 104:3 105:14,18 106:11 107:20 119:12,20 128:2 153:21 162:6 163:20 177:23 184:24 203:4,20, 24
talks 10:2 189:15
Tape 65:12
tapes 12:18
task 37:18,22 38:21,23 40:7 87: 17,19,23,24,25 89:2,24 98:4 104: 23 150:24 151:2 192:16
tasked 104:20
tasks 37:7,8 38:5
teaches 5:16
team 15:6,22,23 16:2,4,7,11 72: 24 73:2 108:22 160:8,12 171:10, 12 191:16,19 192:12 198:9 202: 19 203:11,25
tear 107:1 113:20,23 116:5,14, 16 117:22 118:4,10,15,22,25 120:6 121:8,10,15 158:18 165:23 166:10,14
tears 25:6 114:1 118:15
technician 70:25
Technologies 206:12,17
telephone 43:3 65:11 85:13,17 120:8 126:4 131:18 142:3 143:18 165:15
tells 9:12 66:20 67:4 81:3 115:3, 4
temporary 35:7 85:7 87:6,7 110: 9,20 192:2,3
tendon 117:23
tendons 22:7,18,23
tense 76:4
term 138:8 165:25 166:4
terminate 61:12
terms 118:12
test 12:11 13:10,11,17,19
testified 1:2 48:17 57:1,6 58:17, 20 129:10 141:9 144:19 205:5
testify 1:1 74:9 82:8 131:6 135:9
testimony 126:8 127:15 132:6 134:21 144:12 164:12 168:25
testing 191:11
Thanksgiving 161:21,21,25
themselves 24:22 131:2
therapist 146:23
therapy 146:12,16 147:11,14,16,

23 148:2,8 180:10,12 201:17,23 202:1,3
therefore 48:3
thick 7:18 8:12,14 20:8 50:8
thinks 160:1
third 93:17 95:13 105:23 183:23 184:7,9 187:19,22 189:1
though 14:7 17:2 98:14
three 3:7 4:12 7:12 10:23 12:22 13:5,15 35:10,13,14 36:6,21 37:3 71:9,10 92:22 99:9 105:25 110: 19 131:25 132:6,14 139:25 142: 21,22 143:3 159:6 165:4 167:13 169:1 173:23 180:11,11 187:16, 17 188:4
Thursday 94:5
timely 145:17,19 169:20 171:2 193:12
Timmons 68:21
TINNEY 1:5,12 2:6,10,16 3:3 9: 25 10:6 11:22 13:4 15:18 17:1 22:14 23:2,5,12,22 24:16 25:1 26:19 29:14 30:14 31:1 32:12 37: 20 38:7 40:4,12 43:2 44:10 45:6, 12 46:11,18,23 47:9,15,19,25 48: 5,14,17 49:1 50:4,15,19 51:8,19 52:8 53:5 54:20 55:17,22 56:2,22 57:13 58:12 60:7 61:21 62:3,7, 13,20 64:14,18,20 65:3,20 66:5, 8,16,24 67:6,18,22 68:24 69:3,23 70:21 72:13 73:4,19 74:11,15 75: 4,9,13,20 76:6 77:16 80:16,24 82:10 84:5 89:9 91:2,8,15 92:15, 17,22 93:1,8,15 96:2,4,11 97:3 98:24 99:23 103:5 104:11 107:5 111:18 112:2 113:7 114:4,17,22 115:15 122:7 123:23 124:8 126: 14 127:17 131:3,8 132:3 134:8, 14,24 135:5,11,14,19 136:6 138: 2,5,8,13 141:3,15 143:2,14 145: 10,14 148:25 149:3 160:15,20 164:4,8,10,13,16 165:8 166:12, 16 167:5 169:3,8,13 175:22 176: 4 180:16 186:24 187:5 188:2 189:19,23 192:18 193:15 194:9 195:3,21 196:21 197:6,15 202:6, 17 203:14,19 204:20 205:17 206: 7,21
tion 97:2
Tisha 15:1 72:24 73:3,5 160:12, 19 161:22 162:6 171:12
title 3:4,5,8 15:21 16:19,21 17: 17
TL 191:18 192:13
today 1:16 17:20 21:5 37:24 38: 22 39:4 45:19 46:13 49:3 56:8 62:12 75:19 185:17
together 22:18 25:13
tomorrow 89:25
tone 11:3
took 4:1,19 63:7 78:13,16 79:8 82:25 102:21 153:12 160:5,6 162:17 163:22 164:19,21,23,25 175:17 198:9
top 44:21 51:13 80:19,25 81:5 90:10,23 92:1 93:22,24 94:5,23 100:3 105:23 122:9,16,19 123:8 132:10,20,20 143:5 161:7 167:11 168:12 177:18,19 189:6
torn 20:25 22:19,24,24 23:24 24: 3,6,7,8,12,12,21 118:2 119:2,11 125:4
total 35:7 110:9,20 187:16
totem 161:25
touch 201:13
touched 196:2
tough 66:9
towards 81:2

**track** 34:11,12,13
**tracked** 177:14
**trained** 6:15 7:3 8:7 9:21 12:17 35:5 40:8 63:23 76:7,15,20
**training** 4:11,13,13,14,16 6:12, 13,17 7:1,2,12,24,25 8:1,9,10 9: 12 10:1,7 11:9 12:9,21,21 13:6 18:6,24 19:14,16,22 21:17,19,24 24:10,19 40:5 59:9 77:1 107:7 127:4 199:5
**transcribed** 178:16
**transcript** 51:18 67:10,14
**transferred** 29:25
**treat** 56:4,12 58:22 59:9,13 60:3, 10 108:15
**treated** 56:5 58:5 203:8
**treating** 28:4 170:5,11 201:19,19
**treatment** 30:8 34:1 60:12,16 78:8 101:22 102:9,17,18 121:13 127:12 140:11 147:18 155:20
**treatments** 9:3 158:20
**treats** 75:10
**trial** 1:17 2:12
**tried** 127:23 140:11 158:20 183: 10
**true** 28:3 127:1 149:17
**try** 1:20 34:9 48:24 75:6 76:24, 24 96:2 125:7 148:8 179:24 180: 3 183:12,13 204:2
**trying** 17:9 22:10 23:14 55:15 56:24 109:23 125:21 126:6 136:2 172:9 177:10
**TTD** 110:20 170:19,20,20 174:3, 11,13,22 185:13
**turn** 61:3 154:19 170:20 176:21
**turned** 12:24
**turns** 35:13
**twice** 125:24
**two** 36:5,21 39:11 52:18 91:10, 16 93:11 96:5 115:2 118:15 120: 23 127:5,6 128:16,18 135:12 139:24 144:10 148:2 155:5,24 163:25 170:22 179:25 182:25 187:8 188:7 198:23 201:9 206:19
**two-thirds** 35:16
**type** 9:2,3 30:6,6 65:9 71:20 83:9 88:14,19,20 107:9 124:15,16,20 125:4 131:17 137:20 142:7
**typed** 125:2,6
**types** 7:19

**U**

**unchanged** 117:16,19,21
**under** 6:1 8:25 114:14 115:7 120:23 132:19 185:19
**undergo** 19:21
**underline** 133:3
**underneath** 133:2
**understand** 1:17 12:25 13:2 15: 8 22:15,16,24 23:2 40:24 45:5 46:23 48:5 51:20 54:6,22 56:2 58:11 60:8 69:1,2 75:25 102:15 114:16,18 115:1 118:2 167:15 177:11 180:21
**understanding** 2:17 26:11 71:1 75:15 106:23 182:3
**understands** 23:14,15
**understood** 1:15,21 32:15 101:5
**unit** 15:10,11 42:7 70:23 86:15 132:16
**United** 20:10
**unknown** 92:3,6
**unless** 39:25 206:4
**unrepresented** 54:19
**until** 2:12 25:21 34:22 36:18 69: 19 81:17 86:4 135:7 144:20 147: 18 148:3,7 173:20 178:16 184:12 193:9 201:22 205:11,24 207:5

**up** 1:21 14:5 15:8 20:19 24:20 25:20 27:24 28:9 31:12 32:24 37: 25 38:2,3,4,7,10,15 40:13 43:23 44:4 51:7 55:10 57:10,13 58:21 63:2 71:21 73:10,14 82:2,4,5,15, 17 84:1,10,17 85:1 86:4,20,21 88:1,3 89:3 90:1,2,4 92:19 98:3, 5,10,11 104:21,24 105:2 107:7 111:7 119:22 121:6 122:13,16 127:6 129:1 132:10,19 133:23,24 144:17 146:21,23,24 147:1,5,7,9, 9,11,14,16 148:2 149:22 150:19 153:1,25 160:15 189:3 192:4,7,7, 16 204:14 205:7 207:5
**updated** 162:4 173:19
**upset** 155:19
**upstairs** 180:11
**using** 117:4 127:3,6,8
**usual** 2:6
**Utah** 16:15
**utilize** 20:2,17 39:21
**utilized** 7:11

**V**

**V-A** 85:23
**vacation** 104:20
**vague** 10:4 91:7 126:9
**value** 137:14
**various** 10:15 12:19 18:20 19:18 22:7 171:15 177:14
**vascular** 57:4
**ve** 3:24 10:7 14:2 23:3 24:11 29: 24 35:17 45:2,24 46:12,20 49:6 51:13 53:9 59:7 61:1 62:1,14 63: 19,20 65:23 69:24 71:8 76:12,15 77:18 79:2 84:4 85:2,16 90:6 91: 1 93:13 94:9 97:10 98:1 99:5 103:11,23 104:25 107:9 109:5 111:3,19 112:6 113:19 115:24 121:7 125:17,24 126:2,3,24 132: 10 134:4,9 142:17,21 147:17 148:15 149:13 160:15,24 161:12 166:3,9 172:14 173:2 177:3 180: 15 182:5 184:24 188:6 190:19 191:5,7 193:25 194:8,23 195:15 196:14 197:21 198:5,11 201:17 202:16
**Verbal** 103:16,17 120:9 165:11
**verbally** 104:3 137:17
**verbatim** 167:9 178:13,16 184: 25
**versus** 115:20
**VICTORIA** 1:1,7 42:20 71:4,5 189:8,8 190:9
**video** 12:18 18:23
**visit** 36:18 39:14 62:24 63:5,9 84:16 85:1 86:5 99:17 104:21,24 107:21 111:9,24 112:1,24,24 116:7 125:14 130:5 190:16,23,24 193:3
**visits** 98:7 103:12,15,24 113:9 180:12
**voice** 11:3 154:19,23

**W**

**wage** 35:15 174:25
**wages** 174:23
**Wait** 15:8 42:4 103:4 128:5 178: 15 205:11
**waiting** 35:10,14 36:12,13 92:24 105:25 106:4 121:2 150:25 156: 18 173:22 174:1,1 175:5,6,7 183: 22 184:6 190:11
**Wal** 57:16 58:6 74:1
**Wal-Mart** 1:25 2:4,19,23 3:14 13:10 28:19 31:21,25 33:16 34: 21 44:21 48:20 56:5 57:20 58:3 59:24 65:7,16,19 94:1,16,23 137:

16 202:24 207:3
**walk** 77:8 153:1
**walked** 151:20,23 158:6 160:7, 19
**walking** 78:17,20
**walmartfax.com** 133:3
**Walnut** 1:25
**wanted** 7:22 19:10 20:18 30:21 62:8 78:18 79:6,6 83:14 89:5 97: 19 137:20 142:18 148:1 151:25, 25 152:15,22 155:22 173:16 188: 18 196:4
**wanting** 129:22
**wants** 11:19 119:21 121:3 129: 20 140:7,8,8 142:7 160:10
**wasn** 61:21 114:10 143:24 144:3 155:19,20
**watch** 12:18
**way** 11:5 41:13 57:13 68:21 82: 21 135:15 144:12 164:13 172:10 200:11
**WC** 111:3,5,5
**website** 27:24,25 28:9
**week** 6:4,5 37:19 39:11 52:18 81: 18 104:8,9 151:3,6 161:21 175:2 180:4,11
**weekend** 161:25
**weekly** 174:23
**weeks** 36:21 37:3 39:11 99:9 120:23 127:5,6 151:11 174:22 177:20 178:4,20,21 180:1,11 191:2
**weren** 62:23 137:24 138:3
**West** 67:25,25
**Western** 3:15 4:4
**whatever** 58:14 72:4 156:16 185: 15
**whatsoever** 111:22 130:16 163: 13
**whenever** 36:18
**whether** 18:4 22:2 29:8,10,17 37: 21 38:25 44:3,5 45:13 50:6 53:25 54:1,18,23 55:3,25 64:1 66:12,15 67:4 94:2 114:13 119:14 145:13 182:6 195:10 201:13 206:14
**white** 124:5
**whole** 41:8 173:25 201:10
**wife** 3:21 205:3
**will** 26:16 28:13 36:3,5,17 58:16 78:9 84:10 92:16 98:2,3 112:17 114:17 121:25 123:12,17 126:20 128:25 131:24 134:24 136:1,13, 14 143:7 147:8,9 149:5 153:1,1,1 154:20 161:6 172:12,24 174:17 179:13 183:23,25 184:2,7 195:12 201:19 206:22
**withdraw** 60:21
**within** 9:14 10:8 11:20,24 35:3 72:1 97:11 139:21 150:1 178:4, 21
**without** 74:24 75:21 83:5,21 128:12 135:10 144:14,18 153:14 158:8 198:10
**Woody** 84:24 100:1
**word** 24:7 87:23 101:14,16 102: 14,19,21,22,23 103:1,1,6 104:12 117:5 118:24 162:17 166:3,10 185:12 190:19 201:10 203:21
**worded** 82:22 152:17,20
**words** 5:16 24:8 165:20
**work** 1:14 3:14,17 4:11,12 7:9,21 9:4 14:10 17:16 19:11 26:9 29:18 31:18 34:23 35:12 36:1,2,3 48:3 54:5,8 57:6 79:2,11,19 81:16,16 86:19,21 87:25 88:2,23 89:22,22, 25 90:15 91:13 92:25 93:6 95:10, 11 104:20 105:25 109:17,19 110: 23 112:17 115:25 119:17,20 138:

17 152:25 162:1 163:6 173:19,20 174:20 175:18 186:1,2 190:21,22 191:1,2,3 192:16 199:9
**work-related** 119:17
**worked** 3:15 4:6 29:25 30:9 31: 17 79:2 98:1 101:11 109:14 119: 19 126:23 128:16,22 129:20 137: 8 140:17
**worker** 13:20 16:17 58:10 115: 10
**working** 3:9 42:23 45:3,9 108:10, 19 169:23
**Workman** 2:20 7:6 16:5 26:9,15, 24,25 27:8 28:19 35:15,18,22 56: 5,9,17 57:16 58:2,6,19,23,25 59: 5,10,12,14,18,24 60:14,15,21,22 62:10 97:6 110:18 111:5 114:14 193:5,24 195:8 201:14 202:23
**works** 27:17 82:2 90:13,16,20,20 194:14
**workup** 185:24
**world** 34:7 63:17,19
**wouldn** 64:4 77:4 98:15,18 100: 12 119:24 130:1 179:3
**WP** 190:10
**write** 38:18,22 187:10
**writing** 183:24 184:8
**written** 40:13 91:5 101:13 128:8, 10
**wrote** 38:16 94:16 124:6 167:3
**WT** 175:3

**X**

**x-ray** 191:9,11

**Y**

**year** 3:15 5:7 14:24 18:12,14 161:13 193:1
**years** 3:7,19,20 71:7
**yelling** 155:16,17 156:15
**Yellow** 115:20 124:3
**yesterday** 52:17,22,23 53:14,18 69:19 70:3,4,6 160:18

**Z**

**Zone** 5:23,25 6:2,4 40:8 110:2