```
 1      surgery scheduling form.  And I'll show it to
 2      Mr. Tinney.
 3              (Document handed to counsel and
 4              witness.)
 5      Q.  And, Ms. Miller, is that a form that you
 6   are familiar with?
 7      A.  Yes.
 8      Q.  Okay.  And is that your handwriting on the
 9   form?
10      A.  Yes.
11      Q.  Okay.  And this is, again, the type of form
12   that you fill out every day during your normal
13   course of business?
14      A.  Yes.
15      Q.  Okay.  Who is this particular form for,
16   what patient?
17      A.  Emory Brown.
18      Q.  Okay.  And does it show surgery scheduled
19   for him?
20      A.  Yes.
21      Q.  And what date is the surgery scheduled for?
22      A.  11/29/04.
23      Q.  And what hospital was that?
24      A.  Russell Medical Center.
25      Q.  Does it show the date that you filled this
```

1  form out?
2     A.  No.
3     Q.  Okay.  Would it have been after 11/16 when
4  the surgery was approved?
5     A.  Or on 11/16.
6     Q.  Okay.  On or after 11/16?
7     A.  Yes.
8     Q.  Okay.  And this is what you would have
9  faxed to Russell Medical Center after looking at
10 Dr. Howorth's schedule.  Is that how it works?
11    A.  Yes.
12    Q.  Just tell me how that works.  I don't want
13 to put words in your mouth.
14    A.  That's correct.  I get the approval, and I
15 look at the surgery schedule and I give them the
16 first available.
17    Q.  Okay.  And is there ever a problem when
18 Russell Medical Center says we don't have space for
19 you, or anything like that?
20    A.  Yes, they do.
21    Q.  Okay.  Is there any indication that that
22 happened in this case?
23    A.  No indication.
24    Q.  Okay.  Does that happen often?
25    A.  Yes.

1  Q.  What do you do when that happens?
2  A.  We have to give them another day.
3  Q.  Do you have any -- was there any record in
4  Mr. Brown's file that you had to go back and give
5  them another day?
6  A.  No.
7  Q.  Okay.  So it looks like whatever day that
8  you filled this out and faxed it, then it was
9  scheduled for November 29th?
10 A.  Right.
11 Q.  Okay.  I tell you what I have that I have
12 received from y'all pursuant to our request.  I got
13 the medical records of his visits, Mr. Brown's
14 visits, and the bills.  And those are visits
15 beginning on October 27, 2004, and going into May --
16 May 25, 2005.  I have the bills associated with
17 those visits.  I have what we've marked as
18 Defendant's Exhibit No. 1, 2, and 3 there, which is
19 the precert information sheet, the surgery request
20 form, and the surgery schedule form.
21     Are there any other documents that y'all have
22 in Mr. Brown's file that I don't have yet?
23 A.  No, not other than maybe the actual surgery
24 orders, if you are interested.
25 Q.  Okay.  And would that typically be kept in

```
 1   your records or in the records of the hospital?
 2   Because I also have the hospital records that relate
 3   to his actual surgery.
 4        A.   They get those, yes.
 5        Q.   Okay.  So I may have those.
 6        A.   Right.
 7        Q.   But that would be more dealing with medical
 8   information and not what we're talking about here
 9   today where we're just talking about scheduling --
10        A.   Right.
11        Q.   -- things and so forth.
12        Okay.  Are there any records of any other faxes
13   in there?
14        A.   No.
15        Q.   Are there any records of any other
16   telephone calls in there?
17        A.   No.
18        Q.   And just to summarize.  It appears that
19   Mr. Brown's surgery was first scheduled on October
20   27th, or his first appointment with Dr. Howorth was
21   October 27, 2004; is that correct?
22        A.   Yes.
23        Q.   Did you receive a fax from Victoria
24   Greenspan at Claims Management on that day?
25        A.   Yes.
```

```
 1        Q.   Okay.  And what was the nature of that
 2   fax?
 3        A.   It's the surgery request form for
 4   Dr. Howorth to fill out.
 5        Q.   Okay.  And did Dr. Howorth complete that
 6   form?
 7        A.   Yes.
 8        Q.   Okay.  And on what date did he complete
 9   that form?
10        A.   It's dated 10/30/04.
11        Q.   Okay.  When was that surgery request faxed
12   by Alexander City Orthopaedics to Victoria Greenspan
13   at Claims Management?
14        A.   November 15, '04.
15        Q.   Okay.  And did you fax that information
16   over to them?
17        A.   Yes.
18        Q.   When was the surgery approved?
19        A.   November 16, '04.
20        Q.   Okay.  And you made a notation of that on
21   the precert information sheet.
22        A.   Yes.
23        Q.   Is that correct?  Which we have marked as
24   Exhibit No. 1.
25             And then we have Exhibit No. 3 which is the
```

```
1   surgery scheduling form that shows that the surgery
2   was scheduled on what date?
3        A.   November 29th, '04.
4        Q.   Okay.  And you were the one that scheduled
5   that surgery?
6        A.   Yes.
7        Q.   Did -- to your knowledge, did anyone at
8   Claims Management call the hospital to schedule the
9   surgery?
10       A.   I don't know.
11       Q.   Okay.  Was that your responsibility at that
12  point, to schedule that surgery?
13       A.   Yes.
14            MR. GRUBB:  Okay.  All right.  I think
15       that's all I have.
16            MR. TINNEY:  No.
17                 (Proceedings concluded.)
```

```
 1   STATE OF GEORGIA
 2   COUNTY OF HARRIS
 3
 4                      CERTIFICATE
 5
 6        The foregoing transcript of the
 7   proceedings was taken before me as a Registered
 8   Professional Reporter and reduced to this
 9   transcript under my direction and supervision,
10   and I certify that it is a true and correct
11   transcript of the proceedings to the best of my
12   ability.
13        This 13th day of August, 2006.
14
15
16
17                _____
18                Betsy J. Peterson, RPR, CCR
                  Certificate No. B-2187
19
20
21
22
23
24
25
```

# PRECERT INFORMATION SHEET

**Patient Name:** EMORY BROWN

**Date of Birth:** 8-24-55    **Account#:** 21738

**Inpatient Procedure:** _____    **Outpatient Procedure:** X

**Procedure:** ®  shoulder scope, +/- open repair

**Procedure Code:** _____

**Primary Insurance Company:** W/C CMI

**Telephone Number:** 800.527.0566    **Policy Number:** X 20776

**Representative's Name:** Victoria

**Pre-Certification Required:** NO    Primary Ins.: Y or N    Precert# _____

**Secondary Insurance Company:** * W/C wants him to go through therapy first,

**Telephone Number:** _____    **Policy Number:** _____

**Representative's Name:** then they will precert surgery

**Pre-Certification Required:** ____    Secondary Ins.: Y or N    Precert# SURGERY

_Amy Miller_    11-16-04 (AM)
**Signature of Office Representative**    **Date**

0-7-04 left msg for w/c to call me back (AM)

* Approved on 11-16-04 *

DEFENDANT'S DEPOSITION EXHIBIT 1



**CLAIMS MANAGEMENT, INC.**
P.O. Box 1288
Bentonville, AR 72712-1288
479-621-2900

# Surgery Request

| | | | |
|---|---|---|---|
| To: | Attn: Amy | From: | Victoria Heppes Greenspan |
| Fax: | 256-234-8114 | #: | 3 |
| Phone: | | Date: | 10/27/04 |
| Re: | Please have doctor fill out the following form. Thank You | Patient: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Workers' Compensation Surgery Request information sheet: Wal-Mart, Sam's Club, and Wal-Mart Warehouse WC Patient.

Please take a few minutes to complete the attached form.

Thank you for your time and care of this Valued Wal-Mart Associate. I can be reached at (479)621-2900

Please fax the form to my attention upon completion.

Fax: (479) 273 - 8020

Please Note: All billing from Wal-Mart or Sam's Club worker's compensation claims should be filed the same, please update your system with the billing information. If treatment is approved all billing should be directed to the following:

BCBS
ATTN: Terri Flanagan
P.O. Box 361767
Birmingham, AL 35216

Please re-submit any outstanding bills to Blue Cross/Blue Shield. In order for billing to be paid correctly, the bill must include the patient's SSN with WRI as a prefix. The group number is 12060. The patient will not have an insurance card because this is worker's compensation. It is not required for you to attach notes to the bills, however, all records should be faxed to my

*[handwritten: 11-15-04 Faxed AM]*

**DEFENDANT'S DEPOSITION EXHIBIT 2**

attention for immediate review. If a bill is received by Blue Cross and we do not have medical records, that bill will not be processed.

attention for immediate review. If a bill is received by Blue Cross and we do not have medical records, that bill will not be processed.



P.O. Box 1288
Bentonville, AR 72712-1288
479-621-2900 Ext: 20770

Emory Brown
Claim #: C4270431

Dear Dr. Howorth,

We are in receipt of your request for surgical intervention for _____. In order to continue to coordinate benefits under workers' compensation and send this request for pre-certification, please complete the information below and fax back at your earliest convenience.

If you have any questions, please call me at (800)527-0566 Ext. 20776
Thank you in advance for your time.

Have all conservative measures been exhausted? Please explain:
® Year on MRI, Needs Surgical repair ASAP

Is this patient a good, fair or poor candidate for a positive outcome associated with this surgery? Please explain:
Good

Surgical procedure (include ICD 9 code)?
® Shoulder scope, tl open repair / 23420

Will the procedure be completed on an outpatient or inpatient basis?
Outpatient

Name, address and phone number of facility where surgery will be completed:
Russell Med. Center Hwy 280  256-329-7100

What if any physical restrictions will be recommended in regards to employment and activities of daily living after surgery?
No restrictions after 3-6 mo usually.

What is the expected time frame of release to return to work in a modified duty capacity after surgery?
1-2 wks No use ® arm, 6-12 wks RTW Full Duty

Is a physical therapy referral or home exercise program expected post-operatively?
Yes

If so, please list the anticipated time frame of treatment- ___6-12 weeks___

Projected MMI (maximum medical improvement) date: ___3-6mo post surgery___

What permanent impairment rating do you anticipate following surgery?
___est. 2-4% Body, 5-10% ARM___

Should this patient choose not to proceed with surgery, what permanent impairment rating would you assign?
___est. 5-7% Body, 15-20 ARM___

Is surgical intervention requested in whole or part due to the reported work injury of
___yes___

Please specify /provide explanation:
___Injury Shoulder, @ MR rotator cuff tear___

Please note:

*Alabama Workers' Compensation Law Statute 25-5-58 states:*
*If the degree or duration of disability resulting from an accident is increased or prolonged because of a preexisting injury or infirmity, the employer shall be liable only for the disability that would have resulted from the accident had the earlier injury or infirmity not existed.*

To your knowledge, is there any preexisting injury or infirmity that may increase the degree or duration of disability associated with the current injury? ___NO___

Physician Signature ___[signature]___

Date ___10/30/4___

Please fax this completed form to (479)273-8020

**Approval for the requested surgery is subject to review of medical records and may be subject to the utilization review process.**

CONFIDENTIALITY NOTICE: This fax and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this fax in error, please notify the Wal-Mart contact immediately at [illegible]. If you are reading this message and are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**RUSSELL MEDCIAL CENTER
SURGERY SCHEDULING FORM
FAX NUMBER (256) 329-7600**

DATE OF SURGERY  11-29-04

TIME OF PROCEDURE

SURGEON  HOWORTH

PATIENT NAME  Emory Brown

DATE OF BIRTH  8-24-55

SOCIAL SECURITY NUMBER  423 80 9678

PHONE NUMBER  334-863-6195

PROCEDURE  (R) Shoulder scope, +/- open repair

DIAGNOSIS OR SYMPTOMS  Rot. cuff tear

LATEX ALLERGY  YES OR (NO)

SPECIAL EQUIPMENT/ SUPPLIES/ SALES REP  Steve Jenkins

COMMENTS

CHOICE OF ANESTHESIA  choice

POST OP STAUS OF PATIENT:  ___ ICU BED   X  SDC  ___ INPATIENT

CANCEL SURGERY _____  RESCHEDULE DATE _____

COMMENTS

DEFENDANT'S DEPOSITION EXHIBIT 3