**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2006

# NOTICE OF STRICKEN DOCUMENT

| | |
|---|---|
| **To:** | **Jeffrey Albright Brown**<br>**Carlock Copeland Semler & Stair LLP**<br>**P. O. Box 139**<br>**Columbus, GA 31902-0139** |
| **From:** | **Clerk's Office** |
| **Case Style:** | **Emory Steve Brown v. Claims Management, Inc.** |
| **Case Number:** | **#3:05-cv-00681-WKW** |
| **Referenced Pleading:** | Document #36<br>Notice (Certificate of Need to File Discovery/Notice of Filing Deposition Transcripts in Support of Claims Management, Inc.'s Motion for Summary Judgment) |

**The referenced pleading was electronically filed in this case on 8/23/2006. It is a duplicate of Document #36, Notice (Certificate of Need to File Discovery/Notice of Filing Deposition Transcripts in Support of Claims Management, Inc.'s Motion for Summary Judgment). Document #35 was refiled as Document #36 due to Document #35 did not contain the attachments.**

**Therefore, Document #35 is STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**