IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMERY STEVE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-00681-WKW |
| | ) | |
| CLAIMS MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Extend Time to Conduct Settlement Conference and File Notice Concerning Settlement (Doc. # 34), it is ORDERED that the motion is GRANTED. The deadline to conduct a face-to-face settlement conference is extended from August 21, 2006, to September 12, 2006. The deadline to file the Notice Concerning Settlement Conference and Mediation is extended from August 26, 2006, to September 17, 2006.

DONE this the 23rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE