IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMORY STEVE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-681-WKW |
| | ) |
| CLAIMS MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Defendant Claims Management, Inc.'s Motion for Summary Judgment and Brief (Doc. #32) filed on August 21, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on September 20, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before September 13, 2006. The defendant may file a reply brief on or before September 20, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 23rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE