IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMORY STEVE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-00681-WKW |
| | ) | |
| CLAIMS MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. # 40), it is

ORDERED that the motion is GRANTED.  The deadline for the plaintiff to file a response is

extended from September 13, 2006, to September 21, 2006.  The deadline for the defendant to file

a reply brief is extended from September 20, 2006, to September 28, 2006.

DONE this the 1st day of September, 2006.

_/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE