IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 SEP 21 P 4: 22

| | | |
|---|---|---|
| EMERY STEVE BROWN | ) | |
| PLAINTIFF | ) | |
| VS. | ) | CASE NO. 3:05-CV-0681-MHT-CSC |
| CLAIMS MANAGEMENT, INC. | ) | |
| DEFENDANT | ) | |

## PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff and submits to the Court the following exhibits in opposition to Defendants' Motion for Summary Judgment:

1. Deposition of Victoria Heppes.

2. Affidavit of Emery Steve Brown.

3. Deposition of Amy Miller.

4. Deposition of Emery Steve Brown.

5. Request for Admissions to Defendant and Defendant's response thereto.

6. Interrogatories to Defendant and Answers thereto.

7. Complaint.

8.    Amended Complaint.

9.    Alabama Pattern Jury Instruction 18.08.

10.    Dr. Holworth's October 27, 2004, Memorandum.

11.    Count Three of Complaint.

John A. Tinney    TIN005
Attorney for Plaintiff
Post Office Box 1430
739 Main Street
Roanoke, Alabama  36274
(334) 863-8945

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

Jeffery A. Brown
Post Office Box 139
Columbus, Georgia  31902-0139


This 21st day of September, 2006.


John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
334-863-8945