# EXHIBIT

# 4

# FREEDOM COURT REPORTING

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO.: 3:05-CV-0681-C

EMORY STEVE BROWN,

    Plaintiff,

vs.

CLAIMS MANAGEMENT, INC.,

    Defendants.

DEPOSITION OF: EMORY S. BROWN
11:25 A.M.
APRIL 10, 2006

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy C. Goldman, am hereby delivering to Mr. Jeffrey A. Brown the original transcript of the oral testimony taken on the 10th day of April, 2006.

## Page 2

STIPULATIONS

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of Emory S. Brown, a witness in the above-entitled cause may be taken before Cindy C. Goldman, a Court Reporter and Notary Public for the State of Alabama, at 739 Main Street, Roanoke, Alabama, on the 10th day of April, 2006, commencing at 11:25 a.m., pursuant to the Alabama Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of court relating to the taking of the depositions.

## Page 3

STIPULATIONS
(continued)

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial or at the time said deposition is offered in evidence or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition is waived.

## Page 4

APPEARANCES

Appearing On Behalf Of The Plaintiff:
    MR. JOHN A. TINNEY
    Attorney at Law
    739 Main Street
    Roanoke, Alabama 36274

Appearing On Behalf Of The Defendant:
    CARLOCK, COPELAND, SEMLAR & STAIR, L.L.P.
    Mr. Jeffrey A. Brown
    Post Office Box 139
    1214 First Avenue
    Suite 400
    Columbus, Georgia 31901

Reported By:
    Cindy C. Goldman
    Freedom Court Reporting
    367 Valley Avenue
    Birmingham, Alabama 35209

1 (Pages 1 to 4)

# FREEDOM COURT REPORTING

Page 5

1  INDEX
2
3  Witness:                    Page
4  Emory S. Brown
5  Examination by Mr. Brown...........6
6  Reporter's Certificate.............179
7
8
9
10        EXHIBITS
11
12  (No exhibits were marked for
13  identification, offered, or
14  attached to the deposition.)
15
16
17
18
19
20
21
22
23

Page 6

1      I, Cindy C. Goldman, a Court
2  Reporter and Notary Public for the State
3  of Alabama, acting as Commissioner,
4  certify that there came before me at 739
5  Main Street, Roanoke, Alabama, on April
6  10th, 2006, beginning at 11:25 a.m, Emory
7  S. Brown, witness in the above cause, for
8  oral examination, whereupon the following
9  proceedings were had:
10
11        EMORY S. BROWN
12  Having been first duly (affirmed) sworn,
13        testified as follows:
14        COURT REPORTER:  Usual
15  Stipulations?
16      MR. BROWN:  This is the
17  discovery deposition of Emory Steve
18  Brown, taken pursuant to the Federal
19  Rules of Civil Procedure, utilized for
20  all purposes allowed thereunder.
21
22  EXAMINATION BY MR. BROWN:
23      Q.  Mr. Brown, good morning.

Page 7

1      A.  Good morning.
2      Q.  It's still morning here.  I'm on
3  eastern time, so if I start talking about
4  morning and afternoon, it's just because
5  I'm a little bit further west than I
6  usually am.
7      A.  Yeah.
8      Q.  My name is Jeff Brown.  And as
9  far as I know, we're not related?
10      A.  No, not as far as I know.
11      Q.  Okay.  If we are, I wouldn't --
12  I would tell you I'm sorry to have to be
13  related to me.
14      A.  Yeah.  All my people on my
15  daddy's side just about is dead.
16      Q.  Really?
17      A.  Yeah.  I ain't got that Browns
18  I'm kin to.
19      Q.  Well, I represent Claims
20  Management, Incorporated, the Defendant
21  in this lawsuit.  And they are the
22  worker's compensation administrator for
23  your employer, Wal-Mart.  Do you

Page 8

1  understand that?
2      A.  Yeah.
3      Q.  I'm going to ask you some
4  questions this afternoon.  If I ask you a
5  question that you don't understand, which
6  sometimes I'll ask confusing questions,
7  just stop me and let me restate it --
8      A.  All right.
9      Q.  -- because I want to make sure
10  that you know exactly what I'm looking
11  for.  Okay?
12      A.  All right.
13      Q.  And the court reporter is
14  right -- is typing everything down.  So,
15  if you would, speak up --
16      A.  All right.
17      Q.  -- so she can hear you and I can
18  hear you.
19      A.  Okay.
20      Q.  All right.  And if you need to
21  take a break at any time, just let me
22  know.  I know you've got some circulatory
23  problems with your legs.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 9

1   A.  Yeah.  I had an artificial
2  artery put in my leg and had a stint put
3  in my heart too.
4   Q.  So, if you need to take a break,
5  just let me know.  Tell me first off,
6  what is your home phone number?
7   A.  I don't have a home phone
8  number.  I haven't had one in six or
9  seven years.  I use my mother-in-law's,
10  next door neighbor's.  That's my
11  mother-in-law.  I use her phone.
12   Q.  Okay.
13   A.  (334)863-6195.  She lives just
14  right down the road from me.
15   Q.  All right.  Do you have a cell
16  phone?
17   A.  Huh-uh.
18   Q.  That's no?
19   A.  I don't have no phone.
20   Q.  If you have to conduct any
21  business utilizing a telephone, you got
22  to -- this is your mother-in-law's?
23   A.  Mother-in-law.  Either that or

Page 10

1  my mother's house.
2   Q.  What's your mom's phone number?
3   A.  863-6348.
4   Q.  Okay.
5   MR. TINNEY:  You can continue
6  on, Jeff.  I'll be right back.
7   Q.  (By Mr. Brown) And if you -- do
8  you ever make any phone calls from any
9  businesses or anything like that?
10   A.  No.  I hardly ever even use the
11  phone unless I have to call the lawyer's
12  office or the doctors or something
13  another like that.  That's about the only
14  time I use one.
15   Q.  Well, in this particular case,
16  we're here predominantly talking about
17  conversations that you did or may have
18  had with somebody out at CMI.  Where
19  would you have made those phone calls
20  from?
21   A.  I made all my phone calls from
22  my mother-in-law's house.
23   Q.  Okay.  All right.  So, any --

Page 11

1  and you didn't have any conversations
2  with anybody other than by telephone
3  about your surgery and your shoulder; is
4  that right?
5   A.  Other than Victoria from
6  workman's comp.
7   Q.  Okay.  And she would -- did she
8  ever call you?
9   A.  Yeah, she would call.
10   Q.  Okay.  How would she call you?
11   A.  On my mother's phone.
12   Q.  Okay.
13   A.  Mother-in-law's phone number.
14   Q.  And would they leave a message?
15   A.  Uh-huh.
16   Q.  And then you'd call back?
17   A.  And she'd come tell me, and I'd
18  go call them back if needed to get in
19  touch with me.
20   Q.  Okay.
21   A.  When they set up my doctor's
22  appointments and first one thing and then
23  the other.

Page 12

1   Q.  Did you talk to her a pretty
2  good bit, Victoria?
3   A.  Yeah, I talked to her just about
4  every week because I stayed in pain so
5  long, and he wanted to -- that doctor
6  they sent me to wanted to do surgery on
7  November the 1st, and she kept putting it
8  off, kept wanting two more doctors to see
9  the MRIs.  And she just kept putting it
10  off and putting it off.  I'd call every
11  week, and she'd say, "We're working on
12  it.  We're working on it."  But I was
13  still in pain, having to work every
14  night.  They was wanting me to come up
15  there with one arm every night.
16   Q.  Well, we'll talk about some of
17  those conversations in a little bit
18  greater detail as we get into this.
19   What is your address?
20   A.  I get all my mail at Post Office
21  Box 145.
22   Q.  Well, I was going to ask you the
23  street address of where you live.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 13

1  A.  I live on 460 Pine Valley Drive.
2  But I don't get any mail there.  I get
3  all my mail at the Post Office.
4  Q.  And is that Roanoke?
5  A.  Uh-huh (affirmative).  Post
6  Office Box 145, Roanoke 36274.
7  Q.  145?
8  A.  Uh-huh.  That's where I get all
9  my mail.
10  Q.  And, if you would, says yeses or
11  no's.  Uh-huh's and huh-uh's are kind of
12  hard to tell --
13  A.  Okay.
14  Q.  -- what you said later on down
15  the road.  How long have you lived on
16  Pine Valley Drive?
17  A.  I've been over there about 22
18  years.
19  Q.  Who lives there with you?
20  A.  Just my wife.  My kids are
21  grown.
22  Q.  That's Deborah?
23  A.  Deborah Brown.

Page 14

1  Q.  What are your children's name?
2  A.  I've got Steven Daniel Brown and
3  Benjamin Adam Brown.
4  Q.  How old is Steven?
5  A.  He's 30.  And the baby is 29.
6  Q.  Do they both live in Roanoke?
7  A.  Yeah.
8  Q.  Okay.  What is your date of
9  birth?
10  A.  8/24/55.  Well, my youngest son
11  lives up there close to Taylors
12  Crossroads.  It's a little outside of
13  Roanoke.
14  Q.  That's north of here, though;
15  right?
16  A.  Yeah.  Taylors Crossroads is
17  where he lives.  And my oldest son lives
18  on -- I can't think of the name of the
19  road.
20  Q.  That's okay.
21  A.  Both of them is just a little
22  bit outside of Roanoke, but they're right
23  close to Roanoke.

Page 15

1  Q.  Both of them live in Randolph
2  County?
3  A.  Yeah.
4  Q.  Is Taylor's Crossroads before
5  you get to Wedowee?
6  A.  Yeah.  You go up here and hit --
7  ain't that 87 up that way?
8  MR. TINNEY:  59.
9  THE WITNESS:  59.  And you go up
10  there to the first cross road and take a
11  left, and he lives out there on the left.
12  Q.  (By Mr. Brown)  All right.
13  That's fine.  Where did you live before
14  Pine Valley Drive?
15  A.  I lived on Stone Avenue.
16  Q.  Is that here?
17  A.  Yeah, right here in Roanoke.
18  Q.  How long did you live there?
19  A.  My kids was really little.  They
20  was just starting school.  So, I imagine,
21  three or four years there.  And then we
22  moved over to the trailer park, and I've
23  been at the trailer park ever since.

Page 16

1  Q.  Okay.  So, the Pine Valley Drive
2  is a mobile home?
3  A.  Yeah, it's a mobile home park.
4  Q.  And do you own the mobile home?
5  A.  Yeah.  We're paying on it.
6  Q.  Tell me the highest -- and this
7  is -- I'll ask you some questions that
8  are kind of personal, and they're not
9  intended to be offensive or anything like
10  that.
11  A.  All right.
12  Q.  But what would be the highest
13  educational level you got?
14  A.  I went to the ninth grade and
15  quit school in the ninth grade and went
16  to work.
17  Q.  Where did you go to school?
18  A.  Woodland.  Woodland, Alabama.
19  Q.  And when you got through there,
20  have you gotten any kind of a GED or
21  anything like that?
22  A.  No.  That's the only education
23  I've got.

4 (Pages 13 to 16)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 17

1    Q. And, again, not to be offensive,
2    but you do read and write?
3    A. Oh, yes.
4    Q. Okay. When you got out of
5    school, where was the first place you
6    went to work?
7    A. I went to work at Handley Mills
8    when I was 16. Back then you could go to
9    work when you was 16.
10   Q. And what was your job there?
11   A. I laid up fillings, stripped
12   quills, doff cloth, a little bit of
13   everything.
14   Q. Say that again. Slow down and
15   tell me that again.
16   A. Stripped quills.
17   Q. What's stripping a quill mean?
18   A. That means you've got some
19   thread left on them, and you have to put
20   it in this machine, and it strips the
21   thread off of it.
22   Q. Okay.
23   A. And doffing means when this big

Page 18

1    roll gets on there, you have to take the
2    roll off and put it on a dolly and push
3    it off. First one thing and then
4    another. When I was 16, that's what I
5    would do.
6    Q. And that's called dolly and
7    claw?
8    A. Yeah. You doff it. You had to
9    doff the whole roll off.
10   MR. TINNEY: I think it's
11   d-o-l-p-h, I believe.
12   Q. (By Mr. Brown) Okay.
13   A. Yeah. You had to doff it off
14   onto a dolly and roll it downstairs.
15   Q. All right. And how long did you
16   work at Handley Mills?
17   A. Until I was 18. I worked there
18   two years.
19   Q. Where did you go to work after
20   that?
21   A. I went to Candlewick Yarn when I
22   was 18.
23   Q. And that's the place that's

Page 19

1    right off the street down here?
2    A. It's off of 431. And I worked
3    there --
4    Q. And does Candlewick Yarn -- is
5    that exactly what it sounds like, they
6    make wicks for candles?
7    A. They make carpet for houses and
8    cars.
9    Q. And how long did you work for
10   Candlewick?
11   A. About 22, nearly 23 years.
12   Q. What was your job there?
13   A. I worked in the shipping
14   department, packing yarn, inspecting
15   yarn, driving a forklift.
16   Q. And when you left there, where
17   did you go?
18   A. I went to Asplundh Tree
19   Surgeons. I worked with them a little
20   while. Then I went to --
21   Q. How long did you work at
22   Asplundh?
23   A. I didn't work with them about

Page 20

1    three or four months. After I lost my
2    job at Candlewick after 20-something
3    years, I was just from here to yonder.
4    Q. Why did you lose your job at
5    Candlewick?
6    A. Well, they claim I was out four
7    times in a six-month period. And they
8    was getting rid of a bunch of people, so
9    they got me.
10   Q. You didn't have to file any kind
11   of a claim or lawsuit, did you?
12   A. No.
13   Q. Okay. What did you do at tree
14   surgeons folks?
15   A. Put the wood in the chipper and
16   chipped all the wood up. After they cut
17   it down on the ground, I chipped all the
18   wood up and run the power saw.
19   Q. Did you ever have any on-the-job
20   injuries there?
21   A. Huh-uh (negative).
22   Q. Is that no?
23   A. No, I never had any injuries on

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 21

1 that job.
2 Q. How about at Candlewick Yarn?
3 A. No, not serious injuries.
4 Q. How about Handley Mills?
5 A. No.
6 Q. When you left Asplundh, where
7 did you go?
8 A. I went to Blue Water
9 Construction Company.
10 Q. What did you do there?
11 A. I was a welder's helper.
12 Q. How long were you there?
13 A. Well, the job -- it wasn't but a
14 six-month job. It was a construction job
15 that lasted six months.
16 Q. So, after that you got laid off
17 because the job ended?
18 A. Yeah, the job played out.
19 Q. Did you ever get hurt there?
20 A. No.
21 Q. After that, you went to work at
22 Wal-Mart; correct?
23 A. I went to work at Wal-Mart in

Page 22

1 2001.
2 Q. Are you still employed at
3 Wal-Mart?
4 A. No. After I had this surgery on
5 my legs and a stint put in my heart and
6 everything -- my legs won't let me walk.
7 I can't walk very far at one time. And
8 they went ahead and give me a medical --
9 may as well -- medical term --
10 Q. But you're out on like a leave
11 of absence; right?
12 A. No. I don't work there anymore.
13 Q. Okay. So, you --
14 A. Between my shoulder and my legs,
15 I couldn't work.
16 Q. All right. But that was -- you
17 don't have a problem with your having to
18 leave Wal-Mart, do you?
19 A. No. They understood that I
20 couldn't do it.
21 Q. Okay. So, you had to quit the
22 job?
23 A. I had to quit the job, yeah,

Page 23

1 because my leg and shoulder wouldn't let
2 me do it. They just put down on the
3 reason, medical reasons.
4 Q. And when was that?
5 A. March of 2005 after I had my
6 artery done in my leg. I never would
7 have been able to use it right, so I had
8 to quit.
9 Q. Your marriage to Ms. Brown, is
10 that the only marriage?
11 A. I've been married -- November
12 will be 32 years.
13 Q. Congratulations.
14 A. I got married, she was 17 and I
15 was 19.
16 Q. In today's age, that's something
17 to be very proud of.
18 A. Yeah.
19 Q. Have you ever had any injuries
20 to your right shoulder before?
21 A. No.
22 Q. Have you ever injured your left
23 shoulder?

Page 24

1 A. Huh-uh (negative). But he told
2 me, though, you know, the way my
3 shoulders was, you know, what I done at
4 Candlewick for all them years, it would
5 be easy to tear it up so be careful --
6 real careful with it.
7 Q. Who told you that?
8 A. The doctor. The one that done
9 the surgery on my shoulder.
10 Q. Dr. Howorth did?
11 A. Dr. Howorth.
12 Q. Howorth. Okay.
13 A. Dr. Howorth is the one they sent
14 me to.
15 Q. Now, after he did the surgery,
16 he told you what?
17 A. He told me that it would be easy
18 because the way I used my hands and
19 everything all these years packing in
20 yarn, 10, 15, 20 pounds, he said I'll
21 just -- like my hinges and my elbows and
22 shoulders was like, you know -- you know,
23 in bad shape from using them all these

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 25

1  years. He just told me to be careful,
2  you know.
3      Q.  Okay.
4      A.  Before that, I hadn't had any
5  trouble.
6      Q.  Before that -- before you hurt
7  it at Wal-Mart in September of 2004, did
8  you ever have any just --
9      A.  No.
10     Q.  -- aches and pains with your
11 shoulders?
12     A.  No, not really, not more than
13 usual.
14     Q.  Did you ever have any popping or
15 creaking or anything like that?
16     A.  No, not until I tore that one
17 up.
18     Q.  Okay. Have you ever been in the
19 military?
20     A.  Huh-uh.
21     Q.  Is that a no?
22     A.  No.
23     Q.  And I know you did have one

Page 26

1  prior bankruptcy. But that's over with;
2  correct?
3      A.  Yeah. I had it back in the
4  '80s.
5      Q.  And nothing in the last seven
6  years?
7      A.  Huh-uh (negative).
8      Q.  No. Have you ever been arrested
9  or charged with any crime?
10     A.  Nothing besides a DUI.
11     Q.  Have you ever been a plaintiff
12 in another lawsuit?
13     A.  No.
14     Q.  This is the -- have you ever
15 been a defendant --
16     A.  This is the first time I ever --
17     Q.  Have you ever been a defendant
18 in a lawsuit?
19     A.  No, sir.
20     Q.  Another thing is we're talking,
21 and it's very conversational, but because
22 she's writing everything down, we need to
23 try to make sure we don't talk over each

Page 27

1  other.
2      A.  All right.
3      Q.  So, if it's okay, let me finish
4  my question.
5      A.  Okay.
6      Q.  And then I'll let you finish
7  your answer.
8      A.  All right.
9      Q.  And that way we should be okay.
10         Have you ever had any prior
11 accidents such as motor vehicle
12 accidents?
13     A.  I had one back in 1994.
14     Q.  All right. Did you receive any
15 injuries?
16     A.  Yeah, several stitches, knocked
17 out a few teeth.
18     Q.  Nothing with your shoulders --
19     A.  No.
20     Q.  -- or your legs or bones? Any
21 kind of a slip and fall?
22     A.  No.
23     Q.  Have you ever had any injuries

Page 28

1  at home where you had to receive a lot of
2  medical treatment?
3      A.  I had appendicitis when I was
4  19. Other than that, I've always been in
5  pretty fair health.
6      Q.  Now, you did have -- you did
7  have some problems several years ago with
8  alcohol; is that right?
9      A.  Yeah, a long time ago back in
10 the '90s.
11     Q.  Okay. Are you still drinking?
12     A.  Huh-uh (negative).
13     Q.  Okay. When was the last time
14 you drank?
15     A.  The only thing I drink is n/a if
16 I drink anything, non-alcoholic beer, n/a
17     Q.  You stopped drinking when?
18     A.  '97.
19     Q.  Do you still smoke?
20     A.  Yeah, I still smoke.
21     Q.  How much?
22     A.  About a pack a day.
23     Q.  And how many years have you been

7  (Pages 25 to 28)

# FREEDOM COURT REPORTING

Page 29

1 smoking?
2    A.   Well, I quit a year and a half
3 before my son was born -- the last baby
4 was born, and I've been smoking ever
5 since.
6    Q.   So, 29 years?
7    A.   29 years.
8    Q.   And had you stopped for a period
9 of time and then smoked before that?
10    A.   Yeah, I had smoked, and then I
11 quit for a year and a half.
12    Q.   And then how old were you when
13 you started smoking?
14    A.   Probably about 16.
15    Q.   And you had stopped for a year
16 and a half before your youngest was born?
17    A.   Uh-huh (affirmative).
18    Q.   Are you right-handed or
19 left-handed?
20    A.   I'm left-handed.
21    Q.   So, you're still able to write
22 okay?
23    A.   Yeah, I'm still able to write.

Page 30

1    Q.   Okay.  How high can you raise
2 your shoulder?
3    A.   Right here?
4    Q.   Yes, sir.
5    A.   I can get it up right along in
6 here (indicating), and I have to push it
7 on up.  You know, it just don't want to
8 go.
9    Q.   Okay.
10    A.   I just can't -- I can't go up
11 with it.
12    Q.   Okay.
13    A.   I can push it up.  But, you
14 know, as far as picking it up on its own,
15 I can't.  It just don't want to go up.
16    Q.   And how long has it been like
17 that?
18    A.   Ever since I had the surgery on
19 it.
20    Q.   Did physical therapy help you at
21 all?
22    A.   They was hurting me worse than
23 they was helping me.  That's the reason

Page 31

1 he stopped.  I done it for two and a half
2 months.  And every time I'd go in there
3 and do therapy, they was popping, and it
4 was hurting it, and it was killing me.
5 And he stopped them.  He told them it was
6 doing worser damage because he put screws
7 in it.  And he said the screws was
8 rubbing my shoulder bone.  And it was
9 hurting it worse than it was doing good
10 to it, so they stopped it.
11    Q.   All right.
12    A.   But I done it for two and a half
13 months.
14    Q.   Now, in March of 2005, you
15 started having some problems with your
16 legs?
17    A.   Yeah.
18    Q.   Okay.  And tell me how that
19 started.
20    A.   Well, when I had the -- after I
21 had my surgery, the nurse recommended me
22 go to my regular doctor because my blood
23 pressure was shooting sky high.  And he

Page 32

1 said me being in pain for 63 days -- now,
2 I'm on medication.  From now on -- he
3 said you won't never be able to get off
4 it.  I'm on blood pressure medicine,
5 cholesterol medicine, Plavix for my
6 heart, and I have to take a nerve pill at
7 night to sleep because I can't sleep.
8 Either my leg's hurting me or my shoulder
9 is hurting me every night just about it.
10    Q.   Okay.  But you --
11    A.   But I wouldn't on any medication
12 until I tore my shoulder up.
13    Q.   But you went to -- do you
14 think -- did your -- do you think your
15 shoulder caused the leg problems?
16    A.   Yeah.  They told me that
17 because my blood pressure and cholesterol
18 and everything went up so high, that
19 that's the reason I had trouble out of
20 my -- he said if you don't get surgery on
21 your legs, you're going to lose a leg.
22    Q.   What doctor told you that the
23 leg problem was related to the shoulder?

8  (Pages  29 to 32)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 33

1     A.  Well, Dr. Bill Caypless said my
2  blood pressure was -- caused my arteries
3  to do the way they was doing because it
4  shot up and wouldn't come back down.
5     Q.  Okay.  And what doctor told you
6  that your blood pressure was related to
7  your shoulder?
8     A.  Well, he just said being in pain
9  for so long caused it to go up, and he
10  never could get it regulated.
11     Q.  When did you start taking blood
12  pressure medication?
13     A.  I went to him in February.  He
14  recommended me to another doctor in
15  Opelika to do a heart catheter.  Well,
16  when he was doing the heart catheter,
17  they found out I had 85 percent blockage
18  in my heart.  So, they put a stint in it
19  and sent me back home.  Scheduled me back
20  for ten days later.  I went back, and
21  Dr. Lazenby cut me from here to there and
22  put an artificial artery in this whole
23  left leg and hit a nerve in this knee

Page 34

1  (indicating).  And I have no feelings
2  from the knee down on this leg.
3     Q.  Okay.  And when you say "from
4  here to here," they cut you from the hip
5  bone?
6     A.  They cut me all the way across
7  here.  Right here all the way up and
8  replaced this whole artery (indicating).
9     Q.  Okay.  All right.  Right there
10  where your --
11     A.  They cut me right across there
12  (indicating).
13     Q.  Okay.  Let the record reflect
14  that it's on the left leg.
15     A.  Yeah, from my groin down at the
16  top of my knee all the way up to here
17  (indicating).
18     Q.  Okay.  And they took a vein or
19  an artery out of your leg?
20     A.  Yeah, replaced with an
21  artificial artery.  It's an artificial
22  bypass is what it was called.
23     Q.  Okay.  And before you did that,

Page 35

1  you had a stint put in your heart; right?
2     A.  Yeah.  They found out I had to
3  have a stint.
4     Q.  Because you had 85 percent
5  blockage?
6     A.  Yeah.  Dr. Rhodes went in there
7  and done the heart catheter, and he found
8  that.  And he went ahead and fixed that,
9  and they sent me home.  Ten days later,
10  he sent me back to do my leg.
11     Q.  Okay.
12     A.  And I just ain't got no
13  circulation.  He said they may -- I may
14  just be having deteriorating arteries in
15  my leg.  They're not sure.
16     Q.  Okay.  But the artery condition
17  wasn't caused by the shoulder?
18     A.  No.  But he just said my blood
19  pressure was causing that.
20     Q.  Okay.  And the stint in your
21  heart was not caused -- the blockage
22  wasn't caused by the shoulder?
23     A.  No.  But they just -- when they

Page 36

1  went in there, they just found out all --
2  I had all the different problems because
3  they couldn't find any circulation in my
4  legs.  The first thing, he couldn't find
5  any circulation.
6     Q.  Okay.  And you understood that
7  that was because you had blockage in an
8  artery --
9     A.  Yeah.
10     Q.  -- going down into your leg, and
11  you weren't getting blood supply down
12  there?
13     A.  I didn't even know I needed the
14  stint until I went in -- until he went
15. in.
16     Q.  And that was your primary doctor
17  down at Woodland Clinic; is that right?
18     A.  Dr. Bill Caypless sent me to
19  Dr. Lazenby in Opelika.
20     Q.  Okay.
21     A.  And him and Dr. Rhodes --
22  Dr. Rhodes done the stint, and
23  Dr. Lazenby done the artery.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 37

1   Q.  Okay.  And Dr. Rhodes was at
2   Auburn Cardiology?
3     A.  Uh-huh.  He's the heart doctor.
4     Q.  Okay.  And you had that surgery
5   done in Opelika?
6     A.  Yeah, both of them.
7     Q.  All right.  And Dr. Lazenby --
8     A.  Lazenby.
9     Q.  Lazenby.
10      (A short discussion was had.)
11      THE WITNESS:  He said when he
12   went in my shoulder, you know, it had
13   been so long, 63 days, it was so full of
14   bursitis and everything, there wasn't
15   nothing he could do but put pins in it.
16   He couldn't laser it back.  It was too
17   late.
18     Q.  (By Mr. Brown) Who said that?
19     A.  Dr. Howorth, the one that
20   workman's comp sent me to.
21     Q.  Okay.  We'll talk about
22   Dr. Howorth in a minute.  I'm trying to
23   keep --

Page 38

1     A.  Yeah.
2     Q.  I try to keep them all straight.
3   I still want to talk about Woodland Rural
4   Health Clinic.  That's your primary
5   physician?
6     A.  That's the one I go to, yeah.
7     Q.  All right.  And that's when --
8   you first went down there having problems
9   with your legs in about February of 2005;
10   right?
11     A.  Yeah.  That's when he sent me to
12   them, yeah.
13     Q.  And he is the one who referred
14   you to Dr. Lazenby?
15     A.  Uh-huh (affirmative).
16     Q.  All right.  And that's also
17   Dr. Caypless?
18     A.  Dr. Bill Caypless.
19     Q.  Okay.  Bill Caypless,
20   C-a-y-p-l-e-s-s.  And then you had that
21   surgery on your left leg about a year
22   ago, March of '05?
23     A.  Yeah.  Had one of them done on

Page 39

1   the 4th, and I think the other one was
2   done on the 14th.  He sent me home for
3   ten days after he done the stint.  He
4   told me to rest for ten days and come
5   back and they'd do my leg.
6     Q.  So, they did the stint first and
7   then did --
8     A.  Then the leg.
9     Q.  Now, you've had problems with --
10   documented problems with some blood
11   pressure since like '99 or 2000, back to
12   there; is that right?
13     A.  No.  I wasn't taking any kind of
14   medicine until I hurt my shoulder.  I
15   wasn't on no kind of medication.  But
16   when I got there to do the surgery, it
17   was running 150 over 100, and they was
18   worried about me having a stroke or a
19   heart attack.
20     Q.  Okay.  Do you remember having a
21   stress test back in 2002?
22     A.  Yeah, sure did.  They thought I
23   had a blockage in my heart then, but come

Page 40

1   to find out, it was just closed up.  And
2   they ballooned them out and opened them
3   back up.
4     Q.  Okay.  So, you had like an
5   angioplasty then?
6     A.  Yeah, uh-huh.  In 2002, I think.
7     Q.  Who did that?
8     A.  Dr. Lazenby.
9     Q.  Same one who did --
10     A.  Uh-huh (affirmative).
11     Q.  -- the surgery on your leg?
12     A.  Uh-huh (affirmative).
13     Q.  Is that yes?
14     A.  Yes.
15     Q.  Okay.  And then after you've had
16   both of the surgeries, your heart and
17   your leg, you have not been able to go
18   back to work?
19     A.  No.
20     Q.  And that's because you can't
21   stand up or walk for a period of time?
22     A.  I can't stand up and walk, and I
23   couldn't use my shoulder.  So, there was

10  (Pages 37 to 40)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 41

1  no need, you know.
2      Q.  Well, before you had the surgery
3  on your leg and your heart, you were
4  working light duty; right?
5      A.  Oh, yeah.  They had me up there
6  working with a sling.  I was just working
7  light duty, door greeting.
8      Q.  Okay.  But you were still able
9  to do that light-duty job?
10      A.  Yeah.  Until I had my surgery on
11  my leg, yeah.
12      Q.  So, if you had not had the
13  surgery on your leg or the stint put in
14  your heart, you could still be a greeter?
15      A.  Well, he told me, though, if I
16  didn't have it done, though, I could lose
17  a leg.
18      Q.  Well, I understand that.  I'm
19  not suggesting that you shouldn't have
20  had the surgery done on your leg.
21      A.  Yeah.
22      Q.  But if your leg had not bothered
23  you --

Page 42

1      A.  Yeah.
2      Q.  Just pretend that it -- your leg
3  never had that problem.
4      A.  Yeah.
5      Q.  You could still be working as a
6  greeter?
7      A.  If my legs would let me, yeah.
8      Q.  Okay.  That's what I was curious
9  about.
10      A.  Yeah.
11      Q.  All right.  So, the reason that
12  you had to quit was more your leg?
13      A.  And the shoulder.
14      Q.  Okay.  But more your leg than
15  your shoulder; right?
16      A.  Yeah.
17      Q.  That was yes?
18      A.  Yes.
19      Q.  Okay.  How are your legs now?
20      A.  Oh, they hurt me every day.  My
21  ankles and knee swells up on me every
22  night.
23      Q.  Have any of the doctors ever

Page 43

1  told you that the shoulder -- that the
2  leg circulation problem and the heart
3  stint affected your ability to heal in
4  the shoulder?
5      A.  No, they didn't say nothing
6  about it affecting it.  He just told me
7  when he went in it was so messed up that
8  he had to put plastic -- put pins in it
9  and said it never would be right.
10      Q.  Okay.  Now, you got hurt at
11  Wal-Mart in September of 2004?
12      A.  Uh-huh, September 2004.
13      Q.  And it was, I think, the 28th or
14  maybe early in the morning?
15      A.  27th or 28th.
16      Q.  Okay.  It was about 4:00 o'clock
17  in the morning?
18      A.  Uh-huh (affirmative).
19      Q.  You were working the overnight
20  shift?
21      A.  Yeah.
22      Q.  And you were unloading a truck?
23      A.  Yeah, unloading a produce truck.

Page 44

1      Q.  Since the day you hurt your
2  shoulder, have you kept a written diary
3  at home?
4      A.  No.
5      Q.  And you haven't taken any kind
6  of notes?
7      A.  Nothing except all my doctor's
8  names and stuff like that.
9      Q.  Okay.  Then do you keep any kind
10  of a calendar indicating when you've been
11  to the doctors and conversations with
12  anybody?
13      A.  No, not lately.
14      Q.  Have you ever?
15      A.  Not besides what I brought
16  Mr. Tinney.
17      Q.  Okay.  Did you bring Mr. Tinney
18  a calendar or anything that writes some
19  of those dates down?
20      A.  No, I just got the medical
21  report.
22      Q.  You just brought him bills and
23  things that you've received from the

11 (Pages 41 to 44)

# FREEDOM COURT REPORTING

Page 45

1 doctors; is that right?
2     A.  Medical reports, yeah.
3     Q.  Okay.  Now, you were working,
4 unloading a produce truck on the 28th?
5     A.  Uh-huh, yes.
6     Q.  Tell me how the accident
7 happened.
8     A.  Well, the truck backed in.  And
9 it was supposed to have been stretched
10 wrapped and tied down.  And it was
11 throwed all out in the floor.  And we was
12 trying to salvage what produce we could.
13 And I had a pallet, and another boy named
14 Josh Denton was on the other side of the
15 pallet.  He was picking up.  I was
16 picking up the 40-pound sacks of
17 potatoes.  I got them stacked up a little
18 over waist high.  And they went to
19 falling.  I tried to catch them, and they
20 just pinned me up against the wall and
21 popped my shoulder.
22     Q.  Okay.  And when you say,
23 "they're supposed to be stretch wrapped,"

Page 46

1 does that mean they're supposed to be
2 stacked up and wrapped like in cellophane
3 plastic or something?
4     A.  They're supposed to be wrapped
5 all the way up and tied down.  They was
6 not wrapped.  They was just throwed all
7 out in the truck.
8     Q.  Okay.  So, y'all were trying to
9 clean up a mess?
10     A.  We was trying to salvage -- we
11 was trying to clean up a mess.
12     Q.  And you immediately notified
13 somebody, didn't you?
14     A.  Yeah.  Josh was about as far as
15 from me to her.  We was right side by
16 side.  He heard it when it popped.  And
17 the supervisor was on -- he was on the
18 truck about a minute or two after it
19 happened.
20     Q.  Who was that?
21     A.  Chris Cheatwood.
22     Q.  And is he one of the assistant
23 managers?

Page 47

1     A.  He was the assistant manager --
2 night manager at night that night.  So,
3 we went to his office and filled out a
4 report.
5     Q.  That was like the first report
6 of the incident or something like that?
7     A.  Yeah, just as soon as it
8 happened.
9     Q.  Okay.  And did you go home?
10     A.  No.  He got a man off the floor
11 crew to take me out to the emergency room
12 and dropped me off and left me.
13     Q.  Okay.
14     A.  My wife got off work and didn't
15 even know where I was at.
16     Q.  Who took you to the hospital?
17     A.  Boy off the floor crew, Glen --
18 I don't -- I can't remember his last
19 name.  His name was Glen.  He got him to
20 take me out there and put me out.
21     Q.  Okay.  Well, did that make you
22 mad?
23     A.  Well, I thought, you know,

Page 48

1 somebody from management should have went
2 with me, you know.
3     Q.  Okay.  But they did send you to
4 the hospital.  And that was Randolph
5 Medical Center.
6     A.  Yeah.
7     Q.  Is that the hospital up in
8 Wedowee?
9     A.  Right out here.  Right out here
10 on 22.
11     Q.  All right.
12     A.  And they x-rayed it.  And he
13 said he didn't see any broke bone.  He
14 said it could be just be a pulled muscle.
15 And they give me a shot.  And my wife got
16 off work at 8:00, and she come and picked
17 me up after they told her at Wal-Mart
18 where I was at.
19     Q.  Okay.  So, she want out --
20     A.  She didn't even know where I was
21 at.
22     Q.  Did she go out to the store?
23     A.  Yeah, she went to the store,

12  (Pages 45 to 48)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 49

1  looking for me to pick me up.
2      Q.  Okay.
3      A.  Because she worked at night.
4      Q.  So, y'all both worked at night?
5      A.  Yeah.  She worked at Candlewick.
6  She dropped me off and then she'd come
7  pick me up in the morning.  She didn't
8  even know I was out there.  Nobody
9  bothered to call her and tell her I was
10  out there or nothing.
11      Q.  So, she came and got you at
12  the -- does that make you mad that nobody
13  called your wife?
14      A.  Yeah, it really -- you know, she
15  come up there looking for me, and they
16  said, "He's in the emergency room."  And
17  she didn't -- she freaked out because she
18  didn't know what was going on.  You know,
19  nobody let her know.
20      Q.  How long did you have to wait
21  for her to come get you at the emergency
22  room?
23      A.  I got up at the emergency room

Page 50

1  at 5:00, and she got off work at 6:00.
2  She was out there a little after 6:00.
3      Q.  Had you already been seen by the
4  doctor when she got there?
5      A.  They done the x-ray and then
6  give me a shot of Demerol.
7      Q.  So, how long were you waiting on
8  her before she got there?
9      A.  Probably 45 minutes to an hour.
10      Q.  Okay.  So, it wasn't too bad?
11      A.  And then I had to bring
12  paperwork back to Wal-Mart.
13      Q.  So, y'all left the hospital and
14  went back to Wal-Mart?
15      A.  Yeah.
16      Q.  Okay.  Did you go inside and
17  give the documents to somebody?
18      A.  Yes.
19      Q.  Who did you give them to?
20      A.  Personnel manager and the
21  manager.  They told me to go ahead and
22  take the next two days off, you know, to
23  see how it was going to do.  And they

Page 51

1  sent me to a company doctor, Dr. Shirah,
2  on the next following Monday.
3      Q.  Okay.  What day of the week did
4  you get hurt, do you remember?
5      A.  I believe it was on a Wednesday
6  night.
7      Q.  Okay.
8      A.  Because I know I worked Sunday
9  through -- Sunday through Thursdays.  I
10  think it was on a Tuesday night or a
11  Wednesday night, the middle of the week.
12      MR. BROWN:  Can we take a few
13  minutes?
14      (A short break was taken.)
15      Q.  (By Mr. Brown) All right.  Well,
16  you went back by the store and dropped
17  off the paperwork?
18      A.  Yeah.
19      Q.  And then you went home for a
20  couple of days?
21      A.  Yeah, because I didn't have but
22  two more days left in that week.
23      Q.  Okay.  And then you went to a

Page 52

1  doctor?
2      A.  They sent me to Dr. Shirah on
3  Monday morning.
4      Q.  Okay.  Did you have any other
5  appointments before that that you missed
6  or that you couldn't go to?
7      A.  No.  They just told me to take
8  two days off and they would set me up
9  with Dr. Shirah on Monday morning.
10      Q.  Okay.  Who called you and told
11  you to go see Dr. Shirah?
12      A.  Charlotte Woody.  She's the
13  personnel manager.  She set it up, the
14  appointment up.
15      Q.  And after you talked to Ms.
16  Woody and she told you to go see
17  Dr. Shirah, did you have any other
18  contact with her, or did you start
19  working with the people out at CMI?
20      A.  I didn't have -- I took the two
21  days off and then went out there at his
22  office on Monday.  She called and made me
23  an appointment and told me at home --

13  (Pages 49 to 52)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 53

1  called me at home and told me what time
2  the appointment was -- to be there.
3      Q.  All right.  And then you went
4  out there to see him on, I think, October
5  the 4th or October the 1st?
6      A.  It was on a Monday.
7      Q.  Okay.
8      A.  And he treated me -- he told me
9  to take a week off and treated me for a
10 muscle pull.
11     Q.  Okay.  And gave you some
12 medication; right?
13     A.  Yeah.  He gave me something for
14 infection and some pain medicine.
15     Q.  Okay.  And that was the first
16 time you saw him was on October the 4th?
17     A.  Yeah, it was on a Monday.
18     Q.  Okay.
19     A.  He treated me for a week.
20     Q.  And my question was:  After
21 Ms. Woody called you and told you to go
22 see Dr. Shirah, who scheduled the rest of
23 your doctor's appointments and who did

Page 54

1  you have contact with about what doctor
2  to go to next?
3      A.  Well, after I went to him for a
4  week, he told me to come back the next
5  following week and he'd look at me again.
6  And I went back the next following week.
7  And he told me if they had anything I
8  could do with one arm, not to pick up
9  nothing over five pounds, and I could go
10 back and work with one arm.  So, I went
11 back.  They put me to zoning, stuff like
12 that.
13     Q.  What is zoning?
14     A.  When you pull all your stuff on
15 your shelf to the front and everything
16 and straighten stuff out.
17     Q.  Okay.
18     A.  But I was using this left arm so
19 much, after two days, I couldn't even use
20 it, it was hurting so bad.
21     Q.  All right.
22     A.  So, they put me to door
23 greeting.

Page 55

1      Q.  All right.  So, you went to
2  Dr. Shirah on the 4th?
3      A.  Uh-huh (affirmative).
4      Q.  And he said that it was -- he
5  would keep you out of work for four days?
6      A.  Uh-huh (affirmative).
7      Q.  And he said that it was a
8  shoulder sprain; right?
9      A.  He said it was either that or a
10 pulled muscle.
11     Q.  Pulled muscle.  He gave you some
12 Motrin and some other things for pain;
13 correct?
14     A.  Yeah.
15     Q.  All right.  And you went back on
16 the 8th, which was four days later?
17     A.  Yeah.
18     Q.  And that's when he said that you
19 could go back to work on the 10th doing
20 light duty?
21     A.  Yeah.  And come back to see him
22 on that Friday.
23     Q.  Okay.  And you went back on the

Page 56

1  15th?
2      A.  That's right.
3      Q.  About a week later?
4      A.  Yeah.
5      Q.  You were still having pain?
6      A.  Yes.
7      Q.  And that's the first time he
8  thought that it could possibly be a tear;
9  right?
10     A.  Yeah.  He said we need to go get
11 an MRI.
12     Q.  Okay.  He kept you on the
13 medications.  And you were still working
14 light duty; right?
15     A.  Yeah, just door greeting.  And
16 I'd take a buggy and go around with my
17 good hand and pick up things that was in
18 the wrong spot and push with one hand.  I
19 wasn't using my arm.
20     Q.  And then you had an MRI done on
21 the 19th?
22     A.  At Oxford?
23     Q.  In Oxford.  You went back and

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 57

1 saw Dr. Shirah one more time?
2    A.  Yeah.
3    Q.  And you told him --
4    A.  That's when he said there's
5 nothing he could do.
6    Q.  What did he say?
7    A.  He said, "You've got to go to an
8 orthopedic surgeon.  There's nothing I
9 can do for you.  It's got to be -- have
10 surgery."
11    Q.  Okay.  Now, before we move on to
12 the next doctor, after you saw Dr. Shirah
13 on October the 4th -- well, strike that.
14        You got hurt on September the
15 28th, and you went to see Dr. Shirah on
16 October 4th?
17    A.  Uh-huh, on Monday.
18    Q.  So, during that time frame, did
19 you have any contact with anybody out at
20 CMI in Arkansas.
21    A.  Huh-uh (negative).
22    Q.  And you found out about going to
23 Dr. Shirah by Charlotte Woody at the

Page 58

1 store?
2    A.  Charlotte Woody, she set me --
3 the appointment up with him.
4    Q.  And did you talk to anybody else
5 at the store about doctors and
6 appointments other than Charlotte Woody?
7    A.  Now, she's usually the one that
8 set up the appointments besides
9 Ms. Victoria.  She'd call Victoria, and
10 Victoria would tell her who to send me to
11 or whatever.
12    Q.  Okay.
13    A.  I don't even -- I don't even
14 know what her last name is.  Just
15 Victoria is all I know.  She's with
16 workman's comp.
17    Q.  And did you talk to her very
18 many times?
19    A.  I talked to her several, several
20 times.
21    Q.  Okay.  We'll get into those.
22 How many times did you talk to Ms. Woody
23 about doctor's appointments and problems

Page 59

1 with your shoulder?
2    A.  Every week.  She'd ask me, you
3 know.  And as soon as he looked at the
4 MRI, he got on the phone to
5 Ms. Charlotte -- to Ms. Victoria himself,
6 workman's comp -- Dr. Shirah did and told
7 her that I had to have surgery and needed
8 it immediately.
9        So, she was going to send me to
10 Gadsden.  And I asked him could he call
11 and see if he could get somewhere closer.
12 So, she called him back.  And they sent
13 me to Alex City, which is a little
14 closer.
15    Q.  Who were they going to send you
16 to in Gadsden?
17    A.  They never did say.  They
18 just -- he asked them could they get me
19 somebody closer, so they sent me to Alex
20 City.
21    Q.  All right.  And you were talking
22 to Dr. Shirah about what orthopedic
23 doctor you were going to go to?

Page 60

1    A.  Uh-huh (affirmative).
2    Q.  That was yes?
3    A.  Yeah.  That was as soon as he
4 brought them in there and showed them to
5 me.  He said I'll call Ms. Victoria and
6 get her to send you to another doctor --
7    Q.  Okay.
8    A.  -- surgery.
9    Q.  All right.  So, who called you
10 and told you that you had an appointment
11 with Dr. Howorth?
12    A.  Ms. Victoria when I got home
13 from Dr. Shirah's office, she called me
14 at home -- at my mother-in-law's.
15    Q.  Okay.  So, was that the first
16 time you ever talked to Ms. Victoria?
17    A.  Yeah.  She told me where to go
18 and who to go to.
19    Q.  And that was on about October
20 the 22nd?
21    A.  Uh-huh, I believe it was.  It
22 was on a Wednesday because he said he was
23 full up on surgery the next day.  He

15  (Pages 57 to 60)

# FREEDOM COURT REPORTING

Page 61

1  wanted me in on surgery on Monday the
2  next following week.
3      Q.  Say that again.
4      A.  I said that he does surgeries on
5  Mondays and Thursdays, and this was
6  Wednesday.  And he said he couldn't fit
7  me in on Thursday, but he wanted me in
8  surgery on Monday.  And before I could
9  get back home, Victoria had done called
10  and cancelled it.
11     Q.  Well, did Dr. Howorth tell you
12  that he wanted to do surgery before he
13  ever saw you?
14     A.  Huh-uh (negative).  After he
15  seen me --
16     Q.  Okay.  I'm not there yet.
17  You're jumping ahead of me a little bit.
18  I'm sorry.  I was confused.
19     A.  Yeah.
20     Q.  I'm talking about on October the
21  24th -- I mean, the 22nd when you went to
22  Dr. Shirah for the last time --
23     A.  Uh-huh.

Page 62

1      Q.  -- and he looked at the MRI --
2      A.  Uh-huh.
3      Q.  And looked at the results and
4  said, "Patient needs to be referred to an
5  orthopedist" --
6      A.  Uh-huh, that's true.
7      Q.  All right.  So, you left his
8  office on the 22nd?
9      A.  Yeah.
10     Q.  Then Ms. Victoria called you --
11     A.  At home.
12     Q.  -- at home and said go see --
13     A.  Dr. Howorth in Alex City.
14     Q.  In Alexander City?
15     A.  Alexander City.
16     Q.  All right.  And said your
17  appointment is for --
18     A.  It was on a Wednesday.
19     Q.  Okay.  And was that October the
20  26th or 27th?
21     A.  Somewhere around there.
22     Q.  Okay.
23     A.  Because he wanted me in surgery

Page 63

1  on that next Monday.
2      Q.  I understand.  I understand.
3  But if you can, don't jump ahead of me
4  too much.  I get confused kind of easy.
5      A.  All right.  I ain't used to
6  this.
7      Q.  I understand.  Like I say, I'm
8  not trying to trick you.  I'm not here
9  trying to trick you.  I just want to
10  learn a little bit more about your case.
11     A.  Yeah.
12     Q.  So, if you -- you know, don't
13  get frustrated.  If you want to take a
14  break -- we've been going for, you know,
15  45 minutes.
16     A.  I'm fine.
17     Q.  Okay.  So, Ms. Victoria called
18  you and told you to go and see
19  Dr. Howorth?
20     A.  Howorth.
21     Q.  Howorth.  Okay.
22     A.  Yeah.
23     Q.  And I'll probably mispronounce

Page 64

1  it all day.  And the first time you went
2  to see him was on October the 27th?
3      A.  Yeah.  I took the MRI with me.
4      Q.  All right.  And you took the MRI
5  film with you?
6      A.  Yeah.
7      Q.  And you got that from Open MRI,
8  from the people who actually do it?
9      A.  And Dr. Shirah looked at it, and
10  he give it to me to take with me.
11     Q.  So, you talked to Ms. Heppes,
12  Ms. Victoria --
13     A.  Uh-huh (affirmative).
14     Q.  -- sometime around the 22nd?
15     A.  Yeah, it was -- she set me up an
16  appointment for the Wednesday.  But I --
17  it was around the 22nd when I got through
18  with Dr. Shirah.  That's the last time I
19  had to go see him because he said he
20  couldn't help me.
21     Q.  Did anybody from out at CMI call
22  you on September the 30th?  Do you
23  remember?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 65

1    A.  I don't remember.  I don't
2  remember nobody calling me.
3    Q.  Okay.
4    A.  Unless it was Charlotte to tell
5  me I had an appointment with Dr. Shirah.
6    Q.  That's fine.  I understand.
7      Now, before you went to
8  Dr. Howorth, you were still working light
9  duty?
10    A.  Yeah.
11    Q.  Okay.  And they had paid you
12  some temporary total -- they had made a
13  payment to you for the days you were out
14  of work; is that right?
15    A.  Oh, they give me, I think, it
16  was 200 and something dollars.  And then
17  when I had surgery, they give me 60
18  bucks.
19    Q.  But they paid you for the days,
20  though, that you were out of work; is
21  that right?
22    A.  Yeah.
23    Q.  Okay.

Page 66

1    A.  After I had to wait -- you know,
2  I think you had to wait a five-day grace
3  period before they start paying.
4    Q.  Okay.  And you were still
5  working the whole time even when you were
6  treating with -- seeing Dr. Howorth --
7    A.  Yeah.
8    Q.  -- before the surgery?
9    A.  Yeah.
10    Q.  Okay.
11    A.  I had to go up there with one
12  arm every night in pain.  They didn't
13  want to pay me workman's comp.
14    Q.  Well, the doctor is the one who
15  told you you could go back to work;
16  right?
17    A.  He said, yeah, as long as I
18  didn't use that shoulder.
19    Q.  And that was Dr. Shirah?
20    A.  Yeah.
21    Q.  Okay.  And as far as you know,
22  the emergency room bill for the first
23  time you got hurt -- for the day of the

Page 67

1  injury, that was paid by worker's comp;
2  right?
3    A.  Yeah, they paid for that.
4    Q.  All right.  And they paid all
5  the bills for Dr. Shirah?
6    A.  Yeah.
7    Q.  And they paid for the MRI?
8    A.  Yeah.
9    Q.  Okay.
10    A.  Well, they sent me some of the
11  bills, and I just took them to Wal-Mart.
12    Q.  Okay.  Well, I understand.  But
13  they ultimately paid?
14    A.  Yeah, they ultimately paid.
15    Q.  You didn't have to pay any of
16  that out of your pocket?
17    A.  Huh-uh, they took care of that.
18    Q.  Okay.  All right.
19      All right.  So, the first time
20  you met with Dr. Howorth was on the 27th?
21    A.  Uh-huh (affirmative).
22    Q.  And you told him how the
23  accident had happened, right --

Page 68

1    A.  Uh-huh (affirmative).
2    Q.  -- that you were cleaning up a
3  produce truck?
4    A.  Uh-huh.
5    Q.  And told him that you had been
6  treating with Dr. Shirah for a few days
7  and that that wasn't working?
8    A.  Yes.
9    Q.  He looked at the MRI and showed
10  that there was a tear in the shoulder.
11  And at that time, you told him that you
12  had not had any problems with your right
13  shoulder; correct?
14    A.  No, I hadn't had any trouble.
15    Q.  Now, on that first visit, he
16  wanted you to go to physical therapy even
17  before surgery, didn't he?
18    A.  Ms. Victoria did.
19    Q.  Well, Dr. Howorth didn't tell
20  you that he --
21    A.  He wanted me in surgery.  This
22  was on Wednesday.  He wanted me in
23  surgery the next following Monday.

17  (Pages 65 to 68)

# FREEDOM COURT REPORTING

Page 69

1  Q. Okay. All right.
2  A. He said there ain't nothing you
3  can do to it until it's fixed. She
4  denied me. They wanted two more
5  doctors --
6  Q. I understand. Well, let's not
7  get to that yet. Okay. I understand.
8  Please -- all right. So, if Dr.
9  Howorth's records say, "Preoperative
10 range of motion and strengthening to
11 improve range of motion and become
12 familiar with post-operative exercise
13 program," in other words, that he had
14 referred you -- Dr. Howorth's records
15 indicate that he had referred you to
16 physical therapy.
17 A. After the surgery.
18 Q. You don't agree with that?
19 A. After the surgery.
20 Q. Okay. All right. And he told
21 you that you needed surgery, and he
22 wanted it done on that Monday?
23 A. Uh-huh (affirmative).

Page 70

1  Q. Is that yes?
2  A. Yes, he wanted it done --
3  Q. Okay. What else did he tell you
4  about the surgery?
5  A. He said it being so long -- he
6  said he could already tell there was
7  bursitis set up in it and it needed
8  surgery immediately. And before I get
9  back home, Victoria called and cancelled
10 it.
11 Q. Did he schedule the surgery?
12 A. Yeah. He told me to go on to
13 the hospital and get pre-oped and get
14 ready to go on in.
15 Q. And did you go?
16 A. No. That woman called me and
17 told me to call them. And as soon as I
18 called, she denied it. She said, "We got
19 two more doctors we want to look at them
20 MRI's before we let you do anything."
21 Q. Okay. And who was that,
22 Ms. Victoria?
23 A. Ms. Victoria.

Page 71

1  Q. Okay. And where were you when
2  that conversation occurred?
3  A. I was on my phone with her then.
4  Q. At your mother-in-law's?
5  A. Uh-huh (affirmative).
6  Q. That was the 863-6195?
7  A. 6195.
8  Q. Okay.
9  A. I called her every week. She
10 kept saying she needed another doctor to
11 look at it.
12 Q. All right. And you went back to
13 Dr. Howorth again on December the 8th;
14 right? Well, I'm sorry. Did you go back
15 to see him again before the surgery?
16 A. Huh-uh (negative). I had
17 surgery on the 29th of November.
18 Q. Okay. You're right. You're
19 absolutely right. But before -- between
20 October the 27th and the date of that
21 surgery, which was about a month --
22 A. About 63 days.
23 Q. From the injury?

Page 72

1  A. Yeah. From the time I got hurt
2  until the surgery was 63 days.
3  Q. Okay. But it was about a month
4  from the first time you saw Dr. Howorth
5  until the surgery?
6  A. Yeah, pretty close to it.
7  Q. All right. Did you go to any
8  other doctors during that month?
9  A. Huh-uh (negative).
10 Q. Is that no?
11 A. No, I didn't go to no other
12 doctors.
13 Q. Okay. And you talked to
14 Ms. Victoria you said every week?
15 A. I called her every week and
16 asked her would she hurry up and let me
17 have surgery because I was in pain.
18 Q. Okay. Do you -- do you know who
19 your -- did you call her, or would she
20 call you?
21 A. Oh, I'd call her.
22 Q. Okay. Do you know who your
23 mother-in-law uses for her phone service?

18  (Pages 69 to 72)

# FREEDOM COURT REPORTING

Page 73

1    A.  My mother-in-law? She's got
2  Roanoke Telephone.
3        MR. TINNEY:  Roanoke Telephone
4  is the only telephone service we have
5  here.
6        THE WITNESS:  Uh-huh. If she
7  couldn't get in touch with me, she'd
8  leave a message with my mother-in-law,
9  and my mother-in-law would come tell me,
10  and then I'd go call her.
11    Q.  (By Mr. Brown) But you contend
12  that you talked to her and she said that
13  she wouldn't let you have surgery until
14  two other doctors looked at it?
15    A.  Yeah.  She said we want -- and
16  she said you need to get Howorth to send
17  me everything he's got, MRI's and
18  everything.  We need two more doctors to
19  look at it.
20    Q.  And did she say that she wanted
21  to send you to a different doctor, or
22  did --
23    A.  No.  She just said she wanted

Page 74

1  two more doctors to look at them.
2    Q.  Did she tell you where those
3  doctor were going to be?
4    A.  She didn't tell me where they
5  was at.  She just said that I needed to
6  get in touch with Howorth and get him to
7  send her everything that he had on me so
8  she could get two more opinions.
9    Q.  Okay.  And did you talk to
10  Dr. Howorth and tell them to send
11  everything?
12    A.  Yeah.  And they kept claiming he
13  wasn't sending them the right stuff. So,
14  I had to call him back.  Then I'd call
15  her back.  They finally send -- you know,
16  finally sent her what she wanted because
17  she finally okayed it on the 29th.
18    Q.  Okay.  How many times did you
19  call -- did you ever go back to
20  Dr. Howorth's office and ask him, "Will
21  you please give me the records so I can
22  send them"?
23    A.  No, I didn't.  I just -- he just

Page 75

1  told me he'd take care of it and send her
2  what she had to have.  And every time I'd
3  call her and ask her did she get what he
4  sent, she said, "No, he didn't send her
5  everything she needed." And I'd call him
6  back and ask him to please send her
7  whatever she needs.  Call her and find
8  out what she needs and please send it to
9  her so I could get the surgery done.
10    Q.  Okay.  And what would his office
11  tell you?
12    A.  He said, "We sent her everything
13  we've got."
14    Q.  Okay.
15    A.  She kept claiming they didn't.
16  Then she claimed one doctor looked at it,
17  but she hadn't had another doctor to look
18  at it.  She wanted another doctor to look
19  at it.  And it took 63 days before she
20  ever okayed it.
21    Q.  Okay.  Well, actually, it was
22  like 30 days because it's not 63 days.
23  It's 63 days from the day you injured it?

Page 76

1    A.  From the time I got hurt, yeah.
2    Q.  But about 31 days from the time
3  Dr. Howorth said, "I want to operate on
4  your shoulder"?
5    A.  Yeah, uh-huh.
6    Q.  Right?
7    A.  Yeah.
8    Q.  Okay.  Okay.  Do you know how
9  many times Ms. Heppes had to call
10  Dr. Howorth to ask them to please send
11  the appropriate --
12    A.  I don't really know how many
13  times she called.  I called every week,
14  and she said they hadn't never sent her
15  what she needed.
16    Q.  Okay.  And after she would tell
17  you that, you would call Dr. Howorth?
18    A.  Yeah.
19    Q.  And Dr. Howorth would say,
20  "Well, we already sent everything"?
21    A.  "We've sent everything we've
22  got."
23    Q.  And then you would do what, call

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 77

1  her back.
2     A.  Call her back.  And she'd say
3  they still ain't got everything.  I don't
4  know why she kept doing it.
5     Q.  Okay.  All right.
6     A.  All I know, I wasn't sleeping in
7  the daytime, and I was up there working
8  all night long in pain for a long time.
9     Q.  And you didn't have the
10 opportunity to go and physically get
11 records from Dr. Howorth and mail them
12 yourself; right?
13    A.  Huh-uh (negative).
14    Q.  Is that no?
15    A.  No.  Because his secretary told
16 me -- said that she would try to send
17 them everything she could.
18    Q.  Do you remember his secretary's
19 name?
20    A.  Oh, no.
21    Q.  Was it Amy?
22    A.  Yeah, I think it was Amy.
23    Q.  Now, did you ever call

Page 78

1  Ms. Howorth -- not Ms. Howorth --
2  Ms. Heppes on November the 8th, 2004, and
3  tell her that you did not want to do any
4  physical therapy until after surgery?
5     A.  Yes, I did.  I told her that
6  Dr. Howorth said you can't rehabilitate
7  something that ain't been fixed.  And she
8  said, "We thought you could rehabilitate
9  it first."  I said, "You can't if it
10 ain't been fixed."
11    Q.  Okay.  So, how did you find out
12 that you were being told to go to
13 physical therapy before the surgery?
14    A.  She called -- she called my
15 mother-in-law before I could even get
16 back home.  He done had me scheduled for
17 surgery, and she called and cancelled it
18 and wanted me to do therapy.  And I
19 called her back and told her there's no
20 way I can therapy something that's tore
21 up.  She said, "Well, you're true about
22 that too."
23    Q.  I didn't hear that part.

Page 79

1     A.  She said, "You're true on that
2  too I guess."  I said, "I'm not going to
3  let them hurt my shoulder worser until
4  they fix it."  She said, "I understand."
5     Q.  Okay.  So, you talked to her on
6  the 27th and then the following week.  I
7  don't remember what the date of that week
8  was.  But the following week, you talked
9  to her, and you had talked back and forth
10 with her and Dr. Howorth; right?
11    A.  Uh-huh (affirmative).
12    Q.  Okay.
13    A.  He was wanting to do it, and she
14 was prolonging it.
15    Q.  Why do you think she was
16 prolonging it?
17    A.  I don't know.  I couldn't figure
18 it out.
19    Q.  Do you think that she was
20 intentionally trying to hurt you?
21    A.  I told her I was in excruciating
22 pain.  I said, "Look.  I've been this way
23 for nearly 63 days."  I said, "I need

Page 80

1  surgery."  I said, "This is killing me."
2  She said, "I understand.  But we ain't
3  got the right paperwork."
4     Q.  But do you think that she was
5  intending to cause you any harm?  You
6  don't think she was doing that, do you?
7     A.  I tried to explain it to her.  I
8  said, "It's killing me.  I don't sleep in
9  the daytime, and I have to come up here
10 at night because y'all don't want to pay
11 me workman's comp."  And I said, "I'm in
12 excruciating pain."
13    Q.  But you don't think that she was
14 doing anything intentionally, do you?
15    MR. TINNEY:  I'm going to object
16 and really instruct him not to answer
17 that because you're asking for a mental
18 operation on the part of Victoria, and he
19 would have no way to know what she was
20 intending and not intending.  That's the
21 mental operation on her part.
22    Q.  (By Mr. Brown)  Based on the
23 conversations, did you formulate any of

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 81

1  your own opinions on what she meant or
2  what she intended?
3      A.  I didn't know what she intended
4  to do.
5      Q.  Okay.
6      MR. BROWN:  Let's certify that
7  first question, please.
8      THE WITNESS:  I was just begging
9  and pleading.
10     MR. TINNEY:  You answered the
11 question, Steve.
12     Q.  (By Mr. Brown)  That's fine.
13     Are you critical of the
14 treatment that Dr. Shirah did for you?
15     A.  No.  He was just treating me for
16 what he thought it was.
17     Q.  Okay.  And you thought that it
18 was okay to go to Dr. Shirah before --
19     A.  That's who they told me to go
20 to, so I didn't, you know, have no
21 choice.
22     Q.  Okay.  Okay.  All right.  Now,
23 the next week was November the 1st

Page 82

1  through November the 5th.  Those were the
2  business days.  I was looking at a
3  calendar, so if you would trust me on
4  that.  Did you talk to her between
5  November 1st and November 5th,
6  Ms. Victoria?
7      A.  I can't remember whether I did
8  or not.
9      Q.  Okay.
10     A.  I talked to her lots.
11     Q.  Okay.  How about during the week
12 of November the 8th through November
13 12th, do you recall any conversations
14 with her?
15     A.  I might have.  I'm not sure.  I
16 couldn't guarantee it.
17     Q.  Okay.  But you don't recall.
18 When you're describing to me your
19 conversations, you don't recall the
20 specific days?
21     A.  No, I can't remember the
22 specific days.
23     Q.  And you don't recall the

Page 83

1  specific number of times that y'all
2  talked?
3      A.  No, but it was several.
4      Q.  Okay.  Do you think it was more
5  or less than five?
6      A.  Oh, it was more.
7      Q.  Okay.  Do you think it was more
8  or less than ten?
9      A.  I imagine it was more.
10     Q.  More than ten?
11     A.  Yeah.
12     Q.  Okay.
13     A.  Because every week, I'd call her
14 and ask her when could they do it, when
15 can I get my surgery.
16     Q.  And she was telling you as soon
17 as Dr. Howorth send us the stuff, and
18 then you were calling the doctor, and the
19 doctor said I sent it.  And it seems like
20 there was just a lot of confusion?
21     A.  A lot of confusion, and I was
22 the one suffering in pain.
23     Q.  Okay.  Something going on

Page 84

1  between the doctor's office and CMI?
2      A.  Yeah.
3      Q.  And that was the reason you
4  weren't getting your surgery?
5      A.  That's right.
6      Q.  Okay.  And CMI was saying, "he
7  hasn't done what we asked him to do," and
8  he was saying, "I have done what they
9  asked me to do," and all that kind of
10 stuff; right?
11     A.  Yeah.
12     Q.  Do you know if Ms. Heppes had
13 any communication with Dr. Shirah or how
14 many times -- not Shirah -- Dr. Howorth's
15 office?
16     A.  I'm pretty sure she called them
17 because she said she called them to make
18 sure she got what she needed sent to her.
19     Q.  And do you have any kind of
20 evidence or know the specific number of
21 times or the days that those phone calls
22 occurred?
23     A.  I couldn't tell you that.

21  (Pages 81 to 84)

# FREEDOM COURT REPORTING

Page 85

1   Q.  All right.  And during all this
2  time, I think you said you were at home
3  during the day and couldn't sleep?
4   A.  I couldn't sleep because I was
5  hurting.
6   Q.  And you were still going to work
7  at night?
8   A.  They was making me come up there
9  every night.  I couldn't take my pain
10  medicine because it would make me so
11  sleepy and drowsy, so I was just stuck.
12   Q.  Okay.  Did you have
13  conversations with anybody other than
14  Ms. Heppes out at CMI about that surgery?
15   A.  She was the only one.
16  Ms. Victoria took care of all that.
17   Q.  And after Dr. Howorth told you
18  that he wanted to do surgery, and she was
19  telling you that they were waiting for,
20  you know, information and all that, did
21  you have any conversations with anybody
22  at the store about what was going on?
23   A.  Yeah.  I talked to Rhonda and

Page 86

1  some of the management and everything and
2  told them how I was displeased with it
3  because they wouldn't, you know, give me
4  my surgery.
5   Q.  Okay.  And what did they tell
6  you?
7   A.  They said that it was out of
8  their hands, that workman's comp had to
9  take care of it.
10   Q.  Okay.  Rhonda, was that Rhonda
11  Walker?
12   A.  Rhonda Walker.  She even
13  called -- she even called her one time.
14   Q.  She called CMI?
15   A.  Called Victoria one time.
16   Q.  Were you there when she called
17  them?
18   A.  No.  She told me she'd call her
19  to find out what the problem was.
20   Q.  Did she ever tell you what the
21  problem was or what she had found out?
22   A.  She just said they didn't have
23  the right paperwork.

Page 87

1   Q.  Okay.  Anybody else at the store
2  other than Ms. Rhonda?
3   A.  As far as I know, nobody else
4  did.
5   Q.  Do you remember talking to
6  Charlotte Woody about it?
7   A.  Charlotte might have called her
8  some.
9   Q.  But you don't know?
10   A.  I don't know.
11   Q.  How about Mr. Cheatwood?
12   A.  Chris Cheatwood.
13   Q.  Do you know if he ever called
14  for you?
15   A.  No.  He wasn't there very long.
16  He transferred.
17   Q.  Okay.  So, at the store, the
18  only people you would have had
19  communications with were Rhonda Walker
20  and Charlotte Woody?
21   A.  Charlotte Woody.
22   Q.  All right.  And they were always
23  fine to you, weren't they?

Page 88

1   A.  Yeah.
2   Q.  Okay.  And Ms. Heppes -- you
3  know, you talk about conversations with
4  her.  Was she ever mean to you or rude?
5   A.  She got kind of rude on the
6  phone a couple of times.
7   Q.  Okay.  Did she ever tell you
8  things like, you know, leave me alone or
9  stuff like that?
10   A.  No.  She just said we're trying
11  to do it as fast as we can.  I said, "But
12  you're killing me in same process."
13   Q.  Okay.  So, was -- did you think
14  that maybe she was just frustrated that
15  she --
16   A.  I don't know.
17   Q.  Okay.  That's fine.
18   A.  I don't know.
19   Q.  And the only person that you can
20  remember talking to at Dr. Howorth's
21  office was Amy?
22   A.  Secretary.
23   Q.  You think it was Amy?

22  (Pages 85 to 88)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 89

1    A.  Yeah, I think her name was Amy.
2    Q.  Did they say anything about what
3  was taking CMI so long?  Did they tell
4  you anything?
5    A.  They couldn't tell me.  They
6  said they didn't know why they was
7  holding up.  They said, "Dr. Howorth
8  wants you in surgery, and we don't know
9  what the hold up is on it."
10    Q.  Okay.  And how many times did
11  Ms. Heppes tell you that she wanted to
12  have another opinion?
13    A.  I called her about at least once
14  a week, and she said that she needed two
15  more doctors to look at it.  I said, "You
16  done got Dr. Shirah and Dr. Howorth."  I
17  said, "Who else do you need?"  You know,
18  she said they had two more company
19  doctors that they wanted to look at it.
20    Q.  Did she tell you who the company
21  doctors was?
22    A.  She didn't tell me who no doctor
23  was.

Page 90

1    Q.  And she didn't tell you if she
2  wanted you to go be seen by somebody
3  else?
4    A.  Nobody besides Howorth.
5    Q.  So, do you know whether she just
6  wanted to have the records reviewed by
7  somebody?
8    A.  She just kept saying she didn't
9  have the proper paperwork.
10    Q.  Okay.
11    A.  Kept putting it off.
12    Q.  Do you know when Dr. Howorth
13  finally -- strike that.
14        Do you know when Dr. Howorth
15  actually sent the surgery requests to
16  CMI?
17    A.  I don't know exactly when he
18  sent it.  It had to be from the first
19  time I seen him until within 30 -- it was
20  about 30 days after that before I had
21  surgery.
22    Q.  Okay.  And was it your
23  understanding that they had to have some

Page 91

1  kind of a request or an authorization
2  from the doctor before they could
3  schedule the surgery?
4    A.  I don't know.  I don't really
5  know what the problem was.  She just kept
6  saying they didn't have the right
7  paperwork and they needed the MRI.
8    Q.  And you assumed that Dr. Howorth
9  sent the paperwork?
10    A.  Yeah.  He told me.  I called his
11  office.  He said, "We sent them
12  everything we've got."
13    Q.  Now, when did you find out --
14  what day was it that you found out that
15  the surgery had actually been approved?
16    A.  They called me on a -- I think
17  it was Wednesday and told me they wanted
18  me in there on that Monday, I think.
19    Q.  And on the day they called you,
20  they called you at home; right?
21    A.  Uh-huh (affirmative).
22    Q.  And was that Ms. Victoria?
23    A.  Victoria, she had already

Page 92

1  approved it.  She finally approved it.
2    Q.  And did she tell you that they
3  had finally gotten the paperwork from the
4  doctor?
5    A.  Finally.
6    Q.  Okay.  And so they approved it?
7    A.  Then I had to go down on Friday
8  and get preadmitted and then go back
9  Monday for surgery.
10    Q.  All right.  And that was at
11  Russell Hospital?
12    A.  Russell Hospital.
13    Q.  Okay.
14    A.  Alex City.
15    Q.  So, you recall that she called
16  you one day, you went to the hospital the
17  next day to get preregistered or fill out
18  some paperwork?
19    A.  Yeah.  Because they called me
20  and told me to get all my --
21  preregistered and everything on Friday
22  and be ready to have surgery on Monday.
23    Q.  And then you had the surgery on

23  (Pages 89 to 92)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 93

1    Monday?
2        A.   On the 29th.
3        Q.   So, if the records from Russell
4    Hospital show that you went in there on
5    the 26th, you don't have any reason to
6    doubt that, do you?
7        A.   No.  I just went down there and
8    got preadmitted on a Friday.  And then
9    there was Saturday and Sunday in between,
10   and then I had surgery on Monday.
11       Q.   Is that your signature there?
12       A.   Yes, it looks like my signature.
13       Q.   Okay.  This is just a
14   preadmission sheet from Russell Hospital.
15           And was the surgery inpatient?
16   Did you have to spend the night in the
17   hospital?
18       A.   Oh, they had me out of there
19   that evening.
20       Q.   Okay.
21       A.   I was still -- I was still under
22   the influence of stuff.  I didn't even
23   know where I was at.  My son had to tote

Page 94

1    me to the car.  They wanted me out of
2    there as quick as possible.
3        Q.   Did they get you in real early?
4        A.   Yeah.  I was in there, I think,
5    around 9:00 or 10:00.  They had me out of
6    there by 3:00 o'clock.  I don't even
7    remember leaving there.  I had to stop
8    and throw up on the side of the road.
9        Q.   That stuff was making you --
10       A.   Yeah.  The anesthesiologist even
11   had to walk --
12       Q.   -- making you nauseated?
13       A.   Yeah.  My son had to tote me to
14   the car.  They didn't want me in there no
15   longer than what they had to.
16       Q.   Okay.  And did Ms. Heppes --
17   Ms. Victoria, did she call you at home
18   and tell you that the surgery was being
19   scheduled?
20       A.   I can't even remember if she
21   called me or Dr. Howorth called me.  One
22   of -- I can't remember which one called
23   me.  I think Amy called me and told me I

Page 95

1    needed to be preadmitted on that Friday
2    and he wanted surgery on that Monday
3    morning.  Then I think -- I think that's
4    the way it happened.  So, I had to make
5    two trips down there Friday and then go
6    back and be admitted on Monday.
7        Q.   How long does it take to get
8    from your house to Alexander City?
9        A.   It's about -- I had to keep up
10   with my mileage.  It was 46 miles down
11   there and 46 miles back.
12       Q.   Now, the surgery was paid for by
13   comp?
14       A.   Yeah.
15       Q.   You never got a bill?
16       A.   Oh, yeah, I got several bills.
17       Q.   But you sent it --
18       A.   I took it to Wal-Mart, and they
19   took care of it.  They sent them to me,
20   though.  But I took it to Wal-Mart, and
21   they eventually paid it.
22       Q.   Nobody ever brought suit?
23       A.   They sent me one for the

Page 96

1    anesthesiologist.  I had to call them
2    about that.  And I had to call
3    Ms. Victoria, and she said she'd take
4    care of it.  It took them a while before
5    they paid that.  They sent me another
6    bill.
7        Q.   But it -- you didn't get sued by
8    anybody?
9        A.   No.  Eventually, they paid them.
10       Q.   Okay.  Now, you talked to
11   Ms. Victoria on the day after your
12   surgery; right?  Do you remember that?
13       A.   I can't remember if I did or
14   not.  It would have had to have been on
15   the 30th of the month.  Well, I got
16   surgery on the 29th.  It was on a Monday.
17   I might have did.  I'm not for sure it's
18   been so long.
19       Q.   Okay.  But you told them that
20   you had had the surgery?
21       A.   Yeah.
22       Q.   Do you remember a phone call,
23   though, where somebody called and said,

24  (Pages 93 to 96)

# FREEDOM COURT REPORTING

Page 97

1  "Okay. You were scheduled for surgery.
2  Did you actually get it done"?
3      A. Yeah.
4      Q. Okay.
5      A. And the next question was, "When
6  are you starting therapy?" I said, "the
7  next week."
8      Q. Okay. And the doctor wanted you
9  to stay out of work for about two months?
10     A. I was out a week.
11     Q. A week?
12     A. Yeah. I was out a week, and
13  they made me go back.
14     Q. Who is "they"?
15     A. The doctor told me I could go
16  back just as long as I kept my arm in a
17  sling and didn't use it.
18     Q. Okay. And that was --
19     A. Howorth.
20     Q. And that was on December the 8th
21  when you went back to Dr. Howorth; right?
22     A. Uh-huh (affirmative).
23     Q. Okay. Now, before you went to

Page 98

1  Dr. Howorth, you actually went to your
2  first physical therapy appointment on
3  like the day after or two days after the
4  surgery, didn't you?
5      A. Yeah. I had surgery on Monday,
6  and I started therapy, I think, on
7  Wednesday. I went Wednesday and Friday.
8      Q. All right.
9      A. They wanted me to start therapy
10  just as quick as possible.
11     Q. Okay. And were you wearing one
12  of those funny slings too?
13     A. Yeah.
14     Q. Did anybody -- did Ms. Victoria
15  ever call you and tell you to go to
16  physical therapy? How did you find out
17  you needed to go to physical therapy?
18     A. Dr. Howorth told me after I had
19  surgery that he wanted me to start
20  therapy the next following Wednesday, I
21  think. I had surgery on Monday. He
22  wanted me in physical therapy by
23  Wednesday, two days later.

Page 99

1      Q. But how did you know to go to
2  the -- is it Lake Martin Physical
3  Therapy?
4      A. He's in the same building with
5  Dr. Howorth right across the hall.
6      Q. Okay. And that's --
7      A. Dr. Mark Staples, I think.
8      Q. All right. And on the date of
9  your first visit to physical therapy, you
10  said the pain was a five on a scale of
11  one to ten; is that right?
12     A. Oh, it was hurting.
13     Q. And you went back to Dr. Howorth
14  on December the 8th, and that's when he
15  told you that you could go back to work
16  on light duty?
17     A. Yeah.
18     Q. Going back to being a --
19     A. So, I was staying up all night
20  and going to Alex City twice a week doing
21  physical therapy.
22     Q. Okay. Did you ask the doctor to
23  keep you out of work longer?

Page 100

1      A. No. He just told me to go back
2  just as long as I didn't use that one
3  arm. Just as long as I don't hurt that
4  arm whatsoever.
5      Q. All right. All right. After
6  that visit on December the 8th, you were
7  still going to physical therapy?
8      A. Yeah. I would try to -- if I
9  had to see him, I would try to schedule
10  it while I was already down there.
11     Q. Okay. And he wanted you to
12  continue with your physical therapy?
13     A. Yeah. I done it for two and a
14  half months.
15     Q. And you went to physical therapy
16  on the 8th, and then you went on the 9th;
17  isn't that right? Again, did you go two
18  days back to back? Do you remember?
19     A. Seems like I did when I first
20  started. And then I scheduled it for,
21  you know, to skip a day in between
22  because I had to work every night. I
23  couldn't go every day. So, I had to do

25  (Pages 97 to 100)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 101

1   it on Wednesday and maybe go again on
2   Friday.
3       Q.  All right.  Then on December --
4   I'm sorry.  I think it was December the
5   10th that says you went back to physical
6   therapy the second or the third time to physical
7   therapy.  Does that sound about right?
8       A.  I went the whole month of
9   December and January and half of
10  February.
11      Q.  And was physical therapy helping
12  you at all?
13      A.  Oh, man, it was hurting me.  It
14  was killing me.
15      Q.  But was it helping you with pain
16  at home?
17      A.  When I'd leave out from down
18  there, I'd be hurting so bad, I couldn't
19  even sleep.  I told Dr. Howorth it was
20  hurting me worse than it was helping me.
21  So, he finally stopped it after two and a
22  half months.
23      Q.  And would the pain get any

Page 102

1   better?
2       A.  Because they x-rayed it.  He
3   said one of my screws had moved and was
4   scrubbing my shoulder bone.
5       Q.  And did he tell you why one of
6   the screws had moved?
7       A.  He said the only thing he could
8   do is he might have to go back in and
9   rescope it or give me Cortisone.  That
10  was all he could do.
11      Q.  Okay.  You hadn't had another
12  surgery, have you?
13      A.  Huh-uh, not besides the leg and
14  the heart.
15      Q.  I understand.  But nothing else
16  on your shoulder?
17      A.  Huh-uh (negative).
18      Q.  Do you remember the first day
19  you went back to work?  Was it like
20  December the 12th?
21      A.  I can't remember exactly.  I had
22  surgery on the 29th, and he told me to
23  take off a week.  I can't remember

Page 103

1   exactly what day it was.
2       Q.  And the time that you were off,
3   that's when you got that second check for
4   $60 or whatever it was?
5       A.  Yeah.  That's when I had the
6   surgery.  They sent me a check for $60.
7   I laughed.
8       Q.  Went back to Dr. Howorth again
9   on December the 29th.  Does that sound
10  right?
11      A.  I went to how many times, I
12  don't know exactly how many times I did
13  go.  I went to him at least once a week
14  or once every two weeks in between
15  therapy.
16      Q.  But if you visited with him on
17  the --
18      A.  I can't remember exact dates.
19      Q.  Well, if you visited with him on
20  the 8th, and he says come back in three
21  weeks for an assessment, you would make
22  your appointment before you left the
23  office; right?

Page 104

1       A.  Yeah.
2       Q.  So, you'd leave the office with
3   a little appointment card?
4       A.  Yeah.
5       Q.  Okay.  So, then, if you went
6   back on December the 29th, that said
7   "follow up for your rotator cuff, wounds
8   are clean."  Continue -- he put you on
9   Celebrex at that time for --
10      A.  Yeah.
11      Q.  -- discomfort?
12      A.  Uh-huh (affirmative).
13      Q.  Kept on going to physical
14  therapy?
15      A.  Kept on going to physical
16  therapy.
17      Q.  If he told you to come back in
18  three weeks, would you have made your
19  appointment before you left the office?
20      A.  Yeah, I always did.
21      Q.  Between the two visits on the
22  8th and the 29th during that 21-day
23  period, do you remember if you had any

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 105

1 conversations with Ms. Victoria?
2     A.  After I got surgery, I didn't
3 hardly ever call her back anymore.  Until
4 I got surgery, I was calling her every
5 week, begging her to get me surgery.
6     Q.  But then after the surgery, you
7 were going to therapy, and you were going
8 to the doctor?
9     A.  Yeah, I was going to the doctor
10 and therapy twice a week.
11     Q.  Okay.  And then going to work
12 every night?
13     A.  Going to work every night.
14     Q.  And do you know how many more
15 conversations you had with her after
16 that?
17     A.  It wasn't many.
18     Q.  Okay.  And did you have any
19 conversations with her after the surgery
20 that were not good conversations?  Did
21 y'all --
22     A.  We had one.  I was in the office
23 at Wal-Mart.  And we had one because I

Page 106

1 told her how bad I was in pain.  I said,
2 "Y'all are killing me."
3     Q.  That's after the surgery?
4     A.  That's before the surgery.
5     Q.  Okay.  I was talking -- I'm
6 sorry.
7     A.  We didn't have any trouble after
8 I got the surgery, you know.
9     Q.  You didn't have any problems
10 with her after the surgery?
11     A.  Huh-uh (negative).
12     Q.  When you had the conversation
13 with her at the store, was there anybody
14 else in the room?
15     A.  Rhonda Walker was sitting in
16 there because she thought I was fixing to
17 pass out my blood pressure had done shot
18 up so high.
19     Q.  Did you go to the doctor?
20     A.  Yeah.  That's when -- I had done
21 made my appointment with Dr. Bill
22 Caypless.  That's the reason they had to
23 put me on blood pressure and cholesterol

Page 107

1 medicine.  I done got in bad shape.
2     Q.  So, did you go see Dr. Caypless?
3 That's at Woodland; is that right?
4     A.  Woodland, uh-huh.
5     Q.  Did you go to him and get on
6 that medication before you had the
7 shoulder surgery?
8     A.  No.  I wasn't on any kind of
9 medication until I had surgery.  After I
10 had surgery, that's when I had to start
11 medication.
12     Q.  Okay.  But you had the
13 conversation where your blood pressure
14 shot up high before the surgery?
15     A.  Yeah.  When I was getting
16 preadmitting, that woman -- she done a
17 heart thing on me down there because she
18 was worried I was going to have a stroke
19 because it was running 150 over 100.  She
20 didn't even want to let me leave the hospital
21 that day.  She said, "You need to get in
22 here Monday and get this done."
23     Q.  That was at Russell Hospital?

Page 108

1     A.  Uh-huh (affirmative).  She
2 didn't even want to let me go home.  She
3 was scared I was going to have a stroke.
4     Q.  Did you tell her you were okay?
5     A.  She made me lay down and done
6 some kind of test on me.  She said, "You
7 need to get to your regular doctor and
8 get you some blood pressure medicine
9 now."
10     Q.  And you didn't get on blood
11 pressure medicine until after the
12 surgery?
13     A.  After the surgery, I had to go
14 on blood pressure and cholesterol
15 medicine too.  Both of them was out of
16 sight.
17     Q.  Did they tell you what your
18 cholesterol was?
19     A.  He told me, but I couldn't tell
20 you.  Bill Caypless could tell you.
21     Q.  But that's just from heredity
22 and --
23     A.  Yeah.

27 (Pages 105 to 108)

# FREEDOM COURT REPORTING

Page 109

1    Q.  -- maybe eating too much fried
2  food?
3    A.  He just told me that me being in
4  pain for so long is the reason it went up
5  like that. He said, "You're probably
6  going to have it the rest of your life."
7    Q.  Okay. So, Dr. Caypless told
8  you --
9    A.  Told me that --
10   Q.  -- that pain made your --
11   A.  -- pain can make your blood
12  pressure shoot up.
13   Q.  I understand blood pressure. I
14  was asking did he say that the pain made
15  your cholesterol go up?
16   A.  That's what he said. He said
17  between all the pain I went through, my
18  cholesterol was out of sight, and my
19  blood pressure was out of sight too. I
20  check it pretty regular. It runs high
21  every day.
22   Q.  Has the doctor told you that you
23  need to quit smoking?

Page 110

1    A.  Oh. They're all going to tell
2  you that.
3    Q.  Bear with me a minute, please.
4        When you went the day to take --
5  to get your surgery done on the 29th, did
6  they give you anything for your blood
7  pressure?
8    A.  Huh-uh (negative). It was high
9  that day too.
10   Q.  All right. We had last talked
11  about your December 29th visit with
12  Dr. Howorth; right?
13   A.  Uh-huh (affirmative).
14   Q.  Okay. And after that visit,
15  your next visit was about three weeks or
16  January 19th up there at the top. You
17  don't disagree with that?
18   A.  I can't remember.
19   Q.  Up there at the top.
20   A.  I went to him the whole month of
21  December and January and February
22  before --
23   Q.  Well, between the two visits, do

Page 111

1  you remember any conversations with
2  anybody at CMI, Ms. Victoria or anything
3  like that?
4    A.  Not offhand.
5    Q.  Okay. Do you remember if you
6  had talked to anybody at the store about
7  your shoulder?
8    A.  No. Everybody just asked me how
9  I was doing.
10   Q.  Okay. But that was just saying
11  "Are you feeling better"?
12   A.  Yeah. Just asked me how I was
13  doing basically.
14   Q.  And when you saw Dr. Howorth on
15  the 19th, he said that he felt like your
16  range of motion at that time was pretty
17  good and that you had 80 percent range of
18  motion. Did y'all discuss that?
19   A.  I don't remember that.
20   Q.  Okay.
21   A.  He just told me that if he could
22  have lasered it back, it would have been
23  better. Since he couldn't laser it and

Page 112

1  had to put pins in it, he said, it
2  wouldn't never be right.
3    Q.  Why couldn't he laser it back?
4    A.  Because it was tore so -- it
5  done sagged -- it had pulled and
6  stretched so far from taking so long
7  about getting it done, that he had to
8  pull them up and put pins in them besides
9  lasering it.
10   Q.  And when did he tell you that?
11   A.  The day when I come out of
12  surgery, he said, "I had to put pins in
13  them. I couldn't do, you know, the laser
14  because it was stretched too bad."
15   Q.  And he said it was stretched too
16  bad --
17   A.  Yeah.
18   Q.  -- because you had waited so
19  long to have the surgery?
20   A.  Because I had waited so long to
21  get surgery.
22   Q.  Okay. We're talking over each
23  other.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 113

1    A.  Yeah.
2    Q.  Let me finish my question, and
3   I'll let you finish your answer.
4        And that was the day you were at
5   the hospital before you left to come
6   home?
7    A.  Yeah.
8    Q.  And did he tell you that your
9   outcome would have been better --
10    A.  Oh, yes.
11    Q.  -- if you had had surgery --
12    A.  Earlier.
13    Q.  Okay.  When did he tell you that
14  you should have had surgery by?
15    A.  He wanted me to do it on
16  November the 1st.  That was on that
17  Wednesday when I seen him.  He wanted me
18  in there on that Monday, and they denied
19  it.
20    Q.  Did he tell you --
21    A.  28 more days.
22    Q.  Did he tell you that if you had
23  had surgery on the 1st, that he would

Page 114

1   have been able to fix it with a laser?
2    A.  Yeah.
3    Q.  Between November the 1st and the
4   day you had the surgery, did you do
5   anything with your shoulder other than
6   keep it in a sling?
7    A.  Kept it in a sling, that's it.
8    Q.  Did you try to move it at all?
9    A.  I couldn't it was hurting so
10  bad.
11    Q.  You use it at work?
12    A.  Huh-uh (negative).
13    Q.  So, you walked around in a
14  sling?
15    A.  In a sling, just using one hand.
16    Q.  How many times did he tell you
17  that the surgical outcome would have been
18  better if you would have had the surgery
19  earlier?  Did he ever tell you that --
20    A.  That day when I left the
21  hospital.  He said if he'd done it
22  earlier, he could have fixed it a lot
23  easier.

Page 115

1    Q.  And is that the only time he
2   told you --
3    A.  And then when I start back going
4   to him, they'd x-ray every time to see if
5   the screws and everything -- but one of
6   them had moved, and it was scraping my
7   bone.
8    Q.  And he told you that this screw
9   had moved because --
10    A.  Yeah, one of them had moved.
11    Q.  He told you that it had moved
12  because of physical therapy?
13    A.  I guess.  That's the only thing
14  I could figure out that made it move.
15    Q.  But he didn't tell you what made
16  it move?
17    A.  No.  He just said one of them
18  had -- he x-rayed it.  And he just said
19  one of them looked like it had shifted
20  and was scraping my bone in there.  He
21  said, "All I can do is give you
22  Cortisone."
23    Q.  Okay.  After you saw Dr. Howorth

Page 116

1   on the 19th -- and his note indicated
2   that you were doing okay with physical
3   therapy.  Did you feel like the physical
4   therapy was doing you --
5    A.  I kept telling him it was
6   hurting me every time I was doing it.
7    Q.  Did you think it was improving
8   you, though?
9    A.  Huh-uh, it was popping.  It was
10  hurting.  I was hurting worser when I
11  left there than I was when I went in.
12    Q.  Okay.  Did you ever tell anybody
13  that you --
14    A.  I told Mark, the one that was
15  doing the therapy.  He went over there
16  and talked to Howorth and told him it was
17  just popping and cracking, popping and
18  cracking.
19    Q.  Okay.  Did you ever tell anybody
20  that you felt like physical therapy was
21  helping you?
22    A.  It wasn't.  It was hurting.
23    Q.  All right.  I understand.  I

29 (Pages 113 to 116)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 117

1  understand, but I'm not sure that I'm
2  understanding the answer to my question.
3  Did you ever tell anybody, Dr. Howorth or
4  Ms. Victoria or anybody --
5      A.  I told Dr. Howorth that it was
6  hurting worse than it was doing any good.
7      Q.  Okay.  Did you ever tell
8  Dr. Howorth that physical therapy was
9  helping?
10     A.  No, I never did tell him it was
11  helping me.
12     Q.  Okay.  Did you ever tell
13  Ms. Victoria that physical therapy was
14  helping?
15     A.  No.  She just asked me was I
16  doing it, and I told her, "Yeah, I was
17  trying to do the best I could with it."
18     Q.  Okay.  So, it's your testimony
19  that physical therapy never was helpful
20  to you?
21     A.  Huh-uh.  It was hurting me worse
22  than it did anything else.  I don't know
23  whether it was the screws in it or what,

Page 118

1  but it was hurting.
2      Q.  And Dr. Howorth kept you going
3  to physical therapy?
4      A.  For two and a half months.
5      Q.  Okay.  Did you ever ask
6  Ms. Victoria to make them stop physical
7  therapy?
8      A.  No.  I just asked him, and he
9  stopped it.  He called over and told Mark
10  if it's hurting him worse than it's doing
11  him any good, we'll just stop it.
12     Q.  Okay.  All right.  After January
13  the 19th, you went back and saw
14  Dr. Howorth on February the 8th.  Do you
15  have any recollection of those specific
16  visits?
17     A.  Nothing besides he'd x-ray it
18  every time I'd go.  And that's about it.
19  He just x-rayed it.
20     Q.  Did you ever tell him that you
21  were only having a little bit of pain?
22     A.  No.
23     Q.  Did you ever tell him that the

Page 119

1  pain was reduced because of physical
2  therapy and since your previous visits?
3      A.  I don't understand what you're
4  saying here.
5      Q.  Did you ever tell Dr. Howorth
6  that physical therapy was making the pain
7  less?
8      A.  No.  I told him it was making it
9  worse.
10     Q.  Okay.  And he was keeping you on
11  light duty --
12     A.  Yeah.
13     Q.  -- at work?
14     A.  I was still using one arm.  I
15  couldn't pick up nothing with this one
16  (indicating).
17     Q.  Now, were you taking pain
18  medication the whole time?
19     A.  Well, what Dr. Shirah give me.
20  And then he was giving me some.  I think
21  it was Darvocet.
22     Q.  "He" being Dr. Howorth?
23     A.  Howorth.  After I had surgery,

Page 120

1  he give me Darvocet for a while there.
2      Q.  Okay.  And after you -- do you
3  remember how many pills he gave you or
4  tablets?
5      A.  About 20 at a time, I think.  It
6  wasn't many.
7      Q.  Did you get several
8  prescriptions?
9      A.  Oh, yeah.
10     Q.  Where did you have your
11  prescriptions filled?
12     A.  Wal-Mart.  They paid for it.
13     Q.  Okay.
14     A.  As long as I was in therapy, I
15  had to have something for pain.
16     Q.  Was there ever a period of
17  time -- well, let met ask it this way:
18  So, while you were actually going to
19  physical therapy, did you take pain
20  medication continuously?
21     A.  I had to try to take it where I
22  could get some sleep to go to work.
23  That's the only way I could do it.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

# FREEDOM COURT REPORTING

Page 121

1    Q.  During the time that you were
2  going to physical therapy, was there ever
3  a time period of weeks, days, where you
4  didn't take pain medication?
5    A.  I took one every day.  That's
6  the only way I could get a little bit of
7  sleep where I could work.  I had to.
8    Q.  Do you remember what he was
9  giving you for the pain?
10    A.  Well, one time it was Lortab.
11  And then he changed it to Darvocet.  You
12  know, because Lortab wasn't doing too
13  good, so he said, "Well, I'll give you
14  Darvocet."  And then one time, he give me
15  something else.  I can't remember what
16  the name was.  He give me another
17  different kind one time.
18    Q.  And while you were going to
19  Dr. Howorth and working light duty,
20  that's when you started having all the
21  problems with your legs, and that's when
22  you went to your other doctor?
23    A.  Other doctor.

Page 122

1    Q.  All right.  Now, that wasn't
2  covered by comp, was it?
3    A.  Huh-uh, my wife had to pay that
4  with her insurance.
5    Q.  Okay.  And you're fine with
6  that, right, because that's not -- you
7  don't think that's related to your
8  shoulder injury, do you?
9    A.  No.  He just couldn't find no
10  circulation in my legs.
11    Q.  And it was in about March that
12  you decided -- that he told you that you
13  could stop physical therapy; is that
14  right?
15    A.  Yeah.  After I went and had the
16  stint and artery and everything put in,
17  he told me to just go ahead and just stop
18  the therapy.
19    Q.  Did he tell you that he wanted
20  to start it back up sometime later on?
21    A.  No, he never did say.  He said
22  we'll just stop it because I told him it
23  was hurting me worse than it was helping.

Page 123

1    Q.  And you had two surgeries in
2  March, one to your heart and one to your
3  leg?
4    A.  Yeah.
5    Q.  Ten days apart?
6    A.  One, I think, was on the 4th.  I
7  think the other was on the 14th, I think.
8    Q.  Were you having -- tell me how
9  your shoulder was hurting you after the
10  fact.
11    A.  After I had the surgery?
12    Q.  Yes, sir.
13    A.  It was just excruciating pain.
14  It feels like something scrubbing in
15  there all the time.  And there's a
16  certain way I can move it, and it just
17  pops.  It will just pop.  And I can't
18  raise it up.
19    Q.  And physical therapy was making
20  it worse and never did help it?
21    A.  No, it wasn't helping at all.
22  Mark said he hadn't never seen anybody
23  like that.  It was just popping and

Page 124

1  cracking every time he tried to move it.
2  It was just popping, cracking, popping,
3  cracking.  I'd nearly jump off the bed
4  sometimes it was hurting so bad.
5    Q.  You did -- you wanted to jump
6  off?
7    A.  Yeah.  It was hurting so bad
8  sometimes, I nearly about jumped off the
9  bed.
10    Q.  Okay.  Oh.  I would hurt so
11  bad --
12    A.  Yeah.
13    Q.  -- it would make you almost
14  jump --
15    A.  Yeah.
16    Q.  I thought you were talking about
17  wanting to jump off the bed.
18    A.  A certain way he'd try to move
19  my shoulder, it would pop.  Boy, I'd
20  nearly about come off the bed.
21    Q.  And the bed being the table?
22    A.  The table he was doing physical
23  therapy on.

31  (Pages 121 to 124)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 125

1    Q.  Okay.  You have to forgive me.
2  I was thinking about my children jumping
3  on the bed, and I was wondering why --
4    A.  And he had a lady helping him.
5  You know, she vouched for the same thing.
6  She said, "I ain't never seen one pop
7  like that."  They couldn't figure it out
8  either.  He even went over there and
9  talked to Howorth, and Howorth said he
10  couldn't figure it out.
11    Q.  All right.  And the last time
12  you went to see Dr. Howorth was in May of
13  2005; right?
14    A.  Yeah.  He give me a Cortisone
15  shot the last time I've been back to see
16  him.
17    Q.  Okay.  Did he release you at
18  that time?
19    A.  Yeah.
20    Q.  Or did he say don't come back?
21    A.  He said, "You can come back in
22  six months.  I can give you another
23  Cortisone."  He said, "That's about all I

Page 126

1  can do for you.  He said, "There's so
2  much bursitis in it, that's about all I
3  can do."  He said, "I can't give them to
4  you but twice a year."
5    Q.  Did you go back in November?
6    A.  I hadn't been back.
7    Q.  Why not?
8    A.  I just hadn't been back.  See, I
9  have to pay for it now because workman's
10  comp is through with me I guess.  So, I'd
11  have to pay for it out of my pocket.
12    Q.  How do you know worker's comp is
13  through with you?
14    A.  Well, I ain't been back since
15  April.
16    Q.  Okay.  But did somebody at
17  worker's comp tell you, "Okay.  We're
18  done.  You're on your own"?
19    A.  After he dismissed me.
20    Q.  Okay.
21    A.  After he dismissed me, I went
22  and had all these other surgeries done.
23    Q.  Okay.  But if doctor -- well, my

Page 127

1  question is:  If Dr. Howorth told you
2  that you didn't need to come back, did
3  Ms. Victoria or somebody at CMI call you
4  and say --
5    A.  Huh-uh, not as I know of.
6    Q.  Okay.  Have you tried to make a
7  phone call to ask them, "Hey, can I go
8  back to the doctor"?
9    A.  No.
10    Q.  Have you thought about it?
11    A.  I'm not employed there anymore.
12    Q.  Okay.
13    A.  Because if I go back, I'll have
14  to pay for it myself.
15    Q.  Okay.  And that's just what
16  you've concluded on your own; right?
17    A.  If I don't work there anymore,
18  I'm pretty sure they wouldn't pay it.
19    Q.  Okay.  So, the last time you saw
20  Dr. Howorth, you had stopped working for
21  a couple of months?
22    A.  Yeah, because I had to have
23  all this other stuff done.

Page 128

1    Q.  For the leg.  Okay.
2        And I may have asked you this
3  early on, but do you remember the actual
4  day that you told Wal-Mart, "Okay.  I'm
5  not coming back.  I can't work anymore"?
6    A.  I went up there it was in
7  August.
8    Q.  Of last year?
9    A.  August of last year.  And she
10  said, "We thought you was still on
11  leave."  I said, "No."  I said, "He told
12  me I could come back."  And she said,
13  "Well, he give you another 30-day leave."
14  I said, "I didn't even know it."  You
15  know, they had extended it 30 days, and I
16  didn't even know it.  And this was in
17  August.  And she said, "Well, what are
18  you going to do?"  I said, "Well, I
19  can't -- my legs won't let me work, and
20  my shoulder won't let me work.  I guess
21  I'll have to take a medical leave, I
22  mean, a medical discharge."  She said,
23  "Okay.  If that's the way you -- you

32  (Pages 125 to 128)

# FREEDOM COURT REPORTING

Page 129

1  know, if you can't work, you know, you
2  can't work."
3      Q.   Did anybody at the store
4  encourage you to come back?
5      A.   No.
6      Q.   To come back to work?
7      A.   (Witness nods head negatively.)
8      Q.   The people at the store were
9  always fine to you, weren't they?  They
10 weren't ever not nice or --
11     A.   I didn't get along with Jonathan
12 that good.
13     Q.   Who's Jonathan?
14     A.   He was the manager.  He was the
15 head manager.
16     Q.   All right.
17     A.   But I dealt with him, but, you
18 know.
19     Q.   Have you been seen by any other
20 doctor since May of 2005 for your
21 shoulder?
22     A.   Huh-uh (negative.)
23     Q.   Is that a no?

Page 130

1      A.   No.
2      Q.   Okay.  And did Dr. Howorth
3  actually -- do you remember him saying,
4  "You are released, you can go back"?
5      A.   He never did release me back to
6  go back to full duty on my arm.
7      Q.   Okay.  He always just said that
8  you would be on light duty?
9      A.   Limited.  Limited to no more
10 than five pounds.
11     Q.   Did he ever tell you that he
12 thought that one day you'd be able to go
13 back to work with no restrictions?
14     A.   He told me I probably was going
15 to have trouble out of it from now on.
16     Q.   But do you recall him ever
17 saying, "In two months, you're going to
18 be able to go back to work without any
19 problems"?
20     A.   No, he never did tell me that.
21     Q.   Now, you have not filed another
22 lawsuit for worker's compensation
23 benefits?

Page 131

1      A.   No.
2      Q.   And you're not getting any
3  additional benefits right now?
4      A.   I ain't getting nothing.  I
5  ain't got nothing since March.  I had
6  short-term disability, but I paid for
7  that out of my check.  And when they
8  released me on my legs and everything,
9  they stopped that.  And I couldn't work.
10 So, I couldn't draw my unemployment.
11 When you ain't able to work, you can't
12 draw unemployment.  So, I'm just stuck.
13 I haven't drawed any money since May of
14 last year.
15     Q.   So, you got disability through
16 your job at Wal-Mart?
17     A.   Yeah.  I paid it in myself,
18 short-term disability.
19     Q.   And after you left Wal-Mart --
20     A.   When these surgeries, that's all
21 I drawed.
22     Q.   And you're still out of work?
23     A.   Yeah.

Page 132

1      Q.   Do you think you'll ever be able
2  to go back to work anywhere?
3      A.   Not with my leg and shoulder
4  like it is.
5      Q.   Okay.  Which is worse, your leg
6  or your shoulder?
7      A.   Well, it's hard to say.  One of
8  them is hurting all the time.
9      Q.   Okay.  But it's a combination of
10 the two?
11     A.   Yeah.  It's hard to sleep on
12 this side, and it's hard to sleep on this
13 side (indicating).
14     Q.   How long are you able to like
15 stand up without your legs just
16 getting -- do they go numb?
17     A.   Oh, yeah.  I can't even feel my
18 feet right now.  See, when he went in
19 here, they sent me to -- he told me they
20 probably hit a nerve right here in this
21 one because this is just dead down
22 through here.  This whole leg right in
23 here is just dead (indicating).

33  (Pages 129 to 132)

# FREEDOM COURT REPORTING

Page 133

1   Q. You're hitting your shin?
2   A. Yeah, it's dead. And it's
3   just -- and I ain't got no feeling in
4   here. I can't even feel my toes.
5   Q. Do you ever have feeling in your
6   toes?
7   A. They just stay numb and cold.
8   Q. Numb and cold?
9   A. He said he may have to go back
10  and do the artery in this leg too. He's
11  not for sure.
12  Q. But you're indicating the right
13  leg now?
14  A. Yeah. He said I've got to go
15  back -- I've got to go back the end of
16  this month. It will be a six-month
17  checkup. He'd check the circulation in
18  my legs again.
19  Q. Okay. How is the circulation in
20  your left leg since they did that
21  surgery?
22  A. It still hurts every day. And
23  my knee swells up, my ankle swells up

Page 134

1   every night. And it's just swelled up so
2   bad I can't hardly stand it.
3   Q. Right leg about the same as the
4   left leg?
5   A. Well, it ain't quite as bad as
6   the left one.
7   Q. Is it getting worse?
8   A. Yeah, I don't think they're
9   getting any better.
10  Q. No. I was asking is the right
11  one getting worse.
12  A. Oh. Yeah, it's worser than what
13  it was because I try to put more weight
14  on it to stay off my left one as much.
15  And, so, it's hurting me more on my right
16  one now because I'm trying to, you know,
17  keep some of the weight off my left one
18  because it hurts so bad.
19  Q. Okay. Now, you filed a claim
20  for Social Security disability; right?
21  A. Disability, uh-huh.
22  Q. Do you remember when you did
23  that?

Page 135

1   A. April 22nd last year.
2   Q. And you've been to the doctor to
3   fill out the disability exam?
4   A. Yeah. They sent me to
5   Dr. Peterson, then they sent me to
6   Birmingham, they sent me to a
7   psychiatrist and everywhere else.
8   Q. Okay. Where did you go see a
9   psychiatrist?
10  A. I seen Dr. -- I think her name
11  is Dr. Kurtz in Opelika. I got all kind
12  of doctor's numbers wrote down. I think
13  her name is Robin Kurtz.
14  Q. What has she said for you?
15  A. Psychiatrist?
16  Q. Yeah.
17  A. She said, "If I could put you on
18  the disability, I would put you on it in
19  a heartbeat." She said, "You need it
20  bad." Robin Kurtz in Opelika. Kurtz is
21  K-u-r-t-z.
22      And they sent me to Dr. Bruce
23  Pava in Birmingham.

Page 136

1   Q. Is he also a psychiatrist?
2   A. No. He's the one on my legs.
3   He's the one that he believed he hit a
4   nerve in this leg when he done the
5   surgery, that's the reason it's dead.
6   Q. Where did you have that surgery
7   done?
8   A. Opelika.
9   Q. Okay. So, he came down here to
10  do it?
11  A. Dr. Lazenby is already in
12  Opelika.
13  Q. Oh, I'm sorry. I thought you
14  said Pava was in Birmingham.
15  A. No. They sent me -- the
16  disability people sent me to Birmingham
17  to Dr. Pava.
18  Q. Okay. To look at your legs?
19  A. To look at my legs. But he
20  wouldn't tell me nothing. He said they'd
21  have to tell me that.
22  Q. All right.
23      MR. BROWN: And you're

34 (Pages 133 to 136)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 137

1  representing him on the Social Security;
2  right?
3        MR. TINNEY: Right.
4     Q.  (By Mr. Brown) Following the
5  femoral bypass that you had, did any of
6  those doctors say that you should have
7  been able to go back to work, or did
8  they -- was there ever a point in time
9  where they said, you know, after you
10  recuperate for a month or so --
11     A.  Dr. Lazenby told me it was up to
12  me. He said, "You know how your legs
13  feel." He said, "If you can work on
14  them, you can work on them. If you
15  can't, you know, that will be up to you."
16  And I went back and tried it, and I
17  couldn't do it. My legs was hurting me
18  so bad I couldn't do it.
19     Q.  You went back and tried at
20  Wal-Mart?
21     A.  Yeah. But I still wasn't using
22  my arm.
23     Q.  Okay. I understand that.

Page 138

1     A.  But my legs just wouldn't let me
2  do it after I had the surgery. It was
3  just hurting so bad I couldn't do it.
4     Q.  How many times -- how many days
5  did you try to go back to work at
6  Wal-Mart?
7     A.  Well, after he got through in
8  March, I went back and worked -- I don't
9  think I worked but about one week. I
10  couldn't stand it. So, I took a -- they
11  give me a little 30-day leave. And then
12  I went back and tried it, and I
13  couldn't do it. So, the only alternative
14  I had was to take a medical discharge.
15     Q.  And your Social Security, you
16  have not gotten anything yet?
17     A.  No, they denied it.
18     Q.  Where was that filed? Do you
19  know?
20     A.  What?
21     Q.  The Social Security claim.
22     A.  He's handling my Social
23  Security.

Page 139

1        MR. TINNEY: Anniston. You
2  know, it's a local office.
3        MR. BROWN: I was wondering if
4  it was Anniston or if it was down in
5  Opelika.
6        MR. TINNEY: Yeah, Anniston.
7        THE WITNESS: Anniston. They
8  sent me a letter and denied it about six
9  or seven months ago.
10     Q.  (By Mr. Brown) All right.
11  Worker's comp -- I may have asked you, I
12  may not have. If I did, I apologize.
13  But worker's comp paid for all your
14  physical therapy too; right?
15     A.  Yeah.
16     Q.  Okay.
17     A.  They paid for that and the
18  medicine, whatever I had to have.
19     Q.  And I know that we've talked a
20  lot about the conversations that you had
21  with Ms. Heppes. But the conversations
22  that you are critical of and that are
23  based -- that this lawsuit is based on,

Page 140

1  are the conversations that occurred
2  between October the 27th when Dr. Howorth
3  said you need surgery and November the
4  25th or 26th when they called you and
5  said you can get it done?
6     A.  Yeah.
7     Q.  Okay. So, it's about a
8  one-month period of time?
9     A.  Well, I got hurt on the 27th of
10  September is when I got hurt.
11     Q.  All right. Between the 28th of
12  September when you got hurt --
13     A.  Uh-huh.
14     Q.  -- the times that you were
15  seeing Dr. Shirah --
16     A.  Yeah.
17     Q.  -- and she was talking to you or
18  you were having any conversations with
19  her, that was okay; right?
20     A.  Yeah. I was just taking pain
21  pills and everything, but it wasn't
22  getting any better.
23     Q.  But that's when Dr. Shirah was

35 (Pages 137 to 140)

# FREEDOM COURT REPORTING

Page 141

1  saying, you know, I'm not sure if it's a
2  strain or --
3      A.  Yeah.
4      Q.  Okay.
5      A.  Just what he treated me for was
6  a muscle pull to start with.
7      Q.  Okay.  But you weren't yelling
8  at --
9      A.  No.
10     Q.  Or I'm sorry.  Not yelling.  You
11  weren't talking to anybody about, "I need
12  surgery" until Dr. Howorth told you that
13  you needed it?
14     A.  No.  The second week I went to
15  Dr. Shirah, I told Dr. Shirah, I said,
16  "Something is not right."  He said,
17  "Well, you're probably right.  We're
18  going to have to do an MRI.  That will be
19  the best thing we can do before we'll
20  ever know what's wrong with it."
21     Q.  Okay.
22     A.  So, we set me up with Oxford,
23  and I went the next following week.

Page 142

1      Q.  That was on the 18th or the 19th
2  of October?
3      A.  19th of October.
4      Q.  All right.
5      A.  And I took it back to him.
6      Q.  All right.  And that was on the
7  22nd of October?
8      A.  And he said there ain't nothing
9  else I can do for you.
10     Q.  And then he said you've got to
11  go to an orthopedist?
12     A.  Orthopedic surgeon.
13     Q.  Somebody called you and told you
14  to go to Dr. Howorth?  They originally
15  wanted you to go to Gadsden?
16     A.  Yeah.  He called Victoria
17  himself, and she finally set me up in
18  Alex City.
19     Q.  Okay.  And that was because it
20  was closer for you to drive?
21     A.  Yeah.
22     Q.  How far is it from here to
23  Gadsden, about 70 miles?

Page 143

1      A.  A pretty good little ways.
2          MR. BROWN:  It's not 70 miles,
3  is it?
4          MR. TINNEY:  About 80.
5          THE WITNESS:  It wasn't but
6  about 45 to Alex City.
7      Q.  (By Mr. Brown) Okay.
8      A.  45, 46.
9      Q.  All right.  Were you happy with
10  Dr. Howorth?
11     A.  He was a good doctor, you know.
12  He just wanted me in there earlier than
13  what they let me get in.
14     Q.  Okay.  Have you told me about
15  every conversation that you had with
16  Ms. Heppes?
17     A.  I don't know exactly how many I
18  had.  Several.
19     Q.  Okay.  But what your
20  recollection is is just the gist of what
21  y'all were talking about; right?
22     A.  Yeah.
23     Q.  If you look back at it, can you

Page 144

1  close your eyes and specifically recall
2  one particular conversation over all the
3  others?
4      A.  Uh-huh (affirmative).
5      Q.  Okay.
6      A.  It's when I got back from Alex
7  City, and she had denied me from having
8  surgery on that Monday.  I went to the
9  store and went in there and called and
10  called her from the store and told her
11  she was killing me.
12     Q.  Okay.
13     A.  She said, "We're not planning on
14  killing you."  I said, "But he wants me
15  to have surgery, and you won't let me
16  have it."
17     Q.  And that was within a couple of
18  days after you first saw Dr. Howorth;
19  right?
20     A.  That was when I got back from
21  Alex City.
22     Q.  The same day?
23     A.  She cancelled it before I could

36  (Pages 141 to 144)

# FREEDOM COURT REPORTING

Page 145

1 even get back home.
2    Q.  But the same -- but it was the
3 same day?
4    A.  Uh-huh (affirmative).
5    Q.  Okay.  That was yes?
6    A.  Yeah.
7    Q.  Okay.  When you left
8 Dr. Howorth's office, did you have an
9 appointment card to be at Russell
10 Hospital or anything like that?
11    A.  They told me to go to the
12 hospital on that Friday and get
13 preadmitted and be ready to have surgery
14 on Monday.  When I left there, that's all
15 I knew.  By the time I got home, my
16 mother-in-law called and said Victoria
17 had done cancelled it before I could even
18 get home.  So, I called him back.  He
19 said he don't know why she cancelled it.
20 He said, "But you need the surgery."
21    Q.  And you called him on the same
22 day?
23    A.  Yeah.

Page 146

1    Q.  Did you talk to him or Amy?
2    A.  I talked to Amy.  And she said
3 that she had cancelled it.  She needed
4 more paperwork and wanted more doctors to
5 look at the MRI before they do anything.
6    Q.  Okay.  And it's your testimony
7 that that was on the 27th; right?
8    A.  It was the first time I seen
9 him, yeah.  He wanted me on that Monday
10 to have surgery.  They put it off another
11 28 days is what they did.
12    Q.  Do you know if you ever talked
13 to anybody named Annie Martin?
14    A.  I don't remember no Annie
15 Martin.
16    Q.  Do you know if you ever talked
17 to anybody named Becky Quisenberry?
18    A.  I don't know no Becky
19 Quisenberry either.
20    Q.  Do you know if you ever talked
21 to anybody named Ms. Abbott?
22    A.  Not as I know of.
23 Ms. Victoria -- I didn't even know her

Page 147

1 last name -- is the only one I ever
2 talked to on workman's comp.
3    Q.  Okay.
4    A.  She's the only one I talked to.
5    Q.  And she just told you that she
6 wanted two other doctors to look at it?
7    A.  Uh-huh (affirmative).
8    Q.  She didn't tell you that she
9 wanted you to be seen by --
10    A.  No.
11    Q.  -- just she said she wanted two
12 other doctors?
13    A.  She just said she needed all the
14 paperwork they got and she needed the
15 MRI's, that she had two more company
16 doctors that wanted to look at it.
17 That's when I asked her why.  I said,
18 "You've already got two."
19    MR. TINNEY:  You already
20 answered the question several times.
21    THE WITNESS:  Yeah.  I just
22 couldn't figure it out.
23    Q.  (By Mr. Brown) Did you take any

Page 148

1 notes of any of these conversations?
2    A.  No.
3    Q.  You didn't record any of them,
4 did you?
5    A.  No.
6    Q.  Do you remember the
7 interrogatories, the questions that I
8 sent that you had to get answered and you
9 signed the responses to?  Do you remember
10 those?
11    A.  Huh-uh (negative).
12    Q.  Okay.  I just want to ask you
13 about a couple of them.  Before I do
14 that --
15    A.  Oh, yeah.  I remember you sent
16 some papers up here, and I signed them.
17    Q.  Okay.  But you signed that,
18 though; right?
19    A.  Yeah.  I remember signing it,
20 yeah.  I understand what you're talking
21 about now.
22    Q.  Okay.
23    A.  Yeah.

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 149

1    MR. BROWN:  And, John, this is
2  one of the ones that we talked about
3  earlier.  I just want to make sure I
4  understand.
5    Q.  In Interrogatory No. 34, it says
6  "Indicate whether the Plaintiff claims
7  that any injury or permanent damage to
8  his shoulder is the result of the
9  negligence of any physician or hospital."
10  And you said, "To the best of the
11  Plaintiff's knowledge and belief, yes."
12  Could you tell me is there anything that
13  any of the doctors or any of the
14  hospitals did that you think they did
15  wrong with your shoulder?
16    A.  The only thing they done wrong
17  is they just waited too long to get it
18  fixed.
19    Q.  Okay.
20    A.  So it really wasn't the doctor.
21    Q.  All right.  I just wanted to --
22  I thought that's what we had talked
23  about.

Page 150

1    So, if you said "yes" --
2    A.  I might not have understood what
3  it was.
4    Q.  Okay.  So, you've explained your
5  answer better today than you did when you
6  answered it?
7    A.  Yeah.
8    Q.  That's fine.
9    Now, in Interrogatory No. 30, it
10  makes reference to part of your
11  complaint.  And in your complaint --
12  well, I asked you on the suppression
13  claim to "describe what action you took
14  to obtain your medical records from
15  Dr. Howorth or Dr. Shirah during the time
16  that you claimed that CMI were the only
17  ones getting medical records."  And you
18  said that you requested that the records
19  be faxed to his daughter-in-law?
20    A.  Uh-huh (affirmative).
21    Q.  So, did you ask -- during some
22  of these conversations, did you ask Amy
23  or somebody at Dr. Howorth's to fax you

Page 151

1  the records?
2    A.  Yeah, I got them faxed to --
3  see, my daughter-in-law worked for Sandy
4  Holliday at that time.
5    Q.  What is Sandy Holliday?
6    MR. TINNEY:  He's a local
7  lawyer.
8    THE WITNESS:  A local lawyer.
9    Q.  (By Mr. Brown)  Okay.
10    A.  She worked at his office.  So,
11  she -- that's the only place I could get
12  them faxed to.
13    Q.  Okay.
14    A.  Because when I was trying to get
15  my disability, I had to have all my
16  records faxed to me.
17    Q.  Okay.  And they never faxed you
18  the records; is that right?
19    A.  I got them all except for
20  Dr. Rhodes, I think.
21    Q.  Were they faxed to you.
22    A.  (Witness nods head
23  affirmatively.)

Page 152

1    Q.  Is that yes?
2    A.  Yeah.
3    Q.  Okay.  Before you filed this
4  lawsuit or after you filed this lawsuit?
5    A.  After.
6    Q.  Okay.  So, it was after you had
7  already hired Mr. Tinney, but before you
8  had done the disability stuff; right?
9    A.  Yeah.
10    Q.  Okay.  Did you have to pay for
11  the records?  They gave them to you --
12    A.  Right.
13    Q.  -- free; right?  I'm sorry.
14  That was a bad question.  I asked you two
15  questions at once.  They sent you the
16  records?
17    A.  Yeah.
18    Q.  Did you have to pay for them?
19    A.  Huh-uh (negative).
20    Q.  No?
21    A.  I told them no.  I didn't have
22  to pay for it.  I just told them I was
23  trying to get my disability, I needed my

38  (Pages 149 to 152)

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 153

1  records.
2  Q. All right. If CMI has paid for
3  all your medical bills and they've paid
4  you the temporary total payments, you
5  don't contend that they owe you any
6  additional benefits right now, do you?
7  A. All the pain and suffering I
8  went through.
9  Q. Okay. Just things related to
10 this lawsuit; is that right?
11 A. Yeah.
12 Q. Okay.
13 MR. TINNEY: And just for the
14 record so that, you know, we're operating
15 under any, you know, misassumption, if he
16 gets a disability rating, they may owe
17 him more comp.
18 MR. BROWN: If it's -- yeah.
19 MR. TINNEY: Yeah. Plus
20 anything -- you know, any medical
21 associated with it. I mean, they own any
22 benefits they owe under the --
23 MR. BROWN: But as of right now,

Page 154

1  you don't know of any person whose given
2  him any permanent partial disability upon
3  which an award could be based.
4  MR. TINNEY: No.
5  MR. BROWN: All right. We may
6  want to talk about that after we get
7  through.
8  MR. TINNEY: Yeah. I have not
9  pursued it, but I'm sure there's
10 something there.
11 MR. BROWN: Okay.
12 Q. And since you filed this
13 lawsuit, you have not talked to
14 Ms. Heppes anymore; is that right?
15 A. Huh-uh (negative).
16 Q. Was that no?
17 A. No.
18 Q. You haven't asked for another
19 doctor?
20 A. No.
21 Q. And you haven't asked for
22 authority or the ability to go back to
23 Dr. Howorth or anybody else?

Page 155

1  A. No.
2  Q. Now, have you been to any
3  other -- other than the psychiatrist that
4  you went to see for your disability, have
5  you been to any other psychiatrist or
6  psychologist for anything related to your
7  shoulder?
8  A. Huh-uh, no.
9  Q. Have you been to any kind of
10 counseling?
11 A. No.
12 Q. Have you been to any kind of
13 pain management?
14 A. No.
15 Q. How has this shoulder surgery
16 affected you?
17 A. It affects me a lot.
18 Q. Okay. Well, tell me as best you
19 can how.
20 A. I barely can use it a lot of
21 days. I can't raise it up.
22 Q. Okay. How else?
23 A. I just can't raise it up. I can

Page 156

1  use it like right here, you know. But I
2  can't just -- I can't do none of this.
3  It won't go up. I have to push it up
4  with my other arm. It's just like it
5  catches. It don't want to go.
6  Q. And I think I asked you this
7  before. I probably did. But if you had
8  not had the leg surgery, you would still
9  be working, right, if your legs weren't
10 bothering you?
11 A. I probably still be working with
12 one arm.
13 Q. Okay. I understand.
14 A. Yeah.
15 Q. But you would still be working
16 as best you could?
17 A. Yeah, best I could.
18 Q. Were there any activities that
19 you -- any sports or hobbies that you did
20 before the surgery that you can't do
21 anymore?
22 A. I ain't been able to play no
23 sports in a while.

39 (Pages 153 to 156)

# FREEDOM COURT REPORTING

Page 157

1    Q.  Okay.  In how long?
2    A.  Well, I'm 51.  I ain't played
3  none since I was about 30-something years
4  old.
5    Q.  Okay.
6    A.  It's been 20-something years, I
7  imagine.
8    Q.  So, you're not going to come
9  back later and say --
10    A.  No.
11    Q.  -- that you were on a church
12  softball league or something like that
13  before you hurt your shoulder?
14    A.  No.  My leg won't let me do
15  that.  My shoulder won't either.
16    Q.  Well, but before your shoulder
17  started hurting, you didn't do it?
18    A.  No.
19    Q.  Okay.  Did you hunt or fish?
20    A.  I ain't been fishing in three or
21  four years.  I don't even go hunting
22  anymore.
23    Q.  Did you hunt before you hurt

Page 158

1  your shoulder?
2    A.  Oh, I use to hunt all the time.
3    Q.  Deer hunt, bird hunt, what kind
4  of hunting?
5    A.  Squirrel hunting, something like
6  that.  I never did even deer hunt very
7  much.
8    Q.  Okay.  So, just squirrel
9  hunting?
10    A.  See, I ain't really done any
11  kind of fishing or hunting in years.
12    Q.  Okay.  Before your shoulder
13  injury?
14    A.  Yeah.  I used to, yeah, a long
15  time ago.
16    Q.  All right.  How long before your
17  shoulder injury did you last go hunting
18  on a regular basis?
19    A.  I imagine it's been over ten
20  years.
21    Q.  How long before the shoulder
22  injury did you last go fishing on a
23  regular basis?

Page 159

1    A.  I ain't been fishing in about
2  three or four years.
3    Q.  Before the shoulder?
4    A.  Before the shoulder.
5    Q.  Okay.  Were you a member of any
6  church here locally?
7    A.  I'm a member of Midway Full
8  Gospel Church.
9    Q.  Okay.  And did you do any kind
10  of church mission trips or anything
11  before the surgery?
12    A.  No, sir.
13    Q.  Okay.  Are you a member of any
14  kind of civic clubs like Civitans or
15  Jaycees?
16    A.  No, sir.
17    Q.  And you think -- or do you agree
18  that it took a while to get the surgery
19  done, longer than you wanted it to --
20    A.  Yes.
21    Q.  -- because of miscommunications
22  between CMI and the doctors?
23    A.  Yes.

Page 160

1        MR. TINNEY:  And I'm going to
2  object to the, you know, the form of that
3  question because we -- you classify it as
4  miscommunications.  We don't know, you
5  know, what it is.
6    Q.  (By Mr. Brown)  Well, and I'll
7  define miscommunications as from your
8  conversations with the doctor's office
9  and from your conversations with
10  Ms. Heppes, that both of those people,
11  the doctor and CMI told you they were
12  talking back and forth; right?
13    A.  Yeah.  The doctor wanted to do
14  it, and they didn't want to let him do
15  it.
16    Q.  And they were saying, "We sent
17  the records," and they were saying, "No,
18  we don't have the records"?
19    A.  That's true.
20    Q.  Okay.
21    A.  That's true.
22    Q.  And it was that communication or
23  lack of communication between those two

40 (Pages 157 to 160)

# FREEDOM COURT REPORTING

Page 161

1  people that delayed you getting the
2  surgery?
3      MR. TINNEY: Now, I'm going to,
4  again, object, you know, to that. And I
5  guess I've got to instruct him to not
6  answer that question because the
7  decision -- you know, the decision as to
8  why he didn't get it didn't come from
9  him.
10     MR. BROWN: I understand.
11     MR. TINNEY: And he can't really
12 state, you know, what was the reason.
13 They were up there saying, you know,
14 we've got to get two doctors to look at
15 it. And that appears to be, you know,
16 what they were telling him. And we don't
17 know what the issue was between, you
18 know, them and the doctors. So, we
19 really can't state.
20     MR. BROWN: Okay.
21     Q. But in addition to her telling
22 you that she wanted to have other doctors
23 look at it --

Page 162

1      A. Yes.
2      Q. -- she was also telling you that
3  it couldn't be approved until they got
4  all the paperwork from the doctor?
5      A. That's what she said.
6      Q. Okay. So, wanting to -- her
7  telling you allegedly that she wanted to
8  have it looked at by another doctor was
9  not the only reason that she told you
10 that she couldn't schedule surgery yet?
11     A. She just said she had to have
12 two more doctors look at it.
13     Q. And that she didn't have all the
14 documents or the paperwork from
15 Dr. Howorth's office; right?
16     A. Well, he told me he sent it the
17 same week she asked for it.
18     Q. Okay.
19     A. I called him myself. He said, I
20 sent everything I've got. It's up to her
21 now."
22     Q. And I understand that. But she
23 was also telling you -- while the doctor

Page 163

1  was saying, "I did it all," she was
2  saying, "No, they haven't done it all."
3      A. Yeah.
4      Q. Okay.
5      A. And I was suffering.
6      Q. Did you ever make any phone
7  calls to them from any place other than
8  your mother's house or your
9  mother-in-law's house, the two numbers
10 you gave me earlier?
11     A. No.
12     Q. Oh. I think you said you called
13 them one time from the store?
14     A. I called them one time from the
15 store.
16     Q. Do you have copies of any of
17 your phone bills or your mother-in-law's
18 phone bills or your mother's phone bill
19 from that time?
20     A. I don't know what my
21 mother-in-law done with them.
22     Q. Okay.
23     A. She's 74 years old. I don't

Page 164

1  know what she done with them.
2      Q. I understand. Did you have to
3  pay her back for the long distance phone
4  calls?
5      A. No. She told me not to worry
6  about it.
7      MR. TINNEY: Did we establish
8  whether that was an 800 number or not?
9      MR. BROWN: You know, I don't
10 know.
11     Q. Do you remember the number that
12 you called out there to CMI?
13     A. I got it here somewhere. I was
14 supposed to have had it in here. I can't
15 find it now. Victoria, workman's comp,
16 1-800-527-0566, extension 20 --
17     Q. Well, hold on a minute. You
18 were talking faster than I can write.
19 (800) 527 --
20     A. (800) 527-4566, extension 20776.
21 That's Victoria, workman's comp.
22     Q. Okay. Is that a business card
23 that you have here?

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 165

1    A.  No.  It's just a notebook I got
2    all my doctors wrote down, all my
3    medications I'm on, every doctor I've
4    went to and everything.
5        MR. BROWN:  Would you object if
6    I looked at that?
7        MR. TINNEY:  Let me look at it
8    first.
9        MR. BROWN:  Okay.
10       THE WITNESS:  It's just -- I got
11   every doctor wrote down where I was
12   trying to get my disability and where I,
13   you know, had to send to get my medical
14   records and first one thing and then
15   another.
16       Q.  (By Mr. Brown)  And other than
17   the one conversation that you had with
18   Dr. Howorth on the day you had surgery
19   where he said if we hadn't waited so
20   long, we could have done it a different
21   way --
22       A.  He said he could have lasered it
23   back.

Page 166

1    Q.  Okay.  Has any other doctor told
2    you that your shoulder condition now is
3    the result of it taking too long to get
4    approval to have surgery?
5        A.  No, because I've not been to
6    another one.
7        Q.  Okay.  And the only time
8    Dr. Howorth told you that was the day you
9    had the surgery itself?
10       A.  Yes.  He said, "I had to put
11   pins in it, and it was so full of
12   bursitis that I couldn't laser it, so I
13   had to do the best I could with it and
14   put pins in it to hold it.
15       Q.  And he didn't repeat that
16   conversation during any of your office
17   visits, did he?
18       A.  No.  He just told me after he
19   x-rayed it one time, one of the screws
20   looked like it had moved and was
21   scrubbing my shoulder bone.
22       Q.  I got you.
23       A.  And he said that could be the

Page 167

1    problems with my therapy the reason I was
2    having so much pain with my therapy.
3        MR. TINNEY:  I don't have a
4    problem with you looking at it.
5        THE WITNESS:  It's just a bunch
6    of doctors and things I've had to go to.
7        Q.  (By Mr. Brown)  Who is Laura
8    Knight?
9        A.  That's my aunt.  She's had back
10   surgery.
11       Q.  You hadn't never made phone
12   calls from her house, have you?
13       A.  No.  She lives in Lanett.
14       Q.  Lanett?
15       A.  Uh-huh.
16       Q.  I'll go by her house on the way
17   home.  The other phone numbers -- you
18   said your number is 863-1591.  That's
19   your mom?
20       A.  Huh-uh (negative).
21       Q.  Or that's your mother-in-law?
22       A.  That's -- my mother-in-law is
23   6195, my mother-in-law is.  I don't think

Page 168

1    I got it wrote in there.
2        Q.  Whose number 863-1591?
3        A.  It ain't got no name on it?
4        Q.  It says, "my NO."
5        A.  Oh, I don't know.  I don't know
6    what that number is doing in there then.
7    "My NO."  I don't know.  Oh.  At one
8    time, I had a cell phone.  At one time,
9    but I don't have it no more.  That's what
10   that was.  My phone.
11       Q.  Okay.
12       A.  That's the reason I had "My NO"
13   on it.  At one time, I had a cell phone.
14       Q.  All right.  Did you ever call
15   CMI --
16       A.  No.
17       Q.  -- from your cell phone?
18       A.  Huh-uh.  It costs too much
19   minutes.  I had to buy my minutes, and I
20   just used my mother-in-law's.
21       Q.  Was it a prepaid phone?
22       A.  Yeah.
23       Q.  Was it one of ones that you

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 169

1  like -- I don't know how prepaid --
2      A.  Go out at Wal-Mart and buy your
3  minutes.
4      Q.  Okay.  So, you didn't get a bill
5  from like Sprint or something like that?
6      A.  No.
7          MR. BROWN:  Who is the provider
8  in these areas?
9          MR. TINNEY:  I have no idea.  I
10  mean, we've got -- are you talking about
11  all cell phone providers?
12         THE WITNESS:  Unicel.
13         MR. TINNEY:  Cingular, Unicel.
14  And that's it really.
15         MR. BROWN:  Because, I mean, I
16  have T-Mobile, and I have nothing up
17  here.
18     Q.  Who is Dr. Russell Peterson?
19     A.  That's the one disability sent
20  me to the first time.
21     Q.  Okay.
22     A.  He's out here in Roanoke.  He
23  built a new office right out yonder on

Page 170

1  431.
2      Q.  469 Price Street, Suite D,
3  Roanoke?
4      A.  He's got a new office out there
5  on 431 now.
6      Q.  Okay.
7      A.  That's who disability sent me to
8  first.
9      Q.  And then Dr. Bruce Myles,
10  M-y-l-e-s, Pava, P-a-v-a.
11     A.  That's Birmingham.
12     Q.  Okay.  On Montclair Road.  He's
13  the one that disability sent you to?
14     A.  Disability sent me to them after
15  they sent me to the psychiatrist.
16     Q.  And that was Robin Kurtz?
17     A.  Robin Kurtz.
18     Q.  And Dr. Busby, who is Dr. Busby?
19     A.  That's a dentist.  I was calling
20  around to get my teeth -- my top teeth
21  pulled, and he was booked up, so I had to
22  get another one?
23     Q.  Okay.  And that would have been

Page 171

1  David Towers?
2      A.  Yeah, that's who pulled my
3  teeth.
4      Q.  Okay.
5          MR. BROWN:  If you want to take
6  about five minutes and let me look
7  through my notes.
8          (A short break was taken.)
9      Q.  (By Mr. Brown) Maybe we're
10  wrapping up.  Maybe I'm close to being
11  through.  And I'm sorry you've had to
12  listen to me drum on so long.
13     A.  That's all right.
14     Q.  Have you told me about every
15  conversation that you had with
16  Ms. Heppes?
17     A.  As far as I know.  I had so
18  many, I couldn't really tell you exactly
19  how many I did have.
20     Q.  Okay.
21     A.  And from September until I had
22  my surgery, I really don't know.
23     Q.  Okay.  And if you think of any

Page 172

1  other conversations, will you please just
2  let Mr. Tinney know?
3      A.  Yeah.
4      Q.  I mean, you may be middle of
5  the night tonight and sit straight up in
6  bed thinking, "Oh.  There was one
7  conversation I needed to tell him about."
8          And you've told me everything
9  that you can remember about the
10  conversations?
11     A.  Yeah.
12     Q.  And you've told me everything
13  that you can remember that she told you,
14  and you've told me everything that you
15  can remember that you told her?
16     A.  Uh-huh (affirmative).
17     Q.  And have you told me about every
18  conversation that you can remember with
19  Dr. Howorth's office?
20     A.  Yeah.
21     Q.  Okay.  Have you told me about --
22  strike that.
23         Before we get there, did you

43 (Pages 169 to 172)

# FREEDOM COURT REPORTING

Page 173

1 have any conversations with the people at
2 the hospital before you went to do the
3 preregistration?
4    A. Huh-uh. I went down there and
5 got preregistered on Friday. And then
6 she checked my blood pressure, and she
7 kept me for a little while until my blood
8 pressure came down. And then she sent me
9 home.
10    Q. Okay. And you've told me
11 everything that you know to support your
12 claim that CMI wouldn't let you have
13 surgery; right?
14    A. They wouldn't let me have it. I
15 don't understand.
16    Q. But you've told me every
17 reason --
18    A. Yeah. Yeah.
19    Q. Okay.
20    A. They kept saying they needed
21 more doctors.
22    MR. TINNEY: You don't need to
23 go over it again.

Page 174

1    Q. (By Mr. Brown) Doctors and
2 records; right?
3    A. Doctors and records.
4    Q. I think we've established, you
5 don't know if CMI ever actually talked
6 with Dr. Shirah, do you?
7    A. He called Victoria. The day
8 after he found out I had to have surgery,
9 he called her, Dr. Shirah did.
10    Q. Okay. Is that while you were in
11 the room?
12    A. Yeah.
13    Q. Okay.
14    A. He said, "I'll go get in touch
15 with her and see what she wants -- what
16 doctor she wants to send you to, and I'll
17 let you know."
18    Q. Okay. So, he left the room, had
19 a conversation, and came back?
20    A. Had the conversation with her.
21 "She said she'd get with you and tell you
22 where to go."
23    Q. Okay. And she called you?

Page 175

1    A. She called me at my
2 mother-in-law's and set me up an
3 appointment in Alex City.
4    Q. Did Ms. Heppes ever tell you, "I
5 don't think you need surgery"?
6    A. Well, to start with, she told me
7 she thought that I could do therapy. And
8 I just told her on the phone, I said,
9 "Dr. Shirah said it's tore up. You can't
10 do therapy on something that's tore up."
11    Q. But then after Dr. Howorth said
12 you need to have surgery --
13    A. Yeah.
14    Q. -- did she ever call you and
15 tell you, "I'm not going to -- I don't
16 think you need surgery"?
17    A. No, she didn't say that.
18    Q. Okay. She said, "I've got to
19 get somebody else to look at it"?
20    A. Yes.
21    Q. Okay. And nobody from CMI told
22 you that, "you don't need surgery";
23 right?

Page 176

1    A. Not as I know of.
2    Q. Okay.
3    A. After he told them I needed
4 surgery, you know --
5    Q. So, they never denied it, it
6 just took them too long to approve it?
7    A. It just took them too long to
8 approve it, you know, to get my
9 surgery -- to approve it.
10    MR. TINNEY: Well, now, I'm
11 going to object to the form of "denied."
12 I mean, we've gone over the call, you
13 know, stopping the surgery. I don't know
14 what your definition of "denied" is --
15    MR. BROWN: Okay.
16    MR. TINNEY: -- but it was
17 stopped.
18    Q. (By Mr. Brown) Well, let me ask
19 it this way: They never told you, "You
20 cannot have surgery"?
21    A. No, they didn't tell me I
22 couldn't have it. They just told me they
23 needed more doctors to look at it.

44 (Pages 173 to 176)

## 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

# FREEDOM COURT REPORTING

Page 177

1    Q.  Okay.
2    A.  They just kept saying that every
3    week.
4    Q.  What information do you say or
5    do you contend that CMI withheld from
6    you?  What information do you think they
7    had that they should have told you that
8    they didn't tell you?
9    A.  I don't know.  Just the only
10   thing is she said she wanted two more
11   doctors to look at it and she had to have
12   paperwork -- proper paperwork.  I don't
13   know what she meant by that.
14   Q.  Okay.  If somebody told you that
15   you could go back to a doctor for your
16   shoulder, would you go?
17   A.  If I thought it would do any
18   good.  Because he told me the last time I
19   was there all he could do was give me
20   Cortisone, that's about all he could do
21   for it.
22   Q.  But if somebody said you could,
23   you'd give it a try?

Page 178

1    A.  Yeah, you know, if they could
2    help it.
3    Q.  Okay.
4    MR. BROWN:  I think that's all
5    the questions that I have.  If I could
6    reserve to do a follow-up if we learn
7    anything else about any additional
8    medical treatment that he could possibly
9    have had.  I'm not going to come back in
10   here and rehash anything.
11   MR. TINNEY:  No problem.
12   MR. BROWN:  Thank you.
13        ~~oOo~~
14   The deposition of
15   Emory S. Brown
16   concluded at 1:45 p.m.
17   on April 10, 2006
18        ~~oOo~~
19
20
21
22
23

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM,  ALABAMA 1-877-373-3660**