# EXHIBIT

# 10

99999999            P.03

BROWN, EMERY
ACO #21738
10/27/04
PAGE 2

He has had no previous difficulties with his right shoulder. He reports no history of injury or pain.

**DIAGNOSES:**
1. Acute tear of supraspinatus, rotator cuff.
2. ACJ OA.

**PLAN:**
1. Preoperative ROM & strengthening to improve his ROM and become familiar with postoperative exercise program.
2. Recommend immediate arthroscopy & rotator cuff repair. He is 4 weeks post injury, and it is much better to proceed with rotator cuff reconstruction within the first 6 weeks during the acute phase, as the results are more predictable. After 6 weeks, the results become more unpredictable. He has had severe pain, inability to sleep, and inability to use his arm since his injury. I do not feel that this will improve with PT or any other modalities at this time. Without rotator cuff reconstruction, he will have permanent weakness secondary to the loss of the supraspinatus function. The rotator cuff muscle will retract, become scarred, and be impossible to repair easily. I discussed this with him extensively. He will need 6 weeks to 12 weeks of PT, modified work activities, minimal or no use of the right hand. After 3 months, he should be able to return to full duties without restrictions.

Respectively submitted,

**GRAHAM L. HOWORTH, JR., M.D.**
**FELLOW OF AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS**

/jhw

cc: Dr. Shirah
    Roanoke Family Care

    Wal-Mart

PLAINTIFF'S DEPOSITION EXHIBIT
11

227

27