IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

EMERY STEVE BROWN,                          )
                                            )
        Plaintiff,                          )
                                            )
        v.                                  )        CASE NO. 3:05-cv-00681-WKW
                                            )
CLAIMS MANAGEMENT, INC.,                    )
                                            )
        Defendant.                          )


### ORDER

Upon consideration of the Defendant's Motion to Extend Deadlines (Doc. # 47), it is

ORDERED that the motion is GRANTED.  The new deadlines are as follows:

1.      The discovery cutoff date is extended from October 16, 2006, to December 15, 2006;

2.      The date for identification of witnesses as set forth in Section 9 of the Scheduling

Order is extended from November 6, 2006, to April 4, 2007;

3.      The date for deposition designations as set forth in Section 10 of the Scheduling

Order is extended from November 6, 2006, to April 4, 2007; and

4.      The date for identification of exhibits as set forth in Section 11 of the Scheduling

Order is extended from November 6, 2006, to April 4, 2007.

DONE this the 19th day of October, 2006.


                        /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE