IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-00681-WKW |
| | ) |
| CLAIMS MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery Deadline (Doc. # 50), it is ORDERED that the motion is GRANTED. The discovery cutoff date is extended from December 15, 2006, to February 16, 2007.

DONE this 13th day of December, 2006.

                                                /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE