IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMERY STEVE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-cv-00681-WKW |
| ) | |
| CLAIMS MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The court has been notified that the parties have settled this case.  It is hereby ORDERED that the parties shall file their joint stipulation of dismissal on or before March 13, 2007.

DONE this 14th day of February, 2007.

                      /s/  W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE