IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EMORY STEVE BROWN, | * | CASE NUMBER: |
| | * | 3:05 CV 00681-WKW |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| CLAIMS MANAGEMENT, INC., | * | |
| | * | |
| Defendant. | * | |

JOINT STIPULATION FOR DISMISSAL

The parties, having effectuated an amicable resolution of the above-referenced matter, move this Court for an Order dismissing this case with prejudice as to all defendants with costs to be taxed as paid.

Entered this 2nd day of March, 2007.

BY:   \_\_\_\_/s/ John A. Tinney\_\_\_\_
John A. Tinney, Esquire
Attorney Code:  TIN005
Attorneys for the Plaintiff, Emory Brown
Post Office Box 1340
Roanoke, Alabama  36274
(334) 863-8945

CARLOCK, COPELAND,
SEMLER & STAIR, LLP

BY:   \_\_/s/ Jeffrey A. Brown\_\_\_\_
Jeffrey A. Brown, Esquire
Attorney Code: BRO132
Archie I. Grubb, Esquire
Attorney Code: GRU015
Attorneys for Defendants,
Claims Management, Inc.,
Wal-Mart Stores East, LP
Post Office Box 139
Columbus, Georgia 31902-0139
(706) 653-6109

2111847v.1